**<u>Exhibit A</u>**

**Corporate Organizational Chart**

