Exhibit B

Financial Projections

**GoHealth**

*Financial Projections - Disclosure Statement*

A.      **Introduction**

Pursuant to Section 1129(a)(11) of the Bankruptcy Code, among other things, the Bankruptcy Court must determine that confirmation of the Plan is not likely to be followed by the liquidation or the need for further financial reorganization of the Debtors or any successors to the Debtors under the Plan. This confirmation condition is referred to as the "feasibility" of the Plan. In connection with the planning and development of a plan of reorganization, and for the purposes of whether such plan would satisfy this feasibility standard, the Debtors analyzed their ability to satisfy their financial obligations while maintaining sufficient liquidity and capital resources to operate their business.

For purposes of demonstrating feasibility of the Plan, the Debtors have prepared financial projections for the period from July 2026 – December 2029 (the "**Projections**"). The Projections were prepared based on assumptions made by the Debtors' management team ("**Management**"), in consultation with their advisors, as to the future performance of the Reorganized Debtors, and reflect the Debtors' judgment and expectations regarding estimates of cash flow from the existing contract asset and related operating disbursements.

The Projections have been prepared on a consolidated basis in sufficient detail, as far as is reasonably practicable based on the Debtors' books and records and provide adequate information in accordance with section 1125 of the Bankruptcy Code.

Although Management has prepared the Projections in good faith based upon information as of the date hereof and believes the assumptions to be reasonable, there can be no assurance that the assumptions in the Projections will be realized.  As described in detail in the Disclosure Statement, a variety of risk factors could affect the Debtors' financial results and must be considered. Accordingly, the Projections should be reviewed in conjunction with a review of the risk factors set forth in the Disclosure Statement and the assumptions described herein, including all relevant qualifications and footnotes.  In deciding whether to vote to accept or reject the Plan, creditors and shareholders must make their own determinations as to the reasonableness of such assumptions and the reliability of the Projections.

B.      **Accounting Policies and Disclaimers**

THE PROJECTIONS WERE NOT PREPARED WITH A VIEW TOWARD COMPLIANCE WITH THE GUIDELINES ESTABLISHED BY THE AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS (THE "AICPA"), THE FINANCIAL ACCOUNTING STANDARDS BOARD (THE "FASB"), OR THE RULES AND REGULATIONS OF THE SECURITIES AND EXCHANGE COMMISSION. FURTHERMORE, THE PROJECTIONS HAVE NOT BEEN AUDITED, REVIEWED, OR SUBJECTED TO ANY PROCEDURES DESIGNED TO PROVIDE ANY LEVEL OF ASSURANCE BY THE DEBTORS' INDEPENDENT PUBLIC ACCOUNTANTS. WHILE PRESENTED WITH NUMERICAL SPECIFICITY, THE PROJECTIONS ARE BASED UPON A VARIETY OF ESTIMATES AND ASSUMPTIONS WHICH, ALTHOUGH DEVELOPED AND CONSIDERED REASONABLE

1

BY MANAGEMENT, MAY NOT BE REALIZED AND ARE SUBJECT TO SIGNIFICANT BUSINESS, ECONOMIC, AND COMPETITIVE UNCERTAINTIES AND CONTINGENCIES, MANY OF WHICH ARE BEYOND THE CONTROL OF MANAGEMENT. THESE UNCERTAINTIES INCLUDE, AMONG OTHER THINGS, THE ULTIMATE OUTCOME AND CONTENTS OF A CONFIRMED PLAN OF REORGANIZATION AND THE TIMING OF THE CONFIRMATION OF SUCH PLAN. CONSEQUENTLY, THE PROJECTIONS SHOULD NOT BE REGARDED AS A REPRESENTATION OR WARRANTY BY THE DEBTORS, OR ANY OTHER PERSON, AS TO THE ACCURACY OF THE PROJECTIONS OR THAT THE PROJECTIONS WILL BE REALIZED. ACTUAL RESULTS MAY VARY MATERIALLY FROM THOSE PRESENTED IN THE PROJECTIONS. HOLDERS OF CLAIMS OR EQUITY INTERESTS MUST MAKE THEIR OWN ASSESSMENT AS TO THE REASONABLENESS OF SUCH ASSUMPTIONS AND THE RELIABILITY OF THE PROJECTIONS IN MAKING THEIR DETERMINATION OF WHETHER TO ACCEPT OR REJECT THE PLAN.

THE PROJECTIONS, INCLUDING THE UNDERLYING ASSUMPTIONS, SHOULD BE CAREFULLY REVIEWED IN EVALUATING THE PLAN. ALTHOUGH MANAGEMENT BELIEVES THE ASSUMPTIONS UNDERLYING THE PROJECTIONS, WHEN CONSIDERED ON AN OVERALL BASIS, ARE REASONABLE IN LIGHT OF CURRENT CIRCUMSTANCES AND EXPECTATIONS, NO ASSURANCE CAN BE GIVEN THAT THE PROJECTIONS WILL BE REALIZED. THE PROJECTIONS SHOULD NOT BE REGARDED AS A REPRESENTATION OR WARRANTY BY THE DEBTORS, THE REORGANIZED DEBTORS, OR ANY OTHER PERSON AS TO THE ACCURACY OF THE PROJECTIONS OR THAT THE PROJECTIONS WILL BE REALIZED.

THE SIGNIFICANT ASSUMPTIONS USED IN THE PREPARATION OF THE PROJECTIONS ARE STATED BELOW. THE PROJECTIONS ASSUME THAT THE DEBTORS WILL EMERGE FROM CHAPTER 11 ON THE EMERGENCE DATE. THE PROJECTIONS SHOULD BE READ IN CONJUNCTION WITH (1) THE DISCLOSURE STATEMENT, INCLUDING ANY OF THE EXHIBITS THERETO OR INCORPORATED REFERENCES THEREIN, AS WELL AS THE RISK FACTORS SET FORTH THEREIN, AND (2) THE SIGNIFICANT ASSUMPTIONS, QUALIFICATIONS, AND NOTES SET FORTH BELOW.

C. **General Assumptions**

- *Overview*

(a) GoHealth is a leading health insurance marketplace and Medicare focused digital health company. GoHealth assists consumers searching for a Medicare health plan (and certain other insurance products) that meets their needs by leveraging its proprietary technology to compare various insurance products offered by large health insurance providers, such as United, Aetna, Anthem, Humana, and others (the "Carriers") and supporting consumers during and after the enrollment period.

2

(b)      The Projections assume that the Plan will be consummated in accordance with its terms and that all transactions contemplated by the Plan will be consummated by July 17, 2026 (the "**Emergence Date**"). Any significant delay in the Emergence Date may have a significant negative effect on the operations and financial performance of the Debtors, including an increased risk or inability to meet receipts and disbursements forecasts and the incurrence of higher reorganization expenses.

(c)      The Projections account for the reorganization and related transactions pursuant to the Plan. While the Debtors expect that they will be required to implement fresh start accounting upon emergence, they have not yet completed the work required to quantify the impact on the Projections. When the Debtors fully implement fresh start accounting, differences from the depiction presented are anticipated and those differences could be material. Fresh start accounting requires all assets, liabilities, and equity instruments to be valued at "fair value." In addition to valuing assets, liabilities, and equity instruments at fair value, the Debtors will have tax professionals analyze any go forward tax implications as a result of the Restructuring. The forecasts have been prepared assuming the Debtors' pre-transaction tax attributes, and do not account for the final tax analysis that will be done upon emergence. Moreover, the Projections make certain assumptions about the transaction steps that will be taken to effectuate the Restructuring and related transactions pursuant to the Plan, which steps have not yet been finalized. The finalization of the transaction steps and tax analysis may materially impact these Projections.

- *Operational Assumptions*

(a)      The Projections incorporate the Debtors' estimates on collections of the existing contract asset, which reflects the approximate balance of revenue that has been recognized, but has not yet been collected. The Debtors receive commissions from the carriers for initial policy enrollments and additional future commissions as the policy renews annually. A large majority of the Company's upfront and overhead costs are incurred prior to selling a policy and receiving the corresponding commissions. The existing contract asset is an actuarial estimate of the value of all future renewals of policies in existence as of today. As of the Effective Date, the Existing Net Contract Asset is assumed to be $575 million with a run-off period of 30+ years. Management's estimates are built up by sales period by carrier with associated retention rates based on historical trends. Changes in renewal rates and carrier commission rates may materially impact the realizable value of the Net Contract Asset.

(b)      The Projections assume that the Debtors' do not have any new sales as they continue to strategically focus on retention related to the Existing Net Contract Asset. Net Receipts during the Projections reflect Management's estimate of the gross collections on account of the Existing Net Contract

3

Asset offset by the corresponding disbursements for any chargebacks, setoffs, and commissions payments owed to partners (the liability for such commission payments being the difference between the Gross Contract Asset and the Net Contract Asset).

(c)     The operating disbursements reflect Management's estimates as to the expenses that would be incurred in order to cover all costs related to servicing the existing contract asset including employee and vendor costs. In addition, the operating disbursements include estimated costs related to transitioning the servicing of the existing contract asset to a third-party provider as of July 2027.

(d)     The Company has substantial amounts of NOLs and other tax attributes. The financial projections assume that a portion of taxable income is offset by the use of these tax attributes.

(e)     Cash interest reflects the payment of interest on the New Money Term Loan at a projected rate of 9.1% and the Second Out Term Loan projected at a rate of 9.1%. Additionally, the Third Out Term Loan will accrue interest at a projected rate of 9.1%, which will be paid in-kind. Actual rates are based on a variable index as described below and may be higher or lower than projected.

(f)     Debt paydown assumes a monthly excess cash flow sweep of all amounts in excess of the minimum cash balance, assumed to be $10 million plus one month of forecasted expenses, to repay outstanding debt or MOIC Premium (equal to 2.0x the New Money Term Loan). The paydown will be applied first to the New Money Term Loan Debt and MOIC Premium until paid in full, then to the Second Out Term Loan Debt, and thereafter to the Third Out Term Loan.

- **_Restructuring Assumptions_**

(a)     Emergence from these chapter 11 cases is assumed to occur on or about July 17, 2026 for purposes of these Projections.  If the Plan Effective Date is significantly delayed, additional expenses, including professional fees, may be incurred and operating results may be negatively impacted.

(b)     The Projections assume a post-emergence capital structure consisting of:

   **1.**     New Money Term Loan: $20 million principal, with $1.0 million Backstop Fee and $0.4 million Closing Fee both paid in-kind, maturing on July 17, 2031. Interest accruing at Term SOFR + 550 bps with monthly cash interest payments. Mandatory prepayments of the Takeback Term Loans shall be required (i) with 100% of net cash proceeds from non-ordinary course sales or other non-ordinary course dispositions of assets, subject to exceptions, thresholds and

4

reinvestment rights to be agreed, (ii) with 100% of net cash proceeds from casualty events, subject to thresholds and repair/replacement rights to be agreed, (iii) pursuant to a monthly excess cash flow sweep of any available cash in excess of the sum of (x) $10 million *plus* (y) one month of forecasted expenses, (iv) upon any sale or issuance of debt (other than permitted debt) and (v) with the cash proceeds of extraordinary receipts, subject to thresholds to be agreed.

2.    Second Out Term Loan: $174 million maturing on July 17, 2031, paying cash interest monthly at Term SOFR + 550 bps. Mandatory prepayments of the Takeback Term Loans shall be required (i) with 100% of net cash proceeds from non-ordinary course sales or other non-ordinary course dispositions of assets, subject to exceptions, thresholds and reinvestment rights to be agreed, (ii) with 100% of net cash proceeds from casualty events, subject to thresholds and repair/replacement rights to be agreed, (iii) pursuant to a monthly excess cash flow sweep of any available cash in excess of the sum of (x) $10 million *plus* (y) one month of forecasted expenses, (iv) upon any sale or issuance of debt (other than permitted debt) and (v) with the cash proceeds of extraordinary receipts, subject to thresholds to be agreed.

3.    Third Out Term Loan: $588 million maturing on July 17, 2031, including monthly paid in-kind interest at Term SOFR + 550 bps.

(c)    All costs associated with the Chapter 11 reorganization, including professional fees and other non-operating expenses, are assumed to have been paid, prior to the commencement of the Projection Period. The payment of such costs is reflected in the beginning cash balance utilized in the Projections.

5

### **Financial Projection Outputs**

| Period | Jul - Dec 2026[1] | 2027 | 2028 | 2029 | Total |
|---|---|---|---|---|---|
| **Operating Cash Flow** | | | | | |
| | | | | | |
| Total Net Receipts | $ 90 | $ 134 | $ 77 | $ 62 | $ 363 |
| Operating Disbursements | (46) | (73) | (47) | (39) | (205) |
| **Operating Cash Flow** | **44** | **61** | **30** | **23** | **158** |
| | | | | | |
| **Non-Operating Disbursements** | | | | | |
| Interest | (8) | (14) | (12) | (10) | (44) |
| Cash Sweep | (30) | (48) | (20) | (14) | (112) |
| **Total Non-Operating Disbursements** | **(38)** | **(62)** | **(31)** | **(24)** | **(157)** |
| | | | | | |
| **Net Cash Flow** | **6** | **(1)** | **(2)** | **(1)** | **2** |
| | | | | | |
| Beginning Cash | 13 | 18 | 17 | 15 | 13 |
| Net Cash Flow | 6 | (1) | (2) | (1) | 2 |
| **Ending Cash Balance** | $ 18 | $ 17 | $ 15 | $ 14 | $ 14 |

| Additional Detail | Eff. Date[1] | 2026 | 2027 | 2028 | 2029 |
|---|---|---|---|---|---|
| **Operating Assets:** | | | | | |
| Existing Net Contract Asset | $ 575 | $ 496 | $ 369 | $ 292 | $ 230 |
| **Debt:** | | | | | |
| New Money Term Loan | 21 | - | - | - | - |
| Second Out Term Loan | 174 | 174 | 136 | 117 | 102 |
| Third Out Term Loan | 588 | 614 | 673 | 738 | 809 |

---

[1] The assumed Effective Date is July 17, 2026.  July – December 2026 represents post-emergence cash flows only.