Exhibit D

Organizational Chart



```
┌─────────────────┐
│  GoHealth, Inc. │
│      (DE)       │
└────────┬────────┘
         │
┌────────┴────────┐
│    GoHealth     │
│   Holdings,     │
│   LLC (DE)      │
└────────┬────────┘
         │
┌────────┴────────┐
│    Blizzard     │
│  Midco, LLC (DE)│
└────────┬────────┘
         │
┌────────┴────────┐
│   Norvax, LLC   │
│      (DE)       │
└────────┬────────┘
```

| ETQ Holdings, LLC (DE) | GoHealth, s.r.o (Slovakia) | Connected Benefits, LLC (DE) | GoHealth, LLC (DE) |

| e-TeleQuote Insurance, Inc. (FL) | | | GoHealth, LLC Subsidiaries |

| e-TeleQuote Insurance, Inc. Subsidiaries* | | | |