**Exhibit C**

**Insurance Policies**

| Type of Policy Coverage | Insurance Carrier(s) | Policy Number | Policy Term | Approximate Annualized Gross Premium |
|---|---|---|---|---|
| COMMERCIAL AUTO | THE TRAVELERS COMPANIES, INC. | BA-8T733971-25-13-G | 9/13/2026 | $1,845 |
| COMMERCIAL PROPERTY | THE TRAVELERS COMPANIES, INC. | H-630-8T733971-25-13-G | 9/13/2026 | $29,575 |
| COMMERCIAL UMBRELLA | THE TRAVELERS COMPANIES, INC. | CUP-8T734365-25-13 | 9/13/2026 | $3,419 |
| CRIME (LOSS DISCOVERED) | AXIS INSURANCE COMPANY | P-001-000394145-06 | 11/29/2026 | $21,111 |
| CYBER | NATIONAL FIRE & MARINE INSURANCE COMPANY | 42-EPP-325076-04 | 4/27/2027 | $550,000 |
| CYBER | QBE SPECIALTY INSURANCE COMPANY | 130003710 | 4/27/2027 | $457,334 |
| D & O | BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY | 47-EPC-311665-06 | 1/15/2027 | $47,500 |
| D & O | HDI GLOBAL INSURANCE COMPANY | FRS-G-X-ML-00015212-02 | 1/15/2027 | $140,250 |
| D & O | LLOYDS SYNDICATE | B080158612P26 | 1/15/2027 | $96,910 |
| D & O | MITSUI SUMITOMO INSURANCE COMPANY OF AMERICA | DOA3025015 | 1/15/2027 | $115,000 |
| D & O | MSIG SPECIALTY INSURANCE USA INC. | DOP3025015 | 1/15/2027 | $465,000 |
| D & O | SAMSUNG FIRE & MARINE | SGC 0440-05 | 1/15/2027 | $30,000 |

| Type of Policy Coverage | Insurance Carrier(s) | Policy Number | Policy Term | Approximate Annualized Gross Premium |
|---|---|---|---|---|
|  | INSURANCE COMPANY LTD. |  |  |  |
| D & O | WESCO INSURANCE COMPANY | EUW1948677 03 | 1/15/2027 | $53,301 |
| D & O | WESTFIELD SELECT INSURANCE COMPANY | XDO-426097V-01 | 1/15/2027 | $279,000 |
| EMPLOYEE BENEFITS LIABILITY | THE TRAVELERS COMPANIES, INC. | H-630-8T733971-25-13-G | 9/13/2026 | $0 |
| EMPLOYMENT PRACTICES LIABILITY | FEDERAL INSURANCE (CHUBB) | 8262-2446 | 12/13/2026 | $90,961 |
| FIDUCIARY LIABILITY | OLD REPUBLIC INSURANCE CO. | ORPRO 24 10002172 | 11/29/2026 | $15,000 |
| GENERAL LIABILITY | THE TRAVELERS COMPANIES, INC. | H-630-8T733971-25-13-G | 9/13/2026 | $0 |
| WORKERS COMPENSATION | THE TRAVELERS COMPANIES, INC. | UB-5T154875-26-13-G | 6/1/2027 | $16,936 |