**Exhibit C**

**Taxing Authorities**

| Tax Authority | Tax Type | Address |
|---|---|---|
| ALABAMA DEPARTMENT OF INSURANCE | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 201 MONROE ST # 502 MONTGOMERY, AL 36104 |
| ALABAMA DEPARTMENT OF REVENUE | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES; INCOME TAXES | 375 SOUTH RIPLEY STREET MONTGOMERY, AL 36104 |
| ALASKA DIVISION OF INSURANCE | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 333 WILLOUGHBY AVE. 9TH FL. JUNEAU, AK 99801-1770 |
| ARIZONA DEPARTMENT OF INSURANCE AND FINANCIAL INSTITUTIONS | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 100 N 15TH AVE #261 PHOENIX, AZ 85007 |
| ARIZONA DEPARTMENT OF REVENUE | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES; INCOME TAXES | 1600 WEST MONROE STREET PHOENIX, AZ 85007 |
| ARKANSAS DEPARTMENT OF COMMERCE | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 1 COMMERCE WAY BUILDING 4, SUITE 601 LITTLE ROCK, AR 72202 |
| ARKANSAS DEPARTMENT OF FINANCE AND ASSESSMENT | INCOME TAXES | 1816 W. 7TH STREET ROOM 2250 LITTLE ROCK, AR 72201 |
| ARKANSAS INSURANCE DEPARTMENT | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 1 COMMERCE WAY SUITE 104 LITTLE ROCK, AR 72202 |
| CALIFORNIA DEPARTMENT OF INSURANCE | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 320 CAPITAL MALL SACRAMENTO, CA 95814 |
| CALIFORNIA FRANCHISE TAX BOARD | FRANCHISE TAXES; INCOME TAXES | 3321 POWER INN ROAD SUITE 250 SACRAMENTO, CA 95826-3983 |
| CITY OF CHICAGO DEPARTMENT OF REVENUE | LEASE TAXES; USE TAXES | 333 S STATE ST #300 CHICAGO, IL 60604 |
| COLORADO DEPARTMENT OF REVENUE | INCOME TAXES; BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 1881 PIERCE ST LAKEWOOD, CO 80214 |

| Tax Authority | Tax Type | Address |
|---|---|---|
| COLORADO DIVISION OF INSURANCE | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 1560 BROADWAY #110 DENVER, CO 80202 |
| COMPTROLLER OF MARYLAND | INCOME TAXES; BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 60 WEST STREET SUITE 102 ANNAPOLIS, MD 21401 |
| CONNECTICUT INSURANCE DEPARTMENT | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 153 MARKET ST HARTFORD , CT 06103 |
| DELAWARE DEPARTMENT OF INSURANCE | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 503 CARR ROAD SUITE 303 WILMINGTON, DE 19809 |
| DELAWARE SECRETARY OF STATE | FRANCHISE TAXES | 401 FEDERAL ST. SUITE 3 DOVER, DE 19901 |
| DISTRICT OF COLUMBIA DEPARTMENT OF INSURANCE, SECURITIES AND BANKING | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 1050 FIRST ST NE #801 WASHINGTON, DC 20002 |
| FINANCIAL ACCOUNTING STANDARDS BOARD (FASB) | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 441 G ST., NW SUITE 1155 WASHINGTON, DC 20548 |
| FINANCIAL DIRECTORATE OF THE SLOVAK REPUBLIC | FOREIGN TAXES | LAZOVNA ULICA C. 63, 974 01 BANSKA BYSTRICA |
| FLORIDA DEPARTMENT OF FINANCIAL SERVICES | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 200 E GAINES ST TALLAHASSEE, FL 32399 |
| FLORIDA DEPARTMENT OF REVENUE | INCOME TAXES | 5050 W. TENNESSEE ST. TALLAHASSEE, FL 32399-0135 |
| GEORGIA DEPARTMENT OF REVENUE | FRANCHISE TAXES; INCOME TAXES | 2595 CENTURY PARKWAY NE ATLANTA, GA 30345-3173 |
| GEORGIA OFFICE OF COMMISSIONER OF INSURANCE AND SAFETY FIRE | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 2 M.L.K JR DR SE #716 ATLANTA, GA 30334 |
| HAWAII DIVISION OF INSURANCE | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | KING KALAKAUA BUILDING 335 MERCHANT STREET RM. 213 HONOLULU, HI 96813 |
| IDAHO DEPARTMENT OF INSURANCE | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 700 W STATE ST 3RD FLOOR BOISE, ID 83702 |

| Tax Authority | Tax Type | Address |
|---|---|---|
| IDAHO STATE TAX COMMISSION | INCOME TAXES; BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | ATTN: IDAHO STATE TAX COMMISSION 11321 W CHINDEN BLVD. BOISE, ID 83714 |
| ILLINOIS DEPARTMENT OF INSURANCE | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 320 W WASHINGTON ST SPRINGFIELD, IL 62767 |
| ILLINOIS DEPARTMENT OF REVENUE | FRANCHISE TAXES | 555 WEST MONROE STREET SUITE 1100 CHICAGO, IL 60661 |
| INDIANA DEPARTMENT OF INSURANCE | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 311 W WASHINGTON ST INDIANAPOLIS, IN 46204 |
| INDIANA DEPARTMENT OF REVENUE | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | ATTN: INDIANA DEPARTMENT OF REVENUE 100 NORTH SENATE AVENUE, SUITE 108 INDIANAPOLIS, IN 46204 |
| INTERNAL REVENUE SERVICE | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | ATTN: CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST. MAIL STOP 5-Q30.133 PHILADELPHIA, PA 19104-5016 |
| IOWA DEPARTMENT OF REVENUE | INCOME TAXES; BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 1305 E WALNUT ST FOURTH FLOOR 1017 DES MOINES, IA 50319 |
| IOWA INSURANCE DIVISION | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 1963 BELL AVE DES MOINES, IA 50315 |
| KANSAS DEPARTMENT OF INSURANCE | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 1300 SW ARROWHEAD RD TOPEKA, KS 66604 |
| KENTUCKY DEPARTMENT OF INSURANCE | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 500 MERO STREET 2 SE 11 FRANKFORT, KY 40601 |
| KENTUCKY DEPARTMENT OF REVENUE | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 501 HIGH STREET FRANKFORT, KY 40601 |
| KENTUCKY STATE TREASURER | INCOME TAXES; BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 1050 US HIGHWAY 127 SOUTH SUITE 100 FRANKFORT, KY 40601 |
| LOUISIANA DEPARTMENT OF | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 1702 N 3RD STREET BATON ROUGE, LA 70802 |

3

| Tax Authority | Tax Type | Address |
|---|---|---|
| INSURANCE, PRODUCER LICENSING DIVISION | | |
| MAINE BUREAU OF INSURANCE | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 76 NORTHERN AVE GARDINER, ME 04345 |
| MARYLAND INSURANCE ADMINISTRATION, PRODUCER LICENSING UNIT | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 200 SAINT PAUL PLACE SUITE 2700 BALTIMORE, MD 21202 |
| MASSACHUSETTS DEPARTMENT OF REVENUE | INCOME TAXES; BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 100 CAMBRIDGE STREET BOSTON, MA 02204 |
| MASSACHUSETTS DIVISION OF INSURANCE | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 1 FEDERAL ST, SUITE 700 BOSTON, MA 02110 |
| MICHIGAN DEPARTMENT OF INSURANCE AND FINANCIAL SERVICES | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 530 W ALLEGAN ST #7 LANSING, MI 484933 |
| MICHIGAN DEPARTMENT OF TREASURY | INCOME TAXES | 41300 DEQUINDRE RD #200 STERLING HEIGHTS, MI 48314 |
| MINNESOTA DEPARTMENT OF COMMERCE | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 85 7TH PL E #280 ST PAUL, MN 55101 |
| MINNESOTA DEPARTMENT OF REVENUE | INCOME TAXES; BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 600 ROBERT ST N ST PAUL, MN 55101 |
| MISSISSIPPI DEPARTMENT OF REVENUE | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES; INCOME TAXES | 500 CLINTON CENTER DR. CLINTON, MS 39056 |
| MISSISSIPPI INSURANCE DEPARTMENT | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 501 N. WEST STREET 1001 WOOLFOLK STATE OFFICE BUILDING JACKSON, MS 39201 |
| MISSOURI DEPARTMENT OF COMMERCE AND INSURANCE | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 301 W HIGH ST #630 JEFFERSON CITY , MO 65101 |
| MISSOURI DEPARTMENT OF REVENUE | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | HARRY S. TRUMAN STATE OFFICE BUILDING |

| Tax Authority | Tax Type | Address |
|---|---|---|
| | | 301 WEST HIGH STREET JEFFERSON CITY, MO 65101 |
| MONTANA STATE AUDITORS OFFICE | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 840 HELENA AVENUE HELENA, MT 59620 |
| NEBRASKA DEPARTMENT OF INSURANCE | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 1526 K ST SUITE 200 LINCOLN, NE 68508 |
| NEBRASKA DEPARTMENT OF REVENUE | INCOME TAXES; BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 301 CENTENNIAL MALL S LINCOLN, NE 68508 |
| NEVADA DIVISION OF INSURANCE | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 2501 EAST SAHARA AVENUE SUITE 275 LAS VEGAS, NV 89104 |
| NEW HAMPSHIRE INSURANCE DEPARTMENT | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 21 SOUTH FRUIT STREET SUITE 14 CONCORD, NH 03301 |
| NEW JERSEY DEPARTMENT OF BANKING & INSURANCE | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 20 W STATE ST TRENTON, NJ 08625 |
| NEW MEXICO OFFICE OF SUPERINTENDENT OF INSURANCE | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 1120 PASEO DE PERALTA #4TH SANTA FE, NM 87501 |
| NEW MEXICO TAXATION & REVENUE DEPARTMENT | INCOME TAXES; BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 10500 COPPER AVE SUITE C ALBUQUERQUE, NM 87123 |
| NEW YORK DEPARTMENT OF FINANCIAL SERVICES | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | ATTN: DEPARTMENT OF FINANCIAL SERVICES 1 STATE ST NEW YORK, NY 10004 |
| NEW YORK STATE DEPARTMENT OF TAXATION & FINANCE | INCOME TAXES; BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | HARRIMAN CAMPUS RD ALBANY, NY 12227 |
| NORTH CAROLINA DEPARTMENT OF INSURANCE | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 1204 MAIL SERVICE CENTER RALEIGH, NC 27699-1204 |
| NORTH CAROLINA DEPARTMENT OF REVENUE | INCOME TAXES; BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 501 NORTH WILMINGTON STREET RALEIGH, NC 27604 |
| NORTH DAKOTA INSURANCE & | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 600 E BOULEVARD AVE. BISMARCK, ND 58505 |

5

| Tax Authority | Tax Type | Address |
|---|---|---|
| SECURITIES DEPARTMENT | | |
| OHIO DEPARTMENT OF INSURANCE | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 50 W TOWN ST #300 COLUMBUS, OH 43215 |
| OHIO DEPARTMENT OF TAXATION | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 4485 NORTHLAND RIDGE BOULEVARD COLUMBUS, OH 43229 |
| OHIO TREASURER OF STATE | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | OHIO TREASURER 30 E. BROAD STREET, 9TH FLOOR COLUMBUS, OH 43125 |
| OKLAHOMA INSURANCE DEPARTMENT | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 400 NE 50TH ST OKLAHOMA CITY, OK 73105 |
| OKLAHOMA TAX COMMISSION | INCOME TAXES; BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | OKLAHOMA TAX COMMISSION OKLAHOMA CITY, OK 73194 |
| OREGON DEPARTMENT OF REVENUE | INCOME TAXES; BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 955 CENTER ST NE SALEM, OR 97301-2555 |
| OREGON DIVISION OF FINANCIAL REGULATION | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 350 WINTER ST NE SALEM, OR 97301 |
| PENNSYLVANIA DEPARTMENT OF REVENUE | INCOME TAXES; BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 1131 STRAWBERRY SQ HARRISBURG, PA 17128 |
| PENNSYLVANIA INSURANCE DEPARTMENT | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 1227 STRAWBERRY SQUARE HARRISBURG, PA 17120 |
| PUBLIC COMPANY ACCOUNTING OVERSIGHT BOARD | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 1666 K STREET NW SUITE 300 WASHINGTON, DC 20006-2803 |
| PUERTO RICO, OFFICE OF THE COMMISSION OF INSURANCE | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | EDIFICIO WORLD PLAZA 268 AV. LUIS MUNOZ RIVERA FLOOR 9 SAN JUAN, PR 00918 |
| RHODE ISLAND DEPARTMENT OF BUSINESS REGULATION | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | BUILDING 68 1511 PONTIAC AVE CRANSTON, RI 02920 |
| RHODE ISLAND DIVISION OF TAXATION | INCOME TAXES | 1 CAPITOL HILL PROVIDENCE, RI 02908 |

| Tax Authority | Tax Type | Address |
|---|---|---|
| SOUTH CAROLINA DEPARTMENT OF INSURANCE | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 1201 MAIN ST.<br>SUITE 1000<br>COLUMBIA, SC 29201 |
| SOUTH CAROLINA DEPARTMENT OF REVENUE | INCOME TAXES; BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 300A OUTLET POINTE BOULEVARD<br>COLUMBIA, SC 29210 |
| SOUTH DAKOTA DEPARTMENT OF LABOR AND REGULATION, DIVISION OF INSURANCE | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 124 SOUTH EUCLID AVENUE<br>2ND FLOOR<br>PIERRE, SD 57501 |
| STATE OF CONNECTICUT - DEPT OF REVENUE SERVICES | INCOME TAXES; BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 450 COLUMBUS BLVD<br>HARTFORD, CT 06013 |
| TENNESSEE DEPARTMENT OF COMMERCE AND INSURANCE | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 500 JAMES ROBERTSON PKWY<br>NASHVILLE, TN 37243 |
| TENNESSEE DEPARTMENT OF REVENUE | FRANCHISE TAXES; INCOME TAXES | ANDREW JACKSON BUILDING<br>500 DEADERICK STREET<br>NASHVILLE, TN 37242 |
| TEXAS COMPTROLLER | FRANCHISE TAXES; INCOME TAXES | LYNDON B. JOHNSON STATE OFFICE BUILDING<br>111 EAST 17TH STREET<br>AUSTIN, TEXAS 78774 |
| TEXAS DEPARTMENT OF INSURANCE | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 1601 CONGRESS AVENUE<br>AUSTIN, TX 78701 |
| TREASURER, STATE OF MAINE | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 111 SEWALL STREET FLOOR 1<br>BURTON M. CROSS OFFICE BUILDING<br>AUGUSTA, ME 04333-0039 |
| U.S. SECURITIES & EXCHANGE COMMISSION | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | ATTN: OFFICE OF REORGANIZATION<br>950 EAST PACES FERRY ROAD NE, SUITE 900<br>ATLANTA, GA 30326-1382 |
| UNITED STATES TREASURY | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 1500 PENNSYLVANIA AVE. NW<br>WASHINGTON, DC 20220 |
| UTAH INSURANCE DEPARTMENT | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 4315 S 2700 W<br>SUITE 2300<br>TAYLORSVILLE, UT 84129 |

| Tax Authority | Tax Type | Address |
| --- | --- | --- |
| UTAH STATE TAX COMMISSION | INCOME TAXES | 210 N. 1950 W<br>SALT LAKE CITY, UT 84134-0180 |
| VERMONT DEPARTMENT OF FINANCIAL REGULATION | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 89 MAIN ST<br>MONTPELIER, VT 05620 |
| VERMONT DEPARTMENT OF TAXES | INCOME TAXES | 133 STATE ST<br>MONTPELIER, VT 05602 |
| VIRGINIA BUREAU OF INSURANCE | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | TYLER BUILDING<br>1300 E. MAIN ST.<br>RICHMOND, VA 23219 |
| VIRGINIA DEPARTMENT OF TAXATION | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 600 E MAIN ST#1100<br>RICHMOND, VA 23219 |
| WASHINGTON STATE OFFICE OF THE INSURANCE COMMISSIONER | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 5000 CAPITOL BLVD SE<br>TUMWATER, WA 98501 |
| WEST VIRGINIA OFFICES OF THE INSURANCE COMMISSIONER, AGENTS LICENSING & EDUCATION | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 1124 SMITH STREET<br>ROOM 402<br>CHARLESTON, WV 25305-0541 |
| WEST VIRGINIA STATE TAX DEPARTMENT | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 1001 LEE ST E<br>CHARLESTON, WV 25301 |
| WISCONSIN DEPARTMENT OF REVENUE | FRANCHISE TAXES; INCOME TAXES | 2135 RIMROCK ROAD<br>MADISON, WI 53713 |
| WISCONSIN OFFICE OF THE INSURANCE COMMISSIONER | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 101 E WILSON ST<br>MADISON, WI 53703 |
| WYOMING INSURANCE DEPARTMENT, LICENSING DIVISION | BUSINESS AND INSURANCE LICENSES AND OTHER TAXES AND FEES | 106 EAST 6TH AVENUE<br>CHEYENNE, WY 82002 |