**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GOHEALTH, INC., *et al.*,[1] | ) | Case No. 26-10914 [●] |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | **Ref. Docket No. 10** |

## NOTICE OF WITHDRAWAL OF DOCKET NO. 10

**PLEASE TAKE NOTICE THAT** the above-captioned debtors and debtors in possession

hereby withdraw the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing*

*Limited Use of Cash Collateral, (II) Granting Adequate Protection Liens and Superpriority*

*Administrative Expense Claims to Prepetition Secured Parties, (III) Modifying The Automatic*

*Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Docket No. 10] filed on

June 7, 2026.

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are:  GoHealth, Inc. (3805); Blizzard Midco, LLC (3732); Connected Benefits, LLC (2162); e-TeleQuote Insurance, Inc. (2336); ETQ Holdings, LLC (8260); GoHealth Holdings, LLC (3653); GoHealth, LLC (5175); and Norvax, LLC (3063).  The location of the Debtors' service address for purposes of these chapter 11 cases is:  222 West Merchandise Mart Plaza, Suite 1750, Chicago, Illinois 60654.

Dated:  June 7, 2026
Wilmington, Delaware

*/s/ Laura Davis Jones*

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP** | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Laura Davis Jones (DE Bar No. 2436) | Anup Sathy, P.C. (*pro hac vice* pending) |
| James E. O'Neill (DE Bar No. 4042) | Alexandra F. Schwarzman, P.C. (*pro hac vice* pending) |
| Edward A. Corma (DE Bar No. 6718) | David R. Gremling (*pro hac vice* pending) |
| 919 North Market Street, 17th Floor | 333 West Wolf Point Plaza |
| Wilmington, Delaware 19801 | Chicago, Illinois 60654 |
| Telephone:     (302) 652-4100 | Telephone:     (312) 862-2000 |
| Facsimile:     (302) 652-4400 | Facsimile:     (312) 862-2200 |
| Email:     ljones@pszjlaw.com | Email:     anup.sathy@kirkland.com |
|              joneill@pszjlaw.com |              alexandra.schwarzman@kirkland.com |
|              ecorma@pszjlaw.com |              dave.gremling@kirkland.com |

*Proposed Co-Counsel for the Debtors and Debtors in Possession*

*Proposed Co-Counsel for the Debtors and Debtors in Possession*

4896-4924-3313.1 96859.001