**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GOHEALTH, INC. | ) | Case No. 26-10914 [TMH] |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

**NOTICE OF FILING OF CORRECTED**
**SECOND PAGE OF PETITION FOR DEBTOR (CORRECTED NAICS CODE)**

**PLEASE TAKE NOTICE** that, on June 7, 2026, GoHealth, Inc. filed a voluntary petition for relief (the "Petition") under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532.  The Petition contains an incorrect NAICS Code. The correct NAICS Code is 5242.  Accordingly, attached hereto as **Exhibit A** is a corrected second page of the Petition to reflect the correct NAICS Code.

Dated:  June 8, 2026
Wilmington, Delaware

/s/ Laura Davis Jones
_____

**PACHULSKI STANG ZIEHL & JONES LLP**     **KIRKLAND & ELLIS LLP**
Laura Davis Jones (DE Bar No. 2436)       **KIRKLAND & ELLIS INTERNATIONAL LLP**
James E. O'Neill (DE Bar No. 4042)        Anup Sathy, P.C. (*pro hac vice* pending)
Edward A. Corma (DE Bar No. 6718)         Alexandra F. Schwarzman, P.C. (*pro hac vice* pending)
919 North Market Street, 17th Floor       David R. Gremling (*pro hac vice* pending)
Wilmington, Delaware 19801                333 West Wolf Point Plaza
Telephone:    (302) 652-4100              Chicago, Illinois 60654
Facsimile:    (302) 652-4400              Telephone:    (312) 862-2000
Email:        ljones@pszjlaw.com          Facsimile:    (312) 862-2200
              joneill@pszjlaw.com         Email:        anup.sathy@kirkland.com
              ecorma@pszjlaw.com                        alexandra.schwarzman@kirkland.com
                                                        dave.gremling@kirkland.com


*Proposed Co-Counsel for the Debtors and Debtors*     *Proposed Co-Counsel for the Debtors and Debtors in*
*in Possession*                                        *Possession*