**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| GOHEALTH, INC., *et al.*,[1] | ) | Case No. 26-10914 (TMH) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

**DEBTORS' WITNESS AND EXHIBIT LIST FOR FIRST DAY HEARING**

The above-captioned debtors and debtors in possession (the "Debtors") hereby submit this Witness and Exhibit List in connection with the hearing scheduled for **June 9, 2026 at 2:30 p.m. (prevailing Eastern Time)** before the Honorable Thomas M. Horan at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware 19801 (the "Hearing"), at which time the first day motions are scheduled to be heard.

**WITNESSES**

The Debtors designate the following persons as witnesses in connection with the Hearing:

(1)     Vijay Kotte, Chief Executive Officer of GoHealth, Inc. – Mr. Kotte has submitted a declaration in support of the petitions and the first day motions. The Debtors may call Mr. Kotte to provide additional testimony regarding the same.

(2)     Lisa Terry, Senior Legal Director, Donlin, Recano & Company, LLC ("Donlin") – Ms. Terry has submitted a declaration in support of Donlin's application for appointment as claims and noticing agent pursuant to 28 U.S.C. § 156(c). The Debtors may call Ms. Terry to provide additional testimony regarding the same.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are: GoHealth, Inc. (3805); Blizzard Midco, LLC (3732); Connected Benefits, LLC (2162); e-TeleQuote Insurance, Inc. (2336); ETQ Holdings, LLC (8260); GoHealth Holdings, LLC (3653); GoHealth, LLC (5175); and Norvax, LLC (3063). The location of the Debtors' service address for purposes of these chapter 11 cases is: 222 West Merchandise Mart Plaza, Suite 1750, Chicago, Illinois 60654.

1

As of the time of filing of this Witness and Exhibit List, no other party has identified witnesses in connection with the matters to be heard at the Hearing.  To the extent that any party designates witnesses, the Debtors reserve the right to cross-designate all witnesses so designated and reserve the right to call any necessary rebuttal or impeachment witnesses.

### EXHIBITS

The Debtors designate the following exhibits that may be used at the Hearing:

| Exhibit No. | Document Description | Docket No. |
|---|---|---|
| 1. | Declaration of Vijay Kotte, Chief Executive Officer of GoHealth, Inc., in Support of Chapter 11 Petitions, First Day Motions, and Access to Cash Collateral (with exhibits) | 4 |
| 2. | Declaration of Lisa Terry in Support of Debtors' Application for Appointment of Donlin, Recano & Company, LLC as Claims and Noticing Agent Pursuant to 28 U.S.C. § 156(c), Effective as of the Petition Date | 8-2 |
| 3. | Debtors' Approved Budget | 20-1, p. 51 |
| 4. | Debtors' Corporate Organization Chart | 4-1 |
| 5. | Any exhibit necessary to establish the authenticity or admissibility of documents | |
| 6. | Any exhibit listed or introduced by any other party | |
| 7. | Any documents filed in the above-captioned bankruptcy cases | |
| 8. | Rebuttal and impeachment exhibits as necessary | |

The Debtors reserve the right to object to the entry into evidence of any exhibit, including those listed above.  The Debtors also reserve the right to amend, shorten, or supplement this Witness and Exhibit List prior to or during the Hearing.

Dated:  June 8, 2026
Wilmington, Delaware

/s/ Laura Davis Jones

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP** | **KIRKLAND & ELLIS LLP** |
| Laura Davis Jones (DE Bar No. 2436) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| James E. O'Neill (DE Bar No. 4042) | Anup Sathy, P.C. (*pro hac vice* pending) |
| Edward A. Corma (DE Bar No. 6718) | Alexandra F. Schwarzman, P.C. (*pro hac vice* pending) |
| 919 North Market Street, 17th Floor | David R. Gremling (*pro hac vice* pending) |
| Wilmington, Delaware 19801 | 333 West Wolf Point Plaza |
| Telephone:     (302) 652-4100 | Chicago, Illinois 60654 |
| Facsimile:      (302) 652-4400 | Telephone:     (312) 862-2000 |
| Email:           ljones@pszjlaw.com | Facsimile:      (312) 862-2200 |
|                        joneill@pszjlaw.com | Email:           anup.sathy@kirkland.com |
|                        ecorma@pszjlaw.com |                        alexandra.schwarzman@kirkland.com |
| |                        dave.gremling@kirkland.com |

*Proposed Co-Counsel for the Debtors and Debtors in Possession*      *Proposed Co-Counsel for the Debtors and Debtors in Possession*

3