**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GOHEALTH, INC., *et al.*,[1] | ) | Case No. 26-10914 (TMH) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JUNE 9, 2026 AT 2:30 P.M. (ET)[3]**

---

**This proceeding will be conducted as a hybrid proceeding.  Delaware counsel is expected to appear in person and all other parties are permitted to appear remotely via Zoom.  Please refer to Judge Horan's Chambers Procedures and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Horan's expectations of remote participants, and the advance registration requirements.  Registration is required no later than one hour prior to the hearing unless otherwise noticed using the eCourt Appearances tool available on the Court's website.**

---

**Petitions and Related Pleadings**

1.    Voluntary Petitions:

A.    GoHealth, Inc. [Case No. 26-10914, Docket No. 1]

**i.    Amended Petition to Correct the NAICS Code**
**[Filed 6/8/2026, Docket No. 33]**

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are:   GoHealth, Inc. (3805); Blizzard Midco, LLC (3732); Connected Benefits, LLC (2162); e-TeleQuote Insurance, Inc. (2336); ETQ Holdings, LLC (8260); GoHealth Holdings, LLC (3653); GoHealth, LLC (5175); and Norvax, LLC (3063).  The location of the Debtors' service address for purposes of these chapter 11 cases is:  222 West Merchandise Mart Plaza, Suite 1750, Chicago, Illinois 60654.

[2]    **Amended items are indicated in bold.**

[3]    This Agenda contains hyperlinks to filed documents pursuant to the Court's *Interim Order RE: Cessation of Hand Deliveries*, dated March 13, 2020.  Parties may access the filed documents through the hyperlinks for a fee through the Court's website at https://www.deb.uscourts.gov.

B.        GoHealth Holdings, LLC [Case No. 26-10915, Docket No. 1]

      **i.        Amended Petition to Correct the NAICS Code [Filed 6/8/2026, Docket No. 3]**

C.        Blizzard Midco, LLC [Case No. 26-10916, Docket No. 1]

      **i.        Amended Petition to Correct the NAICS Code [Filed 6/8/2026, Docket No. 3]**

D.        Norvax, LLC [Case No. 26-10917, Docket No. 1]

      **i.        Amended Petition to Correct the NAICS Code [Filed 6/8/2026, Docket No. 3]**

E.        ETQ Holdings, LLC [Case No. 26-10918, Docket No. 1]

      **i.        Amended Petition to Correct the NAICS Code [Filed 6/8/2026, Docket No. 3]**

F.        Connected Benefits, LLC [Case No. 26-10919, Docket No. 1]

      **i.        Amended Petition to Correct the NAICS Code [Filed 6/8/2026, Docket No. 3]**

G.        GoHealth, LLC [Case No. 26-10920, Docket No. 1]

      **i.        Amended Petition to Correct the NAICS Code [Filed 6/8/2026, Docket No. 3]**

H.        E-TeleQuote Insurance, Inc. [Case No. 26-10921, Docket No. 1]

      **i.        Amended Petition to Correct the NAICS Code [Filed 6/8/2026, Docket No. 3]**

2.      Declaration of Vijay Kotte, Chief Executive Officer of GoHealth, Inc., in Support of Chapter 11 Petitions, First Day Motions, and Access To Cash Collateral [Filed 6/7/2026, Docket No. 4]

      Status: The Debtors will ask the Court to admit the Declaration into evidence. To the extent that the Court or any party in interest has questions regarding the Declaration or the factual bases for the requested first day relief, Mr. Kotte will be available on the Zoom platform.

**First Day Motions**

3.      Motion of Debtors for Entry of an Order (I) Directing the Joint Administration of Chapter 11 Cases and (II) Granting Related Relief [Filed 6/7/2026, Docket No. 3]

      Status: This matter will go forward.

4.    Motion of Debtors for Entry of an Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Approving Related Dates, Deadlines, Notices, and Procedures, (III) Approving the Solicitation Procedures and Related Dates, Deadlines, and Notices, (IV) Conditionally Waiving the Requirements that (A) the U.S. Trustee Convene a Meeting of Creditors and (B) the Debtors File Schedules of Assets and Liabilities, Statements of Financial Affairs, and Rule 2015.3 Financial Reports, and (V) Granting Related Relief [Filed 6/7/2026, Docket No. 7]

Status: This matter will go forward.

Related Documents:

   a.    Joint Prepackaged Chapter 11 Plan of GoHealth, Inc. and its Debtor Affiliates [Filed 6/7/2026, Docket No. 5]

   b.    Disclosure Statement Relating to the Joint Prepackaged Chapter 11 Plan of GoHealth, Inc. and its Debtor Affiliates [Filed 6/7/2026, Docket No. 6]

   c.    Preliminary Declaration of John Burlacu Regarding the Solicitation and Tabulation of Votes On, and Elections to Opt In to the Third-Party Release of, the Joint Prepackaged Chapter 11 Plan of GoHealth, Inc. and its Debtor Affiliates [Filed 6/7/2026, Docket No. 9]

   Status:    The Debtors will ask the Court to admit the Declaration into evidence. To the extent that the Court or any party in interest has questions regarding the Declaration, Mr. Burlacu will be available on the Zoom platform.

5.    Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Limited Use of Cash Collateral, (II) Granting Adequate Protection Liens and Superpriority Administrative Expense Claims to Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed 6/7/2026, Docket No. 20]

Status: This matter will go forward with respect to an interim order.

6.    Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate the Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions, (II) Granting Administrative Expense Status to Postpetition Intercompany Transactions, and (III) Granting Related Relief [Filed 6/7/2026, Docket No. 11]

Status: This matter will go forward with respect to an interim order.

7.    Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Fulfill and Honor their Carrier Programs and (B) Continue, Renew, Replace, Terminate, and Implement their Carrier Programs, and (II) Granting Related Relief [Filed 6/7/2026, Docket No. 15]

Status: This matter will go forward with respect to an interim order.

8.    Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition and Postpetition Taxes and Fees and (II) Granting Related Relief [Filed 6/7/2026, Docket No. 17]

Status: This matter will go forward with respect to an interim order.

9.    Application of Debtors for Appointment of Donlin, Recano & Company, LLC as Claims and Noticing Agent Pursuant to 28 U.S.C. § 156(c), Effective as of the Petition Date [Filed 6/7/2026, Docket No. 8]

Status: This matter will go forward.

Related Documents:

   a.    Declaration of Lisa Terry in Support of Derbtors' Application for Appointment of Donlin, Recano & Company, LLC as Claims and Noticing Agnt Pursuant to 28 U.S.C. § 156(c), Effective as of the Petition Date [Filed 6/7/2026, Docket No. 8-2]

      Status:    The Debtors will ask the Court to admit the Declaration into evidence.  To the extent that the Court or any party in interest has questions regarding the Declaration, Ms. Terry will be available on the Zoom platform.

10.    Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Redact Certain Personally Identifiable Information of Individuals and (B) Serve Parties in Interest By Email, (II) Modifying the Requirement to File a List of Equity Security Holders, (III) Approving the Form and Manner of Service of Notices, and (IV) Granting Related Relief [Filed 6/7/2026, Docket No. 12]

Status: This matter will go forward with respect to an interim order.

11.    Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Payment of All Trade Claims in the Ordinary Course of Business, (II) Confirming the Administrative Expense Priority of Outstanding Orders, and (III) Granting Related Relief [Filed 6/7/2026, Docket No. 13]

Status: This matter will go forward with respect to an interim order.

12.    Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Insurance and Satisfy Prepetition Obligations Related Thereto, (B) Renew, Amend, Modify, Supplement, Extend, or Enter Into New Insurance Policies, and (C) Continue to Pay Broker Fees, and (II) Granting Related Relief [Filed 6/7/2026, Docket No. 14]

Status: This matter will go forward with respect to an interim order.

13.    Motion of Debtors for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Stock, (II) Directing that Certain Transfers of and Declarations of Worthlessness with Respect to Stock in Violation of the Procedures Shall Be Null and Void, and (III) Granting Related Relief [Filed 6/7/2026, Docket No. 16]

Status: This matter will go forward with respect to an interim order.

14.    Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Compensation and Benefits Programs, and (II) Granting Related Relief [Filed 6/7/2026, Docket No. 18]

Status: This matter will go forward with respect to an interim order.

**15.    Debtors' Witness and Exhibit List for First Day Hearing [Filed 6/8/2026, Docket No. 34]**


*[Remainder of Page Intentionally Left Blank]*

Dated:  June 9, 2026
Wilmington, Delaware

*/s/ Laura Davis Jones*

**PACHULSKI STANG ZIEHL & JONES LLP**
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
Wilmington, Delaware 19801
Telephone:     (302) 652-4100
Facsimile:      (302) 652-4400
Email:            ljones@pszjlaw.com
                      joneill@pszjlaw.com
                      ecorma@pszjlaw.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Anup Sathy, P.C. (*pro hac vice* pending)
Alexandra F. Schwarzman, P.C. (*pro hac vice* pending)
David R. Gremling (*pro hac vice* pending)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:            anup.sathy@kirkland.com
                      alexandra.schwarzman@kirkland.com
                      dave.gremling@kirkland.com

*Proposed Co-Counsel for the Debtors and Debtors in Possession*

*Proposed Co-Counsel for the Debtors and Debtors in Possession*

6