**<u>Exhibit 6</u>**

**Form of TRA Amendment Notice**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| GOHEALTH, INC., *et al.*,[1] | ) | Case No. 26-10914 (TMH) |
|  | ) |  |
| Debtors. | ) | (Joint Administration Requested) |
|  | ) |  |

**NOTICE OF FILING OF AMENDMENT TO THE TAX RECEIVABLE AGREEMENT**

**TO:  ALL TRA HOLDERS (as defined in the Tax Receivable Agreement)**

PLEASE TAKE NOTICE that, the Debtors and Holders of Class 6 GoHealth Holdings Interests have negotiated the terms of an amendment to the Tax Receivable Agreement by and among GoHealth, Inc., GoHealth Holdings, LLC, and the Several TRA Holders (as defined therein) from time to time party thereto dated as of July 15, 2020 (such agreement, the "TRA" and such amendment, the "TRA Amendment").

PLEASE TAKE FURTHER NOTICE that the Debtors will file the TRA Amendment as Exhibit [●] in the Plan Supplement, to filed by July 1, 2026 (the "Initial Plan Supplement Filing Deadline").

PLEASE TAKE FURTHER NOTICE that GoHealth, Inc., GoHealth Holdings, LLC, the Several TRA Holders, and any other parties to the TRA who desire to execute the TRA Amendment, shall execute the TRA Amendment contemporaneously with the Effective Date of the *Joint Prepackaged Chapter 11 Plan of GoHealth, Inc. and Its Debtor Affiliates* [Docket No. 5] (as modified, amended, or supplemented from time to time, the "Plan").[2]

PLEASE TAKE FURTHER NOTICE THAT the TRA Amendment contemplates the following revisions to the TRA, all as more fully set forth therein:[3]

(a) adding "Chapter 11 Plan" as a defined term in Article I, Section 1.1;

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers are:  GoHealth, Inc. (3805); Blizzard Midco, LLC (3732); Connected Benefits, LLC (2162); e-TeleQuote Insurance, Inc. (2336); ETQ Holdings, LLC (8260); GoHealth Holdings, LLC (3653); GoHealth, LLC (5175); and Norvax, LLC (3063).  The location of the Debtors' service address for purposes of these chapter 11 cases is: 222 West Merchandise Mart Plaza, Suite 1750, Chicago, Illinois 60654.

[2]  Capitalized terms not otherwise defined herein have the same meaning as set forth in the Plan.

[3]  The following summary description of the TRA Amendment shall not limit, modify, or otherwise be used to construe the amendments therein.

(b) excluding transactions pursuant to the Chapter 11 Plan from the definition of "Change of Control" in Article I, Section 1.1;[4]

(c) including the subordination provision (Section 5.1) as a basis for accrual of Default Rate Interest (as defined in the TRA); and

(d) clarifying that the Corporation shall not pay and shall not be required to pay any Tax Benefit Payments (as defined in the TRA) if such payment is not permitted or would result in a breach of the Debtors' debt documents.

**PLEASE TAKE FURTHER NOTICE THAT** except as modified by the TRA Amendment, the TRA shall remain and continue in full force and effect.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline for filing objections to the Plan (including the TRA Amendment, as filed in the Plan Supplement) is **July 8, 2026, at 4:00 p.m., prevailing Eastern Time** (the "Plan Objection Deadline").  Any such objections *must*: (a) be in writing; (b) conform to the Bankruptcy Code, Bankruptcy Rules, the Local Rules, and any orders of the Court; (c) state, with particularity, the basis and nature of any objection to the Plan or Disclosure Statement and, if practicable, a proposed modification to the Plan that would resolve such objection; and (d) be filed with the Court on or before the Plan Objection Deadline.

**PLEASE TAKE FURTHER NOTICE THAT** if you would like to obtain a copy of the Disclosure Statement, the Conditional Disclosure Statement Order, the Plan, the Plan Supplement, or related documents, including the TRA Amendment, you should contact Donlin, Recano & Company, LLC, the claims and noticing agent retained by the Debtors in these chapter 11 cases (the "Claims and Noticing Agent"), by:  (a) writing via first class mail, to Donlin, Recano & Company, LLC, c/o Angeion Group, 200 Vesey Street, 24th Floor, New York, NY 10281; (b) writing via electronic mail to ghiinfo@angeiongroup.com (with "GoHealth, Inc. Solicitation Inquiry" in the subject line); or (c) calling the Debtors' restructuring hotline at +1-877-583-1578 (U.S./Canada, toll-free) or +1-332-284-1398 (International, toll).  You may also obtain copies of any pleadings filed in these chapter 11 cases (i) for a fee via PACER at https://www.deb.uscourts.gov or (ii) at no charge from Donlin, Recano & Company, LLC by accessing the Debtors' restructuring website at https://www.bankruptcy.angeiongroup.com/gohealth.

---

[4]   The TRA Amendment was approved unanimously by the full Board of Directors of GoHealth, Inc., which includes each Independent Director (as defined in the TRA), satisfying the requirement of Section 7.5(b) thereof to have the written approval of a majority of the Independent Directors for an amendment to the definition of Change of Control.

Dated:  [●], 2026
Wilmington, Delaware

*/s/ DRAFT*

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP** | **KIRKLAND & ELLIS LLP** |
| Laura Davis Jones (DE Bar 2436) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| James O'Neill (DE Bar 4042) | Anup Sathy, P.C. (*pro hac vice* pending) |
| Edward A. Corma (DE Bar 6718) | Alexandra Schwarzman, P.C. (*pro hac vice* pending) |
| 919 North Market Street, 17th Floor | David R. Gremling (*pro hac vice* pending) |
| Wilmington, Delaware 19801 | 333 West Wolf Point Plaza |
| Telephone:    (302) 652-4100 | Chicago, Illinois 60654 |
| Facsimile:    (302) 652-4400 | Telephone:    (312) 862-2000 |
| Email:          ljones@pszjlaw.com | Facsimile:    (312) 862-2200 |
|                     joneill@pszjlaw.com | Email:          anup.sathy@kirkland.com |
|                     ecorma@pszjlaw.com |                     alexandra.schwarzman@kirkland.com |
| |                     dave.gremling@kirkland.com |

*Proposed Co-Counsel for the Debtors and Debtors in Possession*

*Proposed Co-Counsel for the Debtors and Debtors in Possession*