**Exhibit 7**

**Form of Solicitation Letter**



**June 7, 2026**

Via First Class Mail / Email

**RE**:      *In re GoHealth, Inc., et al.* – Summary of Chapter 11 Plan and Information Regarding Certain Key Dates.

TO ALL HOLDERS OF CLAIMS AND INTERESTS ENTITLED TO VOTE ON THE PLAN:

You have received this letter and the enclosed materials because you are entitled to vote on the *Joint Prepackaged Chapter 11 Plan of GoHealth, Inc. and Its Debtor Affiliates* (as modified, amended, or supplemented from time to time, the "Plan").[1]  GoHealth, Inc. and its affiliated debtors and debtors in possession in the above captioned cases (collectively, the "Debtors")[2] may file for protection under title 11 of the United States Code (the "Bankruptcy Code") in a bankruptcy court of competent jurisdiction (the "Bankruptcy Court") and seek to consummate the Restructuring Transactions through the chapter 11 bankruptcy process and the Plan. Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Plan, a copy of which is available at https://www.bankruptcy.angeiongroup.com/gohealth.

> YOU ARE RECEIVING THIS LETTER BECAUSE YOU ARE ENTITLED TO VOTE ON THE PLAN. THEREFORE, YOU SHOULD READ THIS LETTER CAREFULLY AND DISCUSS IT WITH YOUR ATTORNEY.  IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.

As a Holder of a Claim or Interest entitled to vote on the Plan, you are entitled to receive the Solicitation Package.  The Solicitation Package consists of the following:

a.   a Ballot, together with detailed voting instructions; and

b.   this Cover Letter, including instructions to obtain access, free of charge, via https://www.bankruptcy.angeiongroup.com/gohealth, to the Plan and Disclosure Statement.

> **THE DISCLOSURE STATEMENT, THE PLAN, AND OTHER RELATED DOCUMENTS MAY BE ACCESSED FREE OF CHARGE AT HTTP://WWW.BANKRUPTCY.ANGEIONGROUP.COM/GOHEALTH**

The Plan provides that:

- Holders of Class 3 Super-Priority Loan Claims shall receive, in full and final satisfaction of such Claims, their Pro Rata share of approximately $173.9 million of Senior Takeback Debt;

---

[1]   Capitalized terms not otherwise defined herein have the same meanings as set forth in the Plan.

[2]   The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers are:  GoHealth, Inc. (3805); Blizzard Midco, LLC (3732); Connected Benefits, LLC (2162); e-TeleQuote Insurance, Inc. (2336); ETQ Holdings, LLC (8260); GoHealth Holdings, LLC (3653); GoHealth, LLC (5175); and Norvax, LLC (3063).  The location of the Debtors' service address for purposes of these chapter 11 cases is: 222 West Merchandise Mart Plaza, Suite 1750, Chicago, Illinois 60654.

- Holders of Class 4 First Lien Claims shall receive, in full and final satisfaction of such Claims, their Pro Rata share of approximately $588.3 million of Junior Takeback Debt and the New Common Interests, subject to dilution, if any, on account of the Management Incentive Plan; and

- Holders of Class 6 GoHealth Holdings Interests and Class 8 GoHealth, Inc. Class A Common Stock shall receive, in full and final satisfaction of such Interests, their Pro Rata share of the $10 million Equity Recovery Pool; *provided, however*, pursuant to the Plan, each Holder of GoHealth, Inc. Class A Common Stock or GoHealth Holdings Interests that is also a lender under the First Lien Credit Agreement or Super-Priority Credit Agreement (and, to the extent applicable, such Holder's fund(s), account, branch, Affiliate(s), unit and/or business group(s) that have a beneficial interest in such Common Stock or Interest) shall each waive its right to recover its Specified Pro Rata Share of the Equity Recovery Pool.

If you would like to obtain a physical copy of the Ballot, the Disclosure Statement, the Plan, the Plan Supplement, the Opt-In Form, the Combined Hearing Notice, or related documents, you should contact Donlin, Recano & Company, LLC, the claims and noticing agent retained by the Debtors in these chapter 11 cases (the "Claims and Noticing Agent"), by:  (a) writing via first class mail, to Donlin, Recano & Company, LLC, c/o Angeion Group, 200 Vesey Street, 24th Floor, New York, NY 10281; (b) writing via electronic mail to ghiinfo@angeiongroup.com (with "GoHealth, Inc. Solicitation Inquiry" in the subject line); or (c) calling the Debtors' restructuring hotline at +1-877-583-1578 (U.S./Canada, toll- free) or +1-332-284-1398 (International, toll). You may also obtain copies of any pleadings filed in these chapter 11 cases (i) for a fee via PACER at https://www.deb.uscourts.gov or (ii) at no charge from Donlin, Recano & Company LLC by accessing the Debtors' restructuring website at https://www.bankruptcy.angeiongroup.com/gohealth.The Plan Supplement will be filed with the Court no later than July 1, 2026.

GoHealth, Inc. (on behalf of itself and each of the other Debtors) has approved the filing of the Plan and the solicitation of votes to accept or reject the Plan.  The Debtors believe that the Plan is in the best interests of their estates and all other parties in interest.  Moreover, the Debtors believe that any alternative other than Confirmation of the Plan could result in significant delays and increased administrative expenses, which, in turn, likely would result in smaller distributions (or no distributions) or recoveries on account of Claims asserted in these chapter 11 cases.

**THE DEBTORS STRONGLY URGE YOU TO PROPERLY AND TIMELY SUBMIT YOUR BALLOT CASTING A VOTE TO ACCEPT THE PLAN.**

**ALL BALLOTS MUST BE ACTUALLY RECEIVED IN ACCORDANCE WITH THE INSTRUCTIONS CONTAINED THEREIN BY THE VOTING DEADLINE.**

**THE VOTING DEADLINE FOR HOLDERS OF CLAIMS IN CLASS 3 AND CLASS 4 IS 5:00 P.M., PREVAILING EASTERN TIME, ON MAY 19, 2026.**

**THE VOTING DEADLINE FOR HOLDERS OF INTERESTS IN CLASS 6 AND CLASS 8 IS 4:00 P.M., PREVAILING EASTERN TIME, ON JULY 8, 2026.**

The materials in the Solicitation Package are intended to be self-explanatory.  If you should have any questions, however, please feel free to contact Donlin, Recano & Company, LLC, the notice, claims, and solicitation agent retained by the Debtors in these chapter 11 cases (the "Claims and Noticing Agent"), by calling the Debtors' Claims and Noticing Agent at (877) 583-1578 (U.S./Canada, toll-free) or +1 (332) 284-1398 (International, toll).  The Claims and Noticing Agent cannot and will not provide legal advice.  If you need legal advice, you should consult an attorney.

*/s/ Vijay Kotte*

2

Vijay Kotte
Chief Executive Officer
GoHealth, Inc.