## <u>Exhibit 1</u>

## Approved Budget

**GoHealth, Inc.**
**Cash Collateral Budget**

*$ in millions*

| | Week #<br>Week ending | 1<br>Jun-12 | 2<br>Jun-19 | 3<br>Jun-26 | 4<br>Jul-03 | 5<br>Jul-10 | 6<br>Jul-17 | 1- 6<br>Total |
|---|---|---|---|---|---|---|---|---|
| Receipts | | $ 0.6 | $ 6.3 | $ 4.8 | $ 6.2 | $ 3.4 | $ 6.6 | $ 27.8 |
| Operating Disbursements | | (9.2) | (3.7) | (1.4) | (5.7) | (2.6) | (3.6) | (26.2) |
| **Operating Cash Flow** | | **$ (8.6)** | **$ 2.6** | **$ 3.3** | **$ 0.5** | **$ 0.8** | **$ 3.0** | **$ 1.6** |
| Non-Operating Disbursements | | (0.5) | (2.9) | (3.0) | (0.8) | (1.0) | (3.5) | (11.6) |
| **Net Cash Flow** | | **$ (9.1)** | **$ (0.3)** | **$ 0.3** | **$ (0.3)** | **$ (0.2)** | **$ (0.6)** | **$ (10.0)** |
| Cash & Liquidity | | | | | | | | |
| Beginning Cash | | $ 16.2 | $ 7.2 | $ 6.9 | $ 7.2 | $ 7.0 | $ 6.8 | $ 16.2 |
| Change in Cash | | (9.1) | (0.3) | 0.3 | (0.3) | (0.2) | (0.6) | (10.0) |
| **Ending Cash / Total Liquidity** | [1] | **$ 7.2** | **$ 6.9** | **$ 7.2** | **$ 7.0** | **$ 6.8** | **$ 6.2** | **$ 6.2** |
| Cash Collateral Min. Liq. Covenant | | (5.0) | (5.0) | (5.0) | (5.0) | (5.0) | (5.0) | (5.0) |
| **Liq. Above (Below) Min. Req.** | | **$ 2.2** | **$ 1.9** | **$ 2.2** | **$ 2.0** | **$ 1.8** | **$ 1.2** | **$ 1.2** |

**Notes:**
[1] Cash balance includes accounts that have a DACA with the secured lenders and are included in the calculation of the minimum liquidity covenant