## Exhibit 1

**Cash Management System Schematic**

