**<u>Exhibit 2</u>**

**Debtor Bank Accounts**

| No. | Country | Entity | Bank | Account Type | Account No. | Currency |
|---|---|---|---|---|---|---|
| 1 | United States | Norvax, LLC | Huntington Bank | Money Market Account | 4059 | USD |
| 2 | United States | Norvax, LLC | Huntington Bank | Main Operating Account | 8302 | USD |
| 3 | United States | Norvax, LLC | Huntington Bank | Payroll Account | 1769 | USD |
| 4 | United States | Norvax, LLC | Huntington Bank | Other Operating Account | 7881 | USD |
| 5 | United States | Norvax, LLC | Huntington Bank | Disbursement Account | 8905 | USD |
| 6 | United States | Norvax, LLC | BMO | Receivables Account | 3783 | USD |
| 7 | United States | GoHealth, LLC | Huntington Bank | Disbursement Account | 7309 | USD |
| 8 | United States | GoHealth, LLC | Huntington Bank | Other Operating Account | 8797 | USD |
| 9 | United States | GoHealth, LLC | Huntington Bank | Disbursement Account | 6747 | USD |
| 10 | United States | GoHealth, LLC | BMO | Receivables Account | 3979 | USD |
| 11 | United States | Connected Benefits, LLC | Huntington Bank | Receivables Account | 1156 | USD |
| 12 | United States | e-TeleQuote Insurance, Inc. | Valley Bank | Receivables Account | 2336 | USD |
| 13 | United States | e-TeleQuote Insurance, Inc. | Valley Bank | Money Market Account | 8842 | USD |
| 14 | United States | GoHealth Holdings, LLC | Huntington Bank | Other Operating Account | 3775 | USD |
| 15 | United States | GoHealth, Inc. | Huntington Bank | Other Operating Account | 8947 | USD |
| 16 | United States | Norvax, LLC | Citibank | Professional Fee Escrow | 2464 | USD |
| 17 | United States | Norvax, LLC | BMO | Dormant | 2338 | USD |
| 18 | United States | Norvax, LLC | Bank of America | Dormant | 1561 | USD |
| 19 | United States | Norvax, LLC | Bank of America | Dormant | 9211 | USD |