**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GOHEALTH, INC., *et al.*,[1] | ) | Case No. 26-10914 (TMH) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 14** |

**CERTIFICATION OF COUNSEL REGARDING INTERIM ORDER (I) AUTHORIZING
THE DEBTORS TO (A) MAINTAIN INSURANCE AND SATISFY PREPETITION
OBLIGATIONS RELATED THERETO, (B) RENEW, AMEND, MODIFY,
SUPPLEMENT, EXTEND, OR ENTER INTO NEW INSURANCE POLICIES, AND
(C) CONTINUE TO PAY BROKER FEES, AND (II) GRANTING RELATED RELIEF**

The undersigned proposed counsel for the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies that:

1. On June 7, 2026, the Debtors filed the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Insurance and Satisfy Prepetition Obligations Related Thereto, (B) Renew, Amend, Modify, Supplement, Extend, or Enter Into New Insurance Policies, and (C) Continue to Pay Broker Fees, and (II) Granting Related Relief* (the "Motion") [Docket No. 14].

2. On June 9, 2026, the Court held an interim hearing on the Motion.

3. Subsequent to filing the Motion, the Debtors discovered that the proposed interim cap was too low due to receipt of some unexpected invoices for insurance premiums. The Debtors have proposed a new cap to the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee"). The proposed new cap is acceptable to the U.S. Trustee.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are: GoHealth, Inc. (3805); Blizzard Midco, LLC (3732); Connected Benefits, LLC (2162); e-TeleQuote Insurance, Inc. (2336); ETQ Holdings, LLC (8260); GoHealth Holdings, LLC (3653); GoHealth, LLC (5175); and Norvax, LLC (3063). The location of the Debtors' service address for purposes of these chapter 11 cases is: 222 West Merchandise Mart Plaza, Suite 1750, Chicago, Illinois 60654.

4.      Attached hereto as **Exhibit A** is a form of interim order (the "Proposed Interim Order"), which incorporates the new cap.  The U.S. Trustee does not object to entry of the Proposed Interim Order.

5.      A redline of the Proposed Interim Order is attached hereto as **Exhibit B**, showing changes from the proposed interim order that was attached to the Motion.

6.      The Debtors respectfully request entry of the Proposed Interim Order at the Court's convenience.

Dated:  June 10, 2026
Wilmington, Delaware

*/s/ Laura Davis Jones*

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP** | **KIRKLAND & ELLIS LLP** |
| Laura Davis Jones (DE Bar No. 2436) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| James E. O'Neill (DE Bar No. 4042) | Anup Sathy, P.C. (*pro hac vice* pending) |
| Edward A. Corma (DE Bar No. 6718) | Alexandra F. Schwarzman, P.C. (*pro hac vice* pending) |
| 919 North Market Street, 17th Floor | David R. Gremling (*pro hac vice* pending) |
| Wilmington, Delaware 19801 | 333 West Wolf Point Plaza |
| Telephone:     (302) 652-4100 | Chicago, Illinois 60654 |
| Facsimile:     (302) 652-4400 | Telephone:     (312) 862-2000 |
| Email:           ljones@pszjlaw.com | Facsimile:     (312) 862-2200 |
|                        joneill@pszjlaw.com | Email:           anup.sathy@kirkland.com |
|                        ecorma@pszjlaw.com |                        alexandra.schwarzman@kirkland.com |
| |                        dave.gremling@kirkland.com |

*Proposed Co-Counsel for the Debtors and Debtors in Possession*

*Proposed Co-Counsel for the Debtors and Debtors in Possession*