**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| GOHEALTH, INC., *et al.*,[1] | ) | Case No. 26-10914 (TMH) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Re: Docket Nos. 7, 57** |

**NOTICE OF ENTRY OF ORDER (I) SCHEDULING A COMBINED DISCLOSURE
STATEMENT APPROVAL AND PLAN CONFIRMATION HEARING, (II)
APPROVING RELATED DATES, DEADLINES, NOTICES, AND PROCEDURES,
(III) APPROVING THE SOLICITATION PROCEDURES AND RELATED DATES,
DEADLINES, AND NOTICES, (IV) CONDITIONALLY WAIVING THE
REQUIREMENT THAT (A) THE U.S. TRUSTEE CONVENE A MEETING OF
CREDITORS AND (B) THE DEBTORS FILE SCHEDULES OF ASSETS AND
LIABILITIES, STATEMENTS OF FINANCIAL AFFAIRS, AND RULE 2015.3
FINANCIAL REPORTS, AND (V) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on June 7, 2026, the above-captioned debtors and
debtors in possession (collectively, the "Debtors") each filed a voluntary petition for relief under
chapter 11 of title 11 of the United States Code with the Clerk of the United States Bankruptcy
Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that the Debtors presented certain first-day
motions at a hearing before the Honorable Thomas M. Horan at the Bankruptcy Court on June 9,
2026. The Bankruptcy Court granted the relief requested by the *Motion of Debtors for Entry of
an Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation
Hearing, (II) Approving Related Dates, Deadlines, Notices, and Procedures, (III) Approving the
Solicitation Procedures and Related Dates, Deadlines, and Notices, (IV) Conditionally Waiving*

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification
numbers, are:  GoHealth, Inc. (3805); Blizzard Midco, LLC (3732); Connected Benefits, LLC (2162);
e-TeleQuote Insurance, Inc. (2336); ETQ Holdings, LLC (8260); GoHealth Holdings, LLC (3653); GoHealth,
LLC (5175); and Norvax, LLC (3063).  The location of the Debtors' service address for purposes of these
chapter 11 cases is:  222 West Merchandise Mart Plaza, Suite 1750, Chicago, Illinois 60654.

*the Requirements That (A) the U.S. Trustee Convene a Meeting of Creditors and (B) the Debtors File Schedules of Assets and Liabilities, Statements of Financial Affairs, and Rule 2015.3 Financial Reports, and (V) Granting Related Relief* [Docket No. 7], attached hereto as **<u>Exhibit 1</u>**, and entered the *Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Approving Related Dates, Deadlines, Notices, and Procedures, (III) Approving the Solicitation Procedures and Related Dates, Deadlines, and Notices, (IV) Conditionally Waiving the Requirement That (A) the U.S. Trustee Convene a Meeting of Creditors and (B) the Debtors File Schedules of Assets and Liabilities, Statements of Financial Affairs, and Rule 2015.3 Financial Reports, and (V) Granting Related Relief* [Docket No. 57], attached hereto as **<u>Exhibit 2</u>**.

*[Remainder of page intentionally left blank]*

Dated:  June 11, 2026
Wilmington, Delaware

*/s/ Laura Davis Jones*

**PACHULSKI STANG ZIEHL & JONES LLP**
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
Wilmington, Delaware 19801
Telephone:      (302) 652-4100
Facsimile:      (302) 652-4400
Email:           ljones@pszjlaw.com
                     joneill@pszjlaw.com
                     ecorma@pszjlaw.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Anup Sathy, P.C. (*pro hac vice* pending)
Alexandra F. Schwarzman, P.C. (*pro hac vice* pending)
David R. Gremling (*pro hac vice* pending)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email:           anup.sathy@kirkland.com
                     alexandra.schwarzman@kirkland.com
                     dave.gremling@kirkland.com

*Proposed Co-Counsel for the Debtors and Debtors in Possession*

*Proposed Co-Counsel for the Debtors and Debtors in Possession*