

**The New York Times Company**

620 8th Avenue
New York, NY 10018
nytimes.com

## PROOF OF PUBLICATION

June 16, 2026

I, Larnyce Tabron, in my capacity as a Principal Clerk of the Publisher of The New York Times, a daily newspaper of general circulation printed and published in the City, County, and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of The New York Times on the following date or dates, to wit on.

6/13/2026, NY/NATL, pg B4



Larnyce Tabron



ROWENA SORIANO
NOTARY PUBLIC
REG. # 00351915
MY COMMISSION EXPIRES
06302029
COMMONWEALTH OF VIRGINIA

## COMPANIES | INTERNATIONAL

---

## Google Sues Chinese Group Over Using A.I. To Run Scams

**By CECILIA KANG**

WASHINGTON — Google sued a Chinese cybercrime network on Friday, accusing it of using the company's artificial intelligence to blast online financial scams to hundreds of thousands of Americans.

The internet giant also said it was coordinating for the first time with the F.B.I. and wireless providers such as AT&T, T-Mobile and Verizon to shut down the network, known as Outsider Enterprise.

The Chinese group used Gemini, Google's A.I. system, to create hundreds of fake websites mimicking companies like Google and YouTube and government operations like the Postal Service and New York's E-ZPass system for highway tolls, the lawsuit said.

Google warned that A.I. had supercharged the problem of online scams and said it was trying to get ahead of what it believed could be a surge of online fraud using Gemini and other A.I. tools.

A.I.-powered scams are growing faster than other types of online phishing and fraud schemes, Google and law enforcement say. Cybercriminals defrauded Americans of nearly $21 billion last year, with about $893 million in losses

*A network is said to create thousands of fake sites via Gemini.*

linked to A.I., the F.B.I. reported.

"This is our first coordinated effort and lawsuit and that speaks to the breadth of impact that this particular scam has," Halimah DeLaine Prado, Google's general counsel, said in an interview.

In the lawsuit, which was filed in U.S. District Court for the Southern District of New York, Google accused the Chinese network of using its technology and brand for fraudulent purposes. It asked the court for a restraining order so the company and law enforcement could work to shut down the network.

Google said the network coordinated over the Telegram messaging service to share tips and trade software kits using A.I. to mass-produce scam messages across communications platforms.

Hundreds of thousands of people have been affected, the vast majority of them in the United States, Google said. The company could not pinpoint the amount of damages but said it was in the millions.

Using A.I., the Chinese network created 131 software kits that made it easy to create thousands of fake websites. In a two-week period in May, the group sent 2.5 million messages to Android phone users with links to 9,000 fake websites and more than one million fraudulent internet addresses connected to the group.

"Criminals increasingly use A.I. to make fraud like this more convincing and harder to detect," Brett Leatherman, assistant director of the F.B.I.'s Cyber Division, said in a statement.

---

# Sports Betting Sites Seek a Jolt From the World Cup

FROM FIRST BUSINESS PAGE

middle competition for acquiring new customers at traditional online gambling sites.

Another factor affecting betting volumes: FanDuel and DraftKings have pulled back on promotions that helped fuel their early growth but reduce profits.

"There is a group that spend the free money and go somewhere else," Mr. Bender said. "So they are cutting out the empty calories."

Both FanDuel and DraftKings have started their own prediction markets focused on sports and are counting on the World Cup to keep expanding their already booming businesses.

Nearly $12 billion was traded on Kalshi and Polymarket in December, up more than 400 percent from a year earlier, according to data from Piper Sandler, an investment bank.

Kalshi is expanding its World Cup offerings with hundreds of unique markets related to the tournament. Likewise, Polymarket has expanded to nearly 600 unique World Cup offerings. On Thursday, the company said it had already surpassed $2 billion in total trading volume on the World



CESAR RODRIGUEZ FOR THE NEW YORK TIMES
Fans celebrating during Mexico's match against South Africa on Thursday.

Cup.

Jason Robins, DraftKings' chief executive, said he had "very high" expectations for World Cup customer acquisition and engagement, especially from DraftKings' fledgling prediction market site, though he was not sure the games in the earlier qualifying rounds would be big betting events.

"We're going to really go for it," Mr. Robins said on the company's earnings call last month. "I think it will be absolutely tremendous for customer acquisition," he added.

Betting on prediction markets is conducted through peer-to-peer contracts and regulated by the federal Commodity Futures Trading Commission. That allows people to bet on sports through prediction markets in large states such as California, Florida and Texas that have not approved tra-

ditional sports betting.

But while the gambling industry sees new opportunities in prediction markets, addiction experts and public health researchers say these platforms can pose a serious threat to problem gamblers because, like sports betting, they offer instant gratification, while using the veneer of financial terminology like "markets" and "contracts." These experts worry that the prediction markets' expansion and promotion of gambling opportunities around the World Cup could drive troubled gamblers deeper into financial straits.

Fanatics Sportsbook has an aggressive marketing plan around the World Cup, the site's first since going national in 2024.

Fanatics' prediction market business, Fanatics Markets, is teaming up with ADI Predictstreet, the World Cup's official prediction market site, to create an interactive hub experience for U.S. sports fans.

"We see the World Cup as a big moment for us," said Michael Fitzsimmons, senior vice president of brand marketing at Fanatics Sportsbook.

The company, which is pri-

vately held, is the market leader in team apparel across sports as well as trading cards and collectibles. Mr. Fitzsimmons said soccer was one of its top five sports in betting volume.

"Our data shows that our customers are focused on European soccer and its stars," he said.

To that end, Fanatics will give away the jerseys of players such as Kylian Mbappé of France, Harry Kane of England and Cristiano Ronaldo of Portugal.

Whether the tournament exceeds betting expectations depends on the United States men's team.

An early U.S. exit would most likely dampen betting activity, while a deeper run would materially amplify media attention and operator marketing, creating a broader funnel for casual betting across the tournament, Mr. Grove of Eilers & Krejcik said.

Fanatics will pay all of its gambling customers $10 for every goal the U.S. team scores throughout the tournament.

"We expect the first U.S.A. match to be five times the handle of any other team playing in early rounds of the tournament, Mr. Fitzsimmons said.

---

# Ships Stranded in the Strait of Hormuz Face a Costly Dilemma

FROM FIRST BUSINESS PAGE

One of the strikes killed three people, bringing the number of seafarers killed since the start of the war to 14. All told, there have been 46 attacks on international ships in and around the Strait of Hormuz since Feb. 28, most by Iran and some by the United States.

The war in Iran is approaching its 15th day. For the shipping industry caught in the middle, pressure is mounting — on the sailors, the shipowners and operators losing hundreds of thousands of dollars a day, and the customers awaiting the delivery of oil and goods. At stake is not only the safety of those in the line of fire but the functioning of the global economy.

A tense calm prevailed in the Gulf on Friday on hopes that a deal to end the fighting could be near.

"We have heard this like 20 times," Mr. Khanna said. "So what are the prospects? I don't know."

Even after a reopening of the strait, he added, ships will need a "framework" before they attempt to get out. "We need to know which parts of the strait are clear," he said.

Heidmar Maritime, based in Athens, manages a fleet of 60 vessels that operate all over the world, including off the coasts of Europe, South America and northern Asia and in the Red Sea. Just two weeks ago, one of its ships was attacked by Somali pirates.

The company's ship in the Persian Gulf, carrying Saudi crude oil, is one of about 500 large vessels operated by established companies that have been stranded there since the early days of the war in late February. Some vessels have taken advantage of windows of calm to slip out of the gulf. But departures have slowed recently, according to Lloyd's List Intelligence, as tensions have increased.

And it seems less likely that conditions faced by shipping busi-

nesses will quickly return to their prewar state even if a deal is reached.

"Even if a solution for peace is put in place in the coming weeks, there's no guarantee there won't be another crisis later on, and we can't be prisoners to Hormuz," Rodolphe Saadé, the chief executive of CMA CGM, the French shipping giant, told a French parliamentary hearing on Tuesday.

The world's third-largest container line, CMA CGM has 11 vessels stranded in the gulf after



REUTERS
Supplies of fresh food and water have been running low for the roughly 11,000 sailors stuck on hundreds of ships anchored in the Persian Gulf.

three others were able to leave. "I won't be fixated on the idea that the Strait of Hormuz is going to reopen and everything will return to how it was," Mr. Saadé said.

As the strait remains effectively blockaded, shipowners are subject to marine insurance fees as high as $6 million to $7 million to exit the gulf, said Mr. Khanna of Heidmar Maritime. Perishable cargoes are expiring and insurance premiums are adding up. Still, shipping companies have, in some ways, benefited from higher

tanker rates and longer journeys needed to reroute around risky areas like the Red Sea.

For the companies with ships stuck in the gulf, Iran has offered a way out: Pay a fee to secure safe passage. But sanctions imposed on Iran by the United States and Europe make it illegal for companies with American or European connections to pay.

The shipping industry has more or less steadfastly maintained that the resumption of free passage through the strait is essential for global trade. Now the rising costs have led to some cracks in that argument.

Last week, Evangelos Marinakis, the owner of one of Greece's biggest shipping businesses, said at a conference in Athens that paying $100,000 or $200,000 tolls to secure safe passage through the strait would be better than having the strait closed.

"I would prefer to pay a toll for the right to navigate through the Strait of Hormuz immediately and safely, rather than pay huge extra war risk premiums," he said in a statement.

And the stress for seafarers keeps mounting.

Mohamed Arrachedi, the Middle East coordinator of the International Transport Workers' Fed-

eration, a seafarers' union, said he was receiving WhatsApp messages at all times of day from seafarers requesting repatriation or reporting unpaid wages.

"They were hopeful, but now, observing that it is starting again, people are not only anxious, worried and concerned, but people are desperate," Mr. Arrachedi said.

In recent weeks, more seafarers reported shortages of fresh fruit and vegetables than in the first couple of weeks, he said. On some ships, people are surviving on dry

*Subject to millions in marine insurance fees to exit the gulf.*

food alone. Drinking water, too, has become an issue since vessels have to be moving in deep water to generate their own supply.

"It's kind of like being on the front line of a war that you have absolutely no involvement in," said Michelle Wiese Bockmann, an analyst at the maritime intelligence firm Windward. "You don't have a dog in the fight, and you're just there."

Peter Eavis contributed reporting.

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE — In re: GOHEALTH, INC., et al., Debtors. Chapter 11. Case No. 26-10914 (TMH). (Jointly Administered). NOTICE OF INTERIM ORDER (I) APPROVING NOTIFICATION AND HEARING PROCEDURES FOR CERTAIN TRANSFERS OF AND DECLARATIONS OF WORTHLESSNESS WITH RESPECT TO STOCK, (II) DIRECTING THAT CERTAIN TRANSFERS OF AND DECLARATIONS OF WORTHLESSNESS WITH RESPECT TO STOCK IN VIOLATION OF THE PROCEDURES SHALL BE NULL AND VOID, AND (III) GRANTING RELATED RELIEF. [Legal notice text.]

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE — In re: GOHEALTH, INC., et al., Debtors. Chapter 11. Case No. 26-10914 (TMH). (Joint Administration Requested). NOTICE OF (I) COMMENCEMENT OF PREPACKAGED CHAPTER 11 BANKRUPTCY CASES, (II) COMBINED HEARING ON THE DISCLOSURE STATEMENT, CONFIRMATION OF THE JOINT PREPACKAGED CHAPTER 11 PLAN, AND RELATED MATTERS, AND (III) RELATED OBJECTION AND BRIEFING DEADLINES. [Legal notice text.]



LOUIZA VRADI/REUTERS
Pankaj Khanna, the chief executive of Heidmar Maritime Holdings.