**Gayatri N. Voora**
2023 Canyon Creek DR
Aurora, IL 60503
Phone: (847) 530-8939
Email: gayatri5678@yahoo.com

Date: June 22, 2026

**The Honorable Thomas M. Horan**
United States Bankruptcy Court
District of Delaware
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801

**Re: In re GoHealth, Inc., et al.**

**Case No. 26-10914 (TMH)**

**Objection to Chapter 11 Filing and Plan Confirmation**

Dear Judge Horan,

I am writing as a pro se individual to respectfully object to the Chapter 11 filing and the proposed plan in the above-referenced matter. I am a former long-term employee and retail shareholder of GoHealth, Inc. ("GoHealth" or the "Company").

I moved to the United States in 2000 after marriage. After leaving an abusive relationship, I raised my two children alone as a single mother and the sole financial provider for our family. Despite many personal and financial challenges, I have successfully raised my children independently for many years. One child is pursuing a career in medicine and the other in nursing. My primary focus has always been providing stability and educational opportunities for them.

I began my employment with GoHealth on February 10, 2020 — just months before the Company's successful IPO — as a Senior QA Analyst. With over 20 years of experience in quality assurance and testing, I contributed to critical projects during a time when approximately 70% of the Company's IT work was performed in the United States. I took pride in my role supporting the Company's growth and operations.

I am also a shareholder who currently owns **12,651 shares** of GoHealth stock. Throughout my employment, management repeatedly encouraged employees to "buy GOCO shares and grow

together." In all-hands meetings in November 2025 and April 2026, management gave explicit assurances that there would be no further layoffs. I relied on these statements in good faith and continued to hold my shares, believing in the Company's future and leadership.

GoHealth was founded in 2001 with a modest $10 million initial investment and achieved an impressive $6 billion valuation at its IPO in July 2020, raising approximately $913 million by selling 43.5 million shares of Class A common stock (later subject to consolidation). This extraordinary growth was built on the hard work and dedication of long-term employees like myself. I invested only in the company where I worked and did not diversify my investments elsewhere, trusting in GoHealth's progress.

Unfortunately, ongoing share dilution and the Company's financial performance led to the substantial loss of my life savings. On May 4, 2026, I was discharged by the Company. I did not sign any voluntary discharge or separation agreement. This sudden termination has created severe additional financial hardship for my family at a time when we are already struggling.

As a single mother, my family and I carefully save every possible dollar by cutting expenses wherever we can. We have worked hard to set aside approximately $1,000 per month as a critical safety net for my children's education funds and to prepare for any unexpected health or family emergencies. The loss of my savings has left us extremely vulnerable. If any further amounts are taken away through this restructuring, I honestly do not know where my family and I can turn or how we will recover. Situations like mine are not unique — many long-term employees and small shareholders who believed in the Company now face similar hardship.

I have been informed that under the proposed restructuring, lenders will take control of the Company. I have not had the opportunity to fully review the proposed plan, but from what I understand, the outcome appears to leave long-term employees and retail shareholders like myself with little or no recovery after years of loyal service and investment.

I hold no personal animosity toward any individual or the organization. I simply ask the Court to recognize the real human impact of these proceedings on dedicated employees and small shareholders who helped build GoHealth. We believed in the Company and acted in good faith based on management's representations.

I respectfully request that the Court give due consideration to the severe and disproportionate impact of this restructuring on employees and retail shareholders. I ask for any relief the Court deems just and equitable under the circumstances, including fair treatment of those who contributed significantly to the Company's past success.

Thank you for your time and consideration of this objection. I am available and willing to provide any additional information or documentation the Court may require.

Sincerely,

V.N.D Gayatri

Gayatri N. Voora
GoHealth HRID: 108592
Phone: (847) 530-8939

# Robinhood

500 Colonial Center Parkway, Suite 100, Lake Mary, FL 32746
help@robinhood.com

Page 1 of 5
04/01/2026 to 04/30/2026
**Gayatri Voora**
Individual Account #:
2023 Canyon Creek Dr, Aurora, IL 605034934

## Account Summary

| | Opening Balance | Closing Balance |
|---|---|---|
| Net Account Balance | $34.08 | $34.08 |
| Total Securities | $20,729.52 | $16,466.60 |
| **Portfolio Value** | **$20,763.60** | **$16,500.68** |

**Portfolio Allocation**



- Cash and Cash Equivalents 0.21%
- Equities 99.79%
- Options 0.00%

## Income and Expense Summary

| | This Period | Year to Date |
|---|---|---|
| Dividends | $0.00 | $0.00 |
| Capital Gains Distributions | $0.00 | $0.00 |
| Interest Earned | $0.00 | $0.00 |

Please note that when "Managed" is in the account title, it refers to accounts that are managed by Robinhood Asset Management, LLC ("RAM"), subject to the terms of the Robinhood Asset Management Advisory Agreement.

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions). Errors and omissions exempted. Please address all communications to the firm and not to the individuals. Address changes or other material changes in your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained as it may be helpful in preparing your income tax returns. However, it is not a substitute for IRS Form 1099. Only information on Forms 1099 should be used for tax reporting.

Robinhood Securities, LLC ("RHS") carries your account as the clearing broker by arrangement with your introducing broker-dealer, Robinhood Financial LLC ("RHF"). If applicable, advisory services provided by RAM, an SEC-registered investment adviser.

Robinhood Gold is a subscription-based membership program of premium services offered through Robinhood Gold, LLC.

RHS is a Member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure available upon request or at www.sipc.org.

5320477

## Portfolio Summary

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| Critical Metals<br>Estimated Yield: 0.00% | CRML | Margin | 100 | $12.73000 |  | $0.00 | 7.71% |
| DraftKings<br>Estimated Yield: 0.00% | DKNG | Margin | 38.506339 | $23.32000 |  | $0.00 | 5.44% |
| GoHealth<br>Estimated Yield: 0.00% | GOCO | Margin | 12,651 | $1.13000 | $14,295.63 | $0.00 | 86.64% |
| **Total Securities** |  |  |  |  | $16,466.60 | $0.00 | 99.79% |
| **Brokerage Cash Balance** |  |  |  |  | $34.08 |  | 0.21% |
| **Total Priced Portfolio** |  |  |  |  | $16,500.68 |  |  |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Total Funds Paid and Received | | | | | | | $0.00 | $0.00 |

**Executed Trades Pending Settlement**
These transactions may not be reflected in the other summaries

| Description | Acct Type | Transaction | Trade Date | Settle Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Total Executed Trades Pending Settlement | | | | | | | $0.00 | $0.00 |

## Important Information

If this is a margin account and we maintain a special miscellaneous account for you, this is a combined statement of your general account and special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special miscellaneous account as required by Regulation T is available for your inspection at your request.

The per annum rate of interest charged on debit balances in your account may change from time to time in accordance with fluctuations in interest rates. Interest is computed from the 1st day of the month to the last day of the month. The interest is based on the average daily balance in your account with us, and for the actual number of days based on an interest year of 360 days.

Short sales involve selling securities that you do not currently own, with the intention of repurchasing those securities at a later time. Short sale transactions may expose you to the risk of unlimited losses and must be executed through a margin account as they are subject to margin requirements. To maintain short positions, you may be asked to deposit funds and/or securities and your short positions may be subject to a "buy-in" at any time. Short sales may be subject to borrow fees, which vary based on market conditions and availability of the securities.

This statement includes dividend and interest amounts credited to your account on securities held for you in our name. While this statement should be retained for income tax purposes, it is not a substitute for IRS Form 1099. Amounts reported on your 1099 may be different than what is reported here. Therefore, only information on Forms 1099 should be used for tax reporting.

Information relative to regulatory trading/transaction fees and any other charges incurred in connection with equity or listed option transactions occurring during the month has previously been furnished to you in confirmation of such transactions. A summary of the information will be made available to you promptly upon request. Exercise assignment notices for option contracts are allocated among customer short positions pursuant to a manual procedure which randomly selects from amongst all customer short option positions including those contracts which are subject to exercise. All short American style option positions are liable for assignment at any time whereas European style options are assigned at expiration. A more detailed description of our random allocation procedure is available upon request.

You are to promptly advise Robinhood of any material changes concerning your investment objectives or financial situation by updating your information using the Robinhood platform or by contacting help@robinhood.com. We will consider the information currently appearing on your investor profile as the most current, complete, and accurate information. If you are a RAM customer, you must promptly advise of material changes in your investment objectives, financial situation or if you wish to impose reasonable restrictions or modify the management of your account.

Any free credit balances represent funds payable on demand of the customer.

RHS acts as clearing agent for your trades. Your account, which was introduced to us by RHF, is established under your name on a "fully disclosed" basis at RHS. You remain a customer of RHF.

Notice to Customers

As required under SEC rules, both the RHF and the RHS Order Routing Reports (pursuant to SEC Rule 606) are publicly available, at https://robinhood.com/us/en/about/legal/. Information regarding specific order routing is available free of charge upon request.

As a clearing agent, RHS provides securities clearance and may provide order execution based on RHF instructions. RHS will not be involved with or have any responsibility for decisions regarding securities transactions in your account. RHF will be responsible for opening, approving and monitoring all activities in connection with your account. The entry of orders and any instructions regarding the deposit or withdrawal of securities or monies should be made through RHF.

In addition to the above mentioned services, RHS will provide cashiering services, safeguard funds and securities while they are in its possession, monitor compliance with applicable credit, Regulation T and other RHS internal policies, and prepare and make accessible your account records (including transaction confirmations and periodic statements of your account).

The dividend totals reflected in the Income and Expense Summary are inclusive of both taxable and non-taxable dividends.

Interest charges to your account may be based on the size of your net debit balance during the interest period. These rates are subject to revision with appropriate notice. For more complete information regarding interest charges to customers, consult the RHF Fee Schedule, available at https://rbnhd.co/fees.

Robinhood Gold Card is offered by Robinhood Credit, Inc. ("RCT") and is issued by Coastal Community Bank, Member FDIC, pursuant to a license from Visa U.S.A. Inc. RCT is a financial technology company, not a bank.

In case of errors or questions about your electronic transfers, including your debit card transactions, or if you think your statement or receipt is wrong or if you need more information about a transaction listed on the statement or receipt, email RHF or RHS at help@robinhood.com. RHF must hear from you no later than sixty (60) days after you were sent the FIRST statement on which the problem or error appeared.

1. Tell RHF your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell RHF the dollar amount of the suspected error.

RHF will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, RHF will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes RHF to complete our investigation.

Please see the Robinhood Securities, LLC & Robinhood Financial LLC IntraFi Network Deposit Sweep Program Agreement, available at https://robinhood.com/us/en/about/legal/ within the High-Yield Cash Program Agreement, for the terms and conditions of the cash sweep program, including disclosure information regarding FDIC insurance coverage.

RHF and RHS are members of the Financial Industry Regulatory Authority, Inc. ("FINRA"), and we are required to inform you of the availability of the FINRA Investor Brochure, which contains information on FINRA BrokerCheck. You may contact FINRA at 800-289-9999 or via their website www.finra.org. RHS carries your account and acts as your custodian for funds and securities deposited with us directly by you, through RHF as a result of transactions we process to your account. Any suspected inaccuracy or discrepancy in your account statement must be promptly reported to RHF. In order to protect your rights, please confirm any oral communications in writing and include your brokerage account number. General inquiries, concerns, or complaints regarding your account can be directed to either help@robinhood.com or by calling 650-761-7789. Written correspondence can be sent to 500 Colonial Center Parkway, Suite 100, Lake Mary, FL 32746.

All trade confirmations are transmitted on or about the transaction date.

Statement of Financial Condition
Robinhood Securities, LLC. Audited Statement of Financial Condition as of December 31st, 2025 is available on the Company's website at www.robinhood.com/legal. A paper copy may be requested at no cost by calling 1-(800)-282-1327. On December 31st, 2025, Robinhood Securities, LLC. had a net capital of $3,531,443,399, which was $3,158,683,700 in excess of its required net capital of $372,759,699.

Please retain this statement as it may be helpful in preparing your income tax returns and may be needed along with subsequent statements to verify interest charges in your account. However, it is not a substitute for IRS Form 1099. Only information on Forms 1099 should be used for tax reporting. Please review the information contained in your account statement carefully. If details of any transactions or balances within your account are incorrect, you must notify us promptly at help@robinhood.com. This statement shall be deemed conclusive unless objected to in writing within ten (10) days.

5320477



Retail

USPS UNITED STATES POSTAL SERVICE

RDC 99

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

9589 0710 5270 2837

Gayatri N Voora
2092 Canyon Creek Dr
Aurora IL – 60503

The Honorable Thomas M.
United States Bankruptcy
District of Delaware
824 North Market Street

MON

BIN 096