**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| GOHEALTH, INC., *et al.*,[1] | ) | Case No. 26-10914 (TMH) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**DEBTORS' WITNESS AND EXHIBIT LIST FOR
HEARING SCHEDULED FOR JULY 6, 2026 AT 10:00 A.M. (ET)**

The above-captioned debtors and debtors in possession (the "Debtors") hereby submit this Witness and Exhibit List in connection with the hearing scheduled for **July 6, 2026 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Thomas M. Horan at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801 (the "Hearing"), at which time various "second day" motions are scheduled to be heard.

**WITNESSES**

The Debtors designate the following persons as witnesses in connection with the Hearing:

(1) Vijay Kotte, Chief Executive Officer of GoHealth, Inc. – Mr. Kotte has submitted a declaration in support of the first day motions. The Debtors may call Mr. Kotte to provide additional testimony regarding the same.

As of the time of filing of this Witness and Exhibit List, no other party has identified witnesses in connection with the matters to be heard at the Hearing. To the extent that any party

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are: GoHealth, Inc. (3805); Blizzard Midco, LLC (3732); Connected Benefits, LLC (2162); e-TeleQuote Insurance, Inc. (2336); ETQ Holdings, LLC (8260); GoHealth Holdings, LLC (3653); GoHealth, LLC (5175); and Norvax, LLC (3063). The location of the Debtors' service address for purposes of these chapter 11 cases is: 222 West Merchandise Mart Plaza, Suite 1750, Chicago, Illinois 60654.

designates witnesses, the Debtors reserve the right to cross-designate all witnesses so designated and reserve the right to call any necessary rebuttal or impeachment witnesses.

## **EXHIBITS**

The Debtors designate the following exhibits that may be used at the Hearing:

| Exhibit No. | Document Description | Docket No. |
|---|---|---|
| 1. | Declaration of Vijay Kotte, Chief Executive Officer of GoHealth, Inc., in Support of Chapter 11 Petitions, First Day Motions, and Access to Cash Collateral (with exhibits) | 4 |
| 2. | Debtors' Approved Budget | 20-1, p. 51 |
| 3. | Debtors' Corporate Organization Chart | 4-1 |
| 4. | Any exhibit necessary to establish the authenticity or admissibility of documents | |
| 5. | Any exhibit listed or introduced by any other party | |
| 6. | Any documents filed in the above-captioned bankruptcy cases | |
| 7. | Rebuttal and impeachment exhibits as necessary | |

The Debtors reserve the right to object to the entry into evidence of any exhibit, including those listed above. The Debtors also reserve the right to amend, shorten, or supplement this Witness and Exhibit List prior to or during the Hearing.

2

Dated:  June 30, 2026
Wilmington, Delaware

*/s/ Laura Davis Jones*

**PACHULSKI STANG ZIEHL & JONES LLP**
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
Wilmington, Delaware 19801
Telephone:      (302) 652-4100
Facsimile:      (302) 652-4400
Email:          ljones@pszjlaw.com
                joneill@pszjlaw.com
                ecorma@pszjlaw.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Anup Sathy, P.C.
Alexandra F. Schwarzman, P.C. (admitted *pro hac vice*)
David R. Gremling (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email:          anup.sathy@kirkland.com
                alexandra.schwarzman@kirkland.com
                dave.gremling@kirkland.com

*Proposed Co-Counsel for the Debtors and Debtors in Possession*

*Proposed Co-Counsel for the Debtors and Debtors in Possession*

3