**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | )    Chapter 11 |
| | ) |
| GOHEALTH, INC., *et al.*,[1] | )    Case No. 26-10914 (TMH) |
| | ) |
| Debtors. | )    (Jointly Administered) |
| | ) |
| | )    **Re: Docket Nos. 17, 61** |

**CERTIFICATION OF NO OBJECTION REGARDING FINAL ORDER**
**(I) AUTHORIZING THE PAYMENT OF CERTAIN PREPETITION AND**
**POSTPETITION TAXES AND FEES AND (II) GRANTING RELATED RELIEF**

The undersigned proposed counsel for the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies that:

1.    On June 7, 2026, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition and Postpetition Taxes and Fees and (II) Granting Related Relief* (the "Motion") [Docket No. 17].

2.    On June 9, 2026, the United Stated Bankruptcy Court for the District of Delaware (the "Court") held an interim hearing on the Motion.

3.    On June 10, 2026, the Court entered the *Interim Order (I) Authorizing the Payment of Certain Prepetition and Postpetition Taxes and Fees and (II) Granting Related Relief* (the "Interim Order") [Docket No. 61].

4.    On June 11, 2026, the Debtors filed the *Notice of Entry of Interim Order and Final Hearing Regarding Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the*

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are:  GoHealth, Inc. (3805); Blizzard Midco, LLC (3732); Connected Benefits, LLC (2162); e-TeleQuote Insurance, Inc. (2336); ETQ Holdings, LLC (8260); GoHealth Holdings, LLC (3653); GoHealth, LLC (5175); and Norvax, LLC (3063).  The location of the Debtors' service address for purposes of these chapter 11 cases is:  222 West Merchandise Mart Plaza, Suite 1750, Chicago, Illinois 60654.

*Payment of Certain Prepetition and Postpetition Taxes and Fees and (II) Granting Related Relief*
[Docket No. 82] that set the deadline to respond with respect to final relief sought in the Motion as June 29, 2026 at 4:00 p.m. Eastern Time (the "Objection Deadline").

5.    No answer, objection or other responsive pleading has been received to the Motion by the undersigned or appears on the Court's docket.

6.    Attached hereto as **Exhibit A** is a proposed final order (the "Proposed Final Order").

7.    A blacklined copy of the Proposed Final Order is attached hereto as **Exhibit B**, showing changes made against the proposed final order attached to the Motion.

8.    Accordingly, the Debtors respectfully request entry of the Proposed Final Order attached hereto as **Exhibit A** at the Court's earliest convenience.

*[Remainder of Page Intentionally Left Blank]*

2

Dated:  June 30, 2026
Wilmington, Delaware

<div style="border-top:1px solid"></div>

*/s/ Laura Davis Jones*

| **PACHULSKI STANG ZIEHL & JONES LLP** | **KIRKLAND & ELLIS LLP** |
|---|---|

**PACHULSKI STANG ZIEHL & JONES LLP**
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
Wilmington, Delaware 19801
Telephone:      (302) 652-4100
Facsimile:      (302) 652-4400
Email:            ljones@pszjlaw.com
                      joneill@pszjlaw.com
                      ecorma@pszjlaw.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Anup Sathy, P.C.
Alexandra F. Schwarzman, P.C. (admitted *pro hac vice*)
David R. Gremling (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email:            anup.sathy@kirkland.com
                      alexandra.schwarzman@kirkland.com
                      dave.gremling@kirkland.com

*Proposed Co-Counsel for the Debtors and Debtors in Possession*

*Proposed Co-Counsel for the Debtors and Debtors in Possession*