## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| GOHEALTH, INC., *et al.*,[1] | ) | Case No. 26-10914 (TMH) |
| Debtors. | ) | (Jointly Administered) |
|  | ) | **Re: Docket Nos. 5, 6, 7, 57** |

**Hearing Date: July 20, 2026 at 12:00 p.m. (ET)**

### NOTICE OF ADJOURNMENT OF CONFIRMATION HEARING

**PLEASE TAKE NOTICE** that on June 7, 2026, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed:  (i) the *Joint Prepackaged Chapter 11 Plan of GoHealth, Inc. and Its Debtor Affiliates* [Docket No. 5] (the "Plan"); (ii) the *Disclosure Statement Relating to the Joint Prepackaged Chapter 11 Plan of GoHealth, Inc. and Its Debtor Affiliates* [Docket No. 6]; and (iii) the *Motion of Debtors for Entry of an Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Approving Related Dates, Deadlines, Notices, and Procedures, (III) Approving the Solicitation Procedures and Related Dates, Deadlines, and Notices, (IV) Conditionally Waiving the Requirements that (A) the U.S. Trustee Convene a Meeting of Creditors and (B) the Debtors File Schedules of Assets and Liabilities, Statements of Financial Affairs, and Rule 2015.3 Financial Reports, and (V) Granting Related Relief* [Docket No. 7] (the "Disclosure Statement Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are:  GoHealth, Inc. (3805); Blizzard Midco, LLC (3732); Connected Benefits, LLC (2162); e-TeleQuote Insurance, Inc. (2336); ETQ Holdings, LLC (8260); GoHealth Holdings, LLC (3653); GoHealth, LLC (5175); and Norvax, LLC (3063).  The location of the Debtors' service address for purposes of these chapter 11 cases is:  222 West Merchandise Mart Plaza, Suite 1750, Chicago, Illinois 60654.

**PLEASE TAKE FURTHER NOTICE** that on June 10, 2026, the Bankruptcy Court entered the *Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Approving Related Dates, Deadlines, Notices, and Procedures, (III) Approving the Solicitation Procedures and Related Dates, Deadlines, and Notices, (IV) Conditionally Waiving the Requirement that (A) the U.S. Trustee Convene a Meeting of Creditors and (B) the Debtors File Schedules of Assets and Liabilities, Statements of Financial Affairs, and Rule 2015.3 Financial Reports, and (V) Granting Related Relief* [Docket No. 57] (the "Disclosure Statement Order"), granting the relief requested in the Disclosure Statement Motion.  Pursuant to the Disclosure Statement Order, a hearing to approve the adequacy of the Disclosure Statement on a final basis and to confirm the Plan (the "Confirmation Hearing") was scheduled for July 16, 2026 at 1:00 p.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has adjourned the Confirmation Hearing to **July 20, 2026 at 12:00 p.m. (prevailing Eastern Time)** before the Honorable Thomas M. Horan, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801.

*[Remainder of Page Intentionally Left Blank]*

Dated:  July 1, 2026
Wilmington, Delaware

*/s/ Laura Davis Jones*

| **PACHULSKI STANG ZIEHL & JONES LLP** | **KIRKLAND & ELLIS LLP** |
|---|---|
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Laura Davis Jones (DE Bar No. 2436) | Anup Sathy, P.C. |
| James E. O'Neill (DE Bar No. 4042) | Alexandra F. Schwarzman, P.C. (admitted *pro hac vice*) |
| Edward A. Corma (DE Bar No. 6718) | David R. Gremling (admitted *pro hac vice*) |
| 919 North Market Street, 17th Floor | 333 West Wolf Point Plaza |
| Wilmington, Delaware 19801 | Chicago, Illinois 60654 |
| Telephone:      (302) 652-4100 | Telephone:      (312) 862-2000 |
| Facsimile:      (302) 652-4400 | Facsimile:      (312) 862-2200 |
| Email:      ljones@pszjlaw.com | Email:      anup.sathy@kirkland.com |
|          joneill@pszjlaw.com |          alexandra.schwarzman@kirkland.com |
|          ecorma@pszjlaw.com |          dave.gremling@kirkland.com |

*Proposed Co-Counsel for the Debtors and Debtors in Possession*

*Proposed Co-Counsel for the Debtors and Debtors in Possession*