**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| GOHEALTH, INC., *et al.*,[1] | ) Case No. 26-10914 (TMH) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: Docket Nos. 5, 116** |

**FIRST AMENDED PLAN SUPPLEMENT**
**FOR THE DEBTORS' JOINT PREPACKAGED CHAPTER 11**
**PLAN OF GOHEALTH, INC. AND ITS DEBTOR AFFILIATES**

This First Amended Plan Supplement contains current drafts of the following documents, each of which remains subject to ongoing review and negotiations pursuant to the terms of the *Joint Prepackaged Chapter 11 Plan of GoHealth, Inc. and Its Debtor Affiliates* [Docket No. 5] (as modified, amended, or supplemented from time to time, the "Plan").[2] The Debtors reserve all rights to alter, amend, modify, or supplement the documents contained in the Plan Supplement or the First Amended Plan Supplement in accordance with the Plan and subject to the consent of the Required Lenders (not to be unreasonably withheld) on or before the Effective Date of the Plan.

| Exhibit | Description |
|---------|-------------|
| C | New Organizational Documents |
| D | Exit Facility Documents |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are: GoHealth, Inc. (3805); Blizzard Midco, LLC (3732); Connected Benefits, LLC (2162); e-TeleQuote Insurance, Inc. (2336); ETQ Holdings, LLC (8260); GoHealth Holdings, LLC (3653); GoHealth, LLC (5175); and Norvax, LLC (3063). The location of the Debtors' service address for purposes of these chapter 11 cases is: 222 West Merchandise Mart Plaza, Suite 1750, Chicago, Illinois 60654.

[2] Capitalized terms used but not defined herein have the same meaning as set forth in the Plan.