**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| GOHEALTH, INC., *et al.*,[1] | ) | Case No. 26-10914 (TMH) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                     )  ss:
COUNTY OF NEW YORK   )

I, Sung Jae Kim, declare:

1.  I am over the age of 18 years and not a party to this chapter 11 case.

2.  I am employed by Donlin, Recano & Company, LLC, ("DRC"), 200 Vesey Street, 24th Floor, New York, NY 10281.

3.  On the 1st day of July 2026, DRC, under my supervision, caused a true and accurate copy of the "Notice of Adjournment of Confirmation Hearing" (Docket No. 115), to be served via electronic mail upon the parties as set forth on Exhibit 1; and via U.S. First Class Mail upon the parties as set forth on Exhibit 2, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 8th day of July 2026, New York, New York.

By _____
     Sung Jae Kim

Sworn before me this
8th day of July 2026

_____
Notary Public

ROBIN ALEXANDRA CHARLES
Notary Public - State of New York
NO. 01CH0038923
Qualified in Kings County
My Commission Expires Jul 1, 2029

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are: GoHealth, Inc. (3805); Blizzard Midco, LLC (3732); Connected Benefits, LLC (2162); e-TeleQuote Insurance, Inc. (2336); ETQ Holdings, LLC (8260); GoHealth Holdings, LLC (3653); GoHealth, LLC (5175); and Norvax, LLC (3063). The location of the Debtors' service address for purposes of these chapter 11 cases is: 222 West Merchandise Mart Plaza, Suite 1750, Chicago, Illinois 60654.

# EXHIBIT 1

| | | | |
|---|---|---|---|
| 000078P002-1578S-015<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>SCOTT L ALBERINO<br>ROBERT S STRAUSS TOWER<br>2001 K STREET NW<br>WASHINGTON DC 20006<br>SALBERINO@AKINGUMP.COM | 000079P002-1578S-015<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>BENJAMIN L TAYLOR<br>ROBERT S STRAUSS TOWER<br>2001 K STREET NW<br>WASHINGTON DC 20006<br>TAYLORB@AKINGUMP.COM | 000081P002-1578S-015<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>NICHOLAS J HOUPT<br>2300 N FIELD ST<br>SUITE 1800<br>DALLAS TX 75201<br>NHOUPT@AKINGUMP.COM | 000028P001-1578S-015<br>ALASKA ATTORNEY GENERAL<br>STEPHEN COX<br>1031 W 4TH AVE<br>STE 200<br>ANCHORAGE AK 99501-1994<br>ATTORNEY.GENERAL@ALASKA.GOV |
| 000115P002-1578S-015<br>AMAZON WEB SVCS - AWS<br>DAVID A ZAPOLSKY<br>SENIOR VP/CHIEF GLOBAL AFFAIRS & LEGAL OFFICE<br>440 TERRY AVE NORTH<br>SEATTLE WA 98109<br>DAVID.ZAPOLSKY@AMAZON.COM | 000117P003-1578S-015<br>APEX<br>BUDDY OMOHUNDRO<br>GENERAL COUNSEL<br>4400 COX RD<br>SUITE 200<br>GLEN ALLEN VA 23060<br>BOMOHUNDRO@APEXSYSTEMSINC.COM | 000029P001-1578S-015<br>ARIZONA ATTORNEY GENERAL<br>KRIS MAYES<br>1275 WEST WASHINGTON ST<br>PHOENIX AZ 85007<br>AGINFO@AZAG.GOV | 000030P001-1578S-015<br>ARKANSAS ATTORNEY GENERAL<br>TIM GRIFFIN<br>323 CTR ST<br>STE 200<br>LITTLE ROCK AR 72201-2610<br>OAG@ARKANSASAG.GOV |
| 000091P003-1578S-015<br>ASTRONOMER INC<br>PETE DEJOY<br>CEO/CO-FOUNDER<br>50 WEST 23RD ST<br>SUITE 1400<br>NEW YORK NY 10010<br>PETE@ASTRONOMER.IO | 000092P003-1578S-015<br>BANKERS LIFE AGENCY INC<br>MATTHEW J ZIMPFER<br>GENERAL COUNSEL<br>303 E WACKER DR<br>STE 500<br>CHICAGO IL 60601<br>MATT.ZIMPFER@CNOINC.COM | 000116P005-1578S-015<br>BLUE CROSS BLUE SHIELD OF ILLINOIS<br>CATHERINE NELSON<br>EXECUTIVE VP & CHIEF LEGAL OFFICER<br>300 EAST RANDOLPH ST<br>CHICAGO IL 60601<br>CATHERINE_NELSON@HCSC.NET | 000080P001-1578S-015<br>CAHILL GORDON & REINDEL LLP<br>JOEL MOSS<br>32 OLD SLIP<br>NEW YORK NY 10005<br>JMOSS@CAHILL.COM |
| 000082P001-1578S-015<br>CAHILL GORDON & REINDEL LLP<br>JORDAN WISHNEW<br>32 OLD SLIP<br>NEW YORK NY 10005<br>JWISHNEW@CAHILL.COM | 000121P001-1578S-015<br>CAHILL GORDON & REINDEL LLP<br>MATTHEW CATONE<br>32 OLD SLIP<br>NEW YORK NY 10005<br>MCATONE@CAHILL.COM | 000122P001-1578S-015<br>CAHILL GORDON & REINDEL LLP<br>TANNER BOWEN<br>32 OLD SLIP<br>NEW YORK NY 10005<br>TBOWEN@CAHILL.COM | 000089P001-1578S-015<br>CHOATE HALL AND STEWART LLP<br>ROBERT M BUCHANAN JR<br>SENIOR COUNSEL<br>TWO INTERNATIONAL PL<br>BOSTON MA 02110<br>RBUCHANAN@CHOATE.COM |
| 000089P001-1578S-015<br>CHOATE HALL AND STEWART LLP<br>ROBERT M BUCHANAN JR<br>SENIOR COUNSEL<br>TWO INTERNATIONAL PL<br>BOSTON MA 02110<br>TGABRIEL@CHOATE.COM | 000032P001-1578S-015<br>COLORADO ATTORNEY GENERAL<br>PHIL WEISER<br>RALPH L CARR COLORADO JUDICIAL CTR<br>1300 BROADWAY 10TH FL<br>DENVER CO 80203<br>CORA.REQUEST@COAG.GOV | 000033P001-1578S-015<br>CONNECTICUT ATTORNEY GENERAL<br>WILLIAM TONG<br>55 ELM ST<br>HARTFORD CT 06141-0120<br>ATTORNEY.GENERAL@CT.GOV | 000021P001-1578S-015<br>DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US |
| 000034P001-1578S-015<br>DELAWARE ATTORNEY GENERAL<br>KATHY JENNINGS<br>CARVEL STATE OFFICE BLDG<br>820 N FRENCH ST<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US | 000011P001-1578S-015<br>DELAWARE SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903<br>DOSDOC_FTAX@STATE.DE.US | 000035P001-1578S-015<br>DISTRICT OF COLUMBIA ATTORNEY GENERAL<br>BRIAN SCHWALB<br>400 6TH ST NW<br>WASHINGTON DC 20001<br>OAG@DC.GOV | 000106P001-1578S-015<br>EIGHT ELEVEN GROUP LLC (DBA BROOKSOURCE)<br>JASON CARESS<br>VICE PRESIDENT OF LEGAL CONTRACTS AND RISK<br>6215 N COLLEGE AVE<br>INDIANAPOLIS IN 46220<br>JCARESS@EIGHTELEVENGROUP.COM |

GoHealth, Inc., et al.
Electronic Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 000098P001-1578S-015<br>ENGAGECX INC FKA VIASOURCE SOLUTIONS INC<br>LEN LINTON<br>CHIEF FINANCIAL OFFICER<br>223 E THOUSAND OAKS BLVD<br>STE 222<br>THOUSAND OAKS CA 91360<br>LLINTON@ENGAGECX.COM | 000101P001-1578S-015<br>EXACTCARE<br>ALY KAYNE<br>CHIEF LEGAL OFFICER<br>8333 ROCKSIDE RD<br>CLEVELAND OH 44125<br>AKAYNE@ANEWHEALTHRX.COM | 000113P001-1578S-015<br>FIVE9 INC<br>TIFFANY MERIWEATHER<br>CHIEF ADMINISTRATIVE AND LEGAL OFFICER<br>3001 BISHOP DR<br>STE 350<br>SAN RAMON CA 94583<br>TIFFANY.MERIWEATHER@FIVE9.COM | 000096P001-1578S-015<br>GOOGLE<br>HALIMAH DELAINE PRADO<br>GENERAL COUNSEL<br>1600 AMPHITHEATRE PKWY<br>MOUNTAIN VIEW CA 94043<br>HPRADO@GOOGLEMAIL.COM |
| 000114P001-1578S-015<br>GREENHOUSE SOFTWARE INC<br>JUNG-KYU MCCANN<br>CHIEF LEGAL OFFICER<br>228 PK AVE S PMB 14744<br>NEW YORK NY 14744<br>JUNG.MCCANN@GREENHOUSE.IO | 000038P001-1578S-015<br>HAWAII ATTORNEY GENERAL<br>ANNE E LOPEZ<br>425 QUEEN ST<br>HONOLULU HI 96813<br>HAWAIIAG@HAWAII.GOV | 000103P002-1578S-015<br>HEALTH INSURANCE ASSOCIATES<br>CONSTANTINE CHRISTOFORAKIS<br>MANAGING DIRECTOR<br>1175 BEVILLE RD<br>DAYTONA BEACH FL 32119<br>DINO@MEDICAREINSURANCE.COM | 000093P001-1578S-015<br>INULTI INC<br>TADAS SVETIKAS<br>LEGAL COUNSEL<br>5810 CORAL RIDGE DR<br>STE 120<br>CORAL SPRINGS FL 33076<br>TADAS.SVETIKAS@INULTI.COM |
| 000105P001-1578S-015<br>IT SAVVY<br>FLOR M COLON<br>CHIEF LEGAL OFFICER<br>201 MERRITT 7<br>NORWALK CT 06851<br>FLOR.COLON@XEROX.COM | 000045P001-1578S-015<br>LOUISIANA ATTORNEY GENERAL<br>LIZ MURRILL<br>1885 NORTH THIRD ST<br>BATON ROUGE LA 70802<br>CONSTITUENTSERVICES@AG.LOUISIANA.GOV | 000046P001-1578S-015<br>MAINE ATTORNEY GENERAL<br>AARON FREY<br>6 STATE HOUSE STATION<br>AUGUSTA ME 04333<br>ATTORNEY.GENERAL@MAINE.GOV | 000047P001-1578S-015<br>MARYLAND ATTORNEY GENERAL<br>ANTHONY G BROWN<br>200 ST PAUL PL<br>BALTIMORE MD 21202-2022<br>OAG@OAG.STATE.MD.US |
| 000048P001-1578S-015<br>MASSACHUSETTS ATTORNEY GENERAL<br>ANDREA JOY CAMPBELL<br>ONE ASHBURTON PL<br>BOSTON MA 02108-1698<br>AGO@STATE.MA.US | 000125P001-1578S-015<br>MCCREARY VESELKA BRAGG & ALLEN P.C.<br>JULIE ANNE PARSONS<br>P O BOX 1269<br>ROUND ROCK TX 78680-1269<br>JPARSONS@MVBALAW.COM | 000049P001-1578S-015<br>MICHIGAN ATTORNEY GENERAL<br>DANA NESSEL<br>PO BOX 30212<br>525 W OTTAWA ST<br>LANSING MI 48909-0212<br>MIAG@MI.GOV | 000102P001-1578S-015<br>MICROSOFT ONLINE SVC<br>JONATHAN PALMER<br>CHIEF LEGAL OFFICER<br>1 MICROSOFT WAY<br>REDMOND WA 98052<br>JOPALMER@MICROSOFT.COM |
| 000053P001-1578S-015<br>MONTANA ATTORNEY GENERAL<br>AUSTIN KNUDSEN<br>215 N SANDERS THIRD FL<br>JUSTICE BLDG<br>HELENA MT 59620-1401<br>CONTACTDOJ@MT.GOV | 000087P001-1578S-015<br>MORRIS NICHOLS ARSHT & TUNNELL LLP<br>DEREK C ABBOTT<br>1201 N. MARKET STREET<br>16TH FLOOR<br>WILMINGTON DE 19899<br>DABBOTT@MORRISNICHOLS.COM | 000123P001-1578S-015<br>MORRIS NICHOLS ARSHT & TUNNELL LLP<br>CICELY BERZACK<br>1201 N MARKET ST.<br>WILMINGTON DE 19801<br>CBERZACK@MORRISNICHOLS.COM | 000055P001-1578S-015<br>NEVADA ATTORNEY GENERAL<br>AARON FORD<br>OLD SUPREME CT BLDG<br>100 N CARSON ST<br>CARSON CITY NV 89701<br>AGINFO@AG.NV.GOV |
| 000056P001-1578S-015<br>NEW HAMPSHIRE ATTORNEY GENERAL<br>JOHN FORMELLA<br>NH DEPARTMENT OF JUSTICE<br>33 CAPITOL ST<br>CONCORD NH 03301-6397<br>ATTORNEYGENERAL@DOJ.NH.GOV | 000107P002-1578S-015<br>NEW RELIC<br>ASHISH AGARWAL<br>CHIEF FINANCIAL OFFICER<br>188 SPEAR ST<br>STE 1000<br>SAN FRANCISCO CA 94105<br>ASHISHAGARWAL@NEWRELIC.COM | 000061P001-1578S-015<br>NORTH DAKOTA ATTORNEY GENERAL<br>DREW WRIGLEY<br>600 E BLVD AVE<br>DEPT 125<br>BISMARCK ND 58505-0040<br>NDAG@ND.GOV | 000010P002-1578S-015<br>OFFICE OF THE US TRUSTEE<br>BENJAMIN A HACKMAN<br>844 KING ST<br>STE 2207<br>WILMINGTON DE 19801<br>BENJAMIN.A.HACKMAN@USDOJ.GOV |

GoHealth, Inc., et al.
**Electronic Mail**
**Exhibit Pages**

Page # : 3 of 4

07/01/2026 07:28:14 PM

---

000110P001-1578S-015
OGLETREE DEAKINS NASH SMOAK AND STEWART PC
DAVID C ZIMBRICK
CHIEF FINANCIAL OFFICER
300 NORTH MAIN ST
GREENVILLE SC 29601
DAVID.ZIMBRICK@OGLETREEDEAKINS.COM

000063P001-1578S-015
OKLAHOMA ATTORNEY GENERAL
GENTNER DRUMMOND
313 NE 21ST ST
OKLAHOMA CITY OK 73105
CONTACT@OAG.OK.GOV

000100P001-1578S-015
ONEDIGITAL MEDICARE SVC LLC
ERICA ZINKIE
EXECUTIVE VICE PRESIDENT OF LEGAL AND RISK
300 GALLERIA PKWY SE
STE 1100
ATLANTA GA 30339
EZINKIE@DIGITALINSURANCE.COM

000109P001-1578S-015
OPTIV
WILLIAM CROUTCH
EXECUTIVE VICE PRESIDENT AND GENERAL COUNSEL
1144 15TH ST
STE 2900
DENVER CO 80202
WILLIAM.CROUTCH@OPTIV.COM

000064P001-1578S-015
OREGON ATTORNEY GENERAL
DAN RAYFIELD
OREGON DEPARTMENT OF JUSTICE
1162 CT ST NE
SALEM OR 97301-4096
FRED.BOSS@DOJ.STATE.OR.US

000065P001-1578S-015
PENNSYLVANIA ATTORNEY GENERAL
DAVE SUNDAY
1600 STRAWBERRY SQUARE
16TH FL
HARRISBURG PA 17120
PRESS@ATTORNEYGENERAL.GOV

000111P001-1578S-015
PLANFUL INC
JOHN HERR
CHIEF EXECUTIVE OFFICER
2261 MARKET ST
STE 36245
SAN FRANCISCO CA 94114
CEO@PLANFUL.COM

000095P001-1578S-015
QUANTUM DIGITAL MEDIA
MARY CLUNEY
CHIEF FINANCIAL OFFICER
6511 WEST OAKTON ST
MORTON GROVE IL 60053
MCLUNEY@QUANTUMGROUP.COM

000094P001-1578S-015
RYAN COMPANIES US INC - REM
LAURA GRAF
CHIEF LEGAL OFFICER
533 SOUTH THIRD ST
STE 100
MINNEAPOLIS MN 55415
LAURA.GRAF@RYANCOMPANIES.COM

000094P001-1578S-015
RYAN COMPANIES US INC - REM
LAURA GRAF
CHIEF LEGAL OFFICER
533 SOUTH THIRD ST
STE 100
MINNEAPOLIS MN 55415
CONTACT@RYANCOMPANIES.COM

000097P001-1578S-015
SCHELLMAN AND CO
BEN ALLEN
GENERAL COUNSEL
4010 WEST BOY SCOUT BLVD
STE 600
TAMPA FL 33607
BEN.ALLEN@SCHELLMANCO.COM

000023P001-1578S-015
SECURITIES AND EXCHANGE COMMISSION
SEC OF THE TREASURY OFFICE OF GEN COUNSEL
100 F ST NE
WASHINGTON DC 20549
SECBANKRUPTCY@SEC.GOV

000024P001-1578S-015
SECURITIES AND EXCHANGE COMMISSION
PHIL OFC   BANKRUPTCY DEPT
ONE PENN CTR
1617 JFK BLVD STE 520
PHILADELPHIA PA 19103
SECBANKRUPTCY@SEC.GOV

000104P001-1578S-015
SENIOR HEALTHCARE ADVISORS LLC
DANIEL POST
OWNER
828 S MILITARY TRL
DEERFIELD BEACH FL 33442
DANIEL@SENIORHEALTHCAREADV.COM

000104P001-1578S-015
SENIOR HEALTHCARE ADVISORS LLC
DANIEL POST
OWNER
828 S MILITARY TRL
DEERFIELD BEACH FL 33442
SHEILA.ORETSKY@GTLAW.COM

000088P001-1578S-015
SENIOR PROTECT SOLUTIONS INC
KEITH MENDONSA
MANAGING DIRECTOR
2365 NORTHSIDE DR
STE 575
SAN DIEGO CA 92108
HHC442@HOTMAIL.COM

000088P001-1578S-015
SENIOR PROTECT SOLUTIONS INC
KEITH MENDONSA
MANAGING DIRECTOR
2365 NORTHSIDE DR
STE 575
SAN DIEGO CA 92108
BFEIL@MYSENIORPROTECT.COM

000067P001-1578S-015
SOUTH CAROLINA ATTORNEY GENERAL
ALAN WILSON
REMBERT C DENNIS OFFICE BLDG
1000 ASSEMBLY ST RM 519
COLUMBIA SC 29211-1549
BANKRUPTCY@SCAG.GOV

000068P001-1578S-015
SOUTH DAKOTA ATTORNEY GENERAL
MARTY JACKLEY
1302 EAST HIGHWAY 14
STE 1
PIERRE SD 57501-8501
ATGHELP@STATE.SD.US

000112P003-1578S-015
SPEEDEON DATA LLC
NEIL BARRY
CHIEF LEGAL OFFICER
5875 LANDERBROOK DR
SUITE 130
CLEVELAND OH 44124
NBARRY@SPEEDEONDATA.COM

000099P001-1578S-015
TOGETHER HEALTH
HUY TRAN
FOUNDER AND CEO
7551 WILES RD
CORAL SPRINGS FL 33067
HUY@TOGETHERHEALTH.CO

000012P001-1578S-015
US ATTORNEY FOR DELAWARE
1313 NORTH MARKET ST
WILMINGTON DE 19801
USADE.ECFBANKRUPTCY@USDOJ.GOV

000071P001-1578S-015
UTAH ATTORNEY GENERAL
DEREK BROWN
UTAH STATE CAPITOL COMPLEX
350 NORTH STATE ST STE 230
SALT LAKE CITY UT 84114-2320
UAG@AGUTAH.GOV

000072P001-1578S-015
VERMONT ATTORNEY GENERAL
CHARITY R CLARK
PAVILLION OFFICE BLDG
109 STATE ST
MONTPELIER VT 05609-1001
AGO.INFO@VERMONT.GOV

GoHealth, Inc., et al.
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000073P001-1578S-015<br>VIRGINIA ATTORNEY GENERAL<br>JAY JONES<br>202 NORTH NINTH ST<br>RICHMOND VA 23219<br>MAIL@OAG.STATE.VA.US | 000852P001-1578A-015<br>GAYATRI VOORA<br>ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000108P002-1578S-015<br>WALKME INC<br>IRIS PAPPO<br>GENERAL COUNSEL<br>350 MISSION ST<br>FL 26<br>SAN FRANCISCO CA 94105<br>IRIS.PAPPO@WALKME.COM | 000077P001-1578S-015<br>WYOMING ATTORNEY GENERAL<br>KEITH G KAUTZ<br>109 STATE CAPITOL<br>STATE CAPITOL BLDG RM 123<br>CHEYENNE WY 82002<br>WYOAG.BANKRUPTCYUNIT@WYO.GOV |
| 000085P001-1578S-015<br>YOUNG CONAWAY STARGATT & TAYLOR<br>MICHAEL R. NESTOR<br>1000 NORTH KING STREET<br>WILMINGTON DE 19801<br>MNESTOR@YCST.COM | 000086P001-1578S-015<br>YOUNG CONAWAY STARGATT & TAYLOR<br>ROBERT POPPITI<br>1000 NORTH KING STREET<br>WILMINGTON DE 19801<br>RPOPPITI@YCST.COM | | |

Records Printed :    **78**

**EXHIBIT 2**

**GoHealth, Inc., et al.**
**US First Class Mail**
**Exhibit Pages**

Page # : 1 of 2

07/01/2026 07:27:40 PM

| | | | |
|---|---|---|---|
| 000027P001-1578S-015<br>ALABAMA ATTORNEY GENERAL<br>STEVE MARSHALL<br>501 WASHINGTON AVE<br>MONTGOMERY AL 36130 | 000020P001-1578S-015<br>ARIZONA ATTORNEY GENERAL'S OFFICE<br>PO BOX 6123<br>MD 7611<br>PHOENIX AZ 85005-6123 | 000031P001-1578S-015<br>CALIFORNIA ATTORNEY GENERAL<br>ROB BONTA<br>1300 I ST<br>STE 1740<br>SACRAMENTO CA 95814 | 000015P001-1578S-015<br>DELAWARE DIVISION OF REVENUE<br>BANKRUPTCY ADMINISTRATOR<br>CARVEL STATE OFFICE BUILD 8TH FL<br>820 N FRENCH ST<br>WILMINGTON DE 19801 |
| 000013P001-1578S-015<br>DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>401 FEDERAL ST STE 4<br>DOVER DE 19901 | 000014P001-1578S-015<br>DELAWARE STATE TREASURY<br>BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER DE 19904 | 000036P001-1578S-015<br>FLORIDA ATTORNEY GENERAL<br>JAMES UTHMEIER<br>THE CAPITOL<br>PL-01<br>TALLAHASSEE FL 32399-1050 | 000016P001-1578S-015<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MSA340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 |
| 000037P001-1578S-015<br>GEORGIA ATTORNEY GENERAL<br>CHRISTOPHER M CARR<br>40 CAPITAL SQUARE SW<br>ATLANTA GA 30334-1300 | 000039P001-1578S-015<br>IDAHO ATTORNEY GENERAL<br>RAUL R LABRADOR<br>700 W JEFFERSON ST<br>PO BOX 83720<br>BOISE ID 83720-1000 | 000040P001-1578S-015<br>ILLINOIS ATTORNEY GENERAL<br>KWAME RAOUL<br>JAMES R THOMPSON CTR<br>100 W RANDOLPH ST<br>CHICAGO IL 60601 | 000041P001-1578S-015<br>INDIANA ATTORNEY GENERAL<br>TODD ROKITA<br>INDIANA GOVERNMENT CTR SOUTH<br>302 WEST WASHINGTON ST 5TH FL<br>INDIANAPOLIS IN 46204-2770 |
| 000008P001-1578S-015<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000009P001-1578S-015<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 | 000042P001-1578S-015<br>IOWA ATTORNEY GENERAL<br>BRENNA BIRD<br>HOOVER STATE OFFICER BLDG<br>1305 E WALNUT 2ND FL<br>DES MOINES IA 50319 | 000043P001-1578S-015<br>KANSAS ATTORNEY GENERAL<br>KRIS W KOBACH<br>120 SW 10TH AVE<br>2ND FL<br>TOPEKA KS 66612-1597 |
| 000044P001-1578S-015<br>KENTUCKY ATTORNEY GENERAL<br>RUSSELL COLEMAN<br>700 CAPITOL AVE<br>CAPITAL BLDG STE 118<br>FRANKFORT KY 40601 | 000025P001-1578S-015<br>MASSACHUSETTS DEPT OF REVENUE<br>COLLECTIONS BUREAU/BANKRUPTCY UNIT<br>PO BOX 7090<br>BOSTON MA 02204-7090 | 000017P001-1578S-015<br>MICHIGAN DEPT OF TREASURY, TAX POL DIV<br>LITIGATION LIAISON<br>430 WEST ALLEGAN ST<br>2ND FL AUSTIN BLDG<br>LANSING MI 48922 | 000050P001-1578S-015<br>MINNESOTA ATTORNEY GENERAL<br>KEITH ELLISON<br>1400 BREMER TOWER<br>445 MINNESOTA ST<br>ST. PAUL MN 55101-2131 |
| 000051P001-1578S-015<br>MISSISSIPPI ATTORNEY GENERAL<br>LYNN FITCH<br>WALTER SILLERS BLDG<br>550 HIGH ST STE 1200<br>JACKSON MS 39201 | 000052P001-1578S-015<br>MISSOURI ATTORNEY GENERAL<br>CATHERINE L HANAWAY<br>SUPREME CT BLDG<br>207 W HIGH ST<br>JEFFERSON CITY MO 65101 | 000054P001-1578S-015<br>NEBRASKA ATTORNEY GENERAL<br>MIKE HILGERS<br>2115 STATE CAPITOL<br>LINCOLN NE 68509-8920 | 000057P001-1578S-015<br>NEW JERSEY ATTORNEY GENERAL<br>JENNIFER DAVENPORT<br>RICHARD J HUGHES JUSTICE COMPLEX<br>25 MARKET ST 8TH FL WEST WING<br>TRENTON NJ 08625 |
| 000058P001-1578S-015<br>NEW MEXICO ATTORNEY GENERAL<br>RAUL TORREZ<br>408 GLISTEO ST<br>VILLAGRA BLDG<br>SANTA FE NM 87501 | 000059P001-1578S-015<br>NEW YORK ATTORNEY GENERAL<br>LETITIA JAMES<br>DEPT OF LAW<br>THE CAPITOL 2ND FL<br>ALBANY NY 12224-0341 | 000060P001-1578S-015<br>NORTH CAROLINA ATTORNEY GENERAL<br>JEFF JACKSON<br>DEPT OF JUSTICE<br>9001 MAIL SERVICE CTR<br>RALEIGH NC 27699-9001 | 000062P001-1578S-015<br>OHIO ATTORNEY GENERAL<br>DAVID ANTHONY YOST<br>STATE OFFICE TOWER<br>30 E BROAD ST 14TH FL<br>COLUMBUS OH 43431 |

**GoHealth, Inc., et al.**
**US First Class Mail**
**Exhibit Pages**

Page # : 2 of 2                                                                                           07/01/2026 07:27:40 PM

| | | | |
|---|---|---|---|
| 000090P002-1578S-015<br>PING HEALTH LLC<br>ZACKERY RIDER<br>CO-FOUNDER<br>101 S TRYON ST STE 2500<br>CHARLOTTE NC 28280 | 000066P001-1578S-015<br>RHODE ISLAND ATTORNEY GENERAL<br>PETER F NERONHA<br>150 S MAIN ST<br>PROVIDENCE RI 02903 | 000022P001-1578S-015<br>SECURITIES AND EXCHANGE COMMISSION<br>ANTONIA APPS REGIONAL DIRECTOR<br>100 PEARL ST<br>STE 20-100<br>NEW YORK NY 10004-2616 | 000019P001-1578S-015<br>SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE GEN COUNSEL<br>OFFICE OF PROGRAM LITIGATION/BANKRUPTCY<br>6401 SECURITY BLVD<br>BALTIMORE MD 21235 |
| 000069P001-1578S-015<br>TENNESSEE ATTORNEY GENERAL<br>JONATHAN SKRMETTI<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | 000070P001-1578S-015<br>TEXAS ATTORNEY GENERAL<br>KEN PAXTON<br>300 W 15TH ST<br>AUSTIN TX 78701 | 000084P001-1578S-015<br>US ATTORNEY DISTRICT OF MASSACHUSETTS<br>LEAH B FOLEY<br>1 COURTHOUSE WAY<br>SUITE 9200<br>BOSTON MA 02210 | 000083P001-1578S-015<br>US ATTORNEY FOR THE DISTRICT OF COLUMBIA<br>JEANINE FERRIS PIRRO<br>601 D STREET NW<br>WASHINGTON DC 20579 |
| 000018P001-1578S-015<br>US EPA REG 3<br>BETTINA DUNN<br>OFFICE OF REG COUNSEL<br>FOUR PENN CTR<br>PHILADELPHIA PA 19103-2852 | 000026P001-1578S-015<br>US SMALL BUSINESS ADMINISTRATION<br>DISTRICT COUNSEL<br>660 AMERICAN AVE<br>STE 301<br>KING OF PRUSSIA PA 19406 | 000852P001-1578A-015<br>GAYATRI VOORA<br>ADDRESS INTENTIONALLY OMITTED | 000074P001-1578S-015<br>WASHINGTON ATTORNEY GENERAL<br>NICHOLAS BROWN<br>1125 WASHINGTON ST SE<br>PO BOX 40100<br>OLYMPIA WA 98504-0100 |
| 000075P001-1578S-015<br>WEST VIRGINIA ATTORNEY GENERAL<br>JOHN B MCCUSKEY<br>STATE CAPITOL COMPLEX BLDG 1 RM E26<br>1900 KANAWHA BLVD E<br>CHARLESTON WV 25305 | 000076P001-1578S-015<br>WISCONSIN ATTORNEY GENERAL<br>JOSH KAUL<br>114 EAST STATE CAPITOL<br>MADISON WI 53707-7857 | | |

Records Printed :   **42**