**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| GOHEALTH, INC., *et al.*,[1] | ) | Case No. 26-10914 (TMH) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                            )   ss:
COUNTY OF NEW YORK   )

I, Sung Jae Kim, declare:

1. I am over the age of 18 years and not a party to this chapter 11 case.

2. I am employed by Donlin, Recano & Company, LLC, ("DRC"), 200 Vesey Street, 24th Floor, New York, NY 10281.

3. On the 1st day of July 2026, DRC, under my supervision, caused a true and accurate copy of the following documents:

   i. Plan Supplement for the Debtors' Joint Prepackaged Chapter 11 Plan of GoHealth, Inc. and Its Debtor Affiliates (Docket No. 116); and

   ii. Notice of Filing of Plan Supplement (Docket No. 117),

   to be served via electronic mail upon the parties as set forth on Exhibit 1, and via U.S. First Class Mail upon the parties as set forth on Exhibit 2, attached hereto.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are: GoHealth, Inc. (3805); Blizzard Midco, LLC (3732); Connected Benefits, LLC (2162); e-TeleQuote Insurance, Inc. (2336); ETQ Holdings, LLC (8260); GoHealth Holdings, LLC (3653); GoHealth, LLC (5175); and Norvax, LLC (3063). The location of the Debtors' service address for purposes of these chapter 11 cases is: 222 West Merchandise Mart Plaza, Suite 1750, Chicago, Illinois 60654.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 8th day of July 2026, New York, New York.

By _____
Sung Jae Kim

Sworn before me this
8th day of July 2026

_____
Notary Public

ROBIN ALEXANDRA CHARLES
Notary Public - State of New York
NO. 01CH0038923
Qualified in Kings County
My Commission Expires Jul 1, 2029

# EXHIBIT 1

Case 26-10914-TMH    Doc 131    Filed 07/08/26    Page 4 of 10

GoHealth, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 1 of 4                                                                                                                    07/02/2026 12:01:11 AM

| | | | |
|---|---|---|---|
| 000078P002-1578S-016<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>SCOTT L ALBERINO<br>ROBERT S STRAUSS TOWER<br>2001 K STREET NW<br>WASHINGTON DC 20006<br>SALBERINO@AKINGUMP.COM | 000079P002-1578S-016<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>BENJAMIN L TAYLOR<br>ROBERT S STRAUSS TOWER<br>2001 K STREET NW<br>WASHINGTON DC 20006<br>TAYLORB@AKINGUMP.COM | 000081P002-1578S-016<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>NICHOLAS J HOUPT<br>2300 N FIELD ST<br>SUITE 1800<br>DALLAS TX 75201<br>NHOUPT@AKINGUMP.COM | 000028P001-1578S-016<br>ALASKA ATTORNEY GENERAL<br>STEPHEN COX<br>1031 W 4TH AVE<br>STE 200<br>ANCHORAGE AK 99501-1994<br>ATTORNEY.GENERAL@ALASKA.GOV |
| 000115P002-1578S-016<br>AMAZON WEB SVCS - AWS<br>DAVID A ZAPOLSKY<br>SENIOR VP/CHIEF GLOBAL AFFAIRS & LEGAL OFFICE<br>440 TERRY AVE NORTH<br>SEATTLE WA 98109<br>DAVID.ZAPOLSKY@AMAZON.COM | 000117P003-1578S-016<br>APEX<br>BUDDY OMOHUNDRO<br>GENERAL COUNSEL<br>4400 COX RD<br>SUITE 200<br>GLEN ALLEN VA 23060<br>BOMOHUNDRO@APEXSYSTEMSINC.COM | 000029P001-1578S-016<br>ARIZONA ATTORNEY GENERAL<br>KRIS MAYES<br>1275 WEST WASHINGTON ST<br>PHOENIX AZ 85007<br>AGINFO@AZAG.GOV | 000030P001-1578S-016<br>ARKANSAS ATTORNEY GENERAL<br>TIM GRIFFIN<br>323 CTR ST<br>STE 200<br>LITTLE ROCK AR 72201-2610<br>OAG@ARKANSASAG.GOV |
| 000091P003-1578S-016<br>ASTRONOMER INC<br>PETE DEJOY<br>CEO/CO-FOUNDER<br>50 WEST 23RD ST<br>SUITE 1400<br>NEW YORK NY 10010<br>PETE@ASTRONOMER.IO | 000092P003-1578S-016<br>BANKERS LIFE AGENCY INC<br>MATTHEW J ZIMPFER<br>GENERAL COUNSEL<br>303 E WACKER DR<br>STE 500<br>CHICAGO IL 60601<br>MATT.ZIMPFER@CNOINC.COM | 000116P005-1578S-016<br>BLUE CROSS BLUE SHIELD OF ILLINOIS<br>CATHERINE NELSON<br>EXECUTIVE VP & CHIEF LEGAL OFFICER<br>300 EAST RANDOLPH ST<br>CHICAGO IL 60601<br>CATHERINE_NELSON@HCSC.NET | 000080P001-1578S-016<br>CAHILL GORDON & REINDEL LLP<br>JOEL MOSS<br>32 OLD SLIP<br>NEW YORK NY 10005<br>JMOSS@CAHILL.COM |
| 000082P001-1578S-016<br>CAHILL GORDON & REINDEL LLP<br>JORDAN WISHNEW<br>32 OLD SLIP<br>NEW YORK NY 10005<br>JWISHNEW@CAHILL.COM | 000121P001-1578S-016<br>CAHILL GORDON & REINDEL LLP<br>MATTHEW CATONE<br>32 OLD SLIP<br>NEW YORK NY 10005<br>MCATONE@CAHILL.COM | 000122P001-1578S-016<br>CAHILL GORDON & REINDEL LLP<br>TANNER BOWEN<br>32 OLD SLIP<br>NEW YORK NY 10005<br>TBOWEN@CAHILL.COM | 000089P001-1578S-016<br>CHOATE HALL AND STEWART LLP<br>ROBERT M BUCHANAN JR<br>SENIOR COUNSEL<br>TWO INTERNATIONAL PL<br>BOSTON MA 02110<br>RBUCHANAN@CHOATE.COM |
| 000089P001-1578S-016<br>CHOATE HALL AND STEWART LLP<br>ROBERT M BUCHANAN JR<br>SENIOR COUNSEL<br>TWO INTERNATIONAL PL<br>BOSTON MA 02110<br>TGABRIEL@CHOATE.COM | 000032P001-1578S-016<br>COLORADO ATTORNEY GENERAL<br>PHIL WEISER<br>RALPH L CARR COLORADO JUDICIAL CTR<br>1300 BROADWAY 10TH FL<br>DENVER CO 80203<br>CORA.REQUEST@COAG.GOV | 000033P001-1578S-016<br>CONNECTICUT ATTORNEY GENERAL<br>WILLIAM TONG<br>55 ELM ST<br>HARTFORD CT 06141-0120<br>ATTORNEY.GENERAL@CT.GOV | 000021P001-1578S-016<br>DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US |
| 000034P001-1578S-016<br>DELAWARE ATTORNEY GENERAL<br>KATHY JENNINGS<br>CARVEL STATE OFFICE BLDG<br>820 N FRENCH ST<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US | 000011P001-1578S-016<br>DELAWARE SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903<br>DOSDOC_FTAX@STATE.DE.US | 000035P001-1578S-016<br>DISTRICT OF COLUMBIA ATTORNEY GENERAL<br>BRIAN SCHWALB<br>400 6TH ST NW<br>WASHINGTON DC 20001<br>OAG@DC.GOV | 000106P001-1578S-016<br>EIGHT ELEVEN GROUP LLC (DBA BROOKSOURCE)<br>JASON CARESS<br>VICE PRESIDENT OF LEGAL CONTRACTS AND RISK<br>6215 N COLLEGE AVE<br>INDIANAPOLIS IN 46220<br>JCARESS@EIGHTELEVENGROUP.COM |

000098P001-1578S-016
ENGAGECX INC FKA VIASOURCE SOLUTIONS INC
LEN LINTON
CHIEF FINANCIAL OFFICER
223 E THOUSAND OAKS BLVD
STE 222
THOUSAND OAKS CA 91360
LLINTON@ENGAGECX.COM

000101P001-1578S-016
EXACTCARE
ALY KAYNE
CHIEF LEGAL OFFICER
8333 ROCKSIDE RD
CLEVELAND OH 44125
AKAYNE@ANEWHEALTHRX.COM

000113P001-1578S-016
FIVE9 INC
TIFFANY MERIWEATHER
CHIEF ADMINISTRATIVE AND LEGAL OFFICER
3001 BISHOP DR
STE 350
SAN RAMON CA 94583
TIFFANY.MERIWEATHER@FIVE9.COM

000096P001-1578S-016
GOOGLE
HALIMAH DELAINE PRADO
GENERAL COUNSEL
1600 AMPHITHEATRE PKWY
MOUNTAIN VIEW CA 94043
HPRADO@GOOGLEMAIL.COM

000114P001-1578S-016
GREENHOUSE SOFTWARE INC
JUNG-KYU MCCANN
CHIEF LEGAL OFFICER
228 PK AVE S PMB 14744
NEW YORK NY 14744
JUNG.MCCANN@GREENHOUSE.IO

000038P001-1578S-016
HAWAII ATTORNEY GENERAL
ANNE E LOPEZ
425 QUEEN ST
HONOLULU HI 96813
HAWAIIAG@HAWAII.GOV

000103P002-1578S-016
HEALTH INSURANCE ASSOCIATES
CONSTANTINE CHRISTOFORAKIS
MANAGING DIRECTOR
1175 BEVILLE RD
DAYTONA BEACH FL 32119
DINO@MEDICAREINSURANCE.COM

000093P001-1578S-016
INULTI INC
TADAS SVETIKAS
LEGAL COUNSEL
5810 CORAL RIDGE DR
STE 120
CORAL SPRINGS FL 33076
TADAS.SVETIKAS@INULTI.COM

000105P001-1578S-016
IT SAVVY
FLOR M COLON
CHIEF LEGAL OFFICER
201 MERRITT 7
NORWALK CT 06851
FLOR.COLON@XEROX.COM

000045P001-1578S-016
LOUISIANA ATTORNEY GENERAL
LIZ MURRILL
1885 NORTH THIRD ST
BATON ROUGE LA 70802
CONSTITUENTSERVICES@AG.LOUISIANA.GOV

000046P001-1578S-016
MAINE ATTORNEY GENERAL
AARON FREY
6 STATE HOUSE STATION
AUGUSTA ME 04333
ATTORNEY.GENERAL@MAINE.GOV

000047P001-1578S-016
MARYLAND ATTORNEY GENERAL
ANTHONY G BROWN
200 ST PAUL PL
BALTIMORE MD 21202-2022
OAG@OAG.STATE.MD.US

000048P001-1578S-016
MASSACHUSETTS ATTORNEY GENERAL
ANDREA JOY CAMPBELL
ONE ASHBURTON PL
BOSTON MA 02108-1698
AGO@STATE.MA.US

000125P001-1578S-016
MCCREARY VESELKA BRAGG & ALLEN P.C.
JULIE ANNE PARSONS
P O BOX 1269
ROUND ROCK TX 78680-1269
JPARSONS@MVBALAW.COM

000049P001-1578S-016
MICHIGAN ATTORNEY GENERAL
DANA NESSEL
PO BOX 30212
525 W OTTAWA ST
LANSING MI 48909-0212
MIAG@MI.GOV

000102P001-1578S-016
MICROSOFT ONLINE SVC
JONATHAN PALMER
CHIEF LEGAL OFFICER
1 MICROSOFT WAY
REDMOND WA 98052
JOPALMER@MICROSOFT.COM

000053P001-1578S-016
MONTANA ATTORNEY GENERAL
AUSTIN KNUDSEN
215 N SANDERS THIRD FL
JUSTICE BLDG
HELENA MT 59620-1401
CONTACTDOJ@MT.GOV

000087P001-1578S-016
MORRIS NICHOLS ARSHT & TUNNELL LLP
DEREK C ABBOTT
1201 N. MARKET STREET
16TH FLOOR
WILMINGTON DE 19899
DABBOTT@MORRISNICHOLS.COM

000123P001-1578S-016
MORRIS NICHOLS ARSHT & TUNNELL LLP
CICELY BERZACK
1201 N MARKET ST.
WILMINGTON DE 19801
CBERZACK@MORRISNICHOLS.COM

000055P001-1578S-016
NEVADA ATTORNEY GENERAL
AARON FORD
OLD SUPREME CT BLDG
100 N CARSON ST
CARSON CITY NV 89701
AGINFO@AG.NV.GOV

000056P001-1578S-016
NEW HAMPSHIRE ATTORNEY GENERAL
JOHN FORMELLA
NH DEPARTMENT OF JUSTICE
33 CAPITOL ST
CONCORD NH 03301-6397
ATTORNEYGENERAL@DOJ.NH.GOV

000107P002-1578S-016
NEW RELIC
ASHISH AGARWAL
CHIEF FINANCIAL OFFICER
188 SPEAR ST
STE 1000
SAN FRANCISCO CA 94105
ASHISHAGARWAL@NEWRELIC.COM

000061P001-1578S-016
NORTH DAKOTA ATTORNEY GENERAL
DREW WRIGLEY
600 E BLVD AVE
DEPT 125
BISMARCK ND 58505-0040
NDAG@ND.GOV

000010P002-1578S-016
OFFICE OF THE US TRUSTEE
BENJAMIN A HACKMAN
844 KING ST
STE 2207
WILMINGTON DE 19801
BENJAMIN.A.HACKMAN@USDOJ.GOV

GoHealth, Inc., et al.
Electronic Mail
Exhibit Pages

000110P001-1578S-016
OGLETREE DEAKINS NASH SMOAK AND STEWART PC
DAVID C ZIMBRICK
CHIEF FINANCIAL OFFICER
300 NORTH MAIN ST
GREENVILLE SC 29601
DAVID.ZIMBRICK@OGLETREEDEAKINS.COM

000063P001-1578S-016
OKLAHOMA ATTORNEY GENERAL
GENTNER DRUMMOND
313 NE 21ST ST
OKLAHOMA CITY OK 73105
CONTACT@OAG.OK.GOV

000100P001-1578S-016
ONEDIGITAL MEDICARE SVC LLC
ERICA ZINKIE
EXECUTIVE VICE PRESIDENT OF LEGAL AND RISK
300 GALLERIA PKWY SE
STE 1100
ATLANTA GA 30339
EZINKIE@DIGITALINSURANCE.COM

000109P001-1578S-016
OPTIV
WILLIAM CROUTCH
EXECUTIVE VICE PRESIDENT AND GENERAL COUNSEL
1144 15TH ST
STE 2900
DENVER CO 80202
WILLIAM.CROUTCH@OPTIV.COM

000064P001-1578S-016
OREGON ATTORNEY GENERAL
DAN RAYFIELD
OREGON DEPARTMENT OF JUSTICE
1162 CT ST NE
SALEM OR 97301-4096
FRED.BOSS@DOJ.STATE.OR.US

000065P001-1578S-016
PENNSYLVANIA ATTORNEY GENERAL
DAVE SUNDAY
1600 STRAWBERRY SQUARE
16TH FL
HARRISBURG PA 17120
PRESS@ATTORNEYGENERAL.GOV

000111P001-1578S-016
PLANFUL INC
JOHN HERR
CHIEF EXECUTIVE OFFICER
2261 MARKET ST
STE 36245
SAN FRANCISCO CA 94114
CEO@PLANFUL.COM

000095P001-1578S-016
QUANTUM DIGITAL MEDIA
MARY CLUNEY
CHIEF FINANCIAL OFFICER
6511 WEST OAKTON ST
MORTON GROVE IL 60053
MCLUNEY@QUANTUMGROUP.COM

000094P001-1578S-016
RYAN COMPANIES US INC - REM
LAURA GRAF
CHIEF LEGAL OFFICER
533 SOUTH THIRD ST
STE 100
MINNEAPOLIS MN 55415
LAURA.GRAF@RYANCOMPANIES.COM

000094P001-1578S-016
RYAN COMPANIES US INC - REM
LAURA GRAF
CHIEF LEGAL OFFICER
533 SOUTH THIRD ST
STE 100
MINNEAPOLIS MN 55415
CONTACT@RYANCOMPANIES.COM

000097P002-1578S-016
SCHELLMAN AND CO
BEN ALLEN
GENERAL COUNSEL
4010 WEST BOY SCOUT BLVD
STE 600
TAMPA FL 33607
BEN.ALLEN@SCHELLMANCO.COM

000023P001-1578S-016
SECURITIES AND EXCHANGE COMMISSION
SEC OF THE TREASURY OFFICE OF GEN COUNSEL
100 F ST NE
WASHINGTON DC 20549
SECBANKRUPTCY@SEC.GOV

000024P001-1578S-016
SECURITIES AND EXCHANGE COMMISSION
PHIL OFC   BANKRUPTCY DEPT
ONE PENN CTR
1617 JFK BLVD STE 520
PHILADELPHIA PA 19103
SECBANKRUPTCY@SEC.GOV

000104P001-1578S-016
SENIOR HEALTHCARE ADVISORS LLC
DANIEL POST
OWNER
828 S MILITARY TRL
DEERFIELD BEACH FL 33442
DANIEL@SENIORHEALTHCAREADV.COM

000104P001-1578S-016
SENIOR HEALTHCARE ADVISORS LLC
DANIEL POST
OWNER
828 S MILITARY TRL
DEERFIELD BEACH FL 33442
SHEILA.ORETSKY@GTLAW.COM

000088P001-1578S-016
SENIOR PROTECT SOLUTIONS INC
KEITH MENDONSA
MANAGING DIRECTOR
2365 NORTHSIDE DR
STE 575
SAN DIEGO CA 92108
HHC442@HOTMAIL.COM

000088P001-1578S-016
SENIOR PROTECT SOLUTIONS INC
KEITH MENDONSA
MANAGING DIRECTOR
2365 NORTHSIDE DR
STE 575
SAN DIEGO CA 92108
BFEIL@MYSENIORPROTECT.COM

000067P001-1578S-016
SOUTH CAROLINA ATTORNEY GENERAL
ALAN WILSON
REMBERT C DENNIS OFFICE BLDG
1000 ASSEMBLY ST RM 519
COLUMBIA SC 29211-1549
BANKRUPTCY@SCAG.GOV

000068P001-1578S-016
SOUTH DAKOTA ATTORNEY GENERAL
MARTY JACKLEY
1302 EAST HIGHWAY 14
STE 1
PIERRE SD 57501-8501
ATGHELP@STATE.SD.US

000112P003-1578S-016
SPEEDEON DATA LLC
NEIL BARRY
CHIEF LEGAL OFFICER
5875 LANDERBROOK DR
SUITE 130
CLEVELAND OH 44124
NBARRY@SPEEDEONDATA.COM

000099P001-1578S-016
TOGETHER HEALTH
HUY TRAN
FOUNDER AND CEO
7551 WILES RD
CORAL SPRINGS FL 33067
HUY@TOGETHERHEALTH.CO

000012P001-1578S-016
US ATTORNEY FOR DELAWARE
1313 NORTH MARKET ST
WILMINGTON DE 19801
USADE.ECFBANKRUPTCY@USDOJ.GOV

000071P001-1578S-016
UTAH ATTORNEY GENERAL
DEREK BROWN
UTAH STATE CAPITOL COMPLEX
350 NORTH STATE ST STE 230
SALT LAKE CITY UT 84114-2320
UAG@AGUTAH.GOV

000072P001-1578S-016
VERMONT ATTORNEY GENERAL
CHARITY R CLARK
PAVILLION OFFICE BLDG
109 STATE ST
MONTPELIER VT 05609-1001
AGO.INFO@VERMONT.GOV

**GoHealth, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

Page # : 4 of 4                                                                                           07/02/2026 12:01:11 AM

---

000073P001-1578S-016
VIRGINIA ATTORNEY GENERAL
JAY JONES
202 NORTH NINTH ST
RICHMOND VA 23219
MAIL@OAG.STATE.VA.US

000108P002-1578S-016
WALKME INC
IRIS PAPPO
GENERAL COUNSEL
350 MISSION ST
FL 26
SAN FRANCISCO CA 94105
IRIS.PAPPO@WALKME.COM

000077P001-1578S-016
WYOMING ATTORNEY GENERAL
KEITH G KAUTZ
109 STATE CAPITOL
STATE CAPITOL BLDG RM 123
CHEYENNE WY 82002
WYOAG.BANKRUPTCYUNIT@WYO.GOV

000085P001-1578S-016
YOUNG CONAWAY STARGATT & TAYLOR
MICHAEL R. NESTOR
1000 NORTH KING STREET
WILMINGTON DE 19801
MNESTOR@YCST.COM

000086P001-1578S-016
YOUNG CONAWAY STARGATT & TAYLOR
ROBERT POPPITI
1000 NORTH KING STREET
WILMINGTON DE 19801
RPOPPITI@YCST.COM

Records Printed :  **77**

# EXHIBIT 2

**GoHealth, Inc., et al.**
**US First Class Mail**
**Exhibit Pages**

Page # : 1 of 2                                                                                                                    07/02/2026 12:00:37 AM

| | | | |
|---|---|---|---|
| 000027P001-1578S-016<br>ALABAMA ATTORNEY GENERAL<br>STEVE MARSHALL<br>501 WASHINGTON AVE<br>MONTGOMERY AL 36130 | 000020P001-1578S-016<br>ARIZONA ATTORNEY GENERAL'S OFFICE<br>PO BOX 6123<br>MD 7611<br>PHOENIX AZ 85005-6123 | 000031P001-1578S-016<br>CALIFORNIA ATTORNEY GENERAL<br>ROB BONTA<br>1300 I ST<br>STE 1740<br>SACRAMENTO CA 95814 | 000015P001-1578S-016<br>DELAWARE DIVISION OF REVENUE<br>BANKRUPTCY ADMINISTRATOR<br>CARVEL STATE OFFICE BUILD 8TH FL<br>820 N FRENCH ST<br>WILMINGTON DE 19801 |
| 000013P001-1578S-016<br>DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>401 FEDERAL ST STE 4<br>DOVER DE 19901 | 000014P001-1578S-016<br>DELAWARE STATE TREASURY<br>BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER DE 19904 | 000036P001-1578S-016<br>FLORIDA ATTORNEY GENERAL<br>JAMES UTHMEIER<br>THE CAPITOL<br>PL-01<br>TALLAHASSEE FL 32399-1050 | 000016P001-1578S-016<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MSA340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 |
| 000037P001-1578S-016<br>GEORGIA ATTORNEY GENERAL<br>CHRISTOPHER M CARR<br>40 CAPITAL SQUARE SW<br>ATLANTA GA 30334-1300 | 000039P001-1578S-016<br>IDAHO ATTORNEY GENERAL<br>RAUL R LABRADOR<br>700 W JEFFERSON ST<br>PO BOX 83720<br>BOISE ID 83720-1000 | 000040P001-1578S-016<br>ILLINOIS ATTORNEY GENERAL<br>KWAME RAOUL<br>JAMES R THOMPSON CTR<br>100 W RANDOLPH ST<br>CHICAGO IL 60601 | 000041P001-1578S-016<br>INDIANA ATTORNEY GENERAL<br>TODD ROKITA<br>INDIANA GOVERNMENT CTR SOUTH<br>302 WEST WASHINGTON ST 5TH FL<br>INDIANAPOLIS IN 46204-2770 |
| 000008P001-1578S-016<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000009P001-1578S-016<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 | 000042P001-1578S-016<br>IOWA ATTORNEY GENERAL<br>BRENNA BIRD<br>HOOVER STATE OFFICER BLDG<br>1305 E WALNUT 2ND FL<br>DES MOINES IA 50319 | 000043P001-1578S-016<br>KANSAS ATTORNEY GENERAL<br>KRIS W KOBACH<br>120 SW 10TH AVE<br>2ND FL<br>TOPEKA KS 66612-1597 |
| 000044P001-1578S-016<br>KENTUCKY ATTORNEY GENERAL<br>RUSSELL COLEMAN<br>700 CAPITOL AVE<br>CAPITAL BLDG STE 118<br>FRANKFORT KY 40601 | 000025P001-1578S-016<br>MASSACHUSETTS DEPT OF REVENUE<br>COLLECTIONS BUREAU/BANKRUPTCY UNIT<br>PO BOX 7090<br>BOSTON MA 02204-7090 | 000017P001-1578S-016<br>MICHIGAN DEPT OF TREASURY, TAX POL DIV<br>LITIGATION LIAISON<br>430 WEST ALLEGAN ST<br>2ND FL AUSTIN BLDG<br>LANSING MI 48922 | 000050P001-1578S-016<br>MINNESOTA ATTORNEY GENERAL<br>KEITH ELLISON<br>1400 BREMER TOWER<br>445 MINNESOTA ST<br>ST. PAUL MN 55101-2131 |
| 000051P001-1578S-016<br>MISSISSIPPI ATTORNEY GENERAL<br>LYNN FITCH<br>WALTER SILLERS BLDG<br>550 HIGH ST STE 1200<br>JACKSON MS 39201 | 000052P001-1578S-016<br>MISSOURI ATTORNEY GENERAL<br>CATHERINE L HANAWAY<br>SUPREME CT BLDG<br>207 W HIGH ST<br>JEFFERSON CITY MO 65101 | 000054P001-1578S-016<br>NEBRASKA ATTORNEY GENERAL<br>MIKE HILGERS<br>2115 STATE CAPITOL<br>LINCOLN NE 68509-8920 | 000057P001-1578S-016<br>NEW JERSEY ATTORNEY GENERAL<br>JENNIFER DAVENPORT<br>RICHARD J HUGHES JUSTICE COMPLEX<br>25 MARKET ST 8TH FL WEST WING<br>TRENTON NJ 08625 |
| 000058P001-1578S-016<br>NEW MEXICO ATTORNEY GENERAL<br>RAUL TORREZ<br>408 GLISTEO ST<br>VILLAGRA BLDG<br>SANTA FE NM 87501 | 000059P001-1578S-016<br>NEW YORK ATTORNEY GENERAL<br>LETITIA JAMES<br>DEPT OF LAW<br>THE CAPITOL 2ND FL<br>ALBANY NY 12224-0341 | 000060P001-1578S-016<br>NORTH CAROLINA ATTORNEY GENERAL<br>JEFF JACKSON<br>DEPT OF JUSTICE<br>9001 MAIL SERVICE CTR<br>RALEIGH NC 27699-9001 | 000062P001-1578S-016<br>OHIO ATTORNEY GENERAL<br>DAVID ANTHONY YOST<br>STATE OFFICE TOWER<br>30 E BROAD ST 14TH FL<br>COLUMBUS OH 43431 |

GoHealth, Inc., et al.
US First Class Mail
Exhibit Pages

Page # : 2 of 2                                                                                                                07/02/2026 12:00:37 AM

| | | | |
|---|---|---|---|
| 000090P002-1578S-016<br>PING HEALTH LLC<br>ZACKERY RIDER<br>CO-FOUNDER<br>101 S TRYON ST STE 2500<br>CHARLOTTE NC 28280 | 000066P001-1578S-016<br>RHODE ISLAND ATTORNEY GENERAL<br>PETER F NERONHA<br>150 S MAIN ST<br>PROVIDENCE RI 02903 | 000022P001-1578S-016<br>SECURITIES AND EXCHANGE COMMISSION<br>ANTONIA APPS REGIONAL DIRECTOR<br>100 PEARL ST<br>STE 20-100<br>NEW YORK NY 10004-2616 | 000019P001-1578S-016<br>SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE GEN COUNSEL<br>OFFICE OF PROGRAM LITIGATION/BANKRUPTCY<br>6401 SECURITY BLVD<br>BALTIMORE MD 21235 |
| 000069P001-1578S-016<br>TENNESSEE ATTORNEY GENERAL<br>JONATHAN SKRMETTI<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | 000070P001-1578S-016<br>TEXAS ATTORNEY GENERAL<br>KEN PAXTON<br>300 W 15TH ST<br>AUSTIN TX 78701 | 000084P001-1578S-016<br>US ATTORNEY DISTRICT OF MASSACHUSETTS<br>LEAH B FOLEY<br>1 COURTHOUSE WAY<br>SUITE 9200<br>BOSTON MA 02210 | 000083P001-1578S-016<br>US ATTORNEY FOR THE DISTRICT OF COLUMBIA<br>JEANINE FERRIS PIRRO<br>601 D STREET NW<br>WASHINGTON DC 20579 |
| 000018P001-1578S-016<br>US EPA REG 3<br>BETTINA DUNN<br>OFFICE OF REG COUNSEL<br>FOUR PENN CTR<br>PHILADELPHIA PA 19103-2852 | 000026P001-1578S-016<br>US SMALL BUSINESS ADMINISTRATION<br>DISTRICT COUNSEL<br>660 AMERICAN AVE<br>STE 301<br>KING OF PRUSSIA PA 19406 | 000074P001-1578S-016<br>WASHINGTON ATTORNEY GENERAL<br>NICHOLAS BROWN<br>1125 WASHINGTON ST SE<br>PO BOX 40100<br>OLYMPIA WA 98504-0100 | 000075P001-1578S-016<br>WEST VIRGINIA ATTORNEY GENERAL<br>JOHN B MCCUSKEY<br>STATE CAPITOL COMPLEX BLDG 1 RM E26<br>1900 KANAWHA BLVD E<br>CHARLESTON WV 25305 |
| 000076P001-1578S-016<br>WISCONSIN ATTORNEY GENERAL<br>JOSH KAUL<br>114 EAST STATE CAPITOL<br>MADISON WI 53707-7857 | | | |

Records Printed : **41**