**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GOHEALTH, INC., *et al.*,[1] | ) | Case No. 26-10914 (TMH) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re:  Docket No. 5 and 141** |

**NOTICE OF FILING OF AMENDED JOINT
PREPACKAGED PLAN OF GOHEALTH, INC. AND ITS DEBTOR AFFILIATES**

**PLEASE TAKE NOTICE THAT** on June 7, 2026, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Joint Prepackaged Chapter 11 Plan of GoHealth, Inc. and Its Debtor Affiliates* [Docket No. 5] (as modified, amended, or supplemented from time to time, the "Plan") in the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE THAT** on July 13, 2026, the Debtors filed the *Amended Joint Prepackaged Chapter 11 Plan of GoHealth, Inc. and Its Debtor Affiliates* [Docket No. 141] (the "Amended Plan").[2]  The Amended Plan incorporates comments from the U.S. Trustee, the Ad Hoc TL Group Advisors, the Ad Hoc Revolver Group Advisors.

**PLEASE TAKE FURTHER NOTICE THAT** attached hereto as **Exhibit A** is a true and correct copy of the Amended Plan and attached hereto as **Exhibit B** is a redline version of the Amended Plan showing changes from the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** if you would like to obtain a copy of the Amended Plan or an related documents, you should contact Donlin, Recano & Company, LLC, the claims and noticing agent retained by the Debtors in these chapter 11 cases, by:  (a) writing via first class mail, to Donlin, Recano & Company, LLC, c/o Angeion Group, 200 Vesey Street, 24th Floor, New York, NY 10281; (b) writing via electronic mail to ghiinfo@angeiongroup.com (with "GoHealth, Inc. Solicitation Inquiry" in the subject line); or (c) calling the Debtors' restructuring hotline at +1-877-583-1578 (U.S./Canada, toll-free) or +1-332-284-1398 (International, toll).  You may also obtain copies of any pleadings filed in these chapter 11 cases (i) for a fee via PACER at https://www.deb.uscourts.gov or (ii) at no charge from Donlin, Recano & Company, LLC by

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers are:  GoHealth, Inc. (3805); Blizzard Midco, LLC (3732); Connected Benefits, LLC (2162); e-TeleQuote Insurance, Inc. (2336); ETQ Holdings, LLC (8260); GoHealth Holdings, LLC (3653); GoHealth, LLC (5175); and Norvax, LLC (3063).  The location of the Debtors' service address for purposes of these chapter 11 cases is: 222 West Merchandise Mart Plaza, Suite 1750, Chicago, Illinois 60654.

[2]    Capitalized terms used but not defined herein have the meanings given to such terms in the Amended Plan.

accessing          the          Debtors'          restructuring          website          at https://www.bankruptcy.angeiongroup.com/gohealth.

PLEASE TAKE FURTHER NOTICE that a hearing to confirm the Amended Plan is scheduled for July 20, 2026 at 12:00 Noon (ET) before the Honorable Thomas M. Horan in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19081 (the "Confirmation Hearing").

PLEASE TAKE FURTHER NOTICE that the Debtors reserve to further amend the Amended Plan prior to the Confirmation Hearing.

[*Remainder of page intentionally left blank*]

Dated:  July 13, 2026
Wilmington, Delaware

/s/ Laura Davis Jones

| **PACHULSKI STANG ZIEHL & JONES LLP** | **KIRKLAND & ELLIS LLP** |
|---|---|

| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
|---|---|
| Laura Davis Jones (DE Bar No. 2436) | Anup Sathy, P.C. |
| James E. O'Neill (DE Bar No. 4042) | Alexandra Schwarzman, P.C. (admitted *pro hac vice*) |
| Edward A. Corma (DE Bar No. 6718) | David R. Gremling (admitted *pro hac vice*) |
| 919 North Market Street, 17th Floor | 333 West Wolf Point Plaza |
| Wilmington, Delaware 19801 | Chicago, Illinois 60654 |
| Telephone:    (302) 652-4100 | Telephone:    (312) 862-2000 |
| Facsimile:    (302) 652-4400 | Facsimile:    (312) 862-2200 |
| Email:    ljones@pszjlaw.com | Email:    anup.sathy@kirkland.com |
|               joneill@pszjlaw.com |               alexandra.schwarzman@kirkland.com |
|               ecorma@pszjlaw.com |               dave.gremling@kirkland.com |

*Proposed Co-Counsel for the Debtors and Debtors in Possession*

*Proposed Co-Counsel for the Debtors and Debtors in Possession*

4922-2943-1485.2 31802.00001