## Exhibit A

**Tabulation Summary**

# GOHEALTH INC.
## Tabulation Summary as of 7/8/2026

**Totals for Class 3**

| | | |
|---|---|---|
| Aggregate Class 3 Claim Amount Voted to Accept: | $ 173,952,831.80 | 100.00% |
| Aggregate Class 3 Claim Amount Voted to Reject: | $              - | 0.00% |
| Aggregate Class 3 Claim Amount Voted: | $ 173,952,831.80 | |
| | | |
| Aggregate Class 3 Claim Quantity Voted to Accept: | 33 | 100.00% |
| Aggregate Class 3 Claim Quantity Voted to Reject: | 0 | 0.00% |
| Aggregate Class 3 Claim Quantity Voted: | 33 | |

**Totals for Class 4**

| | | |
|---|---|---|
| Aggregate Class 4 Claim Amount Voted to Accept: | $ 592,573,890.20 | 100.00% |
| Aggregate Class 4 Claim Amount Voted to Reject: | $              - | 0.00% |
| Aggregate Class 4 Claim Amount Voted: | $ 592,573,890.20 | |
| | | |
| Aggregate Class 4 Claim Quantity Voted to Accept: | 36 | 100.00% |
| Aggregate Class 4 Claim Quantity Voted to Reject: | 0 | 0.00% |
| Aggregate Class 4 Claim Quantity Voted: | 36 | |

**Totals for Class 6**

| | | |
|---|---|---|
| Aggregate Class 6 Claim Amount Voted to Accept: | $ 12,588,769.00 | 100.00% |
| Aggregate Class 6 Claim Amount Voted to Reject: | $              - | 0.00% |
| Aggregate Class 6 Claim Amount Voted: | $ 12,588,769.00 | |
| | | |
| Aggregate Class 6 Claim Quantity Voted to Accept: | 5 | 100.00% |
| Aggregate Class 6 Claim Quantity Voted to Reject: | 0 | 0.00% |
| Aggregate Class 6 Claim Quantity Voted: | 5 | |

**Totals for Class 8**

| | | |
|---|---|---|
| Aggregate Class 8 Claim Amount Voted to Accept: | 10,771,555.890 | 99.62% |
| Aggregate Class 8 Claim Amount Voted to Reject: | 40,656.320 | 0.38% |
| Aggregate Class 8 Claim Amount Voted: | 10,812,212.210 | |
| | | |
| Aggregate Class 8 Claim Quantity Voted to Accept: | 2,799.000 | 97.83% |
| Aggregate Class 8 Claim Quantity Voted to Reject: | 62.000 | 2.17% |
| Aggregate Class 8 Claim Quantity Voted: | 2,861.000 | |

**Exhibit A-1**

**Class 3 Voting Report**

| Class | Ballot ID | Stakeholder No | Stakeholder Name | Authorized Vote Amt | Indicated Amt | Vote | ACC | RJC | Tabulated Accept Amt | Tabulated Reject Amt | Vote Date | Opt-In |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | **GOHEALTH INC.** | | | | | | | | | |
| | | | **Tabulation Report as of 7/8/2026** | | | | | | | | | |
| 3 | 000001 | 5027 | PSP INVESTMENTS CREDIT USA LLC | $ 52,166,442.66 | | ACCEPT | 1 | 0 | $ 52,166,442.66 | $ - | 5/20/26 | Yes |
| 3 | 000004 | 5778 | BANK OF AMERICA NA | $ 5,632,619.40 | | ACCEPT | 1 | 0 | $ 5,632,619.40 | $ - | 5/20/26 | Yes |
| 3 | 000007 | 5780 | BENEFIT STREET PARTNERS CAPITAL | $ 26,151.44 | | ACCEPT | 1 | 0 | $ 26,151.44 | $ - | 5/20/26 | Yes |
| 3 | 000010 | 5781 | BENEFIT STREET PARTNERS SENIOR SECURED | $ 1,408.15 | | ACCEPT | 1 | 0 | $ 1,408.15 | $ - | 5/20/26 | Yes |
| 3 | 000013 | 5782 | BENEFIT STREET PARTNERS SENIOR SECURED | $ 41,641.16 | | ACCEPT | 1 | 0 | $ 41,641.16 | $ - | 5/20/26 | Yes |
| 3 | 000016 | 5783 | BENEFIT STREET PARTNERS SENIOR SECURED | $ 48,681.93 | | ACCEPT | 1 | 0 | $ 48,681.93 | $ - | 5/20/26 | Yes |
| 3 | 000019 | 5784 | BENEFIT STREET PARTNERS SMA LM LP | $ 13,075.73 | | ACCEPT | 1 | 0 | $ 13,075.73 | $ - | 5/20/26 | Yes |
| 3 | 000022 | 5785 | BENEFIT STREET PARTNERS SMA-C II LP | $ 35,203.87 | | ACCEPT | 1 | 0 | $ 35,203.87 | $ - | 5/20/26 | Yes |
| 3 | 000025 | 5786 | BENEFIT STREET PARTNERS SMA-K LP | $ 26,352.61 | | ACCEPT | 1 | 0 | $ 26,352.61 | $ - | 5/20/26 | Yes |
| 3 | 000028 | 5787 | BENEFIT STREET PARTNERS SMA-T LP | $ 89,317.24 | | ACCEPT | 1 | 0 | $ 89,317.24 | $ - | 5/20/26 | Yes |
| 3 | 000031 | 5788 | BLUE OWL CAPITAL CORP | $ 2,468,842.91 | | ACCEPT | 1 | 0 | $ 2,468,842.91 | $ - | 5/20/26 | Yes |
| 3 | 000034 | 5789 | BLUE OWL CAPITAL CORP II | $ 548,631.76 | | ACCEPT | 1 | 0 | $ 548,631.76 | $ - | 5/20/26 | Yes |
| 3 | 000037 | 5791 | BLUE TORCH CREDIT OPPORTUNITIES | $ 2,629,771.83 | | ACCEPT | 1 | 0 | $ 2,629,771.83 | $ - | 5/20/26 | Yes |
| 3 | 000040 | 5792 | BLUE TORCH OFFSHORE CREDIT | $ 21,479,252.30 | | ACCEPT | 1 | 0 | $ 21,479,252.30 | $ - | 5/20/26 | Yes |
| 3 | 000043 | 5801 | CALAMOS AKSIA ALTERNATIVE CREDIT | $ 2,086,657.72 | | ACCEPT | 1 | 0 | $ 2,086,657.72 | $ - | 5/20/26 | Yes |
| 3 | 000046 | 5804 | FRONTIER TIGER FUND SERIES1 LP | $ 2,608,322.13 | | ACCEPT | 1 | 0 | $ 2,608,322.13 | $ - | 5/20/26 | Yes |
| 3 | 000049 | 5806 | LANDMARK WALL SMA LP | $ 46,469.10 | | ACCEPT | 1 | 0 | $ 46,469.10 | $ - | 5/20/26 | Yes |
| 3 | 000052 | 5807 | MIDCAP FINANCIAL INVESTMENT CORP | $ 1,328,406.26 | | ACCEPT | 1 | 0 | $ 1,328,406.26 | $ - | 5/20/26 | Yes |
| 3 | 000055 | 5811 | PROSPECTOR OPPORTUNITIES FUND LP | $ 1,304,161.08 | | ACCEPT | 1 | 0 | $ 1,304,161.08 | $ - | 5/20/26 | Yes |
| 3 | 000058 | 5812 | REDWOOD DRAWDOWN MASTER FUND III LP | $ 10,643,255.85 | | ACCEPT | 1 | 0 | $ 10,643,255.85 | $ - | 5/20/26 | Yes |
| 3 | 000061 | 5814 | REDWOOD MASTER FUND LTD | $ 15,758,952.87 | | ACCEPT | 1 | 0 | $ 15,758,952.87 | $ - | 5/20/26 | Yes |
| 3 | 000064 | 5815 | ROYAL BANK OF CANADA | $ 4,626,794.51 | | ACCEPT | 1 | 0 | $ 4,626,794.51 | $ - | 5/20/26 | Yes |
| 3 | 000067 | 5816 | TRUIST BANK | $ 3,419,804.63 | | ACCEPT | 1 | 0 | $ 3,419,804.63 | $ - | 5/20/26 | Yes |
| 3 | 000070 | 5779 | BARCLAYS BANK PLC | $ 7,785,654.76 | | ACCEPT | 1 | 0 | $ 7,785,654.76 | $ - | 5/20/26 | Yes |
| 3 | 000072 | 5790 | BLUE TORCH CREDIT OPPORTUNITIES FUND III LP | $ 20,754,116.66 | | ACCEPT | 1 | 0 | $ 20,754,116.66 | $ - | 5/20/26 | Yes |
| 3 | 000078 | 5802 | CITCO BANK CANADA REF EMPIRE | $ 1,304,161.08 | | ACCEPT | 1 | 0 | $ 1,304,161.08 | $ - | 5/20/26 | Yes |
| 3 | 000080 | 5803 | FRANKLIN BSP CAPITAL CORP | $ 231,742.06 | | ACCEPT | 1 | 0 | $ 231,742.06 | $ - | 5/20/26 | Yes |
| 3 | 000082 | 5805 | GOLDMAN SACHS LENDING PARTNERS LLC | $ 5,632,619.41 | | ACCEPT | 1 | 0 | $ 5,632,619.41 | $ - | 5/20/26 | Yes |
| 3 | 000084 | 5810 | MORGAN STANLEY SENIOR FUNDING INC | $ 5,632,619.41 | | ACCEPT | 1 | 0 | $ 5,632,619.41 | $ - | 5/20/26 | Yes |
| 3 | 000086 | 5813 | REDWOOD ENHANCED INCOME FUND LP | $ 2,289,334.76 | | ACCEPT | 1 | 0 | $ 2,289,334.76 | $ - | 5/20/26 | Yes |
| 3 | 000088 | 5793 | BSP DEBT FUND IV (NON-US) SPV LP | $ 315,167.59 | | ACCEPT | 1 | 0 | $ 315,167.59 | $ - | 5/20/26 | Yes |
| 3 | 000089 | 5796 | BSP DEBT FUND IV SPV LP | $ 130,614.00 | | ACCEPT | 1 | 0 | $ 130,614.00 | $ - | 5/20/26 | Yes |
| 3 | 000095 | 5809 | MIDCAP FUNDING IX TRUST | $ 2,846,584.91 | | ACCEPT | 1 | 0 | $ 2,846,584.91 | $ - | 5/20/26 | Yes |
| | | | **Totals for Class 3** | | | | | | | | | |
| | | | Aggregate Class 3 Claim Amount Voted to Accept: | $ 173,952,831.80 | 100.00% | | | | | | | |
| | | | Aggregate Class 3 Claim Amount Voted to Reject: | $ - | 0.00% | | | | | | | |
| | | | Aggregate Class 3 Claim Amount Voted: | $ 173,952,831.80 | | | | | | | | |
| | | | Aggregate Class 3 Claim Quantity Voted to Accept: | 33 | 100.00% | | | | | | | |
| | | | Aggregate Class 3 Claim Quantity Voted to Reject: | 0 | 0.00% | | | | | | | |
| | | | Aggregate Class 3 Claim Quantity Voted: | 33 | | | | | | | | |

## Exhibit A-2

### Class 4 Voting Report

| Class | Ballot ID | Stakeholder No | Stakeholder Name | Authorized Vote Amt | Indicated Amt | Vote | ACC | RJC | Tabulated Accept Amt | Tabulated Reject Amt | Vote Date | Opt-In |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | **GOHEALTH INC.** | | | | | | | | | |
| | | | **Tabulation Report as of 7/8/2026** | | | | | | | | | |
| 4 | 000002 | 5027 | PSP INVESTMENTS CREDIT USA LLC | $ 208,943,867.78 | | ACCEPT | 1 | 0 | $ 208,943,867.78 | $ - | 5/20/26 | Yes |
| 4 | 000005 | 5778 | BANK OF AMERICA NA | $ 9,454,670.97 | | ACCEPT | 1 | 0 | $ 9,454,670.97 | $ - | 5/21/26 | Yes |
| 4 | 000008 | 5780 | BENEFIT STREET PARTNERS CAPITAL | $ 43,896.68 | | ACCEPT | 1 | 0 | $ 43,896.68 | $ - | 5/22/26 | Yes |
| 4 | 000011 | 5781 | BENEFIT STREET PARTNERS SENIOR SECURED | $ 2,363.66 | | ACCEPT | 1 | 0 | $ 2,363.66 | $ - | 5/23/26 | Yes |
| 4 | 000014 | 5782 | BENEFIT STREET PARTNERS SENIOR SECURED | $ 69,897.04 | | ACCEPT | 1 | 0 | $ 69,897.04 | $ - | 5/24/26 | Yes |
| 4 | 000017 | 5783 | BENEFIT STREET PARTNERS SENIOR SECURED | $ 81,715.37 | | ACCEPT | 1 | 0 | $ 81,715.37 | $ - | 5/25/26 | Yes |
| 4 | 000020 | 5784 | BENEFIT STREET PARTNERS SMA LM LP | $ 21,948.34 | | ACCEPT | 1 | 0 | $ 21,948.34 | $ - | 5/26/26 | Yes |
| 4 | 000023 | 5785 | BENEFIT STREET PARTNERS SMA-C II LP | $ 59,091.71 | | ACCEPT | 1 | 0 | $ 59,091.71 | $ - | 5/27/26 | Yes |
| 4 | 000026 | 5786 | BENEFIT STREET PARTNERS SMA-K LP | $ 44,234.34 | | ACCEPT | 1 | 0 | $ 44,234.34 | $ - | 5/28/26 | Yes |
| 4 | 000029 | 5787 | BENEFIT STREET PARTNERS SMA-T LP | $ 149,924.05 | | ACCEPT | 1 | 0 | $ 149,924.05 | $ - | 5/29/26 | Yes |
| 4 | 000032 | 5788 | BLUE OWL CAPITAL CORP | $ 4,144,092.80 | | ACCEPT | 1 | 0 | $ 4,144,092.80 | $ - | 5/30/26 | Yes |
| 4 | 000035 | 5789 | BLUE OWL CAPITAL CORP II | $ 920,909.53 | | ACCEPT | 1 | 0 | $ 920,909.53 | $ - | 5/31/26 | Yes |
| 4 | 000038 | 5791 | BLUE TORCH CREDIT OPPORTUNITIES | $ 10,533,106.23 | | ACCEPT | 1 | 0 | $ 10,533,106.23 | $ - | 6/1/26 | Yes |
| 4 | 000041 | 5792 | BLUE TORCH OFFSHORE CREDIT | $ 17,206,302.82 | | ACCEPT | 1 | 0 | $ 17,206,302.82 | $ - | 6/2/26 | Yes |
| 4 | 000044 | 5801 | CALAMOS AKSIA ALTERNATIVE CREDIT | $ 8,357,754.71 | | ACCEPT | 1 | 0 | $ 8,357,754.71 | $ - | 6/3/26 | Yes |
| 4 | 000047 | 5804 | FRONTIER TIGER FUND SERIES1 LP | $ 10,447,193.39 | | ACCEPT | 1 | 0 | $ 10,447,193.39 | $ - | 6/4/26 | Yes |
| 4 | 000050 | 5806 | LANDMARK WALL SMA LP | $ 78,001.04 | | ACCEPT | 1 | 0 | $ 78,001.04 | $ - | 6/5/26 | Yes |
| 4 | 000053 | 5807 | MIDCAP FINANCIAL INVESTMENT CORP | $ 1,074,394.43 | | ACCEPT | 1 | 0 | $ 1,074,394.43 | $ - | 6/6/26 | Yes |
| 4 | 000056 | 5811 | PROSPECTOR OPPORTUNITIES FUND LP | $ 5,223,596.69 | | ACCEPT | 1 | 0 | $ 5,223,596.69 | $ - | 6/7/26 | Yes |
| 4 | 000059 | 5812 | REDWOOD DRAWDOWN MASTER FUND III LP | $ 42,629,762.17 | | ACCEPT | 1 | 0 | $ 42,629,762.17 | $ - | 6/8/26 | Yes |
| 4 | 000062 | 5814 | REDWOOD MASTER FUND LTD | $ 63,119,821.68 | | ACCEPT | 1 | 0 | $ 63,119,821.68 | $ - | 6/9/26 | Yes |
| 4 | 000065 | 5815 | ROYAL BANK OF CANADA | $ 7,766,336.91 | | ACCEPT | 1 | 0 | $ 7,766,336.91 | $ - | 6/10/26 | Yes |
| 4 | 000068 | 5816 | TRUIST BANK | $ 5,740,335.98 | | ACCEPT | 1 | 0 | $ 5,740,335.98 | $ - | 6/11/26 | Yes |
| 4 | 000071 | 5779 | BARCLAYS BANK PLC | $ 7,766,336.91 | | ACCEPT | 1 | 0 | $ 7,766,336.91 | $ - | 6/12/26 | Yes |
| 4 | 000074 | 5794 | BSP DEBT FUND IV CV LP | $ 219,243.00 | | ACCEPT | 1 | 0 | $ 219,243.00 | $ - | 6/13/26 | Yes |
| 4 | 000076 | 5795 | BSP DEBT FUND IV CV MASTER (NON-US) LP | $ 529,026.67 | | ACCEPT | 1 | 0 | $ 529,026.67 | $ - | 6/14/26 | Yes |
| 4 | 000079 | 5802 | CITCO BANK CANADA REF EMPIRE | $ 5,223,596.69 | | ACCEPT | 1 | 0 | $ 5,223,596.69 | $ - | 6/15/26 | Yes |
| 4 | 000081 | 5803 | FRANKLIN BSP CAPITAL CORP | $ 388,992.17 | | ACCEPT | 1 | 0 | $ 388,992.17 | $ - | 6/16/26 | Yes |
| 4 | 000083 | 5805 | GOLDMAN SACHS LENDING PARTNERS LLC | $ 9,454,670.97 | | ACCEPT | 1 | 0 | $ 9,454,670.97 | $ - | 6/17/26 | Yes |
| 4 | 000085 | 5810 | MORGAN STANLEY SENIOR FUNDING INC | $ 9,454,670.97 | | ACCEPT | 1 | 0 | $ 9,454,670.97 | $ - | 6/18/26 | Yes |
| 4 | 000087 | 5813 | REDWOOD ENHANCED INCOME FUND LP | $ 9,169,543.44 | | ACCEPT | 1 | 0 | $ 9,169,543.44 | $ - | 6/19/26 | Yes |
| 4 | 000090 | 5797 | BTC HOLDINGS FUND III LLC | $ 24,938,131.81 | | ACCEPT | 1 | 0 | $ 24,938,131.81 | $ - | 6/20/26 | Yes |
| 4 | 000091 | 5798 | BTC HOLDINGS FUND III-B LLC | $ 58,188,974.23 | | ACCEPT | 1 | 0 | $ 58,188,974.23 | $ - | 6/21/26 | Yes |
| 4 | 000092 | 5799 | BTC OFFSHORE HOLDINGS FUND III-B LLC | $ 43,015,757.01 | | ACCEPT | 1 | 0 | $ 43,015,757.01 | $ - | 6/22/26 | Yes |
| 4 | 000093 | 5800 | BTC OFFSHORE HOLDINGS FUND III-D LLC | $ 25,809,454.22 | | ACCEPT | 1 | 0 | $ 25,809,454.22 | $ - | 6/23/26 | Yes |
| 4 | 000094 | 5808 | MIDCAP FINANCIAL TRUST | $ 2,302,273.78 | | ACCEPT | 1 | 0 | $ 2,302,273.78 | $ - | 6/24/26 | Yes |
| | | | | | | | | | | | | |
| | | **Totals for Class 4** | | | | | | | | | | |
| | | | Aggregate Class 4 Claim Amount Voted to Accept: | $ 592,573,890.20 | 100.00% | | | | | | | |
| | | | Aggregate Class 4 Claim Amount Voted to Reject: | $ - | 0.00% | | | | | | | |
| | | | Aggregate Class 4 Claim Amount Voted: | $ 592,573,890.20 | | | | | | | | |
| | | | Aggregate Class 4 Claim Quantity Voted to Accept: | 36 | 100.00% | | | | | | | |
| | | | Aggregate Class 4 Claim Quantity Voted to Reject: | 0 | 0.00% | | | | | | | |
| | | | Aggregate Class 4 Claim Quantity Voted: | 36 | | | | | | | | |

**Exhibit A-3**

**Class 6 Voting Report**

| Class | Ballot ID | Stakeholder No | Stakeholder Name | Authorized Vote Amt | Indicated Amt | Vote | ACC | RJC | Tabulated Accept Amt | Tabulated Reject Amt | Vote Date | Opt-In |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | **GOHEALTH INC.** | | | | | | | | | |
| | | | **Tabulation Report as of 7/8/2026** | | | | | | | | | |
| 6 | 108 | 5825 | NVX HOLDINGS INC | $ 6,178,532.00 | | ACCEPT | 1 | 0 | $ 6,178,532.00 | $ - | 6/6/26 | Yes |
| 6 | 109 | 5826 | BCCJ LLC | $ 2,921.00 | | ACCEPT | 1 | 0 | $ 2,921.00 | $ - | 6/6/26 | Yes |
| 6 | 110 | 5829 | CB BLIZZARD LOWER HOLDINGS B.L.P. | $ 5,386,178.00 | | ACCEPT | 1 | 0 | $ 5,386,178.00 | $ - | 5/22/26 | Yes |
| 6 | 111 | 5830 | BLIZZARD MANAGEMENT FEEDER LLC | $ 994,471.00 | | ACCEPT | 1 | 0 | $ 994,471.00 | $ - | 6/6/26 | Yes |
| 6 | 112 | 5831 | GREINER INVESTMENTS LLC | $ 26,667.00 | | ACCEPT | 1 | 0 | $ 26,667.00 | $ - | 7/8/26 | Yes |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | **Totals for Class 6** | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | Aggregate Class 6 Claim Amount Voted to Accept: | $ 12,588,769.00 | 100.00% | | | | | | | |
| | | | Aggregate Class 6 Claim Amount Voted to Reject: | $ - | 0.00% | | | | | | | |
| | | | Aggregate Class 6 Claim Amount Voted: | $ 12,588,769.00 | | | | | | | | |
| | | | | | | | | | | | | |
| | | | Aggregate Class 6 Claim Quantity Voted to Accept: | 5 | 100.00% | | | | | | | |
| | | | Aggregate Class 6 Claim Quantity Voted to Reject: | 0 | 0.00% | | | | | | | |
| | | | Aggregate Class 6 Claim Quantity Voted: | 5 | | | | | | | | |

**Exhibit A-4**

**Class 8 Voting Report**

| | | | GOHEALTH INC. | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Tabulation Report as of 7/8/2026 | | | | | | | | | |
| Class | Ballot ID | Stakeholder No | Stakeholder Name | Authorized Vote Amt | Indicated Amt | Vote | ACC | RJC | ABSTAIN | Tabulated Accept Amt | Tabulated Reject Amt | Vote Date | Opt-In |
| 8 | 3 | 5027 | PSP INVESTMENTS CREDIT USA LLC | 1,680,444.000 | | ACCEPT | 1 | 0 | | 1680444.000 | 0.000 | 5/21/26 | |
| 8 | 6 | 5778 | BANK OF AMERICA NA | 76,104.000 | | ACCEPT | 1 | 0 | | 76104.000 | 0.000 | 6/22/26 | Yes |
| 8 | 9 | 5780 | BENEFIT STREET PARTNERS CAPITAL | 353.000 | | ACCEPT | 1 | 0 | | 353.000 | 0.000 | 5/21/26 | |
| 8 | 12 | 5781 | BENEFIT STREET PARTNERS SENIOR SECURED | 19.000 | | ACCEPT | 1 | 0 | | 19.000 | 0.000 | 5/21/26 | |
| 8 | 15 | 5782 | BENEFIT STREET PARTNERS SENIOR SECURED | 563.000 | | ACCEPT | 1 | 0 | | 563.000 | 0.000 | 5/21/26 | |
| 8 | 18 | 5783 | BENEFIT STREET PARTNERS SENIOR SECURED | 658.000 | | ACCEPT | 1 | 0 | | 658.000 | 0.000 | 5/21/26 | |
| 8 | 21 | 5784 | BENEFIT STREET PARTNERS SMA LM LP | 177.000 | | ACCEPT | 1 | 0 | | 177.000 | 0.000 | 5/21/26 | |
| 8 | 24 | 5785 | BENEFIT STREET PARTNERS SMA-C II LP | 476.000 | | ACCEPT | 1 | 0 | | 476.000 | 0.000 | 5/21/26 | |
| 8 | 27 | 5786 | BENEFIT STREET PARTNERS SMA-K LP | 356.000 | | ACCEPT | 1 | 0 | | 356.000 | 0.000 | 5/21/26 | |
| 8 | 30 | 5787 | BENEFIT STREET PARTNERS SMA-T LP | 1,207.000 | | ACCEPT | 1 | 0 | | 1207.000 | 0.000 | 5/21/26 | |
| 8 | 33 | 5788 | BLUE OWL CAPITAL CORP | 33,357.000 | | ACCEPT | 1 | 0 | | 33357.000 | 0.000 | 5/21/26 | |
| 8 | 36 | 5789 | BLUE OWL CAPITAL CORP II | 7,413.000 | | ACCEPT | 1 | 0 | | 7413.000 | 0.000 | 5/21/26 | |
| 8 | 39 | 5791 | BLUE TORCH CREDIT OPPORTUNITIES | 84,713.000 | | ACCEPT | 1 | 0 | | 84713.000 | 0.000 | 5/21/26 | Yes |
| 8 | 42 | 5792 | BLUE TORCH OFFSHORE CREDIT | 691,914.000 | | ACCEPT | 1 | 0 | | 691914.000 | 0.000 | 5/21/26 | Yes |
| 8 | 45 | 5801 | CALAMOS AKSIA ALTERNATIVE CREDIT | 67,218.000 | | ACCEPT | 1 | 0 | | 67218.000 | 0.000 | 5/21/26 | Yes |
| 8 | 48 | 5804 | FRONTIER TIGER FUND SERIES1 LP | 84,022.000 | | ACCEPT | 1 | 0 | | 84022.000 | 0.000 | 5/21/26 | Yes |
| 8 | 51 | 5806 | LANDMARK WALL SMA LP | 628.000 | | ACCEPT | 1 | 0 | | 628.000 | 0.000 | 5/21/26 | |
| 8 | 54 | 5807 | MIDCAP FINANCIAL INVESTMENT CORP | 8,648.000 | | ACCEPT | 1 | 0 | | 8648.000 | 0.000 | 5/21/26 | |
| 8 | 57 | 5811 | PROSPECTOR OPPORTUNITIES FUND LP | 42,011.000 | | ACCEPT | 1 | 0 | | 42011.000 | 0.000 | 5/21/26 | Yes |
| 8 | 60 | 5812 | REDWOOD DRAWDOWN MASTER FUND III LP | 342,853.000 | | ACCEPT | 1 | 0 | | 342853.000 | 0.000 | 5/21/26 | Yes |
| 8 | 63 | 5814 | REDWOOD MASTER FUND LTD | 507,644.000 | | ACCEPT | 1 | 0 | | 507644.000 | 0.000 | 5/21/26 | Yes |
| 8 | 66 | 5815 | ROYAL BANK OF CANADA | 62,514.000 | | ACCEPT | 1 | 0 | | 62514.000 | 0.000 | 5/21/26 | |
| 8 | 69 | 5816 | TRUIST BANK | 46,206.000 | | ACCEPT | 1 | 0 | | 46206.000 | 0.000 | 5/21/26 | |
| 8 | 73 | 5790 | BLUE TORCH CREDIT OPPORTUNITIES FUND III LP | 668,554.000 | | ACCEPT | 1 | 0 | | 668554.000 | 0.000 | 5/21/26 | Yes |
| 8 | 75 | 5794 | BSP DEBT FUND IV CV LP | 3,031.000 | | ACCEPT | 1 | 0 | | 3031.000 | 0.000 | 5/21/26 | |
| 8 | 77 | 5795 | BSP DEBT FUND IV CV MASTER (NON-US) LP | 2,993.000 | | ACCEPT | 1 | 0 | | 2993.000 | 0.000 | 5/21/26 | |
| 8 | 96 | 5817 | 54TH STREET EQUITY HOLDINGS INC | 3,131.000 | | ACCEPT | 1 | 0 | | 3131.000 | 0.000 | 5/21/26 | |
| 8 | 97 | 5818 | EMPIRE CREDIT CO INVESTMENT FUND LLC | 42,011.000 | | ACCEPT | 1 | 0 | | 42011.000 | 0.000 | 5/21/26 | Yes |
| 8 | 98 | 5819 | BARCLAYSCONVERTED INVESTMENTS NO2 LIMITED | 62,514.000 | | ACCEPT | 1 | 0 | | 62514.000 | 0.000 | 5/21/26 | |
| 8 | 99 | 5820 | MIDCAP FUNDING XXVII TRUST | 18,532.000 | | ACCEPT | 1 | 0 | | 18532.000 | 0.000 | 5/21/26 | |
| 8 | 100 | 5821 | MORGAN STANLEY AND CO LLC | 76,104.000 | | ACCEPT | 1 | 0 | | 76104.000 | 0.000 | 5/21/26 | |
| 8 | 101 | 5822 | REDWOOD ENHANCED INCOME CORP | 73,747.000 | | ACCEPT | 1 | 0 | | 73747.000 | 0.000 | 5/21/26 | Yes |
| 8 | 102 | 5824 | VIJAY KOTTE | 1,277,731.000 | | ACCEPT | 1 | 0 | | 1277731.000 | 0.000 | 5/21/26 | Yes |
| 8 | 103 | 5825 | NVX HOLDINGS INC | 53,820.000 | | ACCEPT | 1 | 0 | | 53820.000 | 0.000 | 6/6/26 | Yes |

| | | | GOHEALTH INC. | | | | | | | | | | |
| | | | Tabulation Report as of 7/8/2026 | | | | | | | | | | |
| Class | Ballot ID | Stakeholder No | Stakeholder Name | Authorized Vote Amt | Indicated Amt | Vote | ACC | RJC | ABSTAIN | Tabulated Accept Amt | Tabulated Reject Amt | Vote Date | Opt-In |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 104 | 5826 | BCCJ LLC | 11,866.000 | | ACCEPT | 1 | 0 | | 11866.000 | 0.000 | 6/6/26 | Yes |
| 8 | 105 | 5827 | CB BLIZZARD LOWER HOLDINGS A LP | 2,712,197.000 | | ACCEPT | 1 | 0 | | 2712197.000 | 0.000 | 5/21/26 | Yes |
| 8 | 106 | 5828 | CB BLIZZARD HOLDINGS C LP | 1,467,653.000 | | ACCEPT | 1 | 0 | | 1467653.000 | 0.000 | 5/21/26 | Yes |
| 8 | n/a | n/a | MEDIANT Master Ballot 1 | | | ACCEPT | 11 | 0 | 1 | 7311.333 | 0.000 | 7/7/26 | 4 |
| 8 | n/a | n/a | MEDIANT Master Ballot 2 | | | ACCEPT | 2 | 0 | | 24.000 | 0.000 | 7/7/26 | 1 |
| 8 | n/a | n/a | Bank of NY Mellon Master Ballot | | | ACC/REJ | 1 | 1 | 6 | 314.000 | 4.000 | 7/8/26 | 1 |
| 8 | n/a | n/a | Broadridge Master Ballot | | | ACC/REJ | 2,748 | 61 | 33 | 550524.600 | 40652.320 | 7/8/26 | 144 |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | Totals for Class 8 | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | Aggregate Class 8 Claim Amount Voted to Accept: | 10,771,555.890 | 99.62% | | | | | | | | |
| | | | Aggregate Class 8 Claim Amount Voted to Reject: | 40,656.320 | 0.38% | | | | | | | | |
| | | | Aggregate Class 8 Claim Amount Voted: | 10,812,212.210 | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | Aggregate Class 8 Claim Quantity Voted to Accept: | 2,799.000 | 97.83% | | | | | | | | |
| | | | Aggregate Class 8 Claim Quantity Voted to Reject: | 62.000 | 2.17% | | | | | | | | |
| | | | Aggregate Class 8 Claim Quantity Voted: | 2,861.000 | | | | | | | | | |