## Exhibit B

## Opt-In Form Report

**GOHEALTH INC.**
**Opt-In Elections made as of 7/13/2026**

| Class | Ballot ID | Stakeholder No. | Stakeholder Name | Vote Date | Opt-In | Total Number of Opt-In |
|---|---|---|---|---|---|---|
| IMP | 5712 | 5831 | GREINER INVESTMENTS LLC | 07/08/26 | Yes | 1 |
| UNI | 5599 | 5670 | AFFORDABLE CARE FLORIDA INC | 07/08/26 | Yes | 1 |
| UNI | 3849 | 3736 | JEREAD ANZALDUA | 06/22/26 | Yes | 1 |
| UNI | 2738 | 2625 | SHELBY CHETLIN | 06/16/26 | Yes | 1 |
| UNI | 1627 | 1514 | DARIUS CLARKE | 07/08/26 | Yes | 1 |
| UNI | 3283 | 3170 | JAMESHIA COX | 06/16/26 | Yes | 1 |
| UNI | 1382 | 1269 | LATANYA DAVIS | 06/26/26 | Yes | 1 |
| UNI | 2654 | 2541 | LIVIA DAVIS | 06/27/26 | Yes | 1 |
| UNI | 1659 | 1546 | STACEY EKECHUKWU | 06/17/26 | Yes | 1 |
| UNI | 1643 | 1530 | AMANDA FULLER | 07/02/26 | Yes | 1 |
| UNI | 4804 | 4691 | ANANT GALANDE | 06/24/26 | Yes | 1 |
| UNI | 1645 | 1532 | RASHEEDA GILL | 07/08/26 | Yes | 1 |
| UNI | 1662 | 1549 | AISHAH GRAY | 07/06/26 | Yes | 1 |
| UNI | 5359 | 5430 | CHRISTOPHER GREEN | 06/18/26 | Yes | 1 |
| UNI | 1364 | 1251 | ALISCHA GWIN-WHITE | 07/08/26 | Yes | 1 |
| UNI | 3224 | 3111 | CONCEPCION HERNANDEZ | 06/19/26 | Yes | 1 |
| UNI | 907 | 792 | DAVID JELINEK | 07/08/26 | Yes | 1 |
| UNI | 3838 | 3725 | KIMBERLY JORDAN | 06/27/26 | Yes | 1 |
| UNI | 1207 | 1094 | VIJAY KOTTE | 06/15/26 | Yes | 1 |
| UNI | 891 | 776 | KAMIL KRAUSPE | 07/08/26 | Yes | 1 |
| UNI | 2495 | 2382 | DEBORAH MAUGANS | 06/15/26 | Yes | 1 |
| UNI | 1502 | 1389 | JENNIFER MICHAELIS | 06/22/26 | Yes | 1 |
| UNI | 2501 | 2388 | STAN MILLER | 07/08/26 | Yes | 1 |
| UNI | 4000 | 3887 | DONNA NEVES | 06/29/26 | Yes | 1 |
| UNI | 5288 | 5176 | NTG CONSULTANTS NELSON TAPLIN GOLDWATER | 06/18/26 | Yes | 1 |
| UNI | 2391 | 2278 | MARISSA PEMBERTON | 07/07/26 | Yes | 1 |
| UNI | 3612 | 3499 | LINDA PROCTOR | 06/24/26 | Yes | 1 |
| UNI | 5356 | 5427 | CHARLES SANCHEZ | 07/02/26 | Yes | 1 |
| UNI | 1970 | 1857 | LATRINA SIGUR | 06/16/26 | Yes | 1 |
| UNI | 5680 | 5751 | SOLUTIONPOINT CONSULTING, LLC | 07/06/26 | Yes | 1 |
| UNI | 957 | 842 | STRADIWARE | 07/08/26 | Yes | 1 |
| UNI | 1767 | 1654 | REGINALD THOMASSON | 07/01/26 | Yes | 1 |
| UNI | 2603 | 2490 | JON RIVERA TORRES | 07/07/26 | Yes | 1 |
| UNI | 3189 | 3076 | TERESA WEINGARTNER | 07/01/26 | Yes | 1 |
| 3 | 37 | 5791 | BLUE TORCH CREDIT OPPORTUNITIES | 05/20/26 | Yes | 1 |
| 3 | 40 | 5792 | BLUE TORCH OFFSHORE CREDIT | 05/20/26 | Yes | 1 |
| 3 | 43 | 5801 | CALAMOS AKSIA ALTERNATIVE CREDIT | 05/20/26 | Yes | 1 |
| 3 | 46 | 5804 | FRONTIER TIGER FUND SERIES1 LP | 05/20/26 | Yes | 1 |
| 3 | 55 | 5811 | PROSPECTOR OPPORTUNITIES FUND LP | 05/20/26 | Yes | 1 |
| 3 | 58 | 5812 | REDWOOD DRAWDOWN MASTER FUND III LP | 05/20/26 | Yes | 1 |
| 3 | 61 | 5814 | REDWOOD MASTER FUND LTD | 05/20/26 | Yes | 1 |
| 3 | 72 | 5790 | BLUE TORCH CREDIT OPPORTUNITIES FUND III LP | 05/20/26 | Yes | 1 |
| 3 | 78 | 5802 | CITCO BANK CANADA REF EMPIRE | 05/20/26 | Yes | 1 |
| 3 | 86 | 5813 | REDWOOD ENHANCED INCOME FUND LP | 05/20/26 | Yes | 1 |
| 4 | 38 | 5791 | BLUE TORCH CREDIT OPPORTUNITIES | 06/01/26 | Yes | 1 |
| 4 | 41 | 5792 | BLUE TORCH OFFSHORE CREDIT | 06/02/26 | Yes | 1 |
| 4 | 44 | 5801 | CALAMOS AKSIA ALTERNATIVE CREDIT | 06/03/26 | Yes | 1 |
| 4 | 47 | 5804 | FRONTIER TIGER FUND SERIES1 LP | 06/04/26 | Yes | 1 |
| 4 | 56 | 5811 | PROSPECTOR OPPORTUNITIES FUND LP | 06/07/26 | Yes | 1 |
| 4 | 59 | 5812 | REDWOOD DRAWDOWN MASTER FUND III LP | 06/08/26 | Yes | 1 |
| 4 | 62 | 5814 | REDWOOD MASTER FUND LTD | 06/09/26 | Yes | 1 |
| 4 | 79 | 5802 | CITCO BANK CANADA REF EMPIRE | 06/15/26 | Yes | 1 |
| 4 | 87 | 5813 | REDWOOD ENHANCED INCOME FUND LP | 06/19/26 | Yes | 1 |
| 4 | 90 | 5797 | BTC HOLDINGS FUND III LLC | 06/20/26 | Yes | 1 |
| 4 | 91 | 5798 | BTC HOLDINGS FUND III-B LLC | 06/21/26 | Yes | 1 |
| 4 | 92 | 5799 | BTC OFFSHORE HOLDINGS FUND III-B LLC | 06/22/26 | Yes | 1 |
| 4 | 93 | 5800 | BTC OFFSHORE HOLDINGS FUND III-D LLC | 06/23/26 | Yes | 1 |
| 6 | 108 | 5825 | NVX HOLDINGS INC | 06/06/26 | Yes | 1 |
| 6 | 109 | 5826 | BCCJ LLC | 06/06/26 | Yes | 1 |
| 6 | 110 | 5829 | CB BLIZZARD LOWER HOLDINGS B.L.P. | 05/22/26 | Yes | 1 |
| 6 | 111 | 5830 | BLIZZARD MANAGEMENT FEEDER LLC | 06/06/26 | Yes | 1 |
| 6 | 112 | 5831 | GREINER INVESTMENTS LLC | 07/08/26 | Yes | 1 |
| 8 | 6 | 5778 | BANK OF AMERICA NA | 06/22/26 | Yes | 1 |
| 8 | 39 | 5791 | BLUE TORCH CREDIT OPPORTUNITIES | 05/21/26 | Yes | 1 |
| 8 | 42 | 5792 | BLUE TORCH OFFSHORE CREDIT | 05/21/26 | Yes | 1 |
| 8 | 45 | 5801 | CALAMOS AKSIA ALTERNATIVE CREDIT | 05/21/26 | Yes | 1 |
| 8 | 48 | 5804 | FRONTIER TIGER FUND SERIES1 LP | 05/21/26 | Yes | 1 |
| 8 | 57 | 5811 | PROSPECTOR OPPORTUNITIES FUND LP | 05/21/26 | Yes | 1 |
| 8 | 60 | 5812 | REDWOOD DRAWDOWN MASTER FUND III LP | 05/21/26 | Yes | 1 |
| 8 | 63 | 5814 | REDWOOD MASTER FUND LTD | 05/21/26 | Yes | 1 |

**GOHEALTH INC.**
**Opt-In Elections made as of 7/13/2026**

| Class | Ballot ID | Stakeholder No. | Stakeholder Name | Vote Date | Opt-In | Total Number of Opt-In |
|---|---|---|---|---|---|---|
| 8 | 73 | 5790 | BLUE TORCH CREDIT OPPORTUNITIES FUND III LP | 05/21/26 | Yes | 1 |
| 8 | 97 | 5818 | EMPIRE CREDIT CO INVESTMENT FUND LLC | 05/21/26 | Yes | 1 |
| 8 | 101 | 5822 | REDWOOD ENHANCED INCOME CORP | 05/21/26 | Yes | 1 |
| 8 | 102 | 5824 | VIJAY KOTTE | 05/21/26 | Yes | 1 |
| 8 | 103 | 5825 | NVX HOLDINGS INC | 06/06/26 | Yes | 1 |
| 8 | 104 | 5826 | BCCJ LLC | 06/06/26 | Yes | 1 |
| 8 | 105 | 5827 | CB BLIZZARD LOWER HOLDINGS A LP | 05/21/26 | Yes | 1 |
| 8 | 106 | 5828 | CB BLIZZARD HOLDINGS C LP | 05/21/26 | Yes | 1 |
| 3 | 1 | 5027 | PSP INVESTMENTS CREDIT USA LLC | 05/20/26 | Yes | 1 |
| 3 | 4 | 5778 | BANK OF AMERICA NA | 05/20/26 | Yes | 1 |
| 3 | 7 | 5780 | BENEFIT STREET PARTNERS CAPITAL | 05/20/26 | Yes | 1 |
| 3 | 10 | 5781 | BENEFIT STREET PARTNERS SENIOR SECURED | 05/20/26 | Yes | 1 |
| 3 | 13 | 5782 | BENEFIT STREET PARTNERS SENIOR SECURED | 05/20/26 | Yes | 1 |
| 3 | 16 | 5783 | BENEFIT STREET PARTNERS SENIOR SECURED | 05/20/26 | Yes | 1 |
| 3 | 19 | 5784 | BENEFIT STREET PARTNERS SMA LM LP | 05/20/26 | Yes | 1 |
| 3 | 22 | 5785 | BENEFIT STREET PARTNERS SMA-C II LP | 05/20/26 | Yes | 1 |
| 3 | 25 | 5786 | BENEFIT STREET PARTNERS SMA-K LP | 05/20/26 | Yes | 1 |
| 3 | 28 | 5787 | BENEFIT STREET PARTNERS SMA-T LP | 05/20/26 | Yes | 1 |
| 3 | 31 | 5788 | BLUE OWL CAPITAL CORP | 05/20/26 | Yes | 1 |
| 3 | 34 | 5789 | BLUE OWL CAPITAL CORP II | 05/20/26 | Yes | 1 |
| 3 | 49 | 5806 | LANDMARK WALL SMA LP | 05/20/26 | Yes | 1 |
| 3 | 52 | 5807 | MIDCAP FINANCIAL INVESTMENT CORP | 05/20/26 | Yes | 1 |
| 3 | 64 | 5815 | ROYAL BANK OF CANADA | 05/20/26 | Yes | 1 |
| 3 | 67 | 5816 | TRUIST BANK | 05/20/26 | Yes | 1 |
| 3 | 70 | 5779 | BARCLAYS BANK PLC | 05/20/26 | Yes | 1 |
| 3 | 80 | 5803 | FRANKLIN BSP CAPITAL CORP | 05/20/26 | Yes | 1 |
| 3 | 82 | 5805 | GOLDMAN SACHS LENDING PARTNERS LLC | 05/20/26 | Yes | 1 |
| 3 | 84 | 5810 | MORGAN STANLEY SENIOR FUNDING INC | 05/20/26 | Yes | 1 |
| 3 | 88 | 5793 | BSP DEBT FUND IV (NON-US) SPV LP | 05/20/26 | Yes | 1 |
| 3 | 89 | 5796 | BSP DEBT FUND IV SPV LP | 05/20/26 | Yes | 1 |
| 3 | 95 | 5809 | MIDCAP FUNDING IX TRUST | 05/20/26 | Yes | 1 |
| 4 | 2 | 5027 | PSP INVESTMENTS CREDIT USA LLC | 05/20/26 | Yes | 1 |
| 4 | 5 | 5778 | BANK OF AMERICA NA | 05/21/26 | Yes | 1 |
| 4 | 8 | 5780 | BENEFIT STREET PARTNERS CAPITAL | 05/22/26 | Yes | 1 |
| 4 | 11 | 5781 | BENEFIT STREET PARTNERS SENIOR SECURED | 05/23/26 | Yes | 1 |
| 4 | 14 | 5782 | BENEFIT STREET PARTNERS SENIOR SECURED | 05/24/26 | Yes | 1 |
| 4 | 17 | 5783 | BENEFIT STREET PARTNERS SENIOR SECURED | 05/25/26 | Yes | 1 |
| 4 | 20 | 5784 | BENEFIT STREET PARTNERS SMA LM LP | 05/26/26 | Yes | 1 |
| 4 | 23 | 5785 | BENEFIT STREET PARTNERS SMA-C II LP | 05/27/26 | Yes | 1 |
| 4 | 26 | 5786 | BENEFIT STREET PARTNERS SMA-K LP | 05/28/26 | Yes | 1 |
| 4 | 29 | 5787 | BENEFIT STREET PARTNERS SMA-T LP | 05/29/26 | Yes | 1 |
| 4 | 32 | 5788 | BLUE OWL CAPITAL CORP | 05/30/26 | Yes | 1 |
| 4 | 35 | 5789 | BLUE OWL CAPITAL CORP II | 05/31/26 | Yes | 1 |
| 4 | 50 | 5806 | LANDMARK WALL SMA LP | 06/05/26 | Yes | 1 |
| 4 | 53 | 5807 | MIDCAP FINANCIAL INVESTMENT CORP | 06/06/26 | Yes | 1 |
| 4 | 65 | 5815 | ROYAL BANK OF CANADA | 06/10/26 | Yes | 1 |
| 4 | 68 | 5816 | TRUIST BANK | 06/11/26 | Yes | 1 |
| 4 | 71 | 5779 | BARCLAYS BANK PLC | 06/12/26 | Yes | 1 |
| 4 | 74 | 5794 | BSP DEBT FUND IV CV LP | 06/13/26 | Yes | 1 |
| 4 | 76 | 5795 | BSP DEBT FUND IV CV MASTER (NON-US) LP | 06/14/26 | Yes | 1 |
| 4 | 81 | 5803 | FRANKLIN BSP CAPITAL CORP | 06/16/26 | Yes | 1 |
| 4 | 83 | 5805 | GOLDMAN SACHS LENDING PARTNERS LLC | 06/17/26 | Yes | 1 |
| 4 | 85 | 5810 | MORGAN STANLEY SENIOR FUNDING INC | 06/18/26 | Yes | 1 |
| 4 | 94 | 5808 | MIDCAP FINANCIAL TRUST | 06/24/26 | Yes | 1 |
| UNI | 2485 | 2372 | BOYD*HEATHER | 07/13/26 | Yes | 1 |
| 8 | n/a | n/a | MEDIANT MASTER BALLOT 1 | 07/07/26 | Yes | 4 |
| 8 | n/a | n/a | MEDIANT MASTER BALLOT 2 | 07/07/26 | Yes | 1 |
| 8 | n/a | n/a | BANK OF NY MELLON MASTER BALLOT | 07/08/26 | Yes | 1 |
| 8 | n/a | n/a | BROADRIDGE MASTER BALLOT | 07/08/26 | Yes | 144 |

**Total Opt-Ins:  275**