**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| GOHEALTH, INC., *et al.*,[1] | ) | Case No. 26-10914 (TMH) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JULY 20, 2026 AT 11:00 A.M. (EASTERN TIME) BEFORE THE HONORABLE THOMAS M. HORAN AT THE UNITED STATES BANKRUPTCY COURT, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801**

> **Please note that the hearing time has been changed to 11:00 a.m. (ET).**
>
> **This proceeding will be conducted as a hybrid proceeding. Attorneys are expected to attend in-person, and witnesses may appear remotely via Zoom. Please refer to Judge Horan's Chambers Procedures (https://www.deb.uscourts.gov/judge-thomas-m-horan) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Horan's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern Time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

**MATTER GOING FORWARD**

1.  **Joint Prepackaged Chapter 11 Plan** – Amended Joint Prepackaged Chapter 11 Plan of GoHealth, Inc. and Its Debtor Affiliates [Filed: 7/13/26] (Docket No. 141).

    Response Deadline:  July 8, 2026 at 4:00 p.m. Eastern Time.

    Responses Received:

    a)  Objection of Gayatri N. Voora [Filed: 6/30/26] (Docket No. 93).

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are:  GoHealth, Inc. (3805); Blizzard Midco, LLC (3732); Connected Benefits, LLC (2162); e-TeleQuote Insurance, Inc. (2336); ETQ Holdings, LLC (8260); GoHealth Holdings, LLC (3653); GoHealth, LLC (5175); and Norvax, LLC (3063).  The location of the Debtors' service address for purposes of these chapter 11 cases is:  222 West Merchandise Mart Plaza, Suite 1750, Chicago, Illinois 60654.

Related Documents:

a)  Joint Prepackaged Chapter 11 Plan of GoHealth, Inc. and Its Debtor Affiliates [Filed: 6/7/26] (Docket No. 5).

b)  Disclosure Statement Relating to the Joint Prepackaged Chapter 11 Plan of GoHealth, Inc. and Its Debtor Affiliates [Filed: 6/7/26] (Docket No. 6).

c)  Motion of Debtors for Entry of an Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Approving Related Dates, Deadlines, Notices, and Procedures, (III) Approving the Solicitation Procedures and Related Dates, Deadlines, and Notices, (IV) Conditionally Waiving the Requirements That (A) the U.S. Trustee Convene a Meeting of Creditors and (B) the Debtors File Schedules of Assets and Liabilities, Statements of Financial Affairs, and Rule 2015.3 Financial Reports, and (V) Granting Related Relief [Filed: 6/7/26] (Docket No. 7).

d)  Preliminary Declaration of John Burlacu Regarding the Solicitation and Tabulation of Votes on, and Elections to Opt In to the Third-Party Release of, the Joint Prepackaged Chapter 11 Plan of GoHealth, Inc. and Its Debtor Affiliates [Filed: 6/7/26] (Docket No. 9).

e)  [Signed] Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Approving Related Dates, Deadlines, Notices, and Procedures, (III) Approving the Solicitation Procedures and Related Dates, Deadlines, and Notices, (IV) Conditionally Waiving the Requirement That (A) the U.S. Trustee Convene a Meeting of Creditors and (B) the Debtors File Schedules of Assets and Liabilities, Statements of Financial Affairs, and Rule 2015.3 Financial Reports, and (V) Granting Related Relief [Filed: 6/10/26] (Docket No. 57).

f)  Notice of Entry of Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Approving Related Dates, Deadlines, Notices, and Procedures, (III) Approving the Solicitation Procedures and Related Dates, Deadlines, and Notices, (IV) Conditionally Waiving the Requirement That (A) the U.S. Trustee Convene a Meeting of Creditors and (B) the Debtors File Schedules of Assets and Liabilities, Statements of Financial Affairs, and Rule 2015.3 Financial Reports, and (V) Granting Related Relief [Filed: 6/11/26] (Docket No. 74).

g)  Proof of Publication of Notice of (I) Commencement of Prepackaged Chapter 11 Bankruptcy Cases, (II) Confirmation Hearing on the Disclosure Statement, Confirmation of the Joint Prepackaged Chapter 11 Plan, and Related Matters, and (III) Related Objection and Briefing Deadlines [Filed: 6/16/26] (Docket No. 90).

h)  Notice of (I) Commencement of Prepackaged Chapter 11 Bankruptcy Cases, (II) Confirmation Hearing on the Disclosure Statement, Confirmation of the Joint Prepackaged Chapter 11 Plan, and Related Matters, and (III) Related Objection and Briefing Deadlines [Filed: 6/17/26] (Docket No. 92).

i)  Notice of Adjournment of Confirmation Hearing [Filed: 7/1/26] (Docket No. 115).

j) Plan Supplement for the Debtors' Joint Prepackaged Chapter 11 Plan of GoHealth, Inc. and Its Debtor Affiliates [Filed: 7/1/26] (Docket No. 116).

k) Notice of Filing of Plan Supplement [Filed: 7/1/26] (Docket No. 117).

l) Notice of Filing of Amendment to the Tax Receivable Agreement [Filed: 7/1/26] (Docket No. 118).

m) First Amended Plan Supplement for the Debtors' Joint Prepackaged Chapter 11 Plan of GoHealth, Inc. and Its Debtor Affiliates [Filed: 7/7/26] (Docket No. 126).

n) Notice of Filing of First Amended Plan Supplement [Filed: 7/8/26] (Docket No. 127).

o) Debtors' Memorandum of Law in Support of an Order (I) Approving the Debtors' Disclosure Statement and (II) Confirming the Joint Prepackaged Chapter 11 Plan of GoHealth, Inc. and Its Debtor Affiliates [Filed: 7/13/26] (Docket No. 140).

p) Notice of Filing of Amended Joint Prepackaged Plan of GoHealth, Inc. and Its Debtor Affiliates [Filed: 7/13/26] (Docket No. 142).

q) Notice of Filing of Proposed Confirmation Order Regarding the Amended Joint Prepackaged Plan of GoHealth, Inc. and Its Debtor Affiliates [Filed: 7/13/26] (Docket No. 143).

r) Debtors' Witness and Exhibit List for Confirmation and Disclosure Statement Hearing Scheduled for July 20, 2026 at 11:00 a.m. (ET) [Filed: 7/15/26] (Docket No. 144).

s) Declaration of Matthew Frank, Managing Director of Alvarez & Marsal North America, LLC, in Support of Confirmation of the Amended Joint Prepackaged Chapter 11 Plan of GoHealth, Inc. and Its Debtor Affiliates [Filed: 7/16/26] (Docket No. 146).

t) Declaration of Alan J. Carr in Support of Confirmation of the Amended Joint Prepackaged Chapter 11 Plan of GoHealth, Inc. and Its Debtor Affiliates [Filed: 7/16/26] (Docket No. 147).

u) Declaration of Vijay Kotte, Chief Executive Officer of GoHealth, Inc., in Support of Confirmation of the Amended Joint Prepackaged Chapter 11 Plan of GoHealth, Inc. and Its Debtor Affiliates [Filed: 7/16/26] (Docket No. 148).

v) Declaration of John Burlacu Regarding the Solicitation and Tabulation of Votes On, and Elections to Opt In to the Third-Party Release of, the Amended Joint Prepackaged Chapter 11 Plan of GoHealth, Inc. and Its Debtor Affiliates [Filed: 7/16/26] (Docket No. 149).

Status:  This matter will go forward.


Dated:  July 16, 2026
Wilmington, Delaware

*/s/ Laura Davis Jones*

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP** | **KIRKLAND & ELLIS LLP** |
| Laura Davis Jones (DE Bar No. 2436) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| James E. O'Neill (DE Bar No. 4042) | Anup Sathy, P.C. |
| Edward A. Corma (DE Bar No. 6718) | Alexandra F. Schwarzman, P.C. (admitted *pro hac vice*) |
| 919 North Market Street, 17th Floor | David R. Gremling (admitted *pro hac vice*) |
| Wilmington, Delaware 19801 | 333 West Wolf Point Plaza |
| Telephone:  (302) 652-4100 | Chicago, Illinois 60654 |
| Facsimile:  (302) 652-4400 | Telephone:  (312) 862-2000 |
| Email:  ljones@pszjlaw.com | Facsimile:  (312) 862-2200 |
|   joneill@pszjlaw.com | Email:  anup.sathy@kirkland.com |
|   ecorma@pszjlaw.com |   alexandra.schwarzman@kirkland.com |
| |   dave.gremling@kirkland.com |

*Proposed Co-Counsel for the Debtors and Debtors in Possession*

*Proposed Co-Counsel for the Debtors and Debtors in Possession*