**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| GOHEALTH, INC., *et al.*,[1] | ) | Case No. 26-10914 (TMH) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket Nos. 5, 6, 140, 141, 143** |

**NOTICE OF FILING OF REVISED
PROPOSED CONFIRMATION ORDER REGARDING THE AMENDED JOINT
PREPACKAGED PLAN OF GOHEALTH, INC. AND ITS DEBTOR AFFILIATES**

**PLEASE TAKE NOTICE THAT** on June 7, 2026, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Joint Prepackaged Chapter 11 Plan of GoHealth, Inc. and Its Debtor Affiliates* [Docket No. 5] (as modified, amended, or supplemented from time to time, the "Plan") and the *Disclosure Statement Relating to the Joint Prepackaged Chapter 11 Plan of GoHealth, Inc. and Its Debtors Affiliates* [Docket No. 6] (the "Disclosure Statement") in the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE THAT** on July 13, 2026, the Debtors filed the *Amended Joint Prepackaged Chapter 11 Plan of GoHealth, Inc. and Its Debtor Affiliates* [Docket No. 141] (the "Amended Plan").

**PLEASE TAKE FURTHER NOTICE THAT** on July 13, 2026, the Debtors filed the *Notice of Filing of Proposed Confirmation Order Regarding the Amended Joint Prepackaged Plan of GoHealth, Inc. and Its Debtor Affiliates* [Docket No. 143] (the "Confirmation Order Notice"). Attached as Exhibit A to the Confirmation Order Notice was a true and correct copy of a proposed order approving the Disclosure Statement and confirming the Amended Plan (the "Original Proposed Confirmation Order").

**PLEASE TAKE FURTHER NOTICE THAT** attached hereto as **Exhibit A** is a true and correct copy of a revised form of proposed order that approves the Disclosure Statement and confirms the Amended Plan (the "Revised Proposed Confirmation Order").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers are: GoHealth, Inc. (3805); Blizzard Midco, LLC (3732); Connected Benefits, LLC (2162); e-TeleQuote Insurance, Inc. (2336); ETQ Holdings, LLC (8260); GoHealth Holdings, LLC (3653); GoHealth, LLC (5175); and Norvax, LLC (3063). The location of the Debtors' service address for purposes of these chapter 11 cases is: 222 West Merchandise Mart Plaza, Suite 1750, Chicago, Illinois 60654.

**PLEASE TAKE FURTHER NOTICE THAT** attached hereto as **Exhibit B** is a redline of the Revised Proposed Confirmation Order, showing changes against the Original Proposed Confirmation Order.

**PLEASE TAKE FURTHER NOTICE THAT** if you would like to obtain a copy of the Revised Proposed Confirmation Order, the Amended Plan, the Disclosure Statement, or any related documents, you should contact Donlin, Recano & Company, LLC, the claims and noticing agent retained by the Debtors in these chapter 11 cases, by: (a) writing via first class mail, to Donlin, Recano & Company, LLC, c/o Angeion Group, 200 Vesey Street, 24th Floor, New York, NY 10281; (b) writing via electronic mail to ghiinfo@angeiongroup.com (with "GoHealth, Inc. Solicitation Inquiry" in the subject line); or (c) calling the Debtors' restructuring hotline at +1-877-583-1578 (U.S./Canada, toll-free) or +1-332-284-1398 (International, toll). You may also obtain copies of any pleadings filed in these chapter 11 cases (i) for a fee via PACER at https://www.deb.uscourts.gov or (ii) at no charge from Donlin, Recano & Company, LLC by accessing the Debtors' restructuring website at https://www.bankruptcy.angeiongroup.com/gohealth.

**PLEASE TAKE FURTHER NOTICE** that a hearing to confirm the Amended Plan is scheduled for **July 20, 2026 at 11:00 a.m. (ET)** before the Honorable Thomas M. Horan in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19081 (the "Confirmation Hearing").

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve to amend further the Amended Plan and the Revised Proposed Confirmation Order prior to the Confirmation Hearing.

*[Remainder of Page Intentionally Left Blank]*

4931-5236-4477.1 31802.00001

Dated:  July 17, 2026
Wilmington, Delaware

/s/ Laura Davis Jones

**PACHULSKI STANG ZIEHL & JONES LLP**
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
Wilmington, Delaware 19801
Telephone:       (302) 652-4100
Facsimile:        (302) 652-4400
Email:             ljones@pszjlaw.com
                        joneill@pszjlaw.com
                        ecorma@pszjlaw.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Anup Sathy, P.C.
Alexandra Schwarzman, P.C. (admitted *pro hac vice*)
David R. Gremling (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:       (312) 862-2000
Facsimile:        (312) 862-2200
Email:             anup.sathy@kirkland.com
                        alexandra.schwarzman@kirkland.com
                        dave.gremling@kirkland.com

*Proposed Co-Counsel for the Debtors and Debtors in Possession*

*Proposed Co-Counsel for the Debtors and Debtors in Possession*

4931-5236-4477.1 31802.00001