**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| GOHEALTH, INC., *et al.*,[1] | ) | Case No. 26-10914 (TMH) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DEBTORS' AMENDED WITNESS AND EXHIBIT LIST FOR
CONFIRMATION AND DISCLOSURE STATEMENT HEARING
SCHEDULED FOR JULY 20, 2026 AT 11:00 A.M. (ET)**

The above-captioned debtors and debtors in possession (the "Debtors") hereby submit this Amended Witness and Exhibit List in connection with the hearing scheduled for **July 20, 2026 at 11:00 a.m. (prevailing Eastern Time)** before the Honorable Thomas M. Horan at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801 (the "Hearing").

## WITNESSES

The Debtors designate the following persons as witnesses in connection with the Hearing:

(1)     Vijay Kotte, Chief Executive Officer of GoHealth, Inc.

(2)     Matthew Frank, Managing Director of Alvarez & Marsal North America, LLC — fact and/or expert witness.

(3)     John Burlacu, Senior Director of Donlin, Recano & Company, LLC.

(4)     Alan Carr, Director of GoHealth, Inc. and Managing Member and CEO of Drivetrain, LLC.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are:   GoHealth, Inc. (3805); Blizzard Midco, LLC (3732); Connected Benefits, LLC (2162); e-TeleQuote Insurance, Inc. (2336); ETQ Holdings, LLC (8260); GoHealth Holdings, LLC (3653); GoHealth, LLC (5175); and Norvax, LLC (3063).   The location of the Debtors' service address for purposes of these chapter 11 cases is:  222 West Merchandise Mart Plaza, Suite 1750, Chicago, Illinois 60654.

As of the time of filing of this Witness and Exhibit List, no other party has identified witnesses in connection with the matters to be heard at the Hearing. To the extent that any party designates witnesses, the Debtors reserve the right to cross-designate all witnesses so designated and reserve the right to call any necessary rebuttal or impeachment witnesses.

## EXHIBITS

The Debtors designate the following exhibits that may be used at the Hearing:

| Exhibit No. | Document Description | Docket No. |
|---|---|---|
| 1. | Declaration of Vijay Kotte, Chief Executive Officer of GoHealth, Inc., in Support of Confirmation of the Amended Joint Prepackaged Chapter 11 Plan of GoHealth, Inc., and Its Debtor Affiliates | 148 |
| 2. | Declaration of Matthew Frank, Managing Director of Alvarez & Marsal North America, LLC, in Support of Confirmation of the Amended Joint Prepackaged Chapter 11 Plan of GoHealth, Inc., and Its Debtor Affiliates | 146 |
| 3. | Declaration of Alan J. Carr in Support of Confirmation of the Amended Joint Prepackaged Chapter 11 Plan of GoHealth, Inc. and Its Debtor Affiliates | 147 |
| 4. | Declaration of John Burlacu Regarding the Solicitation and Tabulation of Votes on, and Elections to Opt In to the Third-Party Release of, the Amended Joint Prepackaged Chapter 11 Plan of GoHealth, Inc. and Its Debtor Affiliates (with exhibits) | 149 |
| 5. | Preliminary Declaration of John Burlacu Regarding the Solicitation and Tabulation of Votes on, and Elections to Opt In to the Third-Party Release of, the Joint Prepackaged Chapter 11 Plan of GoHealth, Inc. and Its Debtor Affiliates | 9 |
| 6. | Amended Joint Prepackaged Chapter 11 Plan of GoHealth, Inc. and Its Debtor Affiliates | 141 |
| 7. | Joint Prepackaged Chapter 11 Plan of GoHealth, Inc. and Its Debtor Affiliates | 5 |

4912-8655-5581.1 31802.00001

| Exhibit No. | Document Description | Docket No. |
|---|---|---|
| 8. | Disclosure Statement Relating to the Joint Prepackaged Chapter 11 Plan of GoHealth, Inc. and Its Debtor Affiliates (the "Disclosure Statement") (with exhibits) | 6<br>6-1 to 6-4 (exhibits) |
| 9. | Financial Projections (Exhibit D to Disclosure Statement) | 6-2 |
| 10. | Liquidation Analysis (Exhibit C to Disclosure Statement) | 6-3 |
| 11. | Notice of (I) Commencement of Prepackaged Chapter 11 Bankruptcy Cases, (II) Confirmation Hearing on the Disclosure Statement, Confirmation of the Joint Prepackaged Chapter 11 Plan, and Related Matters, and (III) Related Objection and Briefing Deadlines | 92 |
| 12. | Plan Supplement for the Debtors' Joint Prepackaged Chapter 11 Plan of GoHealth, Inc. and Its Debtor Affiliates (the "Initial Plan Supplement") (with exhibits) | 116 |
| 13. | Schedule of Proposed Cure Amounts (Exhibit A to Initial Plan Supplement) | 116, PDF p. 2 |
| 14. | Schedule of Retained Causes of Action (Exhibit B to Initial Plan Supplement) | 116, PDF pp. 3-6 |
| 15. | Restructuring Transactions Memorandum (Exhibit E to Initial Plan Supplement) | 116, PDF pp. 9-11 |
| 16. | TRA Amendment (Exhibit G to Initial Plan Supplement) | 116, PDF pp. 13-16 |
| 17. | Notice of Filing of Plan Supplement | 117 |
| 18. | First Amended Plan Supplement for the Debtors' Joint Prepackaged Chapter 11 Plan of GoHealth, Inc. and Its Debtor Affiliates (the "First Amended Plan Supplement") (without exhibits) | 126 |
| 19. | New Organizational Documents (Exhibit C to First Amended Plan Supplement) | 126-1 |
| 20. | Exit Facility Documents (Exhibit D to First Amended Plan Supplement) | 126-2 |

3

4912-8655-5581.1 31802.00001

| Exhibit No. | Document Description | Docket No. |
|---|---|---|
| 21. | Notice of Filing of First Amended Plan Supplement | 127 |
| 22. | Affidavit of Donlin Recano and Company, LLC. Regarding Service of Solicitation Packages with Respect to the Disclosure Statement Relating to the Joint Prepackaged Chapter 11 Plan of GoHealth, Inc. and Its Debtor Affiliates | 72 |
| 23. | Supplemental Affidavit of Donlin Recano and Company, LLC. Regarding Service of Solicitation Packages with Respect to the Disclosure Statement Relating to the Joint Prepackaged Chapter 11 Plan of GoHealth, Inc. and Its Debtor Affiliates | 87 |
| 24. | Proof of Publication | 90 |
| 25. | Proof of Publication | 91 |
| 26. | Affidavit of Service | 130 |
| 27. | Affidavit of Service | 131 |
| 28. | Affidavit of Service | 132 |
| 29. | Affidavit of Service | 136 |
| 30. | Affidavit of Service | 137 |
| 31. | Notice of Filing of Amended Joint Prepackaged Plan of GoHealth, Inc. and Its Debtor Affiliates | 142 |
| 32. | Notice of Filing of Proposed Confirmation Order Regarding the Amended Joint Prepackaged Plan of GoHealth, Inc. and Its Debtor Affiliates | 143 |
| 33. | Tax Receivable Agreement by and among GoHealth, Inc., GoHealth Holdings, LLC, and the Several TRA Holders (as defined therein) from Time to Time Party Thereto (the "Tax Receivable Agreement") dated July 15, 2020 | 145 |
| 34. | Notice of Filing of Amendment to the Tax Receivable Agreement (the "TRA Amendment") | 118 |
| 35. | TRA Amendment | 118-1 |

4912-8655-5581.1 31802.00001

| Exhibit No. | Document Description | Docket No. |
|---|---|---|
| 36. | Omnibus Unanimous Written Consent in Lieu of a Special Meeting of the Governing Bodies, dated June 5, 2026 | 1, PDF pp. 12-26 |
| 37. | Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Approving Related Dates, Deadlines, Notices, and Procedures, (III) Approving the Solicitation Procedures and Related Dates, Deadlines, and Notices, (IV) Conditionally Waiving the Requirement that (A) the U.S. Trustee Convene a Meeting of Creditors and (B) the Debtors File Schedules of Assets and Liabilities, Statements of Financial Affairs, and Rule 2015.3 Financial Reports, and (V) Granting Related Relief (with exhibits) | 57 |
| 38. | Notice of Filing of Revised Proposed Confirmation Order Regarding the Amended Joint Prepackaged Plan of GoHealth, Inc. and Its Debtor Affiliates | 151 |
| 39. | Any exhibit necessary to establish the authenticity or admissibility of documents | |
| 40. | Any exhibit listed or introduced by any other party | |
| 41. | Any documents filed in the above-captioned bankruptcy cases | |
| 42. | Rebuttal and impeachment exhibits as necessary | |

The Debtors reserve the right to object to the entry into evidence of any exhibit, including those listed above.  The Debtors also reserve the right to amend, shorten, or supplement this Witness and Exhibit List prior to or during the Hearing.

4912-8655-5581.1 31802.00001

Dated:  July 17, 2026
Wilmington, Delaware

*/s/ Laura Davis Jones*

**PACHULSKI STANG ZIEHL & JONES LLP**
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
Wilmington, Delaware 19801
Telephone:     (302) 652-4100
Facsimile:     (302) 652-4400
Email:         ljones@pszjlaw.com
               joneill@pszjlaw.com
               ecorma@pszjlaw.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Anup Sathy, P.C.
Alexandra F. Schwarzman, P.C. (admitted *pro hac vice*)
David R. Gremling (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:         anup.sathy@kirkland.com
               alexandra.schwarzman@kirkland.com
               dave.gremling@kirkland.com

*Proposed Co-Counsel for the Debtors and Debtors in Possession*

*Proposed Co-Counsel for the Debtors and Debtors in Possession*

6