# SIGN-IN SHEET

**CASE NAME: GoHealth**
**CASE NO: 26-10914**

**COURTROOM LOCATION: 5**
**DATE: 7/20/2026 at 11:00 a.m.**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Laura Davis Jones | Pachulski Stang Ziehl & Jones | Debtor |
| Alex Schwarzman | Kirkland & Ellis | Debtors |
| David Gramling | | " |
| Derek Aguet | MWAT Ad hoc lenders | Ad Hoc Lenders |
| Jordan Wishnew | (Cahill) | " |
| Benjamin Taylor | AKN | Ad Hoc Term Lenders |
| Robert Poppiti | Young Conaway | " " " " |
| Benjamin Hackman | | U.S. Trustee |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

Case 26-10914-TMH   Doc 154   Filed 07/20/26   Page 1 of 3

GoHealth 26-10914
July 20, 2026

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| Scott | Alberino | Akin Gump Strauss Hauer & Feld LLP | Ad Hoc Group of Term Lenders | Audio Only |
| Sam | Baham | Akin Gump Strauss Hauer & Feld LLP | Ad Hoc Group of Term Lenders | Video and Audio |
| Benjamin | Taylor | Akin Gump Strauss Hauer & Feld LLP | Ad Hoc Group of Term Lenders | Video and Audio |
| Derek | Abbott , | Morris, Nichols, Arsht & Tunnell | Ad Hoc Revolver Group | Video and Audio |
| Derek | Abbott | Morris, Nichols, Arsht & Tunnell | Ad Hoc Revolver Group | Video and Audio |
| Cicely | Berzack | Morris Nichols Arsht and Tunnell | Ad Hoc Revolver Group | Video and Audio |
| Cicely | Berzack | Morris Nichols Arsht and Tunnell | Ad Hoc Revolver Group | Video and Audio |
| Tanner | Bowen | CAHILL GORDON & REINDEL LLP | Ad Hoc Revolver Group | Video and Audio |
| Tanner | Bowen | CAHILL GORDON & REINDEL LLP | Ad Hoc Revolver Group | Video and Audio |
| Matthew | Catone | CAHILL GORDON & REINDEL LLP | Ad Hoc Revolver Group | Video and Audio |
| Matthew | Catone | CAHILL GORDON & REINDEL LLP | Ad Hoc Revolver Group | Video and Audio |
| Brenna | Dolphin | Morris Nichols Arsht and Tunnell | Ad Hoc Revolver Group | Video and Audio |
| John | Lawrence | Morris Nichols | Ad Hoc Revolver Group | Video and Audio |
| John | Lawrence | Morris Nichols | Ad Hoc Revolver Group | Video and Audio |
| Joel | Moss | CAHILL GORDON & REINDEL LLP | Ad Hoc Revolver Group | Video and Audio |
| Joel | Moss | CAHILL GORDON & REINDEL LLP | Ad Hoc Revolver Group | Video and Audio |
| Casey | Sawyer | Morris Nichols Arsht and Tunnell | Ad Hoc Revolver Group | Video and Audio |
| Jordan | Wishnew | CAHILL GORDON & REINDEL LLP | Ad Hoc Revolver Group | Video and Audio |
| Jordan | Wishnew | CAHILL GORDON & REINDEL LLP | Ad Hoc Revolver Group | Video and Audio |
| James | Chapman | Choate, Hall & Stewart LLP | Choate, Hall & Stewart LLP | Video and Audio |
| James | Chapman | Choate, Hall & Stewart LLP | Choate, Hall & Stewart LLP | Video and Audio |
| David | Gremling | Kirkland & Ellis | Dabtors | Video and Audio |
| Edward | Corma | Pachulski Stang Ziehl & Jones LLP | Debtors | Video and Audio |
| Laura Davis | Jones | Pachulski Stang Ziehl & Jones LLP | Debtors | Video and Audio |
| Christian | Mancino | Kirkland & Ellis | Debtors | Video and Audio |
| Christian | Mancino | Kirkland & Ellis | Debtors | Video and Audio |
| James | O&#039;Neill | Pachulski Stang Ziehl & Jones LLP | Debtors | Video and Audio |
| John | Boutton | Alvarez & Marsal | GoHealth, Inc. | Video and Audio |
| John | Boutton | Alvarez & Marsal | GoHealth, Inc. | Video and Audio |
| Joshua | King | Kirkland & Ellis LLP | GoHealth, Inc. | Video and Audio |
| Ravi | Shankar | Kirkland & Ellis LLP | GoHealth, Inc. | Video and Audio |
| Ravi | Shankar | Kirkland & Ellis LLP | GoHealth, Inc. | Video and Audio |

| Brian | Horey | Aurelian Management | Self | Audio Only |
|---|---|---|---|---|
| Rick | Archer | Law360 | | Audio Only |
| Phoebe | Bakos | | | Audio Only |
| Brad | Burd | GoHealth | | Audio Only |
| Brad | Burd | GoHealth | | Audio Only |
| Catherine | Corey | | | Audio Only |
| Catherine | Corey | | | Audio Only |
| Scott | Flaherty | LevFin Insights/press | | Audio Only |
| Scott | Flaherty | LevFin Insights/press | | Audio Only |
| Clara | Geoghegan | Law360 | | Audio Only |
| Clara | Geoghegan | Law360 | | Audio Only |
| Uday | Gorrepati | | | Audio Only |
| Uday | Gorrepati | | | Audio Only |
| Tom | Hannagan | Young Conaway Stargatt & Taylor, LLP | | Video and Audio |
| Taylor | Harrison | | | Audio Only |
| Taylor | Harrison | | | Audio Only |
| Sarah | Hautzinger Loumeau | Troutman Pepper Locke LLP | | Video and Audio |
| Jillian | Ingrisano | | | Video and Audio |
| Yun | Park | law360 | | Audio Only |
| Vince | Sullivan | Law360 | | Audio Only |
| Vince | Sullivan | Law360 | | Audio Only |
| Cathy | Ta | | | Audio Only |
| Cathy | Ta | | | Audio Only |
| Gayatri | Voora | | | Video and Audio |
| Gayatri | Voora | | | Video and Audio |
| Alex | Wittenberg | | | Audio Only |
| Alex | Wittenberg | | | Audio Only |