**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| GOHEALTH, INC., *et al.*,[1] | ) | Case No. 26-10914 (TMH) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**AFFIDAVIT OF SERVICE**

|  |  |  |
|---|---|---|
| STATE OF NEW YORK | ) | |
|  | ) | ss: |
| COUNTY OF NEW YORK | ) | |

I, Delicia A. Chung, declare:

1.     I am over the age of 18 years and not a party to this chapter 11 case.

2.     I am employed by Donlin, Recano & Company, LLC, ("DRC"), 200 Vesey Street, 24th Floor, New York, NY 10281.

3.     On the 16th day of July 2026, DRC, under my supervision, caused a true and accurate copy of the following documents:

   i.     *Declaration of Matthew Frank, Managing Director of Alvarez & Marsal North America, LLC, in Support of Confirmation of the Amended Joint Prepackaged Chapter 11 Plan of GoHealth, Inc. and Its Debtor Affiliates* (Docket No. 146);

   ii.    *Declaration of Alan J. Carr in Support of Confirmation of the Amended Joint Prepackaged Chapter 11 Plan of GoHealth, Inc. and Its Debtor Affiliates* (Docket No. 147);

   iii.   *Declaration of Vijay Kotte, Chief Executive Officer of GoHealth, Inc., in Support of Confirmation of the Amended Joint Prepackaged Chapter 11 Plan of GoHealth, Inc. and Its Debtor Affiliates* (Docket No. 148); and

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are: GoHealth, Inc. (3805); Blizzard Midco, LLC (3732); Connected Benefits, LLC (2162); e-TeleQuote Insurance, Inc. (2336); ETQ Holdings, LLC (8260); GoHealth Holdings, LLC (3653); GoHealth, LLC (5175); and Norvax, LLC (3063). The location of the Debtors' service address for purposes of these chapter 11 cases is: 222 West Merchandise Mart Plaza, Suite 1750, Chicago, Illinois 60654.

    iv.    *Declaration of John Burlacu Regarding the Solicitation and Tabulation of Votes on, and Elections to Opt in to the Third-party Release of, the Amended Joint Prepackaged Chapter 11 Plan of GoHealth, Inc. and Its Debtor Affiliates* (Docket No. 149),

to be served via electronic mail upon the parties as set forth on <u>Exhibit 1</u>, and via First Class U.S. Mail upon the parties as set forth on <u>Exhibit 2</u>, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 20th day of July 2026, New York, New York.

By _____
Delicia A. Chung

Sworn before me this
20th day of July 2026

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KI6211176
Qualified in Queens County
My Commission Expires: September 14 2029

# EXHIBIT 1

Case 26-10914-TMH    Doc 156    Filed 07/20/26    Page 4 of 10

GoHealth, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 1 of 4                                                                 07/16/2026 01:10:09 PM

| | | | |
|---|---|---|---|
| 000078P002-1578S-025<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>SCOTT L ALBERINO<br>ROBERT S STRAUSS TOWER<br>2001 K STREET NW<br>WASHINGTON DC 20006<br>SALBERINO@AKINGUMP.COM | 000079P002-1578S-025<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>BENJAMIN L TAYLOR<br>ROBERT S STRAUSS TOWER<br>2001 K STREET NW<br>WASHINGTON DC 20006<br>TAYLORB@AKINGUMP.COM | 000081P002-1578S-025<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>NICHOLAS J HOUPT<br>2300 N FIELD ST<br>SUITE 1800<br>DALLAS TX 75201<br>NHOUPT@AKINGUMP.COM | 000028P001-1578S-025<br>ALASKA ATTORNEY GENERAL<br>STEPHEN COX<br>1031 W 4TH AVE<br>STE 200<br>ANCHORAGE AK 99501-1994<br>ATTORNEY.GENERAL@ALASKA.GOV |
| 000115P002-1578S-025<br>AMAZON WEB SVCS - AWS<br>DAVID A ZAPOLSKY<br>SENIOR VP/CHIEF GLOBAL AFFAIRS & LEGAL OFFICE<br>440 TERRY AVE NORTH<br>SEATTLE WA 98109<br>DAVID.ZAPOLSKY@AMAZON.COM | 000117P003-1578S-025<br>APEX<br>BUDDY OMOHUNDRO<br>GENERAL COUNSEL<br>4400 COX RD<br>SUITE 200<br>GLEN ALLEN VA 23060<br>BOMOHUNDRO@APEXSYSTEMSINC.COM | 000029P001-1578S-025<br>ARIZONA ATTORNEY GENERAL<br>KRIS MAYES<br>1275 WEST WASHINGTON ST<br>PHOENIX AZ 85007<br>AGINFO@AZAG.GOV | 000030P001-1578S-025<br>ARKANSAS ATTORNEY GENERAL<br>TIM GRIFFIN<br>323 CTR ST<br>STE 200<br>LITTLE ROCK AR 72201-2610<br>OAG@ARKANSASAG.GOV |
| 000091P003-1578S-025<br>ASTRONOMER INC<br>PETE DEJOY<br>CEO/CO-FOUNDER<br>50 WEST 23RD ST<br>SUITE 1400<br>NEW YORK NY 10010<br>PETE@ASTRONOMER.IO | 000092P003-1578S-025<br>BANKERS LIFE AGENCY INC<br>MATTHEW J ZIMPFER<br>GENERAL COUNSEL<br>303 E WACKER DR<br>STE 500<br>CHICAGO IL 60601<br>MATT.ZIMPFER@CNOINC.COM | 000116P005-1578S-025<br>BLUE CROSS BLUE SHIELD OF ILLINOIS<br>CATHERINE NELSON<br>EXECUTIVE VP & CHIEF LEGAL OFFICER<br>300 EAST RANDOLPH ST<br>CHICAGO IL 60601<br>CATHERINE_NELSON@HCSC.NET | 000126P001-1578S-025<br>BUCHALTER LLP<br>SHAWN M CHRISTIANSON,ESQ<br>425 MARKET ST.,STE 2900<br>SAN FRANCISCO CA 94105-3493<br>SCHRISTIANSON@BUCHALTER.COM |
| 000080P001-1578S-025<br>CAHILL GORDON & REINDEL LLP<br>JOEL MOSS<br>32 OLD SLIP<br>NEW YORK NY 10005<br>JMOSS@CAHILL.COM | 000082P001-1578S-025<br>CAHILL GORDON & REINDEL LLP<br>JORDAN WISHNEW<br>32 OLD SLIP<br>NEW YORK NY 10005<br>JWISHNEW@CAHILL.COM | 000121P001-1578S-025<br>CAHILL GORDON & REINDEL LLP<br>MATTHEW CATONE<br>32 OLD SLIP<br>NEW YORK NY 10005<br>MCATONE@CAHILL.COM | 000122P001-1578S-025<br>CAHILL GORDON & REINDEL LLP<br>TANNER BOWEN<br>32 OLD SLIP<br>NEW YORK NY 10005<br>TBOWEN@CAHILL.COM |
| 000089P001-1578S-025<br>CHOATE HALL AND STEWART LLP<br>ROBERT M BUCHANAN JR<br>SENIOR COUNSEL<br>TWO INTERNATIONAL PL<br>BOSTON MA 02110<br>RBUCHANAN@CHOATE.COM | 000089P001-1578S-025<br>CHOATE HALL AND STEWART LLP<br>ROBERT M BUCHANAN JR<br>SENIOR COUNSEL<br>TWO INTERNATIONAL PL<br>BOSTON MA 02110<br>TGABRIEL@CHOATE.COM | 000032P001-1578S-025<br>COLORADO ATTORNEY GENERAL<br>PHIL WEISER<br>RALPH L CARR COLORADO JUDICIAL CTR<br>1300 BROADWAY 10TH FL<br>DENVER CO 80203<br>CORA.REQUEST@COAG.GOV | 000033P001-1578S-025<br>CONNECTICUT ATTORNEY GENERAL<br>WILLIAM TONG<br>55 ELM ST<br>HARTFORD CT 06141-0120<br>ATTORNEY.GENERAL@CT.GOV |
| 000021P001-1578S-025<br>DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US | 000034P001-1578S-025<br>DELAWARE ATTORNEY GENERAL<br>KATHY JENNINGS<br>CARVEL STATE OFFICE BLDG<br>820 N FRENCH ST<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US | 000011P001-1578S-025<br>DELAWARE SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903<br>DOSDOC_FTAX@STATE.DE.US | 000035P001-1578S-025<br>DISTRICT OF COLUMBIA ATTORNEY GENERAL<br>BRIAN SCHWALB<br>400 6TH ST NW<br>WASHINGTON DC 20001<br>OAG@DC.GOV |

Case 26-10914-TMH    Doc 156    Filed 07/20/26    Page 5 of 10

GoHealth, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 2 of 4                                                                    07/16/2026 01:10:09 PM

000106P001-1578S-025
EIGHT ELEVEN GROUP LLC (DBA BROOKSOURCE)
JASON CARESS
VICE PRESIDENT OF LEGAL CONTRACTS AND RISK
6215 N COLLEGE AVE
INDIANAPOLIS IN 46220
JCARESS@EIGHTELEVENGROUP.COM

000098P001-1578S-025
ENGAGECX INC FKA VIASOURCE SOLUTIONS INC
LEN LINTON
CHIEF FINANCIAL OFFICER
223 E THOUSAND OAKS BLVD
STE 222
THOUSAND OAKS CA 91360
LLINTON@ENGAGECX.COM

000101P001-1578S-025
EXACTCARE
ALY KAYNE
CHIEF LEGAL OFFICER
8333 ROCKSIDE RD
CLEVELAND OH 44125
AKAYNE@ANEWHEALTHRX.COM

000113P001-1578S-025
FIVE9 INC
TIFFANY MERIWEATHER
CHIEF ADMINISTRATIVE AND LEGAL OFFICER
3001 BISHOP DR
STE 350
SAN RAMON CA 94583
TIFFANY.MERIWEATHER@FIVE9.COM

000096P001-1578S-025
GOOGLE
HALIMAH DELAINE PRADO
GENERAL COUNSEL
1600 AMPHITHEATRE PKWY
MOUNTAIN VIEW CA 94043
HPRADO@GOOGLEMAIL.COM

000114P001-1578S-025
GREENHOUSE SOFTWARE INC
JUNG-KYU MCCANN
CHIEF LEGAL OFFICER
228 PK AVE S PMB 14744
NEW YORK NY 14744
JUNG.MCCANN@GREENHOUSE.IO

000038P001-1578S-025
HAWAII ATTORNEY GENERAL
ANNE E LOPEZ
425 QUEEN ST
HONOLULU HI 96813
HAWAIIAG@HAWAII.GOV

000103P002-1578S-025
HEALTH INSURANCE ASSOCIATES
CONSTANTINE CHRISTOFORAKIS
MANAGING DIRECTOR
1175 BEVILLE RD
DAYTONA BEACH FL 32119
DINO@MEDICAREINSURANCE.COM

000093P001-1578S-025
INULTI INC
TADAS SVETIKAS
LEGAL COUNSEL
5810 CORAL RIDGE DR
STE 120
CORAL SPRINGS FL 33076
TADAS.SVETIKAS@INULTI.COM

000045P001-1578S-025
LOUISIANA ATTORNEY GENERAL
LIZ MURRILL
1885 NORTH THIRD ST
BATON ROUGE LA 70802
CONSTITUENTSERVICES@AG.LOUISIANA.GOV

000046P001-1578S-025
MAINE ATTORNEY GENERAL
AARON FREY
6 STATE HOUSE STATION
AUGUSTA ME 04333
ATTORNEY.GENERAL@MAINE.GOV

000047P001-1578S-025
MARYLAND ATTORNEY GENERAL
ANTHONY G BROWN
200 ST PAUL PL
BALTIMORE MD 21202-2022
OAG@OAG.STATE.MD.US

000048P001-1578S-025
MASSACHUSETTS ATTORNEY GENERAL
ANDREA JOY CAMPBELL
ONE ASHBURTON PL
BOSTON MA 02108-1698
AGO@STATE.MA.US

000125P001-1578S-025
MCCREARY VESELKA BRAGG & ALLEN P.C.
JULIE ANNE PARSONS
P O BOX 1269
ROUND ROCK TX 78680-1269
JPARSONS@MVBALAW.COM

000049P001-1578S-025
MICHIGAN ATTORNEY GENERAL
DANA NESSEL
PO BOX 30212
525 W OTTAWA ST
LANSING MI 48909-0212
MIAG@MI.GOV

000102P001-1578S-025
MICROSOFT ONLINE SVC
JONATHAN PALMER
CHIEF LEGAL OFFICER
1 MICROSOFT WAY
REDMOND WA 98052
JOPALMER@MICROSOFT.COM

000053P001-1578S-025
MONTANA ATTORNEY GENERAL
AUSTIN KNUDSEN
215 N SANDERS THIRD FL
JUSTICE BLDG
HELENA MT 59620-1401
CONTACTDOJ@MT.GOV

000087P001-1578S-025
MORRIS NICHOLS ARSHT & TUNNELL LLP
DEREK C ABBOTT
1201 N. MARKET STREET
16TH FLOOR
WILMINGTON DE 19899
DABBOTT@MORRISNICHOLS.COM

000123P001-1578S-025
MORRIS NICHOLS ARSHT & TUNNELL LLP
CICELY BERZACK
1201 N MARKET ST.
WILMINGTON DE 19801
CBERZACK@MORRISNICHOLS.COM

000055P001-1578S-025
NEVADA ATTORNEY GENERAL
AARON FORD
OLD SUPREME CT BLDG
100 N CARSON ST
CARSON CITY NV 89701
AGINFO@AG.NV.GOV

000056P001-1578S-025
NEW HAMPSHIRE ATTORNEY GENERAL
JOHN FORMELLA
NH DEPARTMENT OF JUSTICE
33 CAPITOL ST
CONCORD NH 03301-6397
ATTORNEYGENERAL@DOJ.NH.GOV

000107P002-1578S-025
NEW RELIC
ASHISH AGARWAL
CHIEF FINANCIAL OFFICER
188 SPEAR ST
STE 1000
SAN FRANCISCO CA 94105
ASHISHAGARWAL@NEWRELIC.COM

000061P001-1578S-025
NORTH DAKOTA ATTORNEY GENERAL
DREW WRIGLEY
600 E BLVD AVE
DEPT 125
BISMARCK ND 58505-0040
NDAG@ND.GOV

000010P002-1578S-025
OFFICE OF THE US TRUSTEE
BENJAMIN A HACKMAN
844 KING ST
STE 2207
WILMINGTON DE 19801
BENJAMIN.A.HACKMAN@USDOJ.GOV

Case 26-10914-TMH    Doc 156    Filed 07/20/26    Page 6 of 10

GoHealth, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 3 of 4                                                                                    07/16/2026 01:10:09 PM

000110P001-1578S-025
OGLETREE DEAKINS NASH SMOAK AND STEWART PC
DAVID C ZIMBRICK
CHIEF FINANCIAL OFFICER
300 NORTH MAIN ST
GREENVILLE SC 29601
DAVID.ZIMBRICK@OGLETREEDEAKINS.COM

000063P001-1578S-025
OKLAHOMA ATTORNEY GENERAL
GENTNER DRUMMOND
313 NE 21ST ST
OKLAHOMA CITY OK 73105
CONTACT@OAG.OK.GOV

000100P001-1578S-025
ONEDIGITAL MEDICARE SVC LLC
ERICA ZINKIE
EXECUTIVE VICE PRESIDENT OF LEGAL AND RISK
300 GALLERIA PKWY SE
STE 1100
ATLANTA GA 30339
EZINKIE@DIGITALINSURANCE.COM

000109P001-1578S-025
OPTIV
WILLIAM CROUTCH
EXECUTIVE VICE PRESIDENT AND GENERAL COUNSEL
1144 15TH ST
STE 2900
DENVER CO 80202
WILLIAM.CROUTCH@OPTIV.COM

000064P001-1578S-025
OREGON ATTORNEY GENERAL
DAN RAYFIELD
OREGON DEPARTMENT OF JUSTICE
1162 CT ST NE
SALEM OR 97301-4096
FRED.BOSS@DOJ.STATE.OR.US

000065P001-1578S-025
PENNSYLVANIA ATTORNEY GENERAL
DAVE SUNDAY
1600 STRAWBERRY SQUARE
16TH FL
HARRISBURG PA 17120
PRESS@ATTORNEYGENERAL.GOV

000111P001-1578S-025
PLANFUL INC
JOHN HERR
CHIEF EXECUTIVE OFFICER
2261 MARKET ST
STE 36245
SAN FRANCISCO CA 94114
CEO@PLANFUL.COM

000095P001-1578S-025
QUANTUM DIGITAL MEDIA
MARY CLUNEY
CHIEF FINANCIAL OFFICER
6511 WEST OAKTON ST
MORTON GROVE IL 60053
MCLUNEY@QUANTUMGROUP.COM

000094P001-1578S-025
RYAN COMPANIES US INC - REM
LAURA GRAF
CHIEF LEGAL OFFICER
533 SOUTH THIRD ST
STE 100
MINNEAPOLIS MN 55415
LAURA.GRAF@RYANCOMPANIES.COM

000094P001-1578S-025
RYAN COMPANIES US INC - REM
LAURA GRAF
CHIEF LEGAL OFFICER
533 SOUTH THIRD ST
STE 100
MINNEAPOLIS MN 55415
CONTACT@RYANCOMPANIES.COM

000097P002-1578S-025
SCHELLMAN AND CO
BEN ALLEN
GENERAL COUNSEL
4010 WEST BOY SCOUT BLVD
STE 600
TAMPA FL 33607
BEN.ALLEN@SCHELLMANCO.COM

000023P001-1578S-025
SECURITIES AND EXCHANGE COMMISSION
SEC OF THE TREASURY OFFICE OF GEN COUNSEL
100 F ST NE
WASHINGTON DC 20549
SECBANKRUPTCY@SEC.GOV

000024P001-1578S-025
SECURITIES AND EXCHANGE COMMISSION
PHIL OFC   BANKRUPTCY DEPT
ONE PENN CTR
1617 JFK BLVD STE 520
PHILADELPHIA PA 19103
SECBANKRUPTCY@SEC.GOV

000104P001-1578S-025
SENIOR HEALTHCARE ADVISORS LLC
DANIEL POST
OWNER
828 S MILITARY TRL
DEERFIELD BEACH FL 33442
DANIEL.POST@SENIORHEALTHCAREADV.COM

000104P001-1578S-025
SENIOR HEALTHCARE ADVISORS LLC
DANIEL POST
OWNER
828 S MILITARY TRL
DEERFIELD BEACH FL 33442
SHEILA.ORETSKY@GTLAW.COM

000088P001-1578S-025
SENIOR PROTECT SOLUTIONS INC
KEITH MENDONSA
MANAGING DIRECTOR
2365 NORTHSIDE DR
STE 575
SAN DIEGO CA 92108
HHC442@HOTMAIL.COM

000088P001-1578S-025
SENIOR PROTECT SOLUTIONS INC
KEITH MENDONSA
MANAGING DIRECTOR
2365 NORTHSIDE DR
STE 575
SAN DIEGO CA 92108
BFEIL@MYSENIORPROTECT.COM

000067P001-1578S-025
SOUTH CAROLINA ATTORNEY GENERAL
ALAN WILSON
REMBERT C DENNIS OFFICE BLDG
1000 ASSEMBLY ST RM 519
COLUMBIA SC 29211-1549
BANKRUPTCY@SCAG.GOV

000068P001-1578S-025
SOUTH DAKOTA ATTORNEY GENERAL
MARTY JACKLEY
1302 EAST HIGHWAY 14
STE 1
PIERRE SD 57501-8501
ATGHELP@STATE.SD.US

000112P003-1578S-025
SPEEDEON DATA LLC
NEIL BARRY
CHIEF LEGAL OFFICER
5875 LANDERBROOK DR
SUITE 130
CLEVELAND OH 44124
NBARRY@SPEEDEONDATA.COM

000099P001-1578S-025
TOGETHER HEALTH
HUY TRAN
FOUNDER AND CEO
7551 WILES RD
CORAL SPRINGS FL 33067
HUY@TOGETHERHEALTH.CO

000012P001-1578S-025
US ATTORNEY FOR DELAWARE
1313 NORTH MARKET ST
WILMINGTON DE 19801
USADE.ECFBANKRUPTCY@USDOJ.GOV

000071P001-1578S-025
UTAH ATTORNEY GENERAL
DEREK BROWN
UTAH STATE CAPITOL COMPLEX
350 NORTH STATE ST STE 230
SALT LAKE CITY UT 84114-2320
UAG@AGUTAH.GOV

000127P001-1578S-025
VANESSA O. ADAMS, M.A. â€" CONFLICT RESOLUTION
BANKRUPTCY COORDINATOR
STATE OF TEXAS CERTIFIED MEDIATOR
P.O. BOX 660506
DALLAS TX 75266-9937
VANESSA.ADAMS@XEROX.COM

Page # : 4 of 4                                                                                    07/16/2026 01:10:09 PM

| | | | |
|---|---|---|---|
| 000072P001-1578S-025<br>VERMONT ATTORNEY GENERAL<br>CHARITY R CLARK<br>PAVILLION OFFICE BLDG<br>109 STATE ST<br>MONTPELIER VT 05609-1001<br>AGO.INFO@VERMONT.GOV | 000073P001-1578S-025<br>VIRGINIA ATTORNEY GENERAL<br>JAY JONES<br>202 NORTH NINTH ST<br>RICHMOND VA 23219<br>MAIL@OAG.STATE.VA.US | 000108P002-1578S-025<br>WALKME INC<br>IRIS PAPPO<br>GENERAL COUNSEL<br>350 MISSION ST<br>FL 26<br>SAN FRANCISCO CA 94105<br>IRIS.PAPPO@WALKME.COM | 000077P001-1578S-025<br>WYOMING ATTORNEY GENERAL<br>KEITH G KAUTZ<br>109 STATE CAPITOL<br>STATE CAPITOL BLDG RM 123<br>CHEYENNE WY 82002<br>WYOAG.BANKRUPTCYUNIT@WYO.GOV |
| 000085P001-1578S-025<br>YOUNG CONAWAY STARGATT & TAYLOR<br>MICHAEL R. NESTOR<br>1000 NORTH KING STREET<br>WILMINGTON DE 19801<br>MNESTOR@YCST.COM | 000086P001-1578S-025<br>YOUNG CONAWAY STARGATT & TAYLOR<br>ROBERT POPPITI<br>1000 NORTH KING STREET<br>WILMINGTON DE 19801<br>RPOPPITI@YCST.COM | | |

Records Printed : **78**

**EXHIBIT 2**

**GoHealth, Inc., et al.**
**US First Class Mail**
**Exhibit Pages**

Page # : 1 of 2                                                        07/16/2026 01:12:56 PM

---

000027P001-1578S-025
ALABAMA ATTORNEY GENERAL
STEVE MARSHALL
501 WASHINGTON AVE
MONTGOMERY AL 36130

000020P001-1578S-025
ARIZONA ATTORNEY GENERAL'S OFFICE
PO BOX 6123
MD 7611
PHOENIX AZ 85005-6123

000031P001-1578S-025
CALIFORNIA ATTORNEY GENERAL
ROB BONTA
1300 I ST
STE 1740
SACRAMENTO CA 95814

000015P001-1578S-025
DELAWARE DIVISION OF REVENUE
BANKRUPTCY ADMINISTRATOR
CARVEL STATE OFFICE BUILD 8TH FL
820 N FRENCH ST
WILMINGTON DE 19801

000013P001-1578S-025
DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
401 FEDERAL ST STE 4
DOVER DE 19901

000014P001-1578S-025
DELAWARE STATE TREASURY
BANKRUPTCY DEPT
820 SILVER LAKE BLVD
STE 100
DOVER DE 19904

000036P001-1578S-025
FLORIDA ATTORNEY GENERAL
JAMES UTHMEIER
THE CAPITOL
PL-01
TALLAHASSEE FL 32399-1050

000016P001-1578S-025
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MSA340
PO BOX 2952
SACRAMENTO CA 95812-2952

000037P001-1578S-025
GEORGIA ATTORNEY GENERAL
CHRISTOPHER M CARR
40 CAPITAL SQUARE SW
ATLANTA GA 30334-1300

000039P001-1578S-025
IDAHO ATTORNEY GENERAL
RAUL R LABRADOR
700 W JEFFERSON ST
PO BOX 83720
BOISE ID 83720-1000

000040P001-1578S-025
ILLINOIS ATTORNEY GENERAL
KWAME RAOUL
JAMES R THOMPSON CTR
100 W RANDOLPH ST
CHICAGO IL 60601

000041P001-1578S-025
INDIANA ATTORNEY GENERAL
TODD ROKITA
INDIANA GOVERNMENT CTR SOUTH
302 WEST WASHINGTON ST 5TH FL
INDIANAPOLIS IN 46204-2770

000008P001-1578S-025
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346

000009P001-1578S-025
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
2970 MARKET ST
MAIL STOP 5 Q30 133
PHILADELPHIA PA 19104-5016

000042P001-1578S-025
IOWA ATTORNEY GENERAL
BRENNA BIRD
HOOVER STATE OFFICER BLDG
1305 E WALNUT 2ND FL
DES MOINES IA 50319

000043P001-1578S-025
KANSAS ATTORNEY GENERAL
KRIS W KOBACH
120 SW 10TH AVE
2ND FL
TOPEKA KS 66612-1597

000044P001-1578S-025
KENTUCKY ATTORNEY GENERAL
RUSSELL COLEMAN
700 CAPITOL AVE
CAPITAL BLDG STE 118
FRANKFORT KY 40601

000025P001-1578S-025
MASSACHUSETTS DEPT OF REVENUE
COLLECTIONS BUREAU/BANKRUPTCY UNIT
PO BOX 7090
BOSTON MA 02204-7090

000017P001-1578S-025
MICHIGAN DEPT OF TREASURY, TAX POL DIV
LITIGATION LIAISON
430 WEST ALLEGAN ST
2ND FL AUSTIN BLDG
LANSING MI 48922

000050P001-1578S-025
MINNESOTA ATTORNEY GENERAL
KEITH ELLISON
1400 BREMER TOWER
445 MINNESOTA ST
ST. PAUL MN 55101-2131

000051P001-1578S-025
MISSISSIPPI ATTORNEY GENERAL
LYNN FITCH
WALTER SILLERS BLDG
550 HIGH ST STE 1200
JACKSON MS 39201

000052P001-1578S-025
MISSOURI ATTORNEY GENERAL
CATHERINE L HANAWAY
SUPREME CT BLDG
207 W HIGH ST
JEFFERSON CITY MO 65101

000054P001-1578S-025
NEBRASKA ATTORNEY GENERAL
MIKE HILGERS
2115 STATE CAPITOL
LINCOLN NE 68509-8920

000057P001-1578S-025
NEW JERSEY ATTORNEY GENERAL
JENNIFER DAVENPORT
RICHARD J HUGHES JUSTICE COMPLEX
25 MARKET ST 8TH FL WEST WING
TRENTON NJ 08625

000058P001-1578S-025
NEW MEXICO ATTORNEY GENERAL
RAUL TORREZ
408 GLISTEO ST
VILLAGRA BLDG
SANTA FE NM 87501

000059P001-1578S-025
NEW YORK ATTORNEY GENERAL
LETITIA JAMES
DEPT OF LAW
THE CAPITOL 2ND FL
ALBANY NY 12224-0341

000060P001-1578S-025
NORTH CAROLINA ATTORNEY GENERAL
JEFF JACKSON
DEPT OF JUSTICE
9001 MAIL SERVICE CTR
RALEIGH NC 27699-9001

000062P001-1578S-025
OHIO ATTORNEY GENERAL
DAVID ANTHONY YOST
STATE OFFICE TOWER
30 E BROAD ST 14TH FL
COLUMBUS OH 43431

Page # : 2 of 2                                                                                                      07/16/2026 01:12:56 PM

---

| | | | |
|---|---|---|---|
| 000090P002-1578S-025<br>PING HEALTH LLC<br>ZACKERY RIDER<br>CO-FOUNDER<br>101 S TRYON ST STE 2500<br>CHARLOTTE NC 28280 | 000066P001-1578S-025<br>RHODE ISLAND ATTORNEY GENERAL<br>PETER F NERONHA<br>150 S MAIN ST<br>PROVIDENCE RI 02903 | 000022P001-1578S-025<br>SECURITIES AND EXCHANGE COMMISSION<br>ANTONIA APPS REGIONAL DIRECTOR<br>100 PEARL ST<br>STE 20-100<br>NEW YORK NY 10004-2616 | 000019P001-1578S-025<br>SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE GEN COUNSEL<br>OFFICE OF PROGRAM LITIGATION/BANKRUPTCY<br>6401 SECURITY BLVD<br>BALTIMORE MD 21235 |
| 000069P001-1578S-025<br>TENNESSEE ATTORNEY GENERAL<br>JONATHAN SKRMETTI<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | 000070P001-1578S-025<br>TEXAS ATTORNEY GENERAL<br>KEN PAXTON<br>300 W 15TH ST<br>AUSTIN TX 78701 | 000084P001-1578S-025<br>US ATTORNEY DISTRICT OF MASSACHUSETTS<br>LEAH B FOLEY<br>1 COURTHOUSE WAY<br>SUITE 9200<br>BOSTON MA 02210 | 000083P001-1578S-025<br>US ATTORNEY FOR THE DISTRICT OF COLUMBIA<br>JEANINE FERRIS PIRRO<br>601 D STREET NW<br>WASHINGTON DC 20579 |
| 000018P001-1578S-025<br>US EPA REG 3<br>BETTINA DUNN<br>OFFICE OF REG COUNSEL<br>FOUR PENN CTR<br>PHILADELPHIA PA 19103-2852 | 000026P001-1578S-025<br>US SMALL BUSINESS ADMINISTRATION<br>DISTRICT COUNSEL<br>660 AMERICAN AVE<br>STE 301<br>KING OF PRUSSIA PA 19406 | 000074P001-1578S-025<br>WASHINGTON ATTORNEY GENERAL<br>NICHOLAS BROWN<br>1125 WASHINGTON ST SE<br>PO BOX 40100<br>OLYMPIA WA 98504-0100 | 000075P001-1578S-025<br>WEST VIRGINIA ATTORNEY GENERAL<br>JOHN B MCCUSKEY<br>STATE CAPITOL COMPLEX BLDG 1 RM E26<br>1900 KANAWHA BLVD E<br>CHARLESTON WV 25305 |
| 000076P001-1578S-025<br>WISCONSIN ATTORNEY GENERAL<br>JOSH KAUL<br>114 EAST STATE CAPITOL<br>MADISON WI 53707-7857 | | | |

Records Printed :  **41**