**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| GOHEALTH, INC., *et al.*,[1] | ) | Case No. 26-10914 (TMH) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON AUGUST 6, 2026 AT 11:00 A.M. (EASTERN TIME)**
**BEFORE THE HONORABLE THOMAS M. HORAN AT THE UNITED**
**STATES BANKRUPTCY COURT, 824 NORTH MARKET STREET,**
**3RD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801**

**AS NO MATTERS ARE GOING FORWARD, THE HEARING**
**HAS BEEN CANCELLED WITH THE COURT'S PERMISSION.**

**RESOLVED MATTERS**

1.    **PSZ&J Retention Application** – Debtors' Application for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Co-Counsel for the Debtors Effective as of the Petition Date [Filed: 7/7/26] (Docket No. 122).

Response Deadline:  July 21, 2026 at 4:00 p.m. Eastern Time.

Responses Received:  None.

Related Documents:

a)  Certification of No Objection Regarding Debtors' Application for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Co-Counsel for the Debtors Effective as of the Petition Date [Filed: 7/22/26] (Docket No. 168).

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are:  GoHealth, Inc. (3805); Blizzard Midco, LLC (3732); Connected Benefits, LLC (2162); e-TeleQuote Insurance, Inc. (2336); ETQ Holdings, LLC (8260); GoHealth Holdings, LLC (3653); GoHealth, LLC (5175); and Norvax, LLC (3063).  The location of the Debtors' service address for purposes of these chapter 11 cases is:  222 West Merchandise Mart Plaza, Suite 1750, Chicago, Illinois 60654.

b) [Signed] Order Authorizing the Employment and Retention of Pachulski Stang Ziehl & Jones LLP as Co-Counsel for the Debtors Effective as of the Petition Date [Filed: 7/23/26] (Docket No. 174).

Status:  The order has been entered.  No hearing will be necessary.

2. **Kirkland Retention Application** – Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of June 7, 2026 [Filed: 7/7/26] (Docket No. 123).

Response Deadline:  July 21, 2026 at 4:00 p.m. Eastern Time.

Responses Received:  None.

Related Documents:

a) Certification of No Objection Regarding Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of June 7, 2026 [Filed: 7/22/26] (Docket No. 169).

b) [Signed] Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of June 7, 2026 [Filed: 7/23/26] (Docket No. 175).

Status:  The order has been entered.  No hearing will be necessary.

3. **A&M Retention Application** – Debtors' Application to Employ and Retain Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors in Possession Pursuant to Sections 327(a) and 328 of the Bankruptcy Code [Filed: 7/7/26] (Docket No. 124).

Response Deadline:  July 21, 2026 at 4:00 p.m. Eastern Time.

Responses Received:  Informal comment from the Office of the United States Trustee (the "U.S. Trustee").

Related Documents:

a) Certification of Counsel Regarding Order Authorizing the Debtors to Employ and Retain Alvarez & Marsal North America LLC as Financial Advisors to the Debtors and Debtors in Possession Pursuant to Sections 327(a) and 328 of the Bankruptcy Code [Filed: 7/22/26] (Docket No. 170).

b) [Signed] Order Authorizing the Debtors to Employ and Retain Alvarez & Marsal North America LLC as Financial Advisors to the Debtors and Debtors in Possession Pursuant to Sections 327(a) and 328 of the Bankruptcy Code [Filed: 7/23/26] (Docket No. 172).

Status:  The order has been entered.  No hearing will be necessary.

4.     **DRC Retention Application** – Application of Debtors for Entry of an Order Authorizing the Employment and Retention of Donlin, Recano & Company, LLC as Administrative Advisor Effective as of the Petition Date [Filed: 7/7/26] (Docket No. 125).

Response Deadline:  July 21, 2026 at 4:00 p.m. Eastern Time.

Responses Received:  Informal comments from the U.S. Trustee.

Related Documents:

a)   Certification of Counsel Regarding Order Authorizing the Employment and Retention of Donlin, Recano & Company, LLC as Administrative Advisor Effective as of the Petition Date [Filed: 7/22/26] (Docket No. 171).

b)   [Signed] Order Authorizing the Employment and Retention of Donlin, Recano & Company, LLC as Administrative Advisor Effective as of the Petition Date [Filed: 7/23/26] (Docket No. 173).

Status:  The order has been entered.  No hearing will be necessary.

5.     **Helm Stay Motion** – Motion of Laura Helm, Jaqueline Helm, and Edward Helm for Relief from Automatic Stay [Filed: 7/23/26] (Docket No. 163).

Response Deadline:  July 30, 2026.

Responses Received:  None.

Related Documents:

a)   Notice to Withdraw Rec. Doc. 163 and Rec. Doc. 176 [Filed: 7/24/26] (Docket No. 179).

Status:  The motion has been withdrawn.  No hearing will be necessary.

6.     **Helm Motion to Withdraw** – Motion of Laura Helm, Jaqueline Helm, and Edward Helm to Withdraw Rec. Doc. 163 Motion to Lift Automatic Stay [Filed: 7/23/26] (Docket No. 176).

Response Deadline:  July 30, 2026.

Responses Received:  None.

Related Documents:

a)   Notice to Withdraw Rec. Doc. 163 and Rec. Doc. 176 [Filed: 7/24/26] (Docket No. 179).

<u>Status</u>:  The motion has been withdrawn.  No hearing will be necessary.


Dated:  July 29, 2026
Wilmington, Delaware

*/s/ Laura Davis Jones*

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP** | **KIRKLAND & ELLIS LLP** |
| Laura Davis Jones (DE Bar No. 2436) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| James E. O'Neill (DE Bar No. 4042) | Anup Sathy, P.C. |
| Edward A. Corma (DE Bar No. 6718) | Alexandra F. Schwarzman, P.C. (admitted *pro hac vice*) |
| 919 North Market Street, 17th Floor | David R. Gremling (admitted *pro hac vice*) |
| Wilmington, Delaware 19801 | 333 West Wolf Point Plaza |
| Telephone:    (302) 652-4100 | Chicago, Illinois 60654 |
| Facsimile:    (302) 652-4400 | Telephone:    (312) 862-2000 |
| Email:    ljones@pszjlaw.com | Facsimile:    (312) 862-2200 |
|     joneill@pszjlaw.com | Email:    anup.sathy@kirkland.com |
|     ecorma@pszjlaw.com |     alexandra.schwarzman@kirkland.com |
| |     dave.gremling@kirkland.com |

*Co-Counsel for the Debtors and Debtors in Possession*     *Co-Counsel for the Debtors and Debtors in Possession*