# EXHIBIT A

**Customary and Comparable Compensation Disclosures with Fee Applications**

**EXHIBIT A**

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS**

(*See* Guidelines C.3. for definitions of terms used in this Exhibit.)

| CATEGORY OF TIMEKEEPER (using categories already maintained by the firm) | BLENDED HOURLY RATE* | |
|---|---|---|
| | BILLED OR COLLECTED<br>Firm or offices for preceding year, excluding bankruptcy* | BILLED<br>In this fee application |
| Sr./Equity Partner/Shareholder | $1,700.00 | $1,925.75 |
| Of Counsel | $1,400.00 | $1,795.00 |
| Associates | $1,000.00 | $ 950.00 |
| Law Library Director | $ 695.00 | $ 0.00 |
| Paralegal | $ 625.00 | $ 650.44 |
| Case Management Assistants | $ 495.00 | $ 525.00 |
| All timekeepers aggregated** | $1,050.00** | $1,360.05 |

* Represents approximate blended hourly rate. Non-estate work for PSZ&J represents a de minimis amount of the Firm's revenues as the Firm's engagements are primarily on behalf of debtors, official committees, and other estate-billed constituencies. For fiscal year ending 2025, non-estate work represented approximately 8-10% of the Firm's revenues. It is expected that non-estate work in 2026 will represent approximately 8-10% of the Firm's revenues.

**Represents an estimate for the aggregate blended hourly rate for all timekeepers on non-estate work

Case Name: GoHealth, Inc.

Case Number: 26-10914 (TMH)

Applicant's Name: Pachulski Stang Ziehl & Jones LLP

Date of Application: 08/12/2026

Interim or Final Final