# EXHIBIT B

**Summary of Timekeepers Included in this Fee Application**

# EXHIBIT B

## Summary of Timekeepers Included in this Fee Application

| NAME | TITLE OR POSITION | DEPARTMENT GROUP OR SECTION | DATE OF FIRST ADMISSION[1] | HOURS BILLED IN THIS APPLICATION | FEES BILLED IN THIS APPLICATION | HOURLY RATE BILLED | | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | IN THIS APPLICATION | IN FIRST INTERIM APPLICATION | |
| John A. Morris | Partner | Bankruptcy | 1991 | 27.00 | $ 55,350.00 | $2,050.00 | $0.00 | 0 |
| James E. O'Neill | Partner | Bankruptcy | 1985 | 82.00 | $130,790.00 | $1,595.00 | $0.00 | 0 |
| Laura Davis Jones | Partner | Bankruptcy | 1986 | 73.30 | $164,925.00 | $2,250.00 | $0.00 | 0 |
| Karen B. Dine | Of Counsel | Bankruptcy | 1994 | 65.70 | $117,931.50 | $1,795.00 | $0.00 | 0 |
| Edward A. Corma | Associate | Bankruptcy | 2018 | 66.30 | $ 62,985.00 | $ 950.00 | $0.00 | 0 |
| Cheryl A. Knotts | Paralegal | Bankruptcy | N/A | 0.80 | $ 500.00 | $ 625.00 | $0.00 | 0 |
| Karina K. Yee | Paralegal | Bankruptcy | N/A | 49.00 | $ 31,850.00 | $ 650.00 | $0.00 | 0 |
| Melissa N. Flores | Paralegal | Bankruptcy | N/A | 2.30 | $ 1,495.00 | $ 650.00 | $0.00 | 0 |
| Patricia E. Cuniff | Partner | Bankruptcy | N/A | 4.40 | $ 2,860.00 | $ 650.00 | $0.00 | 0 |
| Patricia J. Jeffries | Partner | Bankruptcy | N/A | 1.00 | $ 695.00 | $ 695.00 | $0.00 | 0 |
| Andrea R. Paul | Case Mgmt. Assist | Bankruptcy | N/A | 5.40 | $ 2,835.00 | $ 525.00 | $0.00 | 0 |
| David Crosby Jr. | Case Mgmt. Assist | Bankruptcy | N/A | 4.30 | $ 2,257.50 | $ 525.00 | $0.00 | 0 |
| Gary L Arnold | Case Mgmt. Assist | Bankruptcy | N/A | 66.60 | $ 34,965.00 | $ 525.00 | $0.00 | 0 |

Case Name: GoHealth, Inc.

Case Number: 26-10914 (TMH)

Applicant's Name: Pachulski Stang Ziehl & Jones LLP

Date of Application: 08/12/2026

Interim or Final: Final

---

[1] If applicable.