# EXHIBIT D-1

**Summary of Compensation Requested by Project Category**

**EXHIBIT D-1**

**Summary of Compensation Requested by Project Category**

| PROJECT CATEGORY | HOURS BUDGETED[1] | FEES BUDGETED | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| Asset Disposition | 5.00 | $ 5,000.00 | 0.40 | $ 638.00 |
| Bankruptcy Litigation | 300.00 | $450,000.00 | 269.70 | $378,840.50 |
| Case Administration | 30.00 | $ 18,000.00 | 25.70 | $ 15,245.00 |
| Corporate Governance | 25.00 | $ 37,500.00 | 19.40 | $ 34,823.00 |
| Claims Administration and Objections | 5.00 | $ 7,500.00 | 2.40 | $ 5,140.00 |
| PSZJ Compensation | 5.00 | $ 5,000.00 | 1.40 | $ 2,500.00 |
| First Day Matters | 25.00 | $ 20,000.00 | 21.60 | $ 17,410.50 |
| Financial Filings | 10.00 | $ 11,000.00 | 7.60 | $ 10,647.00 |
| Financing/Cash Collateral/Cash Management | 5.00 | $ 5,000.00 | 4.00 | $ 4,136.00 |
| General Creditors Committee | 0.00 | $ 0.00 | 0.70 | $ 1,256.50 |
| Operations | 10.00 | $ 15,000.00 | 8.30 | $ 13,238.50 |
| Plan and Disclosure Statement | 75.00 | $ 90,000.00 | 61.50 | $ 90,107.00 |
| PSZJ Retention | 10.00 | $ 10,000.00 | 7.60 | $ 8,946.50 |
| Other Professional Retention | 20.00 | $ 30,000.00 | 17.80 | $ 26,510.50 |
| **Total** | **525.00** | **$704,000.00** | **448.10** | **$609,439.00** |

Case Name: GoHealth, Inc.

Case Number: 26-10914 (TMH)

Applicant's Name: Pachulski Stang Ziehl & Jones LLP

Date of Application: 08/12/2026

Interim or Final Final

[1] If applicable.

# EXHIBIT D-2

**Summary of Expense Reimbursement Requested by Category**

## EXHIBIT D -2

### SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY

(*See* Guidelines C.8. for project category information.)

| Expense Category | Total Expenses |
|---|---|
| Working Meals | $ 235.39 |
| Delivery/Courier Service | $ 82.50 |
| Court Fees | $14,204.00 |
| Pacer - Court Research | $ 263.50 |
| Reproduction Expense | $ 2,177.20 |
| Transcript | $ 335.80 |
| Westlaw – Legal Research | $ 0.51 |
| **Total:** | **$17,298.90** |

Case Name: GoHealth, Inc.

Case Number: 26-10914 (TMH)

Applicant's Name: Pachulski Stang Ziehl & Jones LLP

Date of Application: 08/12/2026

Interim or Final: Final