**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| GOHEALTH, INC., *et al.*,[1] | ) | Case No. 26-10914 (TMH) |
| Debtors. | ) | (Jointly Administered) |

**ORDER GRANTING FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS CO-COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD FROM JUNE 7, 2026 THROUGH JULY 21, 2026**

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as Co-Counsel for the Debtors and Debtors in Possession ("Debtors") in the above-captioned cases, filed its First and Final Application for Compensation and for Reimbursement of Expenses for the Period from June 7, 2026 through July 21, 2026 (the "Final Application"). The Court has reviewed the Final Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Final Application, and any hearing on the Final Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Final Application. Accordingly, it is hereby

ORDERED that the Final Application is GRANTED, on a final basis, and all fees and costs requested in the Final Application are allowed on a final basis. Debtors in the above

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are: GoHealth, Inc. (3805); Blizzard Midco, LLC (3732); Connected Benefits, LLC (2162); e-TeleQuote Insurance, Inc. (2336); ETQ Holdings, LLC (8260); GoHealth Holdings, LLC (3653); GoHealth, LLC (5175); and Norvax, LLC (3063). The location of the Debtors' service address for purposes of these chapter 11 cases is: 222 West Merchandise Mart Plaza, Suite 1750, Chicago, Illinois 60654.

cases shall pay to PSZ&J the sum of $609,439.00 as compensation and $17,298.90 as reimbursement of expenses, for a total of $626,737.90 for services rendered and disbursements incurred by PSZ&J for the period June 7, 2026 through July 21, 2026.

ORDERED that PSZ&J may file one or more supplemental fee applications and submit a certificate of no objection and order to the Court for final approval of such fees and expenses as may be reflected in any such supplemental fee application.

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.