**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>GOHEALTH, INC., *et al.*,[1]<br><br>Reorganized Debtors | Chapter 11<br><br>Case No. 26-10914 (TMH)<br><br>(Jointly Administered)<br><br>**Objection Deadline: September 8, 2026 at 4:00 p.m. (ET)**<br>**Hearing Date: September 29, 2026 at 1:00 p.m. (ET)** |

**SUMMARY COVER SHEET OF FIRST MONTHLY AND FINAL APPLICATION OF ALVAREZ & MARSAL NORTH AMERICA, LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JUNE 7, 2026 TO AND INCLUDING JULY 21, 2026**

| | |
|---|---|
| Name of Applicant: | Alvarez & Marsal North America, LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Order Approving Retention: | July 23, 2026 (effective as of June 7, 2026) |
| Period for Which Compensation and Reimbursement Are Requested: | June 7, 2026 – July 21, 2026 |
| Amount of Compensation Requested: | $1,180,520.00 |
| Amount of Expense Reimbursement Requested: | $3,867.30 |

This is a(n): monthly __x__ interim ____ final application __x__

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of the Reorganized Debtors' federal tax identification numbers are: GoHealth, Inc. (3805); Blizzard Midco, LLC (3732); Connected Benefits, LLC (2162); e-TeleQuote Insurance, Inc. (2336); ETQ Holdings, LLC (8260); GoHealth Holdings, LLC (3653); GoHealth, LLC (5175); and Norvax, LLC (3063). The location of the Reorganized Debtors' service address for purposes of these chapter 11 cases is: 222 West Merchandise Mart Plaza, Suite 1750, Chicago, Illinois 60654.

## COMPENSATION AND HOURS BY PROFESSIONAL

| COMPENSATION AND HOURS BY PROFESSIONAL FOR ALVAREZ & MARSAL NORTH AMERICA, LLC June 7, 2026 through July 21, 2026 | | | | | |
|---|---|---|---|---|---|
| **PROFESSIONAL** | **POSITION** | **GROUP** | **BILLING RATE** | **TOTAL HOURS** | **TOTAL FEES** |
| Steinberg, Howard | Managing Director | Tax | $1,600.00 | 22.4 | $35,840.00 |
| Whittman, Brian | Managing Director | Restructuring | $1,575.00 | 1.6 | $2,520.00 |
| Ruppin, Yuval | Managing Director | Tax | $1,550.00 | 5.9 | $9,145.00 |
| Frank, Matt | Managing Director | Restructuring | $1,300.00 | 82.8 | $107,640.00 |
| Weiland, Brad | Managing Director | Case Management | $1,200.00 | 85.7 | $102,840.00 |
| Casso, David | Managing Director | Tax | $1,175.00 | 20.4 | $23,970.00 |
| Klig, Steven | Senior Advisor | Tax | $1,550.00 | 0.8 | $1,240.00 |
| Zimet, Lee | Senior Director | Tax | $1,550.00 | 1.3 | $2,015.00 |
| Demko, Danny | Director | Restructuring | $975.00 | 246.1 | $239,947.50 |
| Allison, Roger | Director | Case Management | $925.00 | 66.5 | $61,512.50 |
| Wilson, Forrest | Manager | Tax | $975.00 | 4.7 | $4,582.50 |
| Colombo, Shaina | Senior Associate | Tax | $875.00 | 7.7 | $6,737.50 |
| Reid, Kathryn | Senior Associate | Case Management | $850.00 | 109.8 | $93,330.00 |
| Kearney, Brendon | Senior Associate | Restructuring | $775.00 | 241.3 | $187,007.50 |
| Noonan, Jake | Senior Associate | Restructuring | $775.00 | 207.4 | $160,735.00 |
| Kuang, Cindy | Associate | Tax | $750.00 | 31.9 | $23,925.00 |
| Boutton, John | Associate | Restructuring | $675.00 | 170.0 | $114,750.00 |
| Gebke, Ella | Analyst | Case Management | $525.00 | 5.3 | $2,782.50 |

| | | | |
|---|---|---|---|
| **Total** | | **1,311.6** | **$1,180,520.00** |

**Total:** **$1,180,520.00**

**Blended Rate:** **$900.06**

## COMPENSATION BY PROJECT CATEGORY

| COMPENSATION BY PROJECT CATEGORY<br>FOR ALVAREZ & MARSAL NORTH AMERICA, LLC<br>June 7, 2026 through July 21, 2026 | | | |
|---|---|---|---|
| **Task Code** | **Description** | **Total Hours** | **Total Fees Requested** |
| ACCT | Accounting related support | 5.2 | $5,570.00 |
| BANKRUPT | Bankruptcy issues/implications Advice | 5.1 | $6,157.50 |
| BUSBP | Business Plan Analysis & related fcst | 33.7 | $32,860.00 |
| ADMN | Case administration matters | 24.4 | $23,692.50 |
| CASH | Cash Collateral - act/fcst, fee sched | 59.7 | $57,280.00 |
| CASHMGMT | Cash Management | 369.4 | $292,845.00 |
| CLM | Claims - review and anaylsis | 42.3 | $39,785.00 |
| COMM | Communications focused activities | 8.2 | $9,495.00 |
| CRT | Court - prep/participation for hearings | 33.7 | $38,767.50 |
| MOR | Dev of Initial/Monthly Operating Reports | 151.2 | $137,770.00 |
| CAPS | Disbursements and dev. of summaries | 16.8 | $14,140.00 |
| EMPLOYEE | Employee matters - comms, sev, retention | 22.4 | $18,965.00 |
| FIN | Finance Related work streams | 4.4 | $4,272.50 |
| LIQ | Hypothetical Liquidation Analysis | 0.6 | $780.00 |
| INFOREQ | Info request excl asset sale process | 3.9 | $4,740.00 |
| INS | Insurance related work streams incl. FDM | 13.5 | $13,062.50 |
| MTGCONF | Meetings w/ Debtors' mgmt, BoD, advisors | 1.0 | $1,170.00 |
| MOT | Motions and Orders - FDM/FDO | 59.3 | $48,705.00 |
| POR | Plan of Reorganization- Plan support | 287.7 | $245,470.00 |
| PMO | PMO Office - mgmt of project workstreams | 29.3 | $32,965.00 |
| RETENTION | Retention docs & updates of conflicts | 27.0 | $29,355.00 |
| TAXM | Tax- Tax analysis | 99.5 | $112,182.50 |
| FEE | Use for preparation of fee statements | 5.6 | $3,780.00 |
| VM | Vendor Management | 7.7 | $6,710.00 |
| **Total** | | **1,311.6** | **$1,180,520.00** |

**Blended Rate:** **$900.06**

# EXPENSES BY CATEGORY

| EXPENSES BY CATEGORY<br>FOR ALVAREZ & MARSAL NORTH AMERICA, LLC<br>June 7, 2026 through July 21, 2026 | |
|---|---|
| **Expense Category** | **Amount** |
| Airfare | 1,833.60 |
| Lodging | 887.70 |
| Meals | 543.67 |
| Transportation | 602.33 |
| **Total** | **$ 3,867.30** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>GOHEALTH, INC., *et al.*,[1]<br><br>Reorganized Debtors | Chapter 11<br><br>Case No. 26-10914 (TMH)<br><br>(Jointly Administered)<br><br>**Objection Deadline: September 8, 2026 at 4:00 p.m. (ET)**<br>**Hearing Date: September 29, 2026 at 1:00 p.m. (ET)** |

**FIRST MONTHLY AND FINAL APPLICATION OF ALVAREZ & MARSAL NORTH AMERICA, LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JUNE 7, 2026 TO AND INCLUDING JULY 21, 2026**

Alvarez & Marsal North America, LLC ("A&M"), financial advisors for GoHealth, Inc. and its affiliates in the above-captioned Chapter 11 Cases (as defined herein) (collectively, before the Effective Date of the Plan,[2] the "Debtors," and after the Effective Date, the "Reorganized Debtors"), hereby submits this first monthly and final application (this "Application") for compensation for professional services rendered and expenses incurred for the period from June 7, 2026 to and including July 21, 2026 (the "Fee Period"). In support of this Application, A&M respectfully represents as follows:

**BACKGROUND**

1. On June 7, 2026 (the "Petition Date"), the Debtors commenced with the Court voluntary cases (the "Chapter 11 Cases") under chapter 11 of title 11 of the United States

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of the Reorganized Debtors' federal tax identification numbers are: GoHealth, Inc. (3805); Blizzard Midco, LLC (3732); Connected Benefits, LLC (2162); e-TeleQuote Insurance, Inc. (2336); ETQ Holdings, LLC (8260); GoHealth Holdings, LLC (3653); GoHealth, LLC (5175); and Norvax, LLC (3063). The location of the Reorganized Debtors' service address for purposes of these chapter 11 cases is: 222 West Merchandise Mart Plaza, Suite 1750, Chicago, Illinois 60654.

[2] Capitalized terms used but not defined herein have the meanings given to them in the *Amended Joint Prepackaged Chapter 11 Plan of GoHealth Inc. and Its Debtor Affiliates* [Docket No. 141] (the "Plan").

Code (the "Bankruptcy Code"). The Debtors are authorized to continue operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee, examiner, or statutory committee has been appointed in the Chapter 11 Cases.

2. On July 23, 2026, the Court entered the *Order Authorizing The Debtors To Employ And Retain Alvarez & Marsal North America, LLC As Financial Advisors To The Debtors And Debtors In Possession Pursuant To Sections 327(a) And 328 Of The Bankruptxy Code* [D.I. 124], authorizing the retention and employment of A&M as the Debtors' financial advisors, effective as of the Petition Date.

**RELIEF REQUESTED**

3. By this Application, A&M requests payment in the amount of $1,180,520.00 of total compensation earned, together with $3,867.30 of necessary expenses incurred by A&M during the Fee Period in connection with services to the Debtors.

**SUMMARY OF SERVICES RENDERED**

4. Attached hereto are the following schedules for compensation sought by A&M for the Fee Period:

Exhibit A Summary of Time Detail by Task

Exhibit B Summary of Time Detail by Professional

Exhibit C Summary of Time Detail by Task by Professional

Exhibit D Time Detail by Activity by Professional

5. **Exhibits A–D** are detailed statements of the time expended and compensation earned by A&M during the Fee Period. A&M's professionals expended a total of 1,311.6 hours in connection with these Chapter 11 Cases during the Fee Period. All services for which A&M is requesting compensation were performed for or on behalf of the Debtors. The services rendered

by A&M during the Fee Period are categorized as set forth in **Exhibits A–D** and in the summary cover sheet prefixed to this Application. The professionals who provided services to the Debtors during the Fee Period are also identified in **Exhibits A–D** and in the summary cover sheet.

## ACTUAL AND NECESSARY EXPENSES

6. Attached hereto are the following schedules for reimbursement of expenses sought by A&M for the Fee Period:

| | |
|---|---|
| Exhibit E | Summary of Expense Detail by Category |
| Exhibit F | Expense Detail by Category Professional |

7. A&M incurred certain necessary expenses during the Fee Period for which it is entitled to reimbursement under the terms of its retention. As set forth in greater detail in **Exhibits E–F**, A&M's total expenses incurred during the Fee Period are $3,867.30.

8. A&M does not charge for photocopying, printing, or outgoing domestic facsimiles or incoming facsimiles.

## VALUATION OF SERVICES

9. The hourly rates reflected on **Exhibits A–D** are A&M's customary hourly rates for work of this character. The reasonable value of the services rendered by A&M for the Fee Period as financial advisors to the Debtors in these Chapter 11 Cases is $1,180,520.00.

10. In accordance with section 330 of the Bankruptcy Code, the fees requested are reasonable in light of factors including, among other things, (a) the complexity of these Chapter 11 Cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

**CERTIFICATION OF COMPLIANCE**

11. The undersigned has reviewed the requirements of Local Rule 2016-1 and certifies that, to the best of his knowledge, information and belief, this Application complies with the requirements of that Local Rule.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, A&M requests payment in the amount of $1,180,520.00 of total compensation earned, together with $3,867.30 of necessary expenses incurred by A&M during the Fee Period in connection with its services to the Debtors.

Dated: August 18, 2026

Respectfully submitted,

**ALVAREZ & MARSAL NORTH AMERICA, LLC**

*/s/ Brian Whittman*

Brian Whittman
Managing Director
540 West Madison Street, Suite 1800
Chicago, IL 60661
Telephone: (312) 601-4220

FINANCIAL ADVISORS FOR THE DEBTORS AND DEBTORS IN POSSESSION