*Exhibit A*

**GOHEALTH, INC., et al.,**
**Summary of Time Detail by Task**
**June 7, 2026 through July 21, 2026**

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Accounting related support | 5.2 | $5,570.00 |
| Bankruptcy issues/implications Advice | 5.1 | $6,157.50 |
| Business Plan Analysis & related fcst | 33.7 | $32,860.00 |
| Case administration matters | 24.4 | $23,692.50 |
| Cash Collateral - act/fcst, fee sched | 59.7 | $57,280.00 |
| Cash Management | 369.4 | $292,845.00 |
| Claims - review and anaylsis | 42.3 | $39,785.00 |
| Communications focused activities | 8.2 | $9,495.00 |
| Court - prep/participation for hearings | 33.7 | $38,767.50 |
| Dev of Initial/Monthly Operating Reports | 151.2 | $137,770.00 |
| Disbursements and dev. of summaries | 16.8 | $14,140.00 |
| Employee matters - comms, sev, retention | 22.4 | $18,965.00 |
| Finance Related work streams | 4.4 | $4,272.50 |
| Hypothetical Liquidation Analysis | 0.6 | $780.00 |
| Info request excl asset sale process | 3.9 | $4,740.00 |
| Insurance related work streams incl. FDM | 13.5 | $13,062.50 |
| Meetings w/ Debtors' mgmt, BoD, advisors | 1.0 | $1,170.00 |
| Motions and Orders - FDM/FDO | 59.3 | $48,705.00 |
| Plan of Reorganization- Plan support | 287.7 | $245,470.00 |
| PMO Office - mgmt of project workstreams | 29.3 | $32,965.00 |
| Retention docs & updates of conflicts | 27.0 | $29,355.00 |
| Tax- Tax analysis | 99.5 | $112,182.50 |
| Use for preparation of fee statements | 5.6 | $3,780.00 |
| Vendor Management | 7.7 | $6,710.00 |
| *Total* | **1,311.6** | **$1,180,520.00** |