*Exhibit B*

## *GOHEALTH, INC., et al.,*
## *Summary of Time Detail by Professional*
## *June 7, 2026 through July 21, 2026*

| *Professional* | *Position* | *Billing Rate* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|---|---|
| Steinberg, Howard | Managing Director | $1,600.00 | 22.4 | $35,840.00 |
| Whittman, Brian | Managing Director | $1,575.00 | 1.6 | $2,520.00 |
| Ruppin, Yuval | Managing Director | $1,550.00 | 5.9 | $9,145.00 |
| Frank, Matt | Managing Director | $1,300.00 | 82.8 | $107,640.00 |
| Weiland, Brad | Managing Director | $1,200.00 | 85.7 | $102,840.00 |
| Casso, David | Managing Director | $1,175.00 | 20.4 | $23,970.00 |
| Klig, Steven | Senior Advisor | $1,550.00 | 0.8 | $1,240.00 |
| Zimet, Lee | Senior Director | $1,550.00 | 1.3 | $2,015.00 |
| Demko, Danny | Director | $975.00 | 246.1 | $239,947.50 |
| Allison, Roger | Director | $925.00 | 66.5 | $61,512.50 |
| Wilson, Forrest | Manager | $975.00 | 4.7 | $4,582.50 |
| Colombo, Shaina | Senior Associate | $875.00 | 7.7 | $6,737.50 |
| Reid, Kathryn | Senior Associate | $850.00 | 109.8 | $93,330.00 |
| Kearney, Brendon | Senior Associate | $775.00 | 241.3 | $187,007.50 |
| Noonan, Jake | Senior Associate | $775.00 | 207.4 | $160,735.00 |
| Kuang, Cindy | Associate | $750.00 | 31.9 | $23,925.00 |
| Boutton, John | Associate | $675.00 | 170.0 | $114,750.00 |
| Gebke, Ella | Analyst | $525.00 | 5.3 | $2,782.50 |
| | | *Total* | **1,311.6** | **$1,180,520.00** |