*Exhibit C*

# *GOHEALTH, INC., et al.,*
## *Summary of Task by Professional*
## *June 7, 2026 through July 21, 2026*

**Accounting related support**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Weiland, Brad | Managing Director | $1,200 | 3.0 | $3,600.00 |
| Allison, Roger | Director | $925 | 0.7 | $647.50 |
| Demko, Danny | Director | $975 | 0.8 | $780.00 |
| Noonan, Jake | Senior Associate | $775 | 0.7 | $542.50 |
| | | | 5.2 | $5,570.00 |
| | *Average Billing Rate* | | | $1,071.15 |

*Exhibit C*

# *GOHEALTH, INC., et al.,*
## *Summary of Task by Professional*
## *June 7, 2026 through July 21, 2026*

**Bankruptcy issues/implications**
**Advice**

| *Professional* | *Position* | *Billing Rate* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|---|---|
| Frank, Matt | Managing Director | $1,300 | 1.2 | $1,560.00 |
| Weiland, Brad | Managing Director | $1,200 | 3.6 | $4,320.00 |
| Allison, Roger | Director | $925 | 0.3 | $277.50 |
| | | | 5.1 | $6,157.50 |
| | *Average Billing Rate* | | | $1,207.35 |

*Exhibit C*

## *GOHEALTH, INC., et al.,*
## *Summary of Task by Professional*
## *June 7, 2026 through July 21, 2026*

**Business Plan Analysis & related fcst**

| *Professional* | *Position* | *Billing Rate* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|---|---|
| Frank, Matt | Managing Director | $1,300 | 10.9 | $14,170.00 |
| Demko, Danny | Director | $975 | 5.1 | $4,972.50 |
| Noonan, Jake | Senior Associate | $775 | 17.7 | $13,717.50 |
| | | | 33.7 | $32,860.00 |
| | *Average Billing Rate* | | | $975.07 |

*Exhibit C*

## *GOHEALTH, INC., et al.,*
## *Summary of Task by Professional*
## *June 7, 2026 through July 21, 2026*

**Case administration matters**

| *Professional* | *Position* | *Billing Rate* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|---|---|
| Frank, Matt | Managing Director | $1,300 | 1.2 | $1,560.00 |
| Weiland, Brad | Managing Director | $1,200 | 6.9 | $8,280.00 |
| Allison, Roger | Director | $925 | 8.4 | $7,770.00 |
| Demko, Danny | Director | $975 | 1.1 | $1,072.50 |
| Noonan, Jake | Senior Associate | $775 | 3.5 | $2,712.50 |
| Reid, Kathryn | Senior Associate | $850 | 0.4 | $340.00 |
| Boutton, John | Associate | $675 | 2.9 | $1,957.50 |
| | | | 24.4 | $23,692.50 |
| | *Average Billing Rate* | | | $971.00 |

*Exhibit C*

## *GOHEALTH, INC., et al.,*
## *Summary of Task by Professional*
## *June 7, 2026 through July 21, 2026*

**Cash Collateral - act/fcst, fee sched**

| *Professional* | *Position* | *Billing Rate* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|---|---|
| Frank, Matt | Managing Director | $1,300 | 6.5 | $8,450.00 |
| Whittman, Brian | Managing Director | $1,575 | 1.3 | $2,047.50 |
| Demko, Danny | Director | $975 | 33.9 | $33,052.50 |
| Noonan, Jake | Senior Associate | $775 | 15.8 | $12,245.00 |
| Boutton, John | Associate | $675 | 2.2 | $1,485.00 |
| | | | 59.7 | $57,280.00 |
| | *Average Billing Rate* | | | $959.46 |

*Exhibit C*

***GOHEALTH, INC., et al.,***
***Summary of Task by Professional***
***June 7, 2026 through July 21, 2026***

**Cash Management**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Frank, Matt | Managing Director | $1,300 | 10.0 | $13,000.00 |
| Demko, Danny | Director | $975 | 45.5 | $44,362.50 |
| Kearney, Brendon | Senior Associate | $775 | 232.6 | $180,265.00 |
| Noonan, Jake | Senior Associate | $775 | 3.4 | $2,635.00 |
| Boutton, John | Associate | $675 | 77.9 | $52,582.50 |
| | | | 369.4 | $292,845.00 |
| | *Average Billing Rate* | | | $792.76 |

*Exhibit C*

***GOHEALTH, INC., et al.,***
***Summary of Task by Professional***
***June 7, 2026 through July 21, 2026***

**Claims - review and anaylsis**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Weiland, Brad | Managing Director | $1,200 | 9.5 | $11,400.00 |
| Allison, Roger | Director | $925 | 15.4 | $14,245.00 |
| Reid, Kathryn | Senior Associate | $850 | 15.4 | $13,090.00 |
| Gebke, Ella | Analyst | $525 | 2.0 | $1,050.00 |
| | | | 42.3 | $39,785.00 |
| | *Average Billing Rate* | | | $940.54 |

*Exhibit C*

***GOHEALTH, INC., et al.,***
***Summary of Task by Professional***
***June 7, 2026 through July 21, 2026***

**Communications focused activities**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Frank, Matt | Managing Director | $1,300 | 1.8 | $2,340.00 |
| Weiland, Brad | Managing Director | $1,200 | 4.6 | $5,520.00 |
| Allison, Roger | Director | $925 | 1.2 | $1,110.00 |
| Demko, Danny | Director | $975 | 0.3 | $292.50 |
| Noonan, Jake | Senior Associate | $775 | 0.3 | $232.50 |
| | | | 8.2 | $9,495.00 |
| | *Average Billing Rate* | | | $1,157.93 |

*Exhibit C*

***GOHEALTH, INC., et al.,***
***Summary of Task by Professional***
***June 7, 2026 through July 21, 2026***

**Court - prep/participation for hearings**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Frank, Matt | Managing Director | $1,300 | 19.6 | $25,480.00 |
| Demko, Danny | Director | $975 | 11.8 | $11,505.00 |
| Noonan, Jake | Senior Associate | $775 | 2.3 | $1,782.50 |
| | | | 33.7 | $38,767.50 |
| | *Average Billing Rate* | | | $1,150.37 |

*Exhibit C*

# *GOHEALTH, INC., et al.,*
## *Summary of Task by Professional*
## *June 7, 2026 through July 21, 2026*

**Dev of Initial/Monthly Operating Reports**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Frank, Matt | Managing Director | $1,300 | 1.0 | $1,300.00 |
| Weiland, Brad | Managing Director | $1,200 | 21.1 | $25,320.00 |
| Allison, Roger | Director | $925 | 29.6 | $27,380.00 |
| Demko, Danny | Director | $975 | 5.2 | $5,070.00 |
| Kearney, Brendon | Senior Associate | $775 | 2.6 | $2,015.00 |
| Noonan, Jake | Senior Associate | $775 | 2.5 | $1,937.50 |
| Reid, Kathryn | Senior Associate | $850 | 85.9 | $73,015.00 |
| Gebke, Ella | Analyst | $525 | 3.3 | $1,732.50 |
| | | | 151.2 | $137,770.00 |
| | *Average Billing Rate* | | | $911.18 |

*Exhibit C*

## *GOHEALTH, INC., et al.,*
## *Summary of Task by Professional*
## *June 7, 2026 through July 21, 2026*

**Disbursements and dev. of summaries**

| *Professional* | *Position* | *Billing Rate* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|---|---|
| Frank, Matt | Managing Director | $1,300 | 2.4 | $3,120.00 |
| Noonan, Jake | Senior Associate | $775 | 13.0 | $10,075.00 |
| Boutton, John | Associate | $675 | 1.4 | $945.00 |
| | | | 16.8 | $14,140.00 |
| | *Average Billing Rate* | | | $841.67 |

*Exhibit C*

## *GOHEALTH, INC., et al.,*
## *Summary of Task by Professional*
## *June 7, 2026 through July 21, 2026*

**Employee matters - comms, sev, retention**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Frank, Matt | Managing Director | $1,300 | 1.0 | $1,300.00 |
| Demko, Danny | Director | $975 | 5.4 | $5,265.00 |
| Noonan, Jake | Senior Associate | $775 | 16.0 | $12,400.00 |
| | | | 22.4 | $18,965.00 |
| | *Average Billing Rate* | | | $846.65 |

*Exhibit C*

***GOHEALTH, INC., et al.,***
***Summary of Task by Professional***
***June 7, 2026 through July 21, 2026***

**Finance Related work streams**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Frank, Matt | Managing Director | $1,300 | 0.7 | $910.00 |
| Weiland, Brad | Managing Director | $1,200 | 0.6 | $720.00 |
| Demko, Danny | Director | $975 | 1.2 | $1,170.00 |
| Noonan, Jake | Senior Associate | $775 | 1.9 | $1,472.50 |
| | | | 4.4 | $4,272.50 |
| | *Average Billing Rate* | | | $971.02 |

*Exhibit C*

## *GOHEALTH, INC., et al.,*
## *Summary of Task by Professional*
## *June 7, 2026 through July 21, 2026*

**Hypothetical Liquidation Analysis**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Frank, Matt | Managing Director | $1,300 | 0.6 | $780.00 |
| | | | 0.6 | $780.00 |
| | *Average Billing Rate* | | | $1,300.00 |

*Exhibit C*

***GOHEALTH, INC., et al.,***
***Summary of Task by Professional***
***June 7, 2026 through July 21, 2026***

**Info request excl asset sale process**

| *Professional* | *Position* | *Billing Rate* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|---|---|
| Frank, Matt | Managing Director | $1,300 | 2.4 | $3,120.00 |
| Weiland, Brad | Managing Director | $1,200 | 0.7 | $840.00 |
| Demko, Danny | Director | $975 | 0.8 | $780.00 |
| | | | 3.9 | $4,740.00 |
| | *Average Billing Rate* | | | $1,215.38 |

*Exhibit C*

## *GOHEALTH, INC., et al.,*
## *Summary of Task by Professional*
## *June 7, 2026 through July 21, 2026*

**Insurance related work streams**
**incl. FDM**

| *Professional* | *Position* | *Billing Rate* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|---|---|
| Frank, Matt | Managing Director | $1,300 | 1.0 | $1,300.00 |
| Weiland, Brad | Managing Director | $1,200 | 2.0 | $2,400.00 |
| Allison, Roger | Director | $925 | 0.3 | $277.50 |
| Demko, Danny | Director | $975 | 5.9 | $5,752.50 |
| Noonan, Jake | Senior Associate | $775 | 4.3 | $3,332.50 |
| | | | 13.5 | $13,062.50 |
| | *Average Billing Rate* | | | $967.59 |

*Exhibit C*

## *GOHEALTH, INC., et al.,*
## *Summary of Task by Professional*
## *June 7, 2026 through July 21, 2026*

**Meetings w/ Debtors' mgmt, BoD, advisors**

| *Professional* | *Position* | *Billing Rate* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|---|---|
| Frank, Matt | Managing Director | $1,300 | 0.6 | $780.00 |
| Demko, Danny | Director | $975 | 0.4 | $390.00 |
| | | | 1.0 | $1,170.00 |
| | *Average Billing Rate* | | | $1,170.00 |

*Exhibit C*

## *GOHEALTH, INC., et al.,*
## *Summary of Task by Professional*
## *June 7, 2026 through July 21, 2026*

**Motions and Orders - FDM/FDO**

| *Professional* | *Position* | *Billing Rate* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|---|---|
| Frank, Matt | Managing Director | $1,300 | 0.3 | $390.00 |
| Weiland, Brad | Managing Director | $1,200 | 2.4 | $2,880.00 |
| Demko, Danny | Director | $975 | 16.4 | $15,990.00 |
| Kearney, Brendon | Senior Associate | $775 | 5.4 | $4,185.00 |
| Noonan, Jake | Senior Associate | $775 | 17.7 | $13,717.50 |
| Boutton, John | Associate | $675 | 17.1 | $11,542.50 |
| | | | 59.3 | $48,705.00 |
| | *Average Billing Rate* | | | $821.33 |

*Exhibit C*

## *GOHEALTH, INC., et al.,*
## *Summary of Task by Professional*
## *June 7, 2026 through July 21, 2026*

**Plan of Reorganization- Plan support**

| *Professional* | *Position* | *Billing Rate* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|---|---|
| Frank, Matt | Managing Director | $1,300 | 5.8 | $7,540.00 |
| Weiland, Brad | Managing Director | $1,200 | 9.7 | $11,640.00 |
| Whittman, Brian | Managing Director | $1,575 | 0.3 | $472.50 |
| Allison, Roger | Director | $925 | 0.4 | $370.00 |
| Demko, Danny | Director | $975 | 105.7 | $103,057.50 |
| Noonan, Jake | Senior Associate | $775 | 104.4 | $80,910.00 |
| Reid, Kathryn | Senior Associate | $850 | 0.2 | $170.00 |
| Boutton, John | Associate | $675 | 61.2 | $41,310.00 |
| | | | 287.7 | $245,470.00 |
| | *Average Billing Rate* | | | $853.22 |

*Exhibit C*

## *GOHEALTH, INC., et al.,*
## *Summary of Task by Professional*
## *June 7, 2026 through July 21, 2026*

**PMO Office - mgmt of project workstreams**

| *Professional* | *Position* | *Billing Rate* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|---|---|
| Frank, Matt | Managing Director | $1,300 | 13.3 | $17,290.00 |
| Weiland, Brad | Managing Director | $1,200 | 3.8 | $4,560.00 |
| Allison, Roger | Director | $925 | 4.8 | $4,440.00 |
| Demko, Danny | Director | $975 | 4.3 | $4,192.50 |
| Kearney, Brendon | Senior Associate | $775 | 0.6 | $465.00 |
| Noonan, Jake | Senior Associate | $775 | 0.5 | $387.50 |
| Reid, Kathryn | Senior Associate | $850 | 1.6 | $1,360.00 |
| Boutton, John | Associate | $675 | 0.4 | $270.00 |
| | | | 29.3 | $32,965.00 |
| | *Average Billing Rate* | | | $1,125.09 |

*Exhibit C*

## *GOHEALTH, INC., et al.,*
## *Summary of Task by Professional*
## *June 7, 2026 through July 21, 2026*

**Retention docs & updates of conflicts**

| *Professional* | *Position* | *Billing Rate* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|---|---|
| Frank, Matt | Managing Director | $1,300 | 1.5 | $1,950.00 |
| Weiland, Brad | Managing Director | $1,200 | 15.6 | $18,720.00 |
| Allison, Roger | Director | $925 | 3.6 | $3,330.00 |
| Reid, Kathryn | Senior Associate | $850 | 6.3 | $5,355.00 |
| | | | 27.0 | $29,355.00 |
| | *Average Billing Rate* | | | $1,087.22 |

*Exhibit C*

## *GOHEALTH, INC., et al.,*
## *Summary of Task by Professional*
## *June 7, 2026 through July 21, 2026*

**Tax- Tax analysis**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Casso, David | Managing Director | $1,175 | 20.4 | $23,970.00 |
| Frank, Matt | Managing Director | $1,300 | 0.7 | $910.00 |
| Ruppin, Yuval | Managing Director | $1,550 | 5.9 | $9,145.00 |
| Steinberg, Howard | Managing Director | $1,600 | 22.4 | $35,840.00 |
| Weiland, Brad | Managing Director | $1,200 | 1.2 | $1,440.00 |
| Klig, Steven | Senior Advisor | $1,550 | 0.8 | $1,240.00 |
| Zimet, Lee | Senior Director | $1,550 | 1.3 | $2,015.00 |
| Allison, Roger | Director | $925 | 1.2 | $1,110.00 |
| Demko, Danny | Director | $975 | 1.3 | $1,267.50 |
| Wilson, Forrest | Manager | $975 | 4.7 | $4,582.50 |
| Colombo, Shaina | Senior Associate | $875 | 7.7 | $6,737.50 |
| Kuang, Cindy | Associate | $750 | 31.9 | $23,925.00 |
| | | | 99.5 | $112,182.50 |
| | *Average Billing Rate* | | | $1,127.46 |

*Exhibit C*

## *GOHEALTH, INC., et al.,*
## *Summary of Task by Professional*
## *June 7, 2026 through July 21, 2026*

**Use for preparation of fee statements**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Boutton, John | Associate | $675 | 5.6 | $3,780.00 |
| | | | 5.6 | $3,780.00 |
| | | *Average Billing Rate* | | $675.00 |

*Exhibit C*

**GOHEALTH, INC., et al.,**
**Summary of Task by Professional**
**June 7, 2026 through July 21, 2026**

**Vendor Management**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Frank, Matt | Managing Director | $1,300 | 0.3 | $390.00 |
| Weiland, Brad | Managing Director | $1,200 | 1.0 | $1,200.00 |
| Allison, Roger | Director | $925 | 0.6 | $555.00 |
| Demko, Danny | Director | $975 | 1.0 | $975.00 |
| Kearney, Brendon | Senior Associate | $775 | 0.1 | $77.50 |
| Noonan, Jake | Senior Associate | $775 | 3.4 | $2,635.00 |
| Boutton, John | Associate | $675 | 1.3 | $877.50 |
| | | | 7.7 | $6,710.00 |
| | *Average Billing Rate* | | | $871.43 |