*Exhibit E*

# *GOHEALTH, INC., et al.,*
## *Summary of Expense Detail by Category*
## *June 7, 2026 through July 21, 2026*

| *Expense Category* | *Sum of Expenses* |
|---|---|
| Airfare | $1,833.60 |
| Lodging | $887.70 |
| Meals | $543.67 |
| Transportation | $602.33 |
| *Total* | **$3,867.30** |