*Exhibit F*

# *GOHEALTH, INC., et al.,*
# *Expense Detail by Category*
# *June 7, 2026 through July 21, 2026*

## *Airfare*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Demko, Danny | 7/19/2026 | $368.40 | Airfare: 7/19 one-way coach flight from ORD to PHL for confirmation hearing |
| Frank, Matt | 7/19/2026 | $505.40 | Airfare: 7/19 flight from ORD to PHL for confirmation hearing |
| Demko, Danny | 7/20/2026 | $327.40 | Airfare: 7/20 one-way coach flight from PHL to ORD for confirmation hearing |
| Frank, Matt | 7/20/2026 | $632.40 | Airfare: 7/20 flight from PHL to ORD for confirmation hearing |
| **Expense Category Total** | | **$1,833.60** | |

## *Lodging*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Demko, Danny | 7/19/2026 | $443.30 | Hotel: Hotel in Delaware (1 night) for confirmation hearing |
| Frank, Matt | 7/19/2026 | $444.40 | Hotel: Hotel in Delaware for confirmation hearing |
| **Expense Category Total** | | **$887.70** | |

## *Meals*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Demko, Danny | 6/9/2026 | $48.23 | Meals: Team dinner - 2 attendees |
| Frank, Matt | 6/9/2026 | $375.00 | Meals: Team dinner - 5 attendees |
| Demko, Danny | 7/19/2026 | $31.47 | Meals: Dinner in Delaware for confirmation hearing |
| Frank, Matt | 7/19/2026 | $46.87 | Meals: Dinner in Delaware for confirmation hearing |
| Demko, Danny | 7/20/2026 | $14.42 | Meals: Breakfast in Delaware for confirmation hearing |
| Frank, Matt | 7/20/2026 | $27.68 | Meals: Meal at hotel in Delaware for confirmation hearing |
| **Expense Category Total** | | **$543.67** | |

*Exhibit F*

***GOHEALTH, INC., et al.,***
***Expense Detail by Category***
***June 7, 2026 through July 21, 2026***

## *Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Demko, Danny | 6/9/2026 | $60.98 | Taxi: Uber home after team dinner |
| Frank, Matt | 6/9/2026 | $16.97 | Taxi: Uber from A&M office to K&E office |
| Frank, Matt | 6/9/2026 | $4.00 | Taxi: Tip on 6/9 uber from A&M office to K&E office |
| Frank, Matt | 6/9/2026 | $78.73 | Taxi: Uber from team dinner to home |
| Demko, Danny | 6/17/2026 | $78.97 | Taxi: Uber to home |
| Demko, Danny | 7/19/2026 | $70.96 | Taxi: 7/19 Uber from home to ORD for confirmation hearing |
| Demko, Danny | 7/19/2026 | $13.92 | Taxi: 7/19 Uber from PHL to hotel for confirmation hearing |
| Frank, Matt | 7/19/2026 | $86.38 | Taxi: Uber from PHL airport to hotel for confirmation hearing |
| Frank, Matt | 7/19/2026 | $80.00 | Taxi: Car service from home to ORD for confirmation hearing |
| Demko, Danny | 7/20/2026 | $48.44 | Taxi: 7/20 Uber from ORD to home for confirmation hearing |
| Frank, Matt | 7/20/2026 | $62.98 | Taxi: Uber from ORD airport to home from confirmation hearing |
| **Expense Category Total** | | **$602.33** | |
| ***Grand Total*** | | **$3,867.30** | |