**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| GOHEALTH, INC., *et al.*,[1] | ) | Case No. 26-10914 (TMH) |
| Reorganized Debtors. | ) | (Jointly Administered) |

**Objection Deadline: September 11, 2026 at 4:00 p.m. (ET)**
**Hearing Date: September 29, 2026 at 1:00 (ET)**

# SUMMARY COVER SHEET TO THE FIRST AND FINAL FEE APPLICATION OF DONLIN, RECANO & COMPANY, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ADMINISTRATIVE ADVISOR TO THE DEBTORS FOR THE FIRST AND FINAL PERIOD FROM JUNE 7, 2026 THROUGH JULY 21, 2026

| | |
|---|---|
| Name of Applicant: | Donlin, Recano & Company, LLC<br>200 Vesey Street, 24th Floor<br>New York, NY 10281 |
| Authorized to Provide Services to: | The Debtors |
| Date of Retention: | July 23, 2026, Effective as of the Petition Date, June 7, 2026 [Docket No.173] |
| Final Period for which compensation and reimbursement is sought: | June 7, 2026 through July 21, 2026 |
| Amount of Final Compensation sought: | $14,300.40[2] |
| Amount of Final Expense Reimbursement sought: | $0.00 |
| Rates are Higher than those Approved or Disclosed at Retention? | No |
| Compensation Sought in this Application Already Paid Pursuant to a Monthly Compensation Order but not yet Allowed: | $0.00 |
| Number of Professionals Included in this Application: | 6 |

1 The Reorganized Debtors in these chapter 11 cases, along with the last four digits of the Reorganized Debtors' federal tax identification numbers, are: GoHealth, Inc. (3805); Blizzard Midco, LLC (3732); Connected Benefits, LLC (2162); e-TeleQuote Insurance, Inc. (2336); ETQ Holdings, LLC (8260); GoHealth Holdings, LLC (3653); GoHealth, LLC (5175); and Norvax, LLC (3063). The location of the Reorganized Debtors' service address for purposes of these chapter 11 cases is: 222 West Merchandise Mart Plaza, Suite 1750, Chicago, Illinois 60654.

2 The total amount includes the final compensation amount of $13,897.40 for the Final Fee Period of June 7, 2026 through and including July 21, 2026 and $403.00 of fees incurred in connection with the preparation of this Fee Application (which constitutes 2.6 hours for preparation).

| | |
|---|---|
| Number of Professionals Billing Fewer than 15 Hours to the Case During this Period: | 5 |

This is a: Monthly ___ Interim ____ Final __X___ Application.

If this is not the first application filed, disclose the following for each prior application: N/A.

**FINAL FEE PERIOD TIMEKEEPER SUMMARY**
**JUNE 7, 2026 THROUGH JULY 21, 2026**

| Name of Professional Person | Position | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| John Burlacu* | Senior Bankruptcy Consultant | 61.7 | $159.00 | $9,810.30 |
| Alexander Calderon* | Consultant/Analyst | 8.4 | $159.00 | $1,335.60 |
| Robin Charles* | Consultant/Analyst | 4.8 | $159.00 | $763.20 |
| Lillian Jordan* | Consultant/Analyst | 0.7 | $139.00 | $97.30 |
| Rommel Mapa* | Case Manager | 0.2 | $155.00 | $31.00 |
| Lisa Terry | Senior Bankruptcy Consultant | 12.0 | $155.00 | $1,860.00 |
| **Grand Total** | | **87.8** | | **$13,897.40** |
| **Blended Rate** | | | | **$158.28** |

*Different rates apply depending upon tasks performed.

**FINAL FEES BY PROJECT CATEGORY**
**JUNE 7, 2026 THROUGH JULY 21, 2026**

| PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|
| Retention | 9.9 | $1,534.50 |
| Fee Statement and Application Preparation | 2.1 | $325.50 |
| Voting and Solicitation | 75.8 | $12,037.40 |
| **GRAND TOTAL** | **87.8** | **$13,897.40** |

**CUMULATIVE EXPENSE SUMMARY**

None.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| GOHEALTH, INC., *et al.*,[1] | ) | Case No. 26-10914 (TMH) |
| Reorganized Debtors. | ) | (Jointly Administered) |

**Objection Deadline: September 11, 2026 at 4:00 p.m. (ET)**
**Hearing Date: September 29, 2026 at 1:00 (ET)**

**FIRST AND FINAL FEE APPLICATION OF DONLIN, RECANO & COMPANY, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ADMINISTRATIVE ADVISOR TO THE DEBTORS FOR THE FIRST AND FINAL PERIOD FROM JUNE 7, 2026 THROUGH JULY 21, 2026**

Pursuant to sections 330 of title 11 of the United States Code (as amended, the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), Donlin, Recano & Company, LLC ("DRC") hereby seeks reasonable compensation for professional services rendered as administrative advisor to the above-captioned reorganized debtors (collectively, the "Reorganized Debtors" and, before the Effective Date of the Plan, the "Debtors") for final allowance of $14,300.40[2] for professional services rendered during the first and final period commencing June 7, 2026 through and including July 21, 2026 (the "Final Fee Period"). In support of this application (the "Fee Application"), DRC respectfully represents as follows:

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of the Reorganized Debtors' federal tax identification numbers, are: GoHealth, Inc. (3805); Blizzard Midco, LLC (3732); Connected Benefits, LLC (2162); e-TeleQuote Insurance, Inc. (2336); ETQ Holdings, LLC (8260); GoHealth Holdings, LLC (3653); GoHealth, LLC (5175); and Norvax, LLC (3063). The location of the Reorganized Debtors' service address for purposes of these chapter 11 cases is: 222 West Merchandise Mart Plaza, Suite 1750, Chicago, Illinois 60654.

[2] The total amount includes the final compensation amount of $13,897.40 for the Final Fee Period of June 7, 2026 through and including July 21, 2026 and $403.00 of fees incurred in connection with the preparation of this Fee Application (which constitutes 2.6 hours for preparation).

## JURISDICTION

1. The United States District Court for the District of Delaware has jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to the United States Bankruptcy Court for the District of Delaware (the "Court") under 28 U.S.C. § 157 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and the Debtors confirm their consent, pursuant to Local Rule 9013-1(f), to the entry of a final order by the Court in connection with this motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

2. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The bases for the relief requested herein are section 330 of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Rule 2016-1.

## BACKGROUND

4. On June 7, 2026 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. During their chapter 11 cases, the Debtors operated their business and managed their property as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On June 10, 2026, the Court entered an order [Docket No. 56] authorizing the joint administration and procedural consolidation of the Debtors' chapter 11 cases pursuant to Bankruptcy Rule 1015(b). No request has been made for the appointment of a trustee or examiner in these chapter 11 cases and no official committees have been appointed or designated.

5. A description of the Debtors' business, the reasons for commencing the chapter 11 cases, and the relief sought from the Court to allow for a smooth transition into chapter 11 are set

forth in the *Declaration of Vijay Kotte, Chief Executive Officer of GoHealth, Inc., in Support of Chapter 11 Petitions, First Day Motions, and Access to Cash Collateral*, filed on June 7, 2026 [Docket No. 4].

6. On July 7, 2026, the Debtors filed the *Application of Debtors for Entry of an Order Authorizing the Employment and Retention of Donlin, Recano & Company, LLC as Administrative Advisor Effective as of the Petition Date* [Docket No. 125].

7. On July 21, 2026, the Court entered the *Findings of Fact, Conclusions of Law, and Order (I) Approving the Disclosure Statement For, and Confirming, the Amended Joint Prepackaged Chapter 11 Plan of GoHealth, Inc. and Its Debtor Affiliates and (II) Granting Related Relief* (the "<u>Confirmation Order</u>") [Docket No. 162], pursuant to which the Court approved and confirmed the *Amended Joint Prepackaged Chapter 11 Plan of GoHealth, Inc. and Its Debtor Affiliates* (the "<u>Plan</u>") [Docket No. 141]. On July 21, 2026, the Debtors filed the *Notice of (I) Entry of the Confirmation Order and (II) Occurrence of Effective Date* [Docket No. 166].

8. On July 23, 2026, the Court entered the *Order Authorizing the Employment and Retention of Donlin, Recano & Company, LLC as Administrative Advisor Effective as of the Petition Date* [Docket No. 173].

9. DRC has received no payment and no promises of payment from any source other than the Debtors for services rendered during the Final Fee Period in connection with the Debtors' chapter 11 cases. There exists no agreement or understanding between DRC and any other person for the sharing of any compensation to be received for services rendered by DRC in the Debtors' chapter 11 cases.

10. All services for which compensation is requested by DRC pursuant to this Fee Application were performed for or on behalf of the Debtors in these chapter 11 cases.

## SUMMARY OF SERVICES RENDERED

A. **Valuation of Services During the Final Fee Period**

11. This Fee Application covers the Final Fee Period. DRC seeks final approval and allowance of compensation in the amount of $14,300.40[3] for professional services rendered, and reimbursement of actual and necessary expenses in the amount of $0.00 incurred during the Final Fee Period. DRC professionals expended a total of 87.8 hours in connection with this matter during the Final Fee Period, as follows:

| Name of Professional Person | Position | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| John Burlacu* | Senior Bankruptcy Consultant | 61.7 | $159.00 | $9,810.30 |
| Alexander Calderon* | Consultant/Analyst | 8.4 | $159.00 | $1,335.60 |
| Robin Charles* | Consultant/Analyst | 4.8 | $159.00 | $763.20 |
| Lillian Jordan* | Consultant/Analyst | 0.7 | $139.00 | $97.30 |
| Rommel Mapa* | Case Manager | 0.2 | $155.00 | $31.00 |
| Lisa Terry | Senior Bankruptcy Consultant | 12.0 | $155.00 | $1,860.00 |
| **Grand Total** | | **87.8** | | **$13,897.40** |
| **Blended Rate** | | | | **$158.28** |

*Different rates apply depending upon tasks performed.

12. In addition, DRC seeks fees of $403.00 incurred after the Final Fee Period in connection with the preparation of this Fee Application. Attached hereto as **Exhibit A** is a detailed statement of fees DRC seeks in connection with preparation of this Fee Application which were incurred after the Final Fee Period.

13. Section 330 of the Bankruptcy Code authorizes the Court to award "reasonable compensation for actual, necessary services rendered by the . . . professional person . . . ."

[3] The total amount includes the final compensation amount of $13,897.40 for the Final Fee Period of June 7, 2026 through and including July 21, 2026 and $403.00 of fees incurred in connection with the preparation of this Fee Application (which constitutes 2.6 hours for preparation).

11 U.S.C. § 330. In order to evaluate a request for allowance of fees by a professional person, a court must determine whether the services rendered were actual and necessary and the fees requested are reasonable. DRC respectfully submits that its request for an award of compensation for the Final Fee Period satisfies that standard.

14. DRC served as administrative advisor to the Debtors. DRC professionals expended a total of 87.8 hours in connection with this matter during the Final Fee Period. All professional services for which compensation is sought herein were performed for or on behalf of the Debtors. Attached as **Exhibit B** are DRC's monthly invoices, which provide detailed itemizations, by project category, of all services performed by DRC with respect to these chapter 11 cases during the Final Fee Period. The detailed itemization complies with Local Rule 2016-1(d) in that each time entry contains a separate time allotment, a description of the type of activity and the subject matter of the activity, all time is billed in increments of one-tenth of an hour, time entries are presented chronologically in categories, and all meetings or hearings are individually identified. The professionals that rendered services related to each category are identified in the attached monthly invoices, along with the number of hours for each individual and the total compensation sought for each category.

15. The following is a summary of the major areas in which DRC rendered services to the Debtors during the Final Fee Period. Detailed descriptions of these services, the amount of fees incurred, the amount of hours spent providing those services, and the actual and necessary expenses incurred in providing such services throughout this Final Fee Period are attached hereto as **Exhibit B**.

a. Retention (9.9 Hours; $1,534.50). This category includes time spent preparing DRC's section 327 retention application and declaration in support thereof and various correspondences with Debtors' counsel regarding the same and in connection with informal comments from the Office of the United States Trustee for the District of Delaware.

b. Fee Statement and Application Preparation (2.1 Hours; $325.50). This category includes analyzing the section 327 administrative advisor invoices and beginning to prepare this final fee application.

c. Voting and Solicitation (75.8 Hours; $12,037.40). This category includes time spent assisting the Debtors in preparing for solicitation, soliciting votes, processing ballots and preparing voting reports and responding to inquiries.

16. Annexed as **Exhibit C** and made part hereof is the *Certification of Roland Tomforde*, pursuant to Section 504 of the Bankruptcy Code.

## REASONABLE AND NECESSARY SERVICES

17. During the Final Fee Period, DRC performed necessary services for the Debtors and their estates. As set forth in this Fee Application, in accordance with the factors enumerated in 11 U.S.C. § 330, approval of the fees requested for the Final Fee Period is fair and reasonable given: (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

WHEREFORE, DRC requests that the Court enter an order (i) authorizing compensation for professional services rendered during the Final Fee Period in the amount of $14,300.40[4] (the "Final Compensation Amount"); (ii) directing the Debtors or Reorganized Debtors (as applicable) to pay the Final Compensation Amount to DRC, less any amounts already paid; and (iii) granting such other and further relief as this Court may deem just and proper.

[4] The total amount includes the final compensation amount of $13,897.40 for the Final Fee Period of June 7, 2026 through and including July 21, 2026 and $403.00 of fees incurred in connection with the preparation of this Fee Application (which constitutes 2.6 hours for preparation).

Dated: August 21, 2026

Respectfully submitted,

**DONLIN, RECANO & COMPANY, LLC**

By: /s/ Roland W. Tomforde

Roland Tomforde
Executive Vice President, Bankruptcy Solutions
Donlin, Recano & Company, LLC
200 Vesey Street, 24th Floor
New York, NY 10281
Telephone Number (212) 481-1411
E-mail: rtomforde@donlinrecano.com