# EXHIBIT A

## DRC FEE DETAIL IN CONNECTION WITH PREPARATION OF FINAL FEE APPLICATION

**Exhibit A**

**DONLIN, RECANO & COMPANY, LLC. ('DRC')**

Invoice #: 2578 - 3 – August 3 through August 10, 2026

| Date | User | Activity - Fee Statement and Application Preparation | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08-03 | A Logan | Begin drafting DRC's 1st and final fee application (1.3). | 1.3 | 155.0 | $201.50 |
| 08-07 | A Logan | Complete drafting DRC's final fee application (0.6). | 0.6 | 155.0 | $93.00 |
| 08-10 | A Logan | Review and proof and finalize DRC's first & final fee application for Court filing (0.7). | 0.7 | 155.0 | $108.50 |
| | | TOTAL HOURS – August 3 through August 10, 2026 | | | 2.6 |
| | | TOTAL CHARGES | | | $403.00 |