# EXHIBIT B

## DRC MONTHLY INVOICES

DONLIN RECANO
Tel: 212.481.1411
Fax: 212.481.1416
www.donlinrecano.com

July 06, 2026

Kirkland & Ellis LLP
Attn: David Gremling
333 W Wolf Point Plaza
Chicago, IL 60654

**Re: GoHealth, Inc. Vote/SOFA – 11 U.S.C. § 327 Fees and Expenses**

**Invoice # 2578 - 1**

For Professional Services: June 1 through June 30, 2026

| **Current Charges:** | | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| John Burlacu* | Senior Bankruptcy Consultant | 36.90 | 159.00 | $5,867.10 |
| Alexander Calderon* | Consultant/Analyst | 7.50 | 159.00 | $1,192.50 |
| Robin Charles* | Consultant/Analyst | 4.80 | 159.00 | $763.20 |
| Rommel Mapa | Case Manager | 0.20 | 155.00 | $31.00 |
| Lisa Terry | Senior Bankruptcy Consultant | 6.10 | 155.00 | $945.50 |
| Lillian Jordan | Consultant/Analyst | 0.70 | 139.00 | $97.30 |
| Total Hours & Fees | | 56.2 | | $8,896.60 |
| Less 20% Holdback on Fees | | | | ($1,779.32) |
| Subtotal of Fees | | | | $7,117.28 |
| Expenses | | | | $0.00 |
| **Total Amount Due** | | | | **$7,117.28** |

*-Different rates apply depending upon tasks being worked on.

You may make your check payable to Donlin, Recano & Company, LLC and forward it to the address below or, if you prefer, you may wire payment as per the following instructions:

| | |
|---|---|
| Account #: | [redacted] |
| Account Name: | Angeion Group LLC DRC |
| Bank Name: | TriState Capital Bank |
| ABA #: | 043019003 |

These are new instructions. To confirm these banking details by phone, please call Matthew Chaney at 212-771-1127. Feel free to call if you have any other questions or are in need of further information.

Sincerely,

Roland W. Tomforde
President

Enclosures
2578

cc:

Pachulski Stang Ziehl and Jones, LLP
Laura Davis Jones
James O'Neill
Edward A. Corma
919 North Market ST, 17th Floor
Wilmington DE, 19801

Kirkland & Ellis, LLP
Maryia Shybut
601 Lexington Ave
New York, NY 10022

Office of the US Trustee
Benjamin Hackman
844 King ST
Suite 2207
Wilmington DE, 19801

Kirkland & Ellis, LLP
Rebecca L. Ritchie
Gabrielle Abbe
Ravi Subramanian Shankar
Alexandra F. Schwarzman
Anup Sathy
David R. Gremling
333 West Wolf Point Plaza
Chicago, IL 60654

email: dave.gremling@kirkland.com
rohit.pappu@kirkland.com
ravi.shankar@kirkland.com
ljones@pszjlaw.com
alexandra.schwarzman@kirkland.com
gabrielle.abbe@kirkland.com
anup.sathy@kirkland.com
joneill@pszjlaw.com
rebecca.ritchie@kirkland.com
maryia.shybut@kirkland.com
benjamin.a.hackman@usdoj.com
ecorma@pszjlaw.com

For internal use only:

| | |
|---|---|
| CUSTOMER NUMBER | DR00219 |
| CASE CODE | 22578 |

**DONLIN, RECANO & COMPANY, LLC. ('DRC')**
**GoHealth, Inc. Vote/SOFA**
**Invoice # 1 - June 1 through June 30, 2026**

| | |
|---|---|
| **I. Consulting Fees (See Exhibit A for details)** | |
| 49.2 hours @ $159.00/hour | 7,822.80 |
| 6.3 hours @ $155.00/hour | 976.50 |
| 0.7 hours @ $139.00/hour | 97.30 |
| **SUB TOTAL - Consulting Fees** | **8,896.60** |
| **II. Out of Pocket Expenses** | |
| None in June, 2026 | 0.00 |
| **SUB TOTAL - Out of Pocket Expenses** | **0.00** |
| **TOTAL CHARGES - June 1 through June 30, 2026** | **$8,896.60** |
| **Less: 20% Holdback on Fees** | ($1,779.32) |
| **AMOUNT DUE** | **$7,117.28** |

**DONLIN, RECANO & COMPANY, LLC. ('DRC')**
**GoHealth, Inc. Vote/SOFA**
**Invoice # 1 - June 1 through June 30, 2026**

**Summary of Charges by Activity**

| | | | |
|---|---|---|---|
| Retention | 6.1 | hours | $945.50 |
| Voting and Solicitation | 50.1 | hours | $7,951.10 |
| **Total** | **56.2** | | **$8,896.60** |

**Exhibits A**

**DONLIN, RECANO & COMPANY, LLC. ('DRC')**

Invoice #: 2578 - 1 - June 1 through June 30, 2026

| Date | User | Activity - Voting and Solicitation | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06-07 | A Calderon | Vote / Solicitation of prep work for upcoming vote solicitation | 4.0 | 159.0 | $636.00 |
| 06-07 | J Burlacu | Attend to issues for effectuating pre-pack vote e-mail solicitation, prepared various voting class ballots, updated voting portal, coordinate and supervised same, attend to issues for coordination of instruction for follow up instruction of solicitation via First Class Mail, preparation of affidavit of service, revisions to preliminary vote tabulation report, updating main case website and voting portal website with solicitation documents, follow up with D. Gremling, R. Pappu, G. Abbe of KE re open solicitation items (8.4). | 8.4 | 159.0 | $1,335.60 |
| 06-07 | R Charles | Attended to in preparation of solicitation packages and attend to issues for same. | 2.4 | 159.0 | $381.60 |
| 06-08 | A Calderon | Created job tickets to Toppan regarding class 6 solicitation | 0.5 | 159.0 | $79.50 |
| 06-08 | J Burlacu | Responded to nominee inquiries, attend to issues for preparation of solicitation packages, draft nominee letters, review of revised ballots and prepare instructions for production to Broadridge and Mediant, emails with R. Pappu and D. Gremling of KE re open solicitation items, review of solicitation affidavit (4.9). | 4.9 | 159.0 | $779.10 |
| 06-08 | R Charles | Assisted in preparation of various ballots and attend to issues for same. | 2.4 | 159.0 | $381.60 |
| 06-09 | J Burlacu | Follow up with Broadridge and Mediant re solicitation service, telephone conference with G. Abbe of KE re solicitation of non-voting packages, attend to issues for same (4.3). | 4.3 | 159.0 | $683.70 |
| 06-10 | A Calderon | Produced the affidavit of service regarding vote solicitation for the voting parties. | 1.0 | 159.0 | $159.00 |
| 06-10 | A Calderon | Created job tickets to Toppan regarding non-voting groups and their solicitation documents | 1.0 | 159.0 | $159.00 |
| 06-10 | J Burlacu | Emails with D. Gremling and G. Abbe of KE re service of non-voting notices on non-voting parties, attend to issues for preparation of service to creditor matrix and Class A Common Stock Registered holders and nominees, review of final documents, updated vote portal, follow up with Broadridge re service and invoice, review of finalized AOS for solicitation (6.8). | 6.8 | 159.0 | $1,081.20 |
| 06-11 | J Burlacu | Responded to nominee inquiries, review and prepared instruction for payment of Broadridge invoice, review of draft supplemental AOS (1.3). | 1.3 | 159.0 | $206.70 |
| 06-12 | J Burlacu | Responded to nominee inquiries, emails with G. Abbe of KE re upcoming distributions, follow up with Broadridge re payment of invoice, responded to DTC re solicitation inquiry (1.5). | 1.5 | 159.0 | $238.50 |
| 06-15 | A Calderon | Produced the affidavit of service regarding vote solicitation for the non-voting parties. | 1.0 | 159.0 | $159.00 |
| 06-15 | J Burlacu | Review of non-voting opt-in forms received (0.3). | 0.3 | 159.0 | $47.70 |

**Exhibits A**

**DONLIN, RECANO & COMPANY, LLC. ('DRC')**

Invoice #: 2578 - 1 - June 1 through June 30, 2026

| Date | User | Activity - Voting and Solicitation | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06-17 | J Burlacu | Prepared instruction for call center for handling calls related to Opt-In form mailing to creditor matrix, responded to nominee inquiries, review of Opt-In forms received via portal (2.7). | 2.7 | 159.0 | $429.30 |
| 06-17 | R Mapa | Attend to issue re vote documents recently mailed. | 0.2 | 155.0 | $31.00 |
| 06-18 | J Burlacu | Emails with G. Abbe of KE re fee cap letter, responded to nominee inquiries, review of Opt-In forms received via portal (1.8). | 1.8 | 159.0 | $286.20 |
| 06-19 | J Burlacu | Responded to nominee inquiries, review of Opt-In forms received via portal (0.8). | 0.8 | 159.0 | $127.20 |
| 06-22 | J Burlacu | Emails with G. Abbe of KE re additional Class 8 Ballot received and processed same, review of Opt-In forms received via portal (0.9). | 0.9 | 159.0 | $143.10 |
| 06-23 | J Burlacu | Responded to nominee inquiries, emails with A. Damon of KE re researching email addresses, documents served to creditors and open items (1.6). | 1.6 | 159.0 | $254.40 |
| 06-23 | L Jordan | Reviewed Voting Solicitation Package. | 0.7 | 139.0 | $97.30 |
| 06-24 | J Burlacu | Review of portal submissions of Opt-in forms (0.4). | 0.4 | 159.0 | $63.60 |
| 06-25 | J Burlacu | Emails with Broadridge re invoice and open items to same (0.3). | 0.3 | 159.0 | $47.70 |
| 06-26 | J Burlacu | Emails with nominee re service of various documents (0.4). | 0.4 | 159.0 | $63.60 |
| 06-29 | J Burlacu | Review of Opt-In forms transmitted via portal (0.2). | 0.2 | 159.0 | $31.80 |
| 06-30 | J Burlacu | Responded to nominee inquiries (0.3). | 0.3 | 159.0 | $47.70 |

| | |
|---|---|
| TOTAL HOURS - June 1 through June 30, 2026 | 50.1 |
| TOTAL CHARGES | $7,951.10 |

**Exhibits A**

**DONLIN, RECANO & COMPANY, LLC. ('DRC')**

Invoice #: 2578 - 1 - June 1 through June 30, 2026

| Date | User | Activity - Retention | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06-12 | L Terry | Correspondence with debtor's counsel regarding responsibility for preparation of retention application and preferred form of application and supporting documents (0.2); Response regarding same (0.2); Prepare 327-engagement agreement (0.9); Draft 327-retention application (1.4); Draft supporting declaration (0.3); Response to M. Shybut regarding retention pleadings (0.2); Response regarding same (0.2). | 3.4 | 155.0 | $527.00 |
| 06-17 | L Terry | Review correspondence from M. Shybut regarding anticipated comments to retention application and engagement agreement (0.2); Response regarding expected timing of revisions and impact on application filing schedule (0.2); Correspond with parties regarding target filing date for retention application and provide status update concerning anticipated filing schedule (0.2). | 0.6 | 155.0 | $93.00 |
| 06-26 | L Terry | Reviewed and analyzed revised engagement agreement and redline received from R. Pappu to evaluate proposed revisions and assess implications for retention and engagement terms (0.2); Reviewed correspondence from counsel regarding forthcoming retention application (0.1); Evaluated anticipated next steps in the retention process. (0.1); Response regarding same (0.1). | 0.5 | 155.0 | $77.50 |
| 06-29 | L Terry | Reviewed correspondence from M. Shybut transmitting the fully executed engagement agreement (0.1); Confirmed execution of the engagement documents (0.1); Reviewed correspondence regarding anticipated timing for filing the retention application (0.1) Updated case calendar and retention status (0.1). | 0.4 | 155.0 | $62.00 |
| 06-30 | L Terry | Review correspondence with M. Shybut regarding revises 327-retention draft application (0.3); Review and revise supporting declaration in connection with retention application, including revisions regarding compensation and disclosure provisions (0.3); Prepare and send correspondence to counsel transmitting revised retention application and redline (0.2); Analyze prepetition retainer disclosures (0.2); Confirming treatment of prepetition retainer disclosures and related engagement agreement provisions (0.2). | 1.2 | 155.0 | $186.00 |
| | | TOTAL HOURS - June 1 through June 30, 2026 | | | 6.1 |
| | | TOTAL CHARGES | | | $945.50 |

DONLIN RECANO
Tel: 212.481.1411
Fax: 212.481.1416
www.donlinrecano.com

August 06, 2026

Kirkland & Ellis LLP
Attn: David Gremling
333 W Wolf Point Plaza
Chicago, IL 60654

**Re: GoHealth, Inc. Vote/SOFA – 11 U.S.C. § 327 Fees and Expenses**

**Invoice # 2578 - 2**

For Professional Services: July 1 through July 21, 2026

| **Current Charges:** | | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| John Burlacu | Senior Bankruptcy Consultant | 24.80 | 159.00 | $3,943.20 |
| Alexander Calderon* | Consultant/Analyst | 0.90 | 159.00 | $143.10 |
| Lisa Terry* | Senior Bankruptcy Consultant | 5.90 | 155.00 | $914.50 |
| Total Hours & Fees | | 31.6 | | $5,000.80 |
| | | | | |
| Less 20% Holdback on Fees | | | | ($1,000.16) |
| Subtotal of Fees | | | | $4,000.64 |
| Expenses | | | | $0.00 |
| **Total Amount Due** | | | | **$4,000.64** |

*-Different rates apply depending upon tasks being worked on.

You may make your check payable to Donlin, Recano & Company, LLC and forward it to the address below or, if you prefer, you may wire payment as per the following instructions:

Account #: [redacted]
Account Name: Angeion Group LLC DRC
Bank Name: TriState Capital Bank
ABA #: 043019003

These are new instructions. To confirm these banking details by phone, please call Matthew Chaney at 212-771-1127. Feel free to call if you have any other questions or are in need of further information.

Sincerely,

Roland W. Tomforde
President

Enclosures
2578

cc:

Kirkland & Ellis, LLP
Rebecca L. Ritchie
Gabrielle Abbe
Ravi Subramanian Shankar
Alexandra F. Schwarzman
Anup Sathy
David R. Gremling
333 West Wolf Point Plaza
Chicago, IL 60654

Kirkland & Ellis, LLP
Maryia Shybut
601 Lexington Ave
New York, NY 10022

Office of the US Trustee
Benjamin Hackman
844 King ST
Suite 2207
Wilmington DE, 19801

Pachulski Stang Ziehl and Jones, LLP
Laura Davis Jones
James O'Neill
Edward A. Corma
919 North Market ST
17th Floor
Wilmington DE, 19801

email: dave.gremling@kirkland.com alexandra.schwarzman@kirkland.com rebecca.ritchie@kirkland.com
rohit.pappu@kirkland.com gabrielle.abbe@kirkland.com maryia.shybut@kirkland.com
ravi.shankar@kirkland.com anup.sathy@kirkland.com benjamin.a.hackman@usdoj.com
ljones@pszjlaw.com joneill@pszjlaw.com ecorma@pszjlaw.com

For internal use only:

| | |
|---|---|
| CUSTOMER NUMBER | DR00219 |
| CASE CODE | 22578 |

**DONLIN, RECANO & COMPANY, LLC. ('DRC')**
**GoHealth, Inc. Vote/SOFA**
**Invoice # 2 - July 1 through July 21, 2026**

| | |
|---|---|
| **I. Consulting Fees (See Exhibit A for details)** | |
| 25.7 hours @ $159.00/hour | 4,086.30 |
| 5.9 hours @ $155.00/hour | 914.50 |
| **SUB TOTAL - Consulting Fees** | **5,000.80** |
| **II. Out of Pocket Expenses** | |
| None required July 1-21, 2026 | 0.00 |
| **SUB TOTAL - Out of Pocket Expenses** | **0.00** |
| **TOTAL CHARGES - July 1 through July 21, 2026** | **$5,000.80** |
| **Less: 20% Holdback on Fees** | ($1,000.16) |
| **AMOUNT DUE** | **$4,000.64** |

**DONLIN, RECANO & COMPANY, LLC. ('DRC')**
**GoHealth, Inc. Vote/SOFA**
**Invoice # 2 - July 1 through July 21, 2026**

**Summary of Charges by Activity**

| | | | |
|---|---|---|---|
| Fee Statement and Application Preparation | 2.1 | hours | $325.50 |
| Retention | 3.8 | hours | $589.00 |
| Voting and Solicitation | 25.7 | hours | $4,086.30 |
| **Total** | **31.6** | | **$5,000.80** |

**Exhibits A**

**DONLIN, RECANO & COMPANY, LLC. ('DRC')**

Invoice #: 2578 - 2 - July 1 through July 21, 2026

| Date | User | Activity - Voting and Solicitation | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07-01 | J Burlacu | Emails with D. Gremling of KE re research request, completed same (0.4). | 0.4 | 159.0 | $63.60 |
| 07-03 | J Burlacu | Emails with D. Gremling of KE re vote reports (0.1). | 0.1 | 159.0 | $15.90 |
| 07-06 | J Burlacu | Responded to nominee inquiries, emails with R. Pappu of KE re open items to upcoming vote deadline and preparation of declaration, prepared vote tabulation summary and emails with D. Gremling of KE re same (0.9). | 0.9 | 159.0 | $143.10 |
| 07-07 | A Calderon | Processed incoming non-voting notice w\ Opt in election prior to the voting deadline | 0.4 | 159.0 | $63.60 |
| 07-07 | J Burlacu | Responded to nominee inquiries, reviewed ballots from Mediant, prepared updated vote tabulation summary, follow up emails with D. Gremling of KE re same (1.4). | 1.4 | 159.0 | $222.60 |
| 07-08 | A Calderon | Reviewed ballots for upcoming solicitation | 0.5 | 159.0 | $79.50 |
| 07-08 | J Burlacu | Responded to shareholder/creditor inquiries, review of Master Ballots and follow up with nominee regarding good order, follow up with Broadridge re Master Ballot submission, review of all ballots received, worked on tabulation report preparation and exhibits to same and attend to issues for same, emails with D. Gremling of KE re tabulation (4.8) | 4.8 | 159.0 | $763.20 |
| 07-09 | J Burlacu | Various emails with R. Ritchie, D. Gremling, and R. Pappu of KE re percentage of outstanding shares, analysis of classes, and open items, follow up with Broadridge re open issues, prepared Opt-In Report exhibit (3.9). | 3.9 | 159.0 | $620.10 |
| 07-10 | J Burlacu | Telephone conference and emails with M. Shybut of KE re open items to finalizing tabulation and declaration, updated exhibit pages to declaration, attend to issues for same (3.1). | 3.1 | 159.0 | $492.90 |
| 07-12 | J Burlacu | Emails with R. Ritchie and R. Pappu of KE re Opt-In forms received (0.3). | 0.3 | 159.0 | $47.70 |
| 07-13 | J Burlacu | Emails with R. Pappu of KE re Opt-In forms received, late submissions, finalizing vote declaration (1.6). | 1.6 | 159.0 | $254.40 |
| 07-14 | J Burlacu | Emails with M. Shybut of KE re exhibit pages to vote declaration and revisions to same (0.4). | 0.4 | 159.0 | $63.60 |
| 07-15 | J Burlacu | Emails with M. Shybut of KE re preparation of summary vote exhibit and finalizing vote declaration (0.4). | 0.4 | 159.0 | $63.60 |
| 07-16 | J Burlacu | Emails with D. Gremling of KE re Confirmation Hearing and attendance of same (0.2). | 0.2 | 159.0 | $31.80 |
| 07-17 | J Burlacu | Zoom conference with KE re upcoming Confirmation Hearing (0.3). | 0.3 | 159.0 | $47.70 |
| 07-19 | J Burlacu | Travel for attendance of upcoming Confirmation Hearing (2.8). Emails with M. Shybut of KE re Common Stock percentages voting (0.3). | 3.1 | 159.0 | $492.90 |
| 07-20 | J Burlacu | Attend Confirmation Hearing as Vote Declarant and travel time (3.7). | 3.7 | 159.0 | $588.30 |
| 07-21 | J Burlacu | Review of Broadridge invoice and prepared instructions for payment of same (0.2). | 0.2 | 159.0 | $31.80 |

**DONLIN, RECANO & COMPANY, LLC. ('DRC')**

Invoice #: 2578 - 2 - July 1 through July 21, 2026

| Date | User | Activity - Voting and Solicitation | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | TOTAL HOURS - July 1 through July 21, 2026 | | | 25.7 |
| | | TOTAL CHARGES | | | $4,086.30 |

**Exhibits A**

**DONLIN, RECANO & COMPANY, LLC. ('DRC')**

Invoice #: 2578 - 2 - July 1 through July 21, 2026

| Date | User | Activity - Retention | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07-07 | L Terry | Review correspondence with R. Pappu regarding final DRC retention application (0.2) Review provided comments regarding proposed filing (0.2); Communicate approval to proceed with filing (0.1); Response regarding same (0.1). | 0.6 | 155.0 | $93.00 |
| 07-08 | L Terry | Review notice of filing of DRC 327 retention application and scheduled hearing date (0.2); Review case status regarding DRC 327 retention application, including hearing schedule and anticipated order (0.1). | 0.3 | 155.0 | $46.50 |
| 07-15 | L Terry | Review comment from the U.S. Trustee regarding the DRC retention application (0.1); Analyze requested revision to the proposed retention order concerning limitation of DRC's liability (0.1); Prepare and send correspondence to counsel (0.1); Update application and order for records (0.1). | 0.4 | 155.0 | $62.00 |
| 07-16 | L Terry | Correspondence with M. Shybut regarding retention application/order (0.2); Response regarding same (0.2); Review U.S. Trustee's proposed revisions to DRC retention order and analyze requested modification regarding limitation of liability (0.1); Correspond with counsel regarding U.S. Trustee's requested revision to DRC retention order and obtain approval to proposed modification (0.2); Update retention order (0.1); Communicate approval of U.S. Trustee's requested revision to DRC retention order (0.1); and provide updated order (0.1). | 1.0 | 155.0 | $155.00 |
| 07-19 | L Terry | Review revised retention order and redline to filed version (0.2); Prepare and send correspondence transmitting revised retention order and redline (0.2); Response regarding same (0.1). | 0.5 | 155.0 | $77.50 |
| 07-20 | L Terry | Review proposed revision from the U.S. Trustee to the retention order concerning specific provisions (0.1); Prepare and send correspondence confirming updated language (0.1); Response regarding informal comments (0.1); Response regarding same (0.1). | 0.4 | 155.0 | $62.00 |
| 07-20 | L Terry | Review additional proposed revisions to the DRC retention order (0.2); Analyze proposed revisions to the DRC retention order and assess acceptability of requested language (0.2); Communicate approval of proposed revisions to the DRC retention order in response to U.S. Trustee comments and satisfy informal objections (0.2). | 0.6 | 155.0 | $93.00 |
| | | TOTAL HOURS - July 1 through July 21, 2026 | | | 3.8 |
| | | TOTAL CHARGES | | | $589.00 |

**Exhibits A**

**DONLIN, RECANO & COMPANY, LLC. ('DRC')**

Invoice #: 2578 - 2 - July 1 through July 21, 2026

| Date | User | Activity - Fee Statement and Application Preparation | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07-07 | L Terry | Analyze 327 service invoices for June in preparation of the monthly fee application (0.5); Review court docket to determine whether the order approving DRC 327's retention application has been entered (0.2); Begin preparing first fee application, including review and compilation of supporting billing information (1.4). | 2.1 | 155.0 | $325.50 |
| | | TOTAL HOURS - July 1 through July 21, 2026 | | | 2.1 |
| | | TOTAL CHARGES | | | $325.50 |