# EXHIBIT C

## CERTIFICATION

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| GOHEALTH, INC., *et al.*,[1] | ) | Case No. 26-10914 (TMH) |
| Reorganized Debtors. | ) | (Jointly Administered) |

**CERTIFICATION OF ROLAND TOMFORDE**

I, Roland Tomforde, verify as follows:

1. I am Executive Vice President of Donlin, Recano & Company, LLC ("DRC"), the administrative advisor for the above-captioned reorganized debtors (collectively, the "Reorganized Debtors" and, before the Effective Date of the Plan, the "Debtors") and submit this certification in connection with the *First And Final Fee Application of Donlin, Recano & Company, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Administrative Advisor to the Debtors for the First and Final Period From June 7, 2026 Through July 21, 2026* (the "Fee Application").

2. In compliance with section 155 of the title 18 of the United States Code and the Local Rules, neither I nor anyone at DRC has entered into any agreement, written or oral, express or implied, with the Debtors, any creditor, or any other party in interest, nor any attorney for such person, for the purpose of fixing the amount of any of the fees or other compensation to be allowed

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of the Reorganized Debtors' federal tax identification numbers, are: GoHealth, Inc. (3805); Blizzard Midco, LLC (3732); Connected Benefits, LLC (2162); e-TeleQuote Insurance, Inc. (2336); ETQ Holdings, LLC (8260); GoHealth Holdings, LLC (3653); GoHealth, LLC (5175); and Norvax, LLC (3063). The location of the Reorganized Debtors' service address for purposes of these chapter 11 cases is: 222 West Merchandise Mart Plaza, Suite 1750, Chicago, Illinois 60654.

out of or paid from the assets of the Debtors other than in accordance with the compensation provisions of the Bankruptcy Code and Rules.

3. In accordance with Section 504 of the Bankruptcy Code, no agreement or understanding exists between me, DRC or any of our personnel, on the one hand, and any other person, on the other hand, for the division of such compensation as DRC may receive from the Debtors herein, nor will I nor any officer, director or staff of DRC make any division of fees prohibited by Section 504 of the Bankruptcy Code.

4. I have reviewed the requirements of Local Rule 2016-1, and the Fee Application complies with it. To the extent that DRC's policies or customary charges vary from those permitted by Local Rule 2016-1, the policies and charges set by Rule 2016-1 have been used.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Dated: August 21, 2026

Roland W. Tomforde