**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| GOHEALTH, INC., *et al.*,[1] | ) | Case No. 26-10914 (TMH) |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Re: Docket No. ____** |

**ORDER GRANTING FIRST AND FINAL FEE APPLICATION OF DONLIN, RECANO & COMPANY, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ADMINISTRATIVE ADVISOR TO THE DEBTORS FOR THE FIRST AND FINAL PERIOD FROM JUNE 7, 2026 THROUGH JULY 21, 2026**

Donlin, Recano & Company, LLC ("DRC"), as administrative advisor for the debtors and debtor in possession (collectively, the "Debtors"), filed its *First and Final Fee Application of Donlin, Recano & Company, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Administrative Advisor to the Debtors for the First and Final Period from June 7, 2026 Through July 21, 2026* (the "Application"). The Court has reviewed the Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Application, and any hearing on the Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Application. Accordingly, it is hereby

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are: GoHealth, Inc. (3805); Blizzard Midco, LLC (3732); Connected Benefits, LLC (2162); e-TeleQuote Insurance, Inc. (2336); ETQ Holdings, LLC (8260); GoHealth Holdings, LLC (3653); GoHealth, LLC (5175); and Norvax, LLC (3063). The location of the Debtors' service address for purposes of these chapter 11 cases is: 222 West Merchandise Mart Plaza, Suite 1750, Chicago, Illinois 60654.

ORDERED that the Application is GRANTED, on a final basis. The Debtors in the above cases shall pay to DRC the sum of $14,300.40 as compensation for necessary professional services rendered, and actual and necessary expenses in the amount of $0.00 for a total of $14,300.40 for services rendered and disbursements incurred by DRC for the period June 7, 2026 through July 21, 2026, less any amounts previously paid.

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.