# Exhibit D

## Budget and Staffing Plan

## Budget and Staffing Plan

**(For Matter Categories for the Period Beginning on June 7, 2026, and Ending on July 21, 2026)**

**Budget**

| Matter Number | Matter Category Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| 6 | Chapter 11 Filing and First Day Pleadings | 139 - 209 | $215,600 - $323,400 |
| 7 | Adversary Proceedings, Litigation, and Contested Matters | 79 - 119 | $123,200 - $184,800 |
| 8 | Corporate, Securities, and Governance Matters | 186 - 280 | $338,800 - $508,200 |
| 9 | Disclosure Statement / Plan / Plan Supplement / Confirmation / Emergence | 509 - 763 | $924,000 - $1,386,000 |
| 10 | DIP Financing, Cash Collateral, and Cash Management | 183 - 274 | $323,400 - $485,100 |
| 11 | Asset Sales / Section 363 / Use, Sale, and Disposition of Property | 18 - 27 | $30,800 - $46,200 |
| 12 | Executory Contracts and Unexpired Leases | 18 - 27 | $30,800 - $46,200 |
| 13 | Business Operations | 33 - 50 | $61,600 - $92,400 |
| 14 | Creditor, U.S. Trustee, and Stakeholder Communications | 60 - 91 | $123,200 - $184,800 |
| 15 | Hearings | 83 - 124 | $123,200 - $184,800 |
| 16 | Utilities / Insurance / Surety Matters | 17 - 26 | $30,800 - $46,200 |
| 17 | Tax Matters | 45 - 68 | $92,400 - $138,600 |
| 18 | Case Administration | 167 - 250 | $246,400 - $369,600 |
| 19 | Retention – K&E | 78 - 117 | $123,200 - $184,800 |
| 20 | Retention – Non-K&E | 44 - 66 | $61,600 - $92,400 |
| 21 | Vendor Matters | 18 - 27 | $30,800 - $46,200 |
| 22 | Non-Working Travel | 51 - 77 | $46,200 - $69,300 |
| 23 | Employee and Labor Matters | 15 - 23 | $30,800 - $46,200 |
| 24 | International and Non-Debtor Affiliate Matters | 18 - 27 | $30,800 - $46,200 |
| 25 | Automatic Stay Issues | 18 - 27 | $30,800 - $46,200 |
| 26 | Regulatory Issues | 32 - 48 | $61,600 - $92,400 |
| 27 | Expenses | N/A | N/A |
| | **Total** | 1,811 – 2,720 | $3,080,000 - $4,620,000 |

**Staffing Plan**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[1] |
|---|---|---|
| Partner | 17 | $2,208 |
| Associate | 20 | $1,376 |
| Paralegal | 3 | $703 |
| Junior Paralegal | 1 | $435 |
| **Total** | 41 | $1,681 |

[1] The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the chapter 11 cases.