# **Exhibit E**

## Voluntary Rate Disclosures

- The blended hourly rate for all K&E domestic timekeepers (including both professionals and paraprofessionals) who billed to non-bankruptcy matters (collectively, the "Non-Bankruptcy Matters")[1] during the 12-month period beginning on August 1, 2025 and ending on July 1, 2026 (the "Comparable Period") was, in the aggregate, approximately **$1,498.86** per hour (the "Non-Bankruptcy Blended Hourly Rate").[2]

- The blended hourly rate for all K&E timekeepers (including both professionals and paraprofessionals) who billed to the Debtors during the Fee Period was approximately **$1,475.26** per hour (the "Debtor Blended Hourly Rate").[3]

- A detailed comparison of these rates is as follows:

| **Position at K&E** | **Debtor Blended Hourly Rate for This Fee Application** | **Non-Bankruptcy Blended Hourly Rate** |
|---|---|---|
| Partner | $2,115.07 | $2,043.49 |
| Of Counsel | | $1,483.78 |
| Retired Partner | | $3,948.83 |
| Associate | $1,316.21 | $1,225.21 |
| Contract Attorney | | |
| Visiting Attorney | | $892.75 |
| Law Clerk | | $505.49 |
| Paralegal | $635.58 | $607.55 |
| Junior Paralegal | $435.00 | $396.60 |
| Support Staff | $455.00 | $691.56 |
| **Total** | **$1,475.26** | **$1,498.86** |

1 It is the nature of K&E's practice that certain non-bankruptcy engagements require the advice and counsel of professionals and paraprofessionals who work primarily within K&E's Restructuring Group. Accordingly, "Non-Bankruptcy Matters" consist of matters for which K&E domestic timekeepers represented a client in a matter other than an in-court bankruptcy proceeding. Moreover, the Non-Bankruptcy Matters include time billed by K&E domestic timekeepers who work primarily within K&E's Restructuring Group.

2 K&E calculated the blended rate for Non-Bankruptcy Matters by dividing the *total dollar amount* billed by K&E domestic timekeepers to the Non-Bankruptcy Matters during the Comparable Period by the *total number of hours* billed by K&E domestic timekeepers to the Non-Bankruptcy Matters during the Comparable Period.

3 K&E calculated the blended rate for timekeepers who billed to the Debtors by dividing the *total dollar amount billed* by such timekeepers during the Fee Period by the *total number of hours billed* by such timekeepers during the Fee Period.