# **Exhibit F**

## **Summary of Total Fees Incurred and Hours Billed During the Fee Period**

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed |
|---|---|---|---|---|---|---|---|
| Thad W. Davis, P.C. | Partner | Taxation | 2005 | $13,132.50 | 5.10 | N/A | $2,575.00 |
| Sharon Freiman, P.C. | Partner | Corporate - Capital Markets | 2015 | $52,015.00 | 20.60 | N/A | $2,525.00 |
| Chad J. Husnick, P.C. | Partner | Restructuring | 2004 | $3,570.00 | 1.20 | N/A | $2,975.00 |
| Polina Liberman, P.C. | Partner | Taxation | 2010 | $38,695.00 | 14.20 | N/A | $2,725.00 |
| P. Paul Rezvani, P.C. | Partner | Corporate - Debt Finance | 2013 | $72,808.00 | 30.40 | N/A | $2,395.00 |
| Anup Sathy, P.C. | Partner | Restructuring | 1995 | $173,145.00 | 58.20 | N/A | $2,975.00 |
| Alexandra Schwarzman, P.C. | Partner | Restructuring | 2012 | $133,401.50 | 55.70 | N/A | $2,395.00 |
| Stephen I. Brecher | Partner | ECEB - Executive Compensation | 2000 | $4,545.00 | 1.80 | N/A | $2,525.00 |
| David Cummings | Partner | Litigation - General | 2013 | $7,875.00 | 4.20 | N/A | $1,875.00 |
| Susan D. Golden | Partner | Restructuring | 1988 | $10,056.00 | 4.80 | N/A | $2,095.00 |
| Dave Gremling | Partner | Restructuring | 2019 | $602,231.00 | 317.80 | N/A | $1,895.00 |
| Parimah Hassouri | Partner | Corporate - M&A/Private Equity | 2009 | $10,894.00 | 5.20 | N/A | $2,095.00 |
| Jimin He | Partner | Corporate - M&A/Private Equity | 2018 | $10,233.00 | 5.40 | N/A | $1,895.00 |
| Erik Hepler | Partner | Corporate - Debt Finance | 1990 | $2,525.00 | 1.00 | N/A | $2,525.00 |
| Jacob A. Klapholz | Partner | Corporate - Debt Finance | 2017 | $35,057.50 | 18.50 | N/A | $1,895.00 |
| Chris Koenig | Partner | Restructuring | 2014 | $3,353.00 | 1.40 | N/A | $2,395.00 |
| William T. Pruitt | Partner | Litigation - General | 2004 | $4,818.50 | 2.30 | N/A | $2,095.00 |
| Ana Sempertegui | Partner | Corporate - Capital Markets | 2010 | $42,109.50 | 20.10 | N/A | $2,095.00 |
| Ravi Subramanian Shankar | Partner | Litigation - General | 2011 | $96,187.50 | 51.30 | N/A | $1,875.00 |
| Van Whiting | Partner | Corporate - Capital Markets | 2015 | $60,261.00 | 31.80 | N/A | $1,895.00 |
| Gabrielle Abbe | Associate | Restructuring | 2022 | $67,417.50 | 44.50 | N/A | $1,515.00 |
| | | | | $67,628.00 | 42.40 | N/A | $1,595.00 |
| Aburiyeba Ibiye Amaso | Associate | Corporate - M&A/Private Equity | 2021 | $10,846.00 | 6.80 | N/A | $1,595.00 |
| Jared Bucholtz | Associate | Restructuring | 2025 | $119,467.00 | 123.80 | N/A | $965.00 |
| | | | | $144,760.00 | 123.20 | N/A | $1,175.00 |
| Amanda Damon | Associate | Restructuring | 2025 | $146,757.50 | 124.90 | N/A | $1,175.00 |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed |
|---|---|---|---|---|---|---|---|
| | | | | $160,298.50 | 121.90 | N/A | $1,315.00 |
| Devin DiSabatino | Associate | Litigation - General | 2025 | $5,985.00 | 6.30 | N/A | $950.00 |
| | | | | $787.50 | 0.70 | N/A | $1,125.00 |
| Tysan Holloman | Associate | Restructuring | 2024 | $59,455.00 | 50.60 | N/A | $1,175.00 |
| | | | | $10,651.50 | 8.10 | N/A | $1,315.00 |
| Luka Knezevic | Associate | Restructuring | 2025 | $134,185.00 | 114.20 | N/A | $1,175.00 |
| | | | | $38,661.00 | 29.40 | N/A | $1,315.00 |
| Sooyeon Lee | Associate | Corporate - Capital Markets | 2023 | $3,024.50 | 2.30 | N/A | $1,315.00 |
| | | | | $35,754.00 | 23.60 | N/A | $1,515.00 |
| Anthony J. Maresco | Associate | Restructuring | 2023 | $258,266.00 | 196.40 | N/A | $1,315.00 |
| | | | | $247,702.50 | 163.50 | N/A | $1,515.00 |
| Ethan Matthews | Associate | Taxation | 2025 | $12,835.50 | 12.90 | N/A | $995.00 |
| | | | | $9,841.50 | 8.10 | N/A | $1,215.00 |
| Rohit Pappu | Associate | Restructuring | 2025 | $83,376.00 | 86.40 | N/A | $965.00 |
| | | | | $59,455.00 | 50.60 | N/A | $1,175.00 |
| Priya Pookkulam | Associate | Litigation - General | 2026 | $10,912.50 | 9.70 | N/A | $1,125.00 |
| Anthony Porcelli | Associate | Restructuring | 2026 | $69,480.00 | 72.00 | N/A | $965.00 |
| | | | | $71,205.00 | 60.60 | N/A | $1,175.00 |
| Rebecca L. Ritchie | Associate | Restructuring | 2021 | $110,214.50 | 69.10 | N/A | $1,595.00 |
| | | | | $118,255.00 | 70.60 | N/A | $1,675.00 |
| Jake Rosen | Associate | Corporate - Debt Finance | 2021 | $33,335.50 | 20.90 | N/A | $1,595.00 |
| | | | | $36,180.00 | 21.60 | N/A | $1,675.00 |
| Matthew Schaible | Associate | Litigation - General | 2023 | $8,236.00 | 5.80 | N/A | $1,420.00 |
| Morgan Sciumbato | Associate | Corporate - Debt Finance | 2023 | $26,037.00 | 19.80 | N/A | $1,315.00 |
| | | | | $20,755.50 | 13.70 | N/A | $1,515.00 |
| Maryia Shybut | Associate | Restructuring | 2022 | $175,285.50 | 115.70 | N/A | $1,515.00 |
| | | | | $198,418.00 | 124.40 | N/A | $1,595.00 |
| Elise Wang | Associate | Corporate - Capital Markets | 2020 | $1,507.50 | 0.90 | N/A | $1,675.00 |
| | | | | $18,760.50 | 9.90 | N/A | $1,895.00 |
| Robert Wolfe | Associate | Litigation - General | 2024 | $12,712.50 | 11.30 | N/A | $1,125.00 |

| Paraprofessional Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed |
|---|---|---|---|---|---|---|---|
| Elizabeth Burns | Paralegal | Corporate - Debt Finance | N/A | $4,303.50 | 5.70 | N/A | $755.00 |
| Uzo Dike | Paralegal | Litigation - General | N/A | $5,580.00 | 7.20 | N/A | $775.00 |
| Amy Donahue | Paralegal | Restructuring | N/A | $3,548.50 | 4.70 | N/A | $755.00 |
| Ashlyn Gallagher | Paralegal | Restructuring | N/A | $3,706.00 | 6.80 | N/A | $545.00 |

| Paraprofessional Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed |
|---|---|---|---|---|---|---|---|
| Joshua King | Paralegal | Litigation - General | N/A | $7,663.50 | 11.70 | N/A | $655.00 |
| Tanzila Zomo | Paralegal | Restructuring | N/A | $11,172.50 | 20.50 | N/A | $545.00 |
| Tommy Kelleher | Junior Paralegal | Corporate - Capital Markets | N/A | $6,742.50 | 15.50 | N/A | $435.00 |
| Christian Mancino | Junior Paralegal | Restructuring | N/A | $6,220.50 | 14.30 | N/A | $435.00 |
| Matthew Cooper | Support Staff | Conflicts Analysis | N/A | $4,686.50 | 10.30 | N/A | $455.00 |
| Marta Dudyan | Support Staff | Conflicts Analysis | N/A | $3,048.50 | 6.70 | N/A | $455.00 |
| Eric Nyberg | Support Staff | Conflicts Analysis | N/A | $3,503.50 | 7.70 | N/A | $455.00 |