# Exhibit G

## Summary of Actual and Necessary Expenses for the Fee Period

## Summary of Actual and Necessary Expenses for the Fee Period

| Expense | Vendor (if any) | Unit Cost (if applicable) | Amount |
|---|---|---|---|
| Standard Copies or Prints | Kirkland & Ellis LLP | $0.10 | $878.40 |
| Color Copies or Prints | | | $1,272.70 |
| Local Transportation | | | $198.49 |
| Travel Expense | | | $3,092.37 |
| Airfare | | | $5,290.70 |
| Transportation to/from airport | | | $760.83 |
| Travel Meals | | | $239.12 |
| Other Court Costs and Fees | | | $20,386.47 |
| Working Meals/K&E Only | | | $160.00 |
| Outside Retrieval Service | | | $4,251.79 |
| Computer Database Research | | | $1,213.00 |
| Westlaw Research | | | $340.74 |
| LexisNexis Research | | | $1,288.93 |
| Overtime Transportation | | | $1,140.90 |
| Overtime Meals - Non-Attorney | | | $20.00 |
| Overtime Meals - Attorney | | | $433.96 |
| Rental Expenses | | | $12,160.38 |
| **Totals** | | | **$53,128.78** |