# Exhibit H

## Summary of Fees and Expenses by Matter for the Fee Period

| Matter Number | Matter Category Description | Hours | | Total Compensation | | Expenses | Total |
|---|---|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Billed | | |
| 6 | Chapter 11 Filing and First Day Pleadings | 139 - 209 | 299.40 | $215,600 - $323,400 | $376,261.00 | N/A | $376,261.00 |
| 7 | Adversary Proceedings, Litigation, and Contested Matters | 79 - 119 | 28.70 | $123,200 - $184,800 | $37,724.50 | N/A | $37,724.50 |
| 8 | Corporate, Securities, and Governance Matters | 186 - 280 | 235.50 | $338,800 - $508,200 | $409,174.50 | N/A | $409,174.50 |
| 9 | Disclosure Statement / Plan / Plan Supplement / Confirmation / Emergence | 509 - 763 | 1,346.50 | $924,000 - $1,386,000 | $2,000,975.00 | N/A | $2,000,975.00 |
| 10 | DIP Financing, Cash Collateral, and Cash Management | 183 - 274 | 182.90 | $323,400 - $485,100 | $313,653.50 | N/A | $313,653.50 |
| 12 | Executory Contracts and Unexpired Leases | 18 - 27 | 6.60 | $30,800 - $46,200 | $10,715.00 | N/A | $10,715.00 |
| 13 | Business Operations | 33 - 50 | 1.30 | $61,600 - $92,400 | $2,592.50 | N/A | $2,592.50 |
| 14 | Creditor, U.S. Trustee, and Stakeholder Communications | 60 - 91 | 32.30 | $123,200 - $184,800 | $49,274.50 | N/A | $49,274.50 |
| 15 | Hearings | 83 - 124 | 65.90 | $123,200 - $184,800 | $118,605.50 | N/A | $118,605.50 |
| 16 | Utilities / Insurance / Surety Matters | 17 - 26 | 22.40 | $30,800 - $46,200 | $33,392.00 | N/A | $33,392.00 |
| 17 | Tax Matters | 45 - 68 | 58.80 | $92,400 - $138,600 | $96,168.00 | N/A | $96,168.00 |
| 18 | Case Administration | 167 - 250 | 97.10 | $246,400 - $369,600 | $110,651.50 | N/A | $110,651.50 |
| 19 | Retention – K&E | 78 - 117 | 215.80 | $123,200 - $184,800 | $268,766.00 | N/A | $268,766.00 |
| 20 | Retention – Non-K&E | 44 - 66 | 58.20 | $61,600 - $92,400 | $74,367.00 | N/A | $74,367.00 |
| 21 | Vendor Matters | 18 - 27 | 3.90 | $30,800 - $46,200 | $6,152.50 | N/A | $6,152.50 |
| 22 | Non-Working Travel | 51 - 77 | 30.50 | $46,200 - $69,300 | $50,385.50 | N/A | $50,385.50 |
| 23 | Employee and Labor Matters | 15 - 23 | 7.30 | $30,800 - $46,200 | $13,635.50 | N/A | $13,635.50 |
| 25 | Automatic Stay Issues | 18 - 27 | 6.60 | $30,800 - $46,200 | $10,139.00 | N/A | $10,139.00 |
| 26 | Regulatory Issues | 32 - 48 | 29.00 | $61,600 - $92,400 | $42,905.00 | N/A | $42,905.00 |
| 27 | Expenses | | | | | $53,128.78 | $53,128.78 |
| **Totals** | | 1,811 - 2,720 | 2,728.70 | $3,080,000 - $4,620,000 | | | $4,078,666.78 |