# **Exhibit J**

## Detailed Description of Expenses and Disbursements

KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

333 West Wolf Point Plaza
Chicago, IL 60654

FEIN 36-1326630

September 4, 2026

GoHealth Inc.
222 W Merchandise Mart Plaza Suite 1750
Chicago, IL 60654

Attn: Brad Burd

**Invoice Number: 1010249717**
**Client Matter: 56685-27**

---

**In the Matter of Expenses**

| | |
|---|---|
| For expenses incurred through July 21, 2026 (see attached Description of Expenses for detail) | $ 53,128.78 |
| Total expenses incurred | $ 53,128.78 |

**Description of Expenses**

| Description | Amount |
|---|---|
| Standard Copies or Prints | 878.40 |
| Color Copies or Prints | 1,272.70 |
| Local Transportation | 198.49 |
| Travel Expense | 3,092.37 |
| Airfare | 5,290.70 |
| Transportation to/from airport | 760.83 |
| Travel Meals | 239.12 |
| Other Court Costs and Fees | 20,386.47 |
| Working Meals/K&E Only | 160.00 |
| Outside Retrieval Service | 4,251.79 |
| Computer Database Research | 1,213.00 |
| Westlaw Research | 340.74 |
| LexisNexis Research | 1,288.93 |
| Overtime Transportation | 1,140.90 |
| Overtime Meals - Non-Attorney | 20.00 |
| Overtime Meals - Attorney | 433.96 |
| Rental Expenses | 12,160.38 |
| **Total** | **$ 53,128.78** |

## Description of Expenses

### Standard Copies or Prints

| Date | Description | Amount |
|---|---|---|
| 06/07/26 | Standard Copies or Prints | 5.40 |
| 06/07/26 | Standard Copies or Prints | 10.60 |
| 06/08/26 | Standard Copies or Prints | 44.70 |
| 06/08/26 | Standard Copies or Prints | 0.60 |
| 06/08/26 | Standard Copies or Prints | 4.10 |
| 06/08/26 | Standard Copies or Prints | 2.40 |
| 06/08/26 | Standard Copies or Prints | 603.60 |
| 06/08/26 | Standard Copies or Prints | 25.20 |
| 06/09/26 | Standard Copies or Prints | 0.50 |
| 06/09/26 | Standard Copies or Prints | 0.40 |
| 06/09/26 | Standard Copies or Prints | 2.60 |
| 06/09/26 | Standard Copies or Prints | 11.70 |
| 06/17/26 | Standard Copies or Prints | 6.20 |
| 06/17/26 | Standard Copies or Prints | 5.80 |
| 06/17/26 | Standard Copies or Prints | 17.40 |
| 06/18/26 | Standard Copies or Prints | 8.90 |
| 06/18/26 | Standard Copies or Prints | 5.10 |
| 06/19/26 | Standard Copies or Prints | 0.10 |
| 06/23/26 | Standard Copies or Prints | 1.20 |
| 06/24/26 | Standard Copies or Prints | 1.70 |
| 06/25/26 | Standard Copies or Prints | 2.80 |
| 06/25/26 | Standard Copies or Prints | 31.60 |
| 06/25/26 | Standard Copies or Prints | 1.00 |
| 06/29/26 | Standard Copies or Prints | 5.40 |
| 06/29/26 | Standard Copies or Prints | 2.90 |
| 06/30/26 | Standard Copies or Prints | 9.30 |
| 06/30/26 | Standard Copies or Prints | 0.10 |
| 06/30/26 | Standard Copies or Prints | 2.00 |
| 07/02/26 | Standard Copies or Prints | 4.30 |
| 07/07/26 | Standard Copies or Prints | 0.70 |
| 07/07/26 | Standard Copies or Prints | 6.70 |

| | | |
|---|---|---|
| 07/07/26 | Standard Copies or Prints | 8.80 |
| 07/08/26 | Standard Copies or Prints | 1.80 |
| 07/09/26 | Standard Copies or Prints | 0.30 |
| 07/10/26 | Standard Copies or Prints | 0.90 |
| 07/14/26 | Standard Copies or Prints | 1.60 |
| 07/14/26 | Standard Copies or Prints | 9.60 |
| 07/14/26 | Standard Copies or Prints | 5.10 |
| 07/15/26 | Standard Copies or Prints | 5.50 |
| 07/15/26 | Standard Copies or Prints | 16.00 |
| 07/16/26 | Standard Copies or Prints | 1.60 |
| 07/17/26 | Standard Copies or Prints | 0.20 |
| 07/21/26 | Standard Copies or Prints | 1.60 |
| 07/21/26 | Standard Copies or Prints | 0.40 |
| | **Total** | **878.40** |

**Color Copies or Prints**

| Date | Description | Amount |
|---|---|---|
| 06/08/26 | Color Copies or Prints | 124.30 |
| 06/08/26 | Color Copies or Prints | 1.10 |
| 06/09/26 | Color Copies or Prints | 2.20 |
| 06/09/26 | Color Copies or Prints | 50.05 |
| 06/17/26 | Color Copies or Prints | 4.40 |
| 06/18/26 | Color Copies or Prints | 104.50 |
| 06/18/26 | Color Copies or Prints | 30.25 |
| 06/19/26 | Color Copies or Prints | 6.05 |
| 06/23/26 | Color Copies or Prints | 79.20 |
| 06/25/26 | Color Copies or Prints | 66.00 |
| 06/29/26 | Color Copies or Prints | 30.25 |
| 06/30/26 | Color Copies or Prints | 60.50 |
| 07/02/26 | Color Copies or Prints | 102.85 |
| 07/07/26 | Color Copies or Prints | 50.05 |
| 07/07/26 | Color Copies or Prints | 45.10 |
| 07/07/26 | Color Copies or Prints | 61.60 |
| 07/08/26 | Color Copies or Prints | 118.25 |
| 07/10/26 | Color Copies or Prints | 31.90 |
| 07/13/26 | Color Copies or Prints | 59.95 |
| 07/14/26 | Color Copies or Prints | 48.40 |
| 07/14/26 | Color Copies or Prints | 45.10 |
| 07/14/26 | Color Copies or Prints | 11.00 |
| 07/16/26 | Color Copies or Prints | 48.40 |
| 07/21/26 | Color Copies or Prints | 42.90 |
| 07/21/26 | Color Copies or Prints | 48.40 |
| | **Total** | **1,272.70** |

**Local Transportation**

| Date | Description | Amount |
|---|---|---|
| 06/07/26 | Jared Bucholtz, Taxi, New York, chapter 11 filing preparations | 67.99 |
| 06/08/26 | Jared Bucholtz, Taxi, New York, chapter 11 filing preparations | 106.35 |
| 06/08/26 | Jared Bucholtz, Taxi, New York, chapter 11 filing preparations | 24.15 |
| | **Total** | **198.49** |

**Travel Expense**

| Date | Description | Amount |
|---|---|---|
| 06/07/26 | Dave Gremling - Lodging, New York, NY, chapter 11 filing preparations | 498.19 |
| 06/07/26 | Rebecca L. Ritchie - Lodging, New York, NY, chapter 11 filing preparations | 525.00 |
| 06/07/26 | Rohit Pappu - Lodging, New York, NY, chapter 11 filing preparations | 335.06 |
| 06/08/26 | Dave Gremling, - Lodging, New York, NY, chapter 11 filing preparations | 240.00 |
| 06/09/26 | Alexandra Schwarzman - Lodging, New York, NY, chapter 11 filing preparations | 525.00 |
| 07/20/26 | Rebecca L. Ritchie - Lodging, Wilmington, DE, confirmation hearing | 125.13 |
| 07/20/26 | Ravi Subramanian Shankar - Lodging, Wilmington, DE, confirmation hearing | 295.90 |
| 07/20/26 | Alexandra Schwarzman -Lodging, Wilmington, DE, confirmation hearing | 393.80 |
| 07/20/26 | GGabrielle Abbe - Lodging, Wilmington, DE, confirmation hearing | 154.29 |
| | **Total** | **3,092.37** |

**Airfare**

| Date | Description | Amount |
|---|---|---|
| 06/08/26 | Alexandra Schwarzman, Airfare (coach), Chicago, IL to New York, NY, travel for the first day hearing. | 578.75 |
| 06/30/26 | Alexandra Schwarzman, Airfare (coach), Nantucket, MA to Philadelphia, PA, travel to attend confirmation hearing | 1,449.04 |
| 06/30/26 | Alexandra Schwarzman, Agency Fee, travel to attend confirmation hearing | 58.00 |
| 07/16/26 | Gabrielle Abbe, Agency Fee, travel to attend confirmation hearing. | 21.00 |
| 07/16/26 | Gabrielle Abbe, Airfare (coach), Philadelphia, PA to Chicago, IL, travel to attend confirmation hearing. | 509.61 |
| 07/17/26 | Ravi Subramanian Shankar, Agency Fee, travel to attend confirmation hearing. | 21.00 |
| 07/17/26 | Rebecca L. Ritchie, Airfare (coach), Philadelphia, PA to Chicago, IL, travel to attend confirmation hearing. | 311.80 |
| 07/17/26 | Rebecca L. Ritchie, Agency Fee, travel to attend confirmation hearing. | 21.00 |
| 07/17/26 | Ravi Subramanian Shankar, Agency Fee, travel to attend confirmation hearing. | 58.00 |
| 07/17/26 | Rebecca L. Ritchie, Airfare (coach), Chicago, IL to Philadelphia, PA, Travel to attend confirmation. | 311.80 |
| 07/17/26 | Rebecca L. Ritchie, Agency Fee, travel to attend confirmation hearing. | 21.00 |
| 07/17/26 | Maryia Shybut, Agency Fee, travel to attend confirmation hearing. | 21.00 |
| 07/17/26 | Maryia Shybut, Rail, New York, NY to Wilmington, DE, travel to attend confirmation hearing. | 157.00 |
| 07/17/26 | Ravi Subramanian Shankar, Rail, New York, NY to Wilmington, DE, travel to attend confirmation hearing. | 236.70 |
| 07/17/26 | Ravi Subramanian Shankar, Airfare (coach), Philadelphia, PA to Chicago, IL, travel to attend confirmation hearing. | 311.80 |
| 07/20/26 | Amanda Damon, Rail, Wilmington, DE to New York, NY, travel to attend confirmation hearing. | 149.00 |
| 07/20/26 | Amanda Damon, Rail, New York, NY to Wilmington, DE, travel to attend confirmation hearing. | 149.00 |
| 07/20/26 | Anthony J. Maresco, Rail, New York, NY to Wilmington, DE, travel to attend confirmation hearing (tickets for multiple attorneys). | 549.90 |
| 07/20/26 | Anthony J. Maresco, Agency Fee, travel to attend confirmation hearing. | 58.00 |

| | | |
|---|---|---|
| 07/20/26 | Anthony J. Maresco, Rail, Wilmington, DE to New York, NY, travel to attend confirmation hearing. | 39.60 |
| 07/20/26 | Maryia Shybut, Agency Fee, travel to attend confirmation hearing. | 21.00 |
| 07/20/26 | Maryia Shybut, Rail, Wilmington, DE to New York, NY, travel to attend confirmation hearing. | 236.70 |
| | **Total** | **5,290.70** |

**Transportation to/from airport**

| Date | Description | Amount |
|---|---|---|
| 06/07/26 | Rebecca L. Ritchie, Transportation To/From Airport, travel to NY for chapter 11 filing. | 134.57 |
| 06/12/26 | Alexandra Schwarzman, Transportation To/From Airport, travel to NY for chapter 11 filing. | 184.10 |
| 06/12/26 | Alexandra Schwarzman, Transportation To/From Airport, travel to NY for chapter 11 filing. | 132.38 |
| 07/19/26 | Ravi Subramanian Shankar, Transportation To/From Airport, travel to attend confirmation hearing. | 94.98 |
| 07/20/26 | Rebecca L. Ritchie, Transportation To/From Airport, travel to attend confirmation hearing. | 57.59 |
| 07/20/26 | Rebecca L. Ritchie, Transportation To/From Airport, travel to attend confirmation hearing. | 77.11 |
| 07/20/26 | Rebecca L. Ritchie, Transportation To/From Airport, travel to attend confirmation hearing. | 80.10 |
| | **Total** | **760.83** |

**Travel Meals**

| Date | Description | Amount |
|---|---|---|
| 06/08/26 | Jared Bucholtz, travel meals, New York, NY chapter 11 filing preparations | 19.98 |
| 06/09/26 | Alexandra Schwarzman, travel meals, New York, NY, first day hearing | 70.00 |
| 07/19/26 | Ravi Subramanian Shankar, travel meals, Chicago, IL, confirmation hearing. . | 21.87 |
| 07/19/26 | Alexandra Schwarzman, travel meals, Wilmington, DE, confirmation hearing | 61.50 |
| 07/20/26 | Amanda Damon, travel meals, New York, NY, confirmation hearing | 15.24 |
| 07/20/26 | Amanda Damon, travel meals, New York, NY, confirmation hearing | 13.06 |
| 07/20/26 | Amanda Damon, travel meals, New York, NY, confirmation hearing | 16.49 |
| 07/20/26 | Amanda Damon, travel meals, New York, NY, confirmation hearing | 15.31 |
| 07/20/26 | Ravi Subramanian Shankar, travel meals, Wilmington, DE, confirmation hearing. | 5.67 |
| | **Total** | **239.12** |

**Other Court Costs and Fees**

| Date | Description | Amount |
|---|---|---|
| 06/15/26 | Miller Advertising Agency Inc - Publication of NOL and CHN Notices in the New York Times | 20,386.47 |
| | **Total** | **20,386.47** |

**Working Meals/K&E Only**

| Date | Description | Amount |
| --- | --- | --- |
| 06/08/26 | Jared Bucholtz, Working Meal/K&E Only, for Jared Bucholtz, Luka Knezevic, Anthony Porcelli, Amanda Damon, Rebecca L. Ritchie, Dave Gremling, Rohit Pappu, Maryia Shybut | 160.00 |
| | **Total** | **160.00** |

**Outside Retrieval Service**

| Date | Description | Amount |
|---|---|---|
| 06/22/26 | Universal Registered Agents Inc | 953.75 |
| 06/30/26 | AMERICAN CORPORATE SERVICES INC - GoHealth Newco Inc. – DE filing fee (same day basis) and service charge to file Certificate of Incorporation 2026-06-30 | 873.85 |
| 07/08/26 | OBTAIN CERTIFIED/PLAIN DOCUMENT COPY;OBTAIN CERTIFICATE OF FACT/GOODSTANDING - CERTIFICATE OF GOOD STANDING/EXISTENCE IN FLORIDA | 2,424.19 |
| | **Total** | **4,251.79** |

**Computer Database Research**

| Date | Description | Amount |
|---|---|---|
| 07/15/26 | Stretto, Inc. - Chapter 11 Dockets charges for 06/2026 | 301.00 |
| 07/15/26 | Stretto, Inc. - Chapter 11 Dockets charges for 06/2026 | 346.00 |
| 07/15/26 | Stretto, Inc. - Chapter 11 Dockets charges for 06/2026 | 306.00 |
| 07/15/26 | Stretto, Inc. - Chapter 11 Dockets charges for 06/2026 | 40.00 |
| 07/15/26 | Stretto, Inc. - Chapter 11 Dockets charges for 06/2026 | 20.00 |
| 07/15/26 | Stretto, Inc. - Chapter 11 Dockets charges for 06/2026 | 100.00 |
| 07/15/26 | Stretto, Inc. - Chapter 11 Dockets charges for 06/2026 | 80.00 |
| 07/15/26 | Stretto, Inc. - Chapter 11 Dockets charges for 06/2026 | 20.00 |
| | **Total** | **1,213.00** |

**Westlaw Research**

| Date | Description | Amount |
|---|---|---|
| 06/07/26 | THOMSON REUTERS - WEST PUBLISHING CORP - WESTLAW Research Charges by Knezevic, Luka on 6/7/2026 | 40.91 |
| 06/12/26 | THOMSON REUTERS - WEST PUBLISHING CORP - WESTLAW Research Charges by Pappu, Rohit on 6/12/2026 | 116.68 |
| 06/13/26 | THOMSON REUTERS - WEST PUBLISHING CORP - WESTLAW Research Charges by Pappu, Rohit on 6/13/2026 | 100.52 |
| 06/17/26 | THOMSON REUTERS - WEST PUBLISHING CORP - WESTLAW Research Charges by Gremling, David on 6/17/2026 | 30.30 |
| 06/17/26 | THOMSON REUTERS - WEST PUBLISHING CORP - WESTLAW Research Charges by Shybut, Maryia on 6/17/2026 | 0.71 |
| 06/17/26 | THOMSON REUTERS - WEST PUBLISHING CORP - WESTLAW Research Charges by Damon, Amanda on 6/17/2026 | 2.69 |
| 06/18/26 | THOMSON REUTERS - WEST PUBLISHING CORP - WESTLAW Research Charges by Damon, Amanda on 6/18/2026 | 0.67 |
| 06/19/26 | THOMSON REUTERS - WEST PUBLISHING CORP - WESTLAW Research Charges by Porcelli, Anthony on 6/19/2026 | 1.34 |
| 06/22/26 | THOMSON REUTERS - WEST PUBLISHING CORP - WESTLAW Research Charges by Bucholtz, Jared on 6/22/2026 | 2.15 |
| 06/22/26 | THOMSON REUTERS - WEST PUBLISHING CORP - WESTLAW Research Charges by Maresco, Anthony on 6/22/2026 | 21.80 |
| 06/22/26 | THOMSON REUTERS - WEST PUBLISHING CORP - WESTLAW Research Charges by Porcelli, Anthony on 6/22/2026 | 0.67 |
| 06/24/26 | THOMSON REUTERS - WEST PUBLISHING CORP - WESTLAW Research Charges by Knezevic, Luka on 6/24/2026 | 10.73 |
| 06/24/26 | THOMSON REUTERS - WEST PUBLISHING CORP - WESTLAW Research Charges by Bucholtz, Jared on 6/24/2026 | 6.11 |
| 06/24/26 | THOMSON REUTERS - WEST PUBLISHING CORP - WESTLAW Research Charges by Porcelli, Anthony on 6/24/2026 | 1.34 |
| 06/25/26 | THOMSON REUTERS - WEST PUBLISHING CORP - WESTLAW Research Charges by Damon, Amanda on 6/25/2026 | 2.01 |
| 06/26/26 | THOMSON REUTERS - WEST PUBLISHING CORP - WESTLAW Research Charges by Damon, Amanda on 6/26/2026 | 0.67 |
| 06/27/26 | THOMSON REUTERS - WEST PUBLISHING CORP - WESTLAW Research Charges by Shybut, Maryia on 6/27/2026 | 1.44 |
| | **Total** | **340.74** |

**LexisNexis Research**

| Date | Description | Amount |
|---|---|---|
| 06/07/26 | RELX Inc DBA LexisNexis - LexisNexis Research on 6/7/2026 by Rebecca Ritchie | 183.73 |
| 06/07/26 | RELX Inc DBA LexisNexis - LexisNexis Research on 6/7/2026 by Anthony Maresco | 155.67 |
| 06/15/26 | RELX Inc DBA LexisNexis - LexisNexis Research on 6/15/2026 by Anthony Maresco | 51.89 |
| 06/18/26 | RELX Inc DBA LexisNexis - LexisNexis Research on 6/18/2026 by Anthony Maresco | 103.78 |
| 06/23/26 | RELX Inc DBA LexisNexis - LexisNexis Research on 6/23/2026 by Anthony Maresco | 51.89 |
| 07/06/26 | RELX Inc DBA LexisNexis - LexisNexis Research on 7/6/2026 by Anthony Maresco | 313.04 |
| 07/15/26 | RELX Inc DBA LexisNexis - LexisNexis Research on 7/15/2026 by Anthony Maresco | 208.69 |
| 07/16/26 | RELX Inc DBA LexisNexis - LexisNexis Research on 7/16/2026 by Anthony Maresco | 168.07 |
| 07/20/26 | RELX Inc DBA LexisNexis - LexisNexis Research on 7/20/2026 by Anthony Maresco | 52.17 |
| | **Total** | **1,288.93** |

**Overtime Transportation**

| Date | Description | Amount |
|---|---|---|
| 06/07/26 | Tanzila Zomo - Taxi, overtime transportation | 63.21 |
| 06/07/26 | Tanzila Zomo - Taxi, overtime transportation | 55.28 |
| 06/07/26 | Anthony J. Maresco - Taxi, overtime transportation | 33.98 |
| 06/07/26 | Anthony J. Maresco, Taxi, overtime transportation | 26.94 |
| 06/07/26 | Anthony Porcelli, Taxi, overtime transportation | 29.95 |
| 06/07/26 | Luka Knezevic - Taxi, overtime transportation | 25.78 |
| 06/07/26 | Amanda Damon - overtime transportation | 13.94 |
| 06/07/26 | Amanda Damon, Train, overtime transportation | 33.00 |
| 06/07/26 | Maryia Shybut - Taxi, overtime transportation | 26.04 |
| 06/07/26 | Maryia Shybut - Taxi, overtime transportation | 56.42 |
| 06/08/26 | Anthony J. Maresco - Taxi, overtime transportation | 33.20 |
| 06/08/26 | Anthony J. Maresco - Taxi, overtime transportation | 57.98 |
| 06/08/26 | Luka Knezevic - Taxi, overtime transportation | 26.67 |
| 06/08/26 | Anthony Porcelli - Taxi, overtime transportation | 28.94 |
| 06/08/26 | Amanda Damon - Taxi, overtime transportation | 14.96 |
| 06/09/26 | Maryia Shybut - Taxi, overtime transportation | 64.13 |
| 06/18/26 | Jared Bucholtz -Taxi, overtime transportation | 33.22 |
| 06/23/26 | Maryia Shybut - Taxi, overtime transportation | 75.98 |
| 06/23/26 | Jared Bucholtz - Taxi, overtime transportation | 34.98 |
| 06/24/26 | Anthony Porcelli - Taxi, overtime transportation | 37.93 |
| 06/30/26 | Maryia Shybut - Taxi, overtime transportation | 84.10 |
| 07/01/26 | Luka Knezevic - Taxi, overtime transportation | 26.35 |
| 07/01/26 | Amanda Damon - Taxi, overtime transportation | 33.00 |
| 07/01/26 | Maryia Shybut - Taxi, overtime transportation | 61.35 |
| 07/06/26 | Rebecca L. Ritchie - Taxi, overtime transportation | 21.50 |
| 07/08/26 | Maryia Shybut - Taxi, overtime transportation | 60.08 |
| 07/14/26 | Jared Bucholtz - Taxi, overtime transportation | 28.93 |
| 07/15/26 | Maryia Shybut - Taxi, overtime transportation | 53.06 |
| | **Total** | **1,140.90** |

**Overtime Meals - Non-Attorney**

| Date | Description | Amount |
|---|---|---|
| 06/07/26 | Tanzila Zomo, overtime meal | 20.00 |
| | **Total** | **20.00** |

**Overtime Meals - Attorney**

| Date | Description | Amount |
|---|---|---|
| 06/07/26 | Anthony J. Maresco - overtime meal | 14.42 |
| 06/07/26 | Anthony J. Maresco - overtime meal | 20.00 |
| 06/07/26 | Anthony Porcelli - overtime meal | 20.00 |
| 06/07/26 | Anthony Porcelli - overtime meal | 20.00 |
| 06/07/26 | Maryia Shybut - overtime meal | 20.00 |
| 06/07/26 | Luka Knezevic - overtime meal | 20.00 |
| 06/14/26 | Anthony Maresco - overtime meal | 20.00 |
| 06/18/26 | Jared Bucholtz - overtime meal | 20.00 |
| 06/18/26 | Amanda Damon - overtime meal | 20.00 |
| 06/18/26 | Amanda Damon - overtime meal | 19.54 |
| 06/23/26 | Jared Bucholtz - overtime meal | 20.00 |
| 06/23/26 | Maryia Shybut - overtime meal | 20.00 |
| 06/30/26 | Maryia Shybut - overtime meal | 20.00 |
| 07/01/26 | Amanda Damon - overtime meal | 20.00 |
| 07/01/26 | Rohit Pappu - overtime meal | 20.00 |
| 07/05/26 | Amanda Damon - overtime meal | 20.00 |
| 07/05/26 | Luka Knezevic - overtime meal | 20.00 |
| 07/07/26 | Maryia Shybut - overtime meal | 20.00 |
| 07/08/26 | Maryia Shybut - overtime meal | 20.00 |
| 07/12/26 | Amanda Damon - overtime meal | 20.00 |
| 07/14/26 | Jared Bucholtz - overtime meal | 20.00 |
| 07/14/26 | Maryia Shybut - overtime meal | 20.00 |
| | **Total** | **433.96** |

**Rental Expenses**

| Date | Description | Amount |
|---|---|---|
| 06/10/26 | Aquipt Holdings LLC - Rental equipment for chapter 11 filing | 6,608.00 |
| 06/11/26 | Aquipt Holdings LLC - Rental equipment for chapter 11 filing | 5,552.38 |
| | **Total** | **12,160.38** |

**TOTAL EXPENSES** **$ 53,128.78**