# EXHIBIT B

## Closing Cases

| **Debtor** | **Case No.** |
|---|---|
| GoHealth, Inc. | 26-10914 |
| GoHealth Holdings, LLC | 26-10915 |
| Blizzard Midco, LLC | 26-10916 |
| Norvax, LLC | 26-10917 |
| ETQ Holdings, LLC | 26-10918 |
| Connected Benefits, LLC | 26-10919 |
| GoHealth, LLC | 26-10920 |
| E-TeleQuote Insurance, Inc. | 26-10921 |