# EXHIBIT C

## Final Report

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| GOHEALTH, INC., *et al.*,[1] | ) | Case No. 26-10914 (TMH) |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | **Re: Docket No. [•]** |

**FINAL REPORT IN CHAPTER 11 CASES**

1. Pursuant to the *Findings of Fact, Conclusions of Law, and Order (I) Approving the Disclosure Statement for, and Confirming, the Amended Joint Prepackaged Chapter 11 Plan of GoHealth, Inc. and its Debtor Affiliates, and (II) Granting Related Relief* [Docket No. 162] (the "Confirmation Order") confirming the above-captioned reorganized debtors (collectively, the "Reorganized Debtors," and before the Effective Date[2] of the Plan, the "Debtors"), which Plan became effective on July 21, 2026, the undersigned representative of the Reorganized Debtors hereby declares that:

**PAYMENTS TO PROFESSIONALS**

2. The following summarizes the payments[3] made by the Debtors or Reorganized Debtors, as applicable, to professionals for services rendered and fees and expenses incurred

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are: GoHealth, Inc. (3805); Blizzard Midco, LLC (3732); Connected Benefits, LLC (2162); e-TeleQuote Insurance, Inc. (2336); ETQ Holdings, LLC (N/A); GoHealth Holdings, LLC (3653); GoHealth, LLC (5175); and Norvax, LLC (3063). The location of the Debtors' service address for purposes of these chapter 11 cases is: 222 West Merchandise Mart Plaza, Suite 1750, Chicago, Illinois 60654.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the *Amended Joint Prepackaged Chapter 11 Plan of GoHealth, Inc. and its Debtor Affiliates* [Docket No. 141] (the "Plan").

[3] Includes fees and expenses of legal professionals retained by the Debtors and Reorganized Debtors pursuant to section 327 of the Bankruptcy Code, which will be updated pending final resolution of the Fee Applications.

during the period from the Petition Date (June 7, 2026) through the Confirmation Date (July 21, 2026):[4]

| PROFESSIONAL | FEES | EXPENSES |
| --- | --- | --- |
| **Pachulski Stang Ziehl & Jones LLP** (Co-Counsel to the Debtors) | $609,439.00 | $17,298.90 |
| **Kirkland & Ellis LLP** (Co-Counsel to the Debtors) | $4,025,538.00 | $53,128.78 |
| **Donlin, Recano & Company LLC** (Claims & Noticing Agent to the Debtors) | $14,300.40 | $0 |
| **Alvarez & Marsal North America, LLC** (Financial Advisor to the Debtors) | $1,180,520.00 | $3,867.30 |
| **TOTALS:** | **$5,829,797.40** | **$74,294.98** |

3. No trustee or examiner was appointed in these chapter 11 cases. Accordingly, no fees were incurred for a trustee or trustee's counsel.

4. On or before 28 days after entry of a Final Decree pursuant to Bankruptcy Rule 3022, the Reorganized Debtors will pay any and all fees remaining due and payable pursuant to 28 U.S.C. § 1930(a)(6).

**DISTRIBUTIONS TO CREDITORS UNDER THE PLAN**

5. All distributions required by the Plan to date have been made.

6. Other than the Fee Applications, there are no pending motions, adversary proceedings, or contested matters in the chapter 11 cases.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

September 4, 2026

*/s/ Vijay Kotte*
Vijay Kotte
Chief Executive Officer
GoHealth, Inc.

[4] The Fee Applications for professionals retained by the Debtors and Reorganized Debtors in these chapter 11 cases were filed with respect to fees and expenses accrued from the Petition Date through the Confirmation Date.