**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| GOHEALTH, INC., *et al.*,[1] | ) | Case No. 26-10914 (TMH) |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Re: Docket No. 196** |

**CERTIFICATION OF NO OBJECTION REGARDING FIRST AND FINAL FEE APPLICATION OF DONLIN, RECANO & COMPANY, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ADMINISTRATIVE ADVISOR TO THE DEBTORS FOR THE FIRST AND FINAL PERIOD FROM JUNE 7, 2026 THROUGH JULY 21, 2026**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to the *First and Final Fee Application of Donlin, Recano & Company, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Administrative Advisor to the Debtors for the First and Final Period from June 7, 2026 Through July 21, 2026* (the "Application") [Docket No. 196] filed on August 21, 2026. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the notice of Application, objections to the Application were to be filed and served no later than September 11, 2026 at 4:00 p.m. prevailing Eastern Time.

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are: GoHealth, Inc. (3805); Blizzard Midco, LLC (3732); Connected Benefits, LLC (2162); e-TeleQuote Insurance, Inc. (2336); ETQ Holdings, LLC (8260); GoHealth Holdings, LLC (3653); GoHealth, LLC (5175); and Norvax, LLC (3063). The location of the Debtors' service address for purposes of these chapter 11 cases is: 222 West Merchandise Mart Plaza, Suite 1750, Chicago, Illinois 60654.

The Application has been scheduled for hearing on September 29, 2026 at 1:00 p.m. Eastern Time, at which time applicant will seek approval and allowance from the Court of the compensation and expenses requested in the Application.

Dated: September 14, 2026
Wilmington, Delaware

*/s/ Laura Davis Jones*
**PACHULSKI STANG ZIEHL & JONES LLP**
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
joneill@pszjlaw.com
ecorma@pszjlaw.com

*Co-Counsel for the Debtors and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Anup Sathy, P.C. (*pro hac vice* pending)
Alexandra F. Schwarzman, P.C. (*pro hac vice* pending)
David R. Gremling (*pro hac vice* pending)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: anup.sathy@kirkland.com
alexandra.schwarzman@kirkland.com
dave.gremling@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*