US Bankruptcy Court- DISTRICT OF DELAWARE
Chapter 11 Case No: 26-10914
Debtor: GOHEALTH, INC.

REGISTER OF CLAIMS
AS OF 9/21/2026
---ALPHA ORDER ---

Page # : 1
Donlin, Recano & Company, Inc.
Report : Claims Register
Time: 9/21/2026 3:43:54 PM

| Case No. | Claim # | Claimant Name & Address | Claim Amount | Class | Date Filed/ Docketed | Docket No. | Comments | Transfer Docket No. |
|---|---|---|---|---|---|---|---|---|
| 26-10914 | 53.00 | AMEX TRS CO INC<br>BECKET AND LEE LLP<br>SHRADDHA BHARATIA<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | 69.99 | U | 7/30/2026 | | | |
| 26-10914 | 43.00 | AR-DIVISION OF WORKFORCE SVCS<br>OFFICE OF LEGAL SERVICES<br>KRISTINA JACKS<br>PO BOX 8040<br>LITTLE ROCK, AR 72203 | 392.74 | P | 7/14/2026 | | | |
| 26-10914 | 20.00 | NAME AND ADDRESS INTENTIONALLY<br>REDACTED | 250,000.00<br>0.00 | U | 6/22/2026<br>9/16/2026 | 219 | WITHDRAWN - PER NOTICE DTD 09-16-26/DOCKET #219<br>CREDITOR INDICATES AMOUNT APPROX. $250,000.00 | |
| 26-10914 | 19.00 | NAME AND ADDRESS INTENTIONALLY<br>REDACTED | 500,000.00<br>0.00 | U | 6/22/2026<br>9/16/2026 | 219 | WITHDRAWN - PER NOTICE DTD 09-16-26/DOCKET #219<br>CREDITOR INDICATES AMOUNT APPROX. $500,000.00 | |
| 26-10921 | 28.00 | AZ-DEPT OF REVENUE<br>OFFICE OF THE ARIZONA ATTORNEY<br>GENERAL - BCE<br>TAX BANKRUPTCY AND COLLECTION SCT<br>2005 N CENTRAL AVE STE 100<br>PHOENIX, AZ 85004 | 14,450.00 | P | 7/2/2026 | | | |
| | 30000.00 | BANK OF AMERICA NA<br>401 NORTH TRYON ST NC1-021-06-01<br>CHARLOTTE, NC 28255 | 0.00 | U | 5/16/2026 | | | |
| | 40000.00 | BANK OF AMERICA NA<br>401 NORTH TRYON ST NC1-021-06-01<br>CHARLOTTE, NC 28255 | 0.00 | U | 5/16/2026 | | | |
| | 30001.00 | BARCLAYS BANK PLC<br>200 PK AVE<br>NEW YORK, NY 10166 | 0.00 | U | 5/16/2026 | | | |
| | 40001.00 | BARCLAYS BANK PLC<br>200 PK AVE<br>NEW YORK, NY 10166 | 0.00 | U | 5/16/2026 | | | |
| | 30002.00 | BENEFIT STREET PARTNERS CAPITAL<br>OPPORTUNITY FUND II LP<br>9 WEST 57TH ST STE 4920<br>NEW YORK, NY 10019 | 0.00 | U | 5/16/2026 | | | |
| | 40002.00 | BENEFIT STREET PARTNERS CAPITAL<br>OPPORTUNITY FUND II LP<br>9 WEST 57TH ST STE 4920<br>NEW YORK, NY 10019 | 0.00 | U | 5/16/2026 | | | |
| | 30003.00 | BENEFIT STREET PARTNERS SENIOR<br>SECURED<br>OPPORTUNITIES (U) MASTER FUND (NON-<br>US) LP<br>9 WEST 57TH ST STE 4920<br>NEW YORK, NY 10019 | 0.00 | U | 5/16/2026 | | | |

| Case No. | Claim # | Claimant Name & Address | Claim Amount | Class | Date Filed/ Docketed | Docket No. | Comments | Transfer Docket No. |
|---|---|---|---|---|---|---|---|---|
| | 30004.00 | BENEFIT STREET PARTNERS SENIOR SECURED<br>OPPORTUNITIES FUND LP<br>9 WEST 57TH ST STE 4920<br>NEW YORK, NY 10019 | 0.00 | U | 5/16/2026 | | | |
| | 30005.00 | BENEFIT STREET PARTNERS SENIOR SECURED<br>OPPORTUNITIES MASTER FUND (NON-US) LP<br>9 WEST 57TH ST STE 4920<br>NEW YORK, NY 10019 | 0.00 | U | 5/16/2026 | | | |
| | 40003.00 | BENEFIT STREET PARTNERS SENIOR SECURED<br>OPPORTUNITIES (U) MASTER FUND (NON-US) LP<br>9 WEST 57TH ST STE 4920<br>NEW YORK, NY 10019 | 0.00 | U | 5/16/2026 | | | |
| | 40004.00 | BENEFIT STREET PARTNERS SENIOR SECURED<br>OPPORTUNITIES FUND LP<br>9 WEST 57TH ST STE 4920<br>NEW YORK, NY 10019 | 0.00 | U | 5/16/2026 | | | |
| | 40005.00 | BENEFIT STREET PARTNERS SENIOR SECURED<br>OPPORTUNITIES MASTER FUND (NON-US) LP<br>9 WEST 57TH ST STE 4920<br>NEW YORK, NY 10019 | 0.00 | U | 5/16/2026 | | | |
| | 30006.00 | BENEFIT STREET PARTNERS SMA LM LP<br>9 WEST 57TH ST STE 4920<br>NEW YORK, NY 10019 | 0.00 | U | 5/16/2026 | | | |
| | 40006.00 | BENEFIT STREET PARTNERS SMA LM LP<br>9 WEST 57TH ST STE 4920<br>NEW YORK, NY 10019 | 0.00 | U | 5/16/2026 | | | |
| | 30007.00 | BENEFIT STREET PARTNERS SMA-C II LP<br>9 WEST 57TH ST STE 4920<br>NEW YORK, NY 10019 | 0.00 | U | 5/16/2026 | | | |
| | 40007.00 | BENEFIT STREET PARTNERS SMA-C II LP<br>9 WEST 57TH ST STE 4920<br>NEW YORK, NY 10019 | 0.00 | U | 5/16/2026 | | | |
| | 30008.00 | BENEFIT STREET PARTNERS SMA-K LP<br>9 WEST 57TH ST STE 4920<br>NEW YORK, NY 10019 | 0.00 | U | 5/16/2026 | | | |
| | 40008.00 | BENEFIT STREET PARTNERS SMA-K LP<br>9 WEST 57TH ST STE 4920<br>NEW YORK, NY 10019 | 0.00 | U | 5/16/2026 | | | |
| | 30009.00 | BENEFIT STREET PARTNERS SMA-T LP<br>9 WEST 57TH ST STE 4920<br>NEW YORK, NY 10019 | 0.00 | U | 5/16/2026 | | | |
| | 40009.00 | BENEFIT STREET PARTNERS SMA-T LP<br>9 WEST 57TH ST STE 4920<br>NEW YORK, NY 10019 | 0.00 | U | 5/16/2026 | | | |

| Case No. | Claim # | Claimant Name & Address | Claim Amount | Class | Date Filed/ Docketed | Docket No. | Comments | Transfer Docket No. |
|---|---|---|---|---|---|---|---|---|
| | 30010.00 | BLUE OWL CAPITAL CORP<br>399 PK AVE 37ST FLOOR<br>NEW YORK, NY 10022 | 0.00 | U | 5/16/2026 | | | |
| | 40010.00 | BLUE OWL CAPITAL CORP<br>399 PK AVE 37ST FLOOR<br>NEW YORK, NY 10022 | 0.00 | U | 5/16/2026 | | | |
| | 30011.00 | BLUE OWL CAPITAL CORP II<br>399 PK AVE 37ST FLOOR<br>NEW YORK, NY 10022 | 0.00 | U | 5/16/2026 | | | |
| | 40011.00 | BLUE OWL CAPITAL CORP II<br>399 PK AVE 37ST FLOOR<br>NEW YORK, NY 10022 | 0.00 | U | 5/16/2026 | | | |
| | 30013.00 | BLUE TORCH CREDIT OPPORTUNITIES<br>UNLEVERED FUND III LP<br>599 LEXINGTON AVE 27TH FLOOR<br>NEW YORK, NY 10022 | 0.00 | U | 5/16/2026 | | | |
| | 40012.00 | BLUE TORCH CREDIT OPPORTUNITIES<br>UNLEVERED FUND III LP<br>599 LEXINGTON AVE 27TH FLOOR<br>NEW YORK, NY 10022 | 0.00 | U | 5/16/2026 | | | |
| | 30012.00 | BLUE TORCH CREDIT OPPORTUNITIES FUND<br>III LP<br>599 LEXINGTON AVE 27TH FLOOR<br>NEW YORK, NY 10022 | 0.00 | U | 5/16/2026 | | | |
| | 30014.00 | BLUE TORCH OFFSHORE CREDIT<br>OPPORTUNITIES MASTER FUND III LP<br>MAPLES CORPORATE SVC LIMITED<br>PO BOX 309 UGLAND HOUSE<br>GRAND CAYMAN KY1-1104CAYMAN ISLANDS | 0.00 | U | 5/16/2026 | | | |
| | 40013.00 | BLUE TORCH OFFSHORE CREDIT<br>OPPORTUNITIES MASTER FUND III LP<br>MAPLES CORPORATE SVC LIMITED<br>PO BOX 309 UGLAND HOUSE<br>GRAND CAYMAN KY1-1104CAYMAN ISLANDS | 0.00 | U | 5/16/2026 | | | |
| 26-10914 | 40.00 | BOWMAN, LAVONNIA<br>9405 NORTH 19TH ST<br>TAMPA, FL 33612 | 10,000.00 | U | 7/11/2026 | | | |
| 26-10914 | 27.00 | BROADRIDGE FINANCIAL SOLUTIONS<br>LONG ISLAND AVENUE<br>EDGEWOOD, NY 11717INDIA | 44,893.35 | U | 6/29/2026 | | | |
| | 30015.00 | BSP DEBT FUND IV (NON-US) SPV LP<br>MAPLES CORPORATE SVC LIMITED<br>PO BOX 309 UGLAND HOUSE<br>GRAND CAYMAN KY1-1104CAYMAN ISLANDS | 0.00 | U | 5/16/2026 | | | |
| | 40014.00 | BSP DEBT FUND IV CV LP<br>1 MADISON AVE STE 1600<br>NEW YORK, NY 10010 | 0.00 | U | 5/16/2026 | | | |

| Case No. | Claim # | Claimant Name & Address | Claim Amount | Class | Date Filed/ Docketed | Docket No. | Comments | Transfer Docket No. |
|---|---|---|---|---|---|---|---|---|
| | 40015.00 | BSP DEBT FUND IV CV MASTER (NON-US) LP<br>309 GT UGLAND HOUSE<br>GRAND CAYMAN KY1-1104CAYMAN ISLANDS | 0.00 | U | 5/16/2026 | | | |
| | 30016.00 | BSP DEBT FUND IV SPV LP<br>1 MADISON AVE STE 1600<br>NEW YORK, NY 10010 | 0.00 | U | 5/16/2026 | | | |
| | 40016.00 | BTC HOLDINGS FUND III LLC<br>599 LEXINGTON AVE 27TH FLOOR<br>NEW YORK, NY 10022 | 0.00 | U | 5/16/2026 | | | |
| | 40017.00 | BTC HOLDINGS FUND III-B LLC<br>599 LEXINGTON AVE 27TH FLOOR<br>NEW YORK, NY 10022 | 0.00 | U | 5/16/2026 | | | |
| | 40018.00 | BTC OFFSHORE HOLDINGS FUND III-B LLC<br>WALKERS CORPORATE LIMITED<br>CAYMAN CORPORATE CENTER<br>27 HOSPITAL RD<br>GEORGE TOWN KY1-9008CAYMAN ISLANDS | 0.00 | U | 5/16/2026 | | | |
| | 40019.00 | BTC OFFSHORE HOLDINGS FUND III-D LLC<br>WALKERS CORPORATE LIMITED<br>CAYMAN CORPORATE CENTER<br>27 HOSPITAL RD<br>GEORGE TOWN, GRAND CAYMAN<br>KY1-9008CAYMAN ISLANDS | 0.00 | U | 5/16/2026 | | | |
| 26-10914 | 61.01 | CA- FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | 908.48 | P | 8/31/2026 | | | |
| 26-10914 | 61.02 | CA- FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | 22.09 | U | 8/31/2026 | | | |
| 26-10915 | 62.00 | CA- FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | 857.55 | U | 8/31/2026 | | | |
| | 30017.00 | CALAMOS AKSIA ALTERNATIVE CREDIT<br>AND INCOME FUND<br>2020 CALAMOS CT<br>NAPERVILLE, IL 60563 | 0.00 | U | 5/16/2026 | | | |
| | 40020.00 | CALAMOS AKSIA ALTERNATIVE CREDIT<br>AND INCOME FUND<br>2020 CALAMOS CT<br>NAPERVILLE, IL 60563 | 0.00 | U | 5/16/2026 | | | |
| | 30018.00 | CITCO BANK CANADA REF EMPIRE<br>CREDIT CO-INVESTMENT FUND LLC<br>599 LEXINGTON AVE 37TH FLOOR<br>NEW YORK, NY 10022 | 0.00 | U | 5/16/2026 | | | |

US Bankruptcy Court- DISTRICT OF DELAWARE
Chapter 11 Case No: 26-10914
Debtor: GOHEALTH, INC.

REGISTER OF CLAIMS
AS OF 9/21/2026
---ALPHA ORDER ---

Page # : 5
Donlin, Recano & Company, Inc.
Report : Claims Register
Time: 9/21/2026 3:43:54 PM

| Case No. | Claim # | Claimant Name & Address | Claim Amount | Class | Date Filed/ Docketed | Docket No. | Comments | Transfer Docket No. |
|---|---|---|---|---|---|---|---|---|
| | 40021.00 | CITCO BANK CANADA REF EMPIRE<br>CREDIT CO-INVESTMENT FUND LLC<br>599 LEXINGTON AVE 37TH FLOOR<br>NEW YORK, NY 10022 | 0.00 | U | 5/16/2026 | | | |
| 26-10920 | 14.00 | CO-DEPT OF REVENUE<br>BANKRUPTCY<br>PO BOX 17087<br>DENVER, CO 80217 | 0.00 | P | 6/15/2026 | | CREDITOR INDICATES UNKNOWN AMOUNT/UNLIQUIDATED | |
| 26-10920 | 63.00 | CO-DEPT OF REVENUE<br>BANKRUPTCY<br>PO BOX 17087<br>DENVER, CO 80217 | 0.00 | P | 9/2/2026 | | CREDITOR INDICATES UNKNOWN AMOUNT/UNLIQUIDATED | |
| 26-10920 | 26.00 | CORP SVC CO<br>CSC<br>251 LITTLE FALLS DR<br>WILMINGTON, DE 19808 | 289.49 | U | 6/28/2026 | | | |
| 26-10921 | 29.00 | CT CORP<br>IZOLDA APOLKA SUCITU BALINT<br>PO BOX 4349<br>CAROL STREAM, IL 60197-4349 | 50.00 | U | 7/3/2026 | | | |
| 26-10914 | 50.00 | ELEVANCE HEALTH INC AND RELATED<br>SUBSIDIARIES<br>FBT GIBBONS LLP<br>AJ WEBB<br>301 EAST FOURTH ST STE 3300<br>CINCINNATI, OH 45202 | 0.00 | U | 7/23/2026 | | CREDITOR INDICATES UNKNOWN AMOUNT/UNLIQUIDATED | |
| 26-10920 | 52.00 | ENGAGECX INC<br>SPIWAK AND IEZZA LLP<br>NICK IEZZA<br>555 MARIN ST STE 140<br>THOUSAND OAKS, CA 91360 | 300,000.00 | U | 7/16/2026 | | | |
| 26-10914 | 54.00 | FIVE9 INC<br>ALICIA BERESFORD<br>3001 BISHOP DR<br>STE 350<br>SAN RAMON, CA 94583 | 4,179.76 | U | 8/3/2026 | | | |
| | 30019.00 | FRANKLIN BSP CAPITAL CORP<br>9 WEST 57TH ST STE 4920<br>NEW YORK, NY 10019 | 0.00 | U | 5/16/2026 | | | |
| | 40022.00 | FRANKLIN BSP CAPITAL CORP<br>9 WEST 57TH ST STE 4920<br>NEW YORK, NY 10019 | 0.00 | U | 5/16/2026 | | | |
| | 30020.00 | FRONTIER TIGER FUND SERIES1 LP<br>89 NEXUS WAY CAMANA BAY<br>GRAND CAYMAN KY1-9009CAYMAN ISLANDS | 0.00 | U | 5/16/2026 | | | |
| | 40023.00 | FRONTIER TIGER FUND SERIES1 LP<br>89 NEXUS WAY CAMANA BAY<br>GRAND CAYMAN KY1-9009CAYMAN ISLANDS | 0.00 | U | 5/16/2026 | | | |
| | 30021.00 | GOLDMAN SACHS LENDING PARTNERS LLC<br>6011 CONNECTION DR<br>IRVING, TX 75039 | 0.00 | U | 5/16/2026 | | | |

| Case No. | Claim # | Claimant Name & Address | Claim Amount | Class | Date Filed/ Docketed | Docket No. | Comments | Transfer Docket No. |
|---|---|---|---|---|---|---|---|---|
| | 40024.00 | GOLDMAN SACHS LENDING PARTNERS LLC<br>6011 CONNECTION DR<br>IRVING, TX 75039 | 0.00 | U | 5/16/2026 | | | |
| 26-10914 | 21.00 | GOOGLE LLC<br>WHITE AND WILLIAMS LLP<br>JAMES VANDERMARK<br>1650 MARKET ST STE 1800<br>PHILADELPHIA, PA 19103 | 129,904.22 | U | 6/23/2026 | | | |
| 26-10917 | 22.00 | GOOGLE LLC<br>WHITE AND WILLIAMS LLP<br>JAMES VANDERMARK<br>1650 MARKET ST STE 1800<br>PHILADELPHIA, PA 19103 | 20,591.11 | U | 6/23/2026 | | | |
| 26-10914 | 36.00 | ID-STATE TAX COMMISSION<br>PO BOX 36<br>BOISE, ID 83722 | 30.00 | P | 7/9/2026 | | | |
| 26-10921 | 37.01 | ID-STATE TAX COMMISSION<br>PO BOX 36<br>BOISE, ID 83722 | 2,143.62 | P | 7/9/2026 | | | |
| 26-10921 | 37.02 | ID-STATE TAX COMMISSION<br>PO BOX 36<br>BOISE, ID 83722 | 350.00 | U | 7/9/2026 | | | |
| 26-10914 | 42.00 | KLDISCOVERY ONTRACK LLC<br>EJAYE HALEY<br>9023 COLUMBINE RD<br>EDEN PRAIRIE, MN 55347 | 6,860.80 | U | 7/13/2026 | | | |
| | 30022.00 | LANDMARK WALL SMA LP<br>9 W 57TH ST STE 4920<br>NEW YORK, NY 10019 | 0.00 | U | 5/16/2026 | | | |
| | 40025.00 | LANDMARK WALL SMA LP<br>9 W 57TH ST STE 4920<br>NEW YORK, NY 10019 | 0.00 | U | 5/16/2026 | | | |
| 26-10914 | 39.00 | NAME ADDRESS AND E-MAIL INTENTIONALLY<br>REDACTED | 25,000,000.00 | U | 7/10/2026 | | | |
| 26-10914 | 12.00 | MA-DEPT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 7090<br>BOSTON, MA 02204-7090 | 458.10 | P | 6/12/2026 | | CREDITOR ALSO INDICATES UNSECURED | |
| 26-10917 | 18.00 | MAXSAM CAPITAL CORP<br>ADAM C TOOSLEY<br>THOMPSON COBURN LLP<br>55 EAST MONROE ST<br>37TH FLOOR<br>CHICAGO, IL 60603 | 776,000.00 | U | 6/22/2026 | | | |
| 26-10914 | 44.00 | MEDIANT COMMUNICATIONS INC<br>COLLECTIONS<br>PO BOX 201371<br>DALLAS, TX 75320-1371 | 1,411.71 | U | 7/14/2026 | | | |
| | 30023.00 | MIDCAP FINANCIAL INVESTMENT CORP<br>9 WEST 57TH ST<br>NEW YORK, NY 10019 | 0.00 | U | 5/16/2026 | | | |

| Case No. | Claim # | Claimant Name & Address | Claim Amount | Class | Date Filed/ Docketed | Docket No. | Comments | Transfer Docket No. |
|---|---|---|---|---|---|---|---|---|
| | 40026.00 | MIDCAP FINANCIAL INVESTMENT CORP<br>9 WEST 57TH ST<br>NEW YORK, NY 10019 | 0.00 | U | 5/16/2026 | | | |
| | 40027.00 | MIDCAP FINANCIAL TRUST<br>HARCOURT CENTRE BLOCK 4 HARCOURT RD<br>DUBLIN 2 D02 HW77ICELAND | 0.00 | U | 5/16/2026 | | | |
| | 30024.00 | MIDCAP FUNDING IX TRUST<br>HARCOURT CENTRE BLOCK 4 HARCOURT RD<br>DUBLIN 2 D02 HW77IRELAND | 0.00 | U | 5/16/2026 | | | |
| 26-10921 | 3.00 | MO-DEPT OF REVENUE<br>PO BOX 475<br>JEFFERSON CITY, MO 65105 | 6,932,501.56 | P | 6/11/2026 | | | |
| 26-10921 | 4.00 | MO-DEPT OF REVENUE<br>PO BOX 475<br>JEFFERSON CITY, MO 65105 | 24,787.32 | P | 6/11/2026 | | | |
| 26-10921 | 5.00 | MO-DEPT OF REVENUE<br>PO BOX 475<br>JEFFERSON CITY, MO 65105 | 5,698.35 | P | 6/11/2026 | | | |
| 26-10921 | 6.00 | MO-DEPT OF REVENUE<br>PO BOX 475<br>JEFFERSON CITY, MO 65105 | 271.13 | P | 6/11/2026 | | | |
| 26-10921 | 7.00 | MO-DEPT OF REVENUE<br>PO BOX 475<br>JEFFERSON CITY, MO 65105 | 1,179,036.25 | P | 6/11/2026 | | AMENDED BY CLAIM #9 | |
| 26-10921 | 8.00 | MO-DEPT OF REVENUE<br>PO BOX 475<br>JEFFERSON CITY, MO 65105 | 4,125.00 | U | 6/11/2026 | | | |
| 26-10921 | 9.00 | MO-DEPT OF REVENUE<br>PO BOX 475<br>JEFFERSON CITY, MO 65105 | 1,179,036.25 | U | 6/11/2026 | | AMENDS CLAIM #7 | |
| 26-10921 | 10.00 | MO-DEPT OF REVENUE<br>PO BOX 475<br>JEFFERSON CITY, MO 65105 | 896.95 | U | 6/11/2026 | | | |
| 26-10921 | 11.00 | MO-DEPT OF REVENUE<br>PO BOX 475<br>JEFFERSON CITY, MO 65105 | 11.60 | U | 6/11/2026 | | | |
| 26-10920 | 46.00 | MO-DEPT OF REVENUE<br>PO BOX 475<br>JEFFERSON CITY, MO 65105 | 928.60 | P | 7/16/2026 | | | |
| 26-10920 | 47.00 | MO-DEPT OF REVENUE<br>PO BOX 475<br>JEFFERSON CITY, MO 65105 | 9.65 | U | 7/16/2026 | | | |
| | 30025.00 | MORGAN STANLEY SENIOR FUNDING INC<br>1585 BROADWAY<br>NEW YORK, NY 10036 | 0.00 | U | 5/16/2026 | | | |

US Bankruptcy Court- DISTRICT OF DELAWARE
Chapter 11 Case No: 26-10914
Debtor: GOHEALTH, INC.

REGISTER OF CLAIMS
AS OF 9/21/2026
---ALPHA ORDER ---

Page # : 8
Donlin, Recano & Company, Inc.
Report : Claims Register
Time: 9/21/2026 3:43:54 PM

| Case No. | Claim # | Claimant Name & Address | Claim Amount | Class | Date Filed/ Docketed | Docket No. | Comments | Transfer Docket No. |
|---|---|---|---|---|---|---|---|---|
| | 40028.00 | MORGAN STANLEY SENIOR FUNDING INC<br>1585 BROADWAY<br>NEW YORK, NY 10036 | 0.00 | U | 5/16/2026 | | | |
| 26-10914 | 16.00 | NAHRA, SALLY<br>USA HEALTH<br>600 SMITH FORK DR<br>DEMOREST, GA 30535 | 150,000.00 | U | 6/19/2026 | | | |
| 26-10915 | 30.01 | NM-TAXATION AND REVENUE DEPT<br>COMPLIANCE BUREAU<br>PO BOX 50129<br>ALBUQUERQUE, NM 87181-0129 | 4,135.05 | P | 7/6/2026 | | | |
| 26-10915 | 30.02 | NM-TAXATION AND REVENUE DEPT<br>COMPLIANCE BUREAU<br>PO BOX 50129<br>ALBUQUERQUE, NM 87181-0129 | 4,299.05 | U | 7/6/2026 | | | |
| 26-10920 | 31.01 | NM-TAXATION AND REVENUE DEPT<br>COMPLIANCE BUREAU<br>PO BOX 50129<br>ALBUQUERQUE, NM 87181-0129 | 19,915.52 | P | 7/6/2026 | | | |
| 26-10920 | 31.02 | NM-TAXATION AND REVENUE DEPT<br>COMPLIANCE BUREAU<br>PO BOX 50129<br>ALBUQUERQUE, NM 87181-0129 | 40,919.44 | U | 7/6/2026 | | | |
| 26-10914 | 33.01 | NM-TAXATION AND REVENUE DEPT<br>COMPLIANCE BUREAU<br>PO BOX 50129<br>ALBUQUERQUE, NM 87181-0129 | 104.34 | P | 7/7/2026 | | | |
| 26-10914 | 33.02 | NM-TAXATION AND REVENUE DEPT<br>COMPLIANCE BUREAU<br>PO BOX 50129<br>ALBUQUERQUE, NM 87181-0129 | 116.34 | U | 7/7/2026 | | | |
| 26-10921 | 34.01 | NM-TAXATION AND REVENUE DEPT<br>COMPLIANCE BUREAU<br>PO BOX 50129<br>ALBUQUERQUE, NM 87181-0129 | 0.00 | P | 7/7/2026 | | CREDITOR INDICATES AMOUNT AS $0 | |
| 26-10921 | 34.02 | NM-TAXATION AND REVENUE DEPT<br>COMPLIANCE BUREAU<br>PO BOX 50129<br>ALBUQUERQUE, NM 87181-0129 | 300.00 | U | 7/7/2026 | | | |
| 26-10914 | 25.01 | NV-DEPT OF TAXATION<br>3850 ARROWHEAD DR<br>CARSON CITY, NV 89706 | 4,700.76 | P | 6/25/2026 | | | |
| 26-10914 | 25.02 | NV-DEPT OF TAXATION<br>3850 ARROWHEAD DR<br>CARSON CITY, NV 89706 | 300.44 | U | 6/25/2026 | | | |
| 26-10921 | 49.00 | OGLETREE DEAKINS NASH SMOAK AND<br>STEWART PC<br>JASON A ELGERSMA<br>BELL NUNNALLY & MARTIN LLP<br>2323 ROSS AVE #1900<br>DALLAS, TX 75201 | 187,379.22 | U | 7/17/2026 | | | |

| Case No. | Claim # | Claimant Name & Address | Claim Amount | Class | Date Filed/ Docketed | Docket No. | Comments | Transfer Docket No. |
|---|---|---|---|---|---|---|---|---|
| 26-10920 | 24.00 | OH-DEPT OF JOB AND FAMILY SVC<br>MEGAN A ROBINSON<br>30 E BROAD ST 31ST FL<br>COLUMBUS, OH 43215 | 18,693.34 | U | 6/23/2026 | | | |
| 26-10920 | 65.00 | OPTIV SECURITY INC<br>SUSAN M RODRIGUEZ - LEGAL DEPT<br>5100 W 115TH PL<br>LEAWOOD, KS 66211 | 3,534.10 | U | 9/9/2026 | | | |
| 26-10914 | 64.00 | OPTRO INC<br>KELLY NGUYEN<br>103 FOULK RD STE 202<br>WILMINGTON, DE 19803 | 48,054.00 | A | 9/2/2026 | | | |
| 26-10914 | 32.01 | OR-DEPT OF REVENUE<br>955 CENTER ST NE<br>SALEM, OR 97301 | 3,059.07 | P | 7/6/2026 | | | |
| 26-10914 | 32.02 | OR-DEPT OF REVENUE<br>955 CENTER ST NE<br>SALEM, OR 97301 | 1,488.76 | U | 7/6/2026 | | | |
| 26-10914 | 45.00 | OR-DEPT OF REVENUE<br>955 CENTER ST NE<br>SALEM, OR 97301 | 0.00 | U | 7/15/2026 | | | |
| 26-10914 | 51.00 | OR-DEPT OF REVENUE<br>955 CENTER ST NE<br>SALEM, OR 97301 | 0.00 | A | 7/24/2026 | | | |
| 26-10914 | 66.01 | OR-DEPT OF REVENUE<br>955 CENTER ST NE<br>SALEM, OR 97301 | 6,268.34 | P | 9/10/2026 | | | |
| 26-10914 | 66.02 | OR-DEPT OF REVENUE<br>955 CENTER ST NE<br>SALEM, OR 97301 | 2,743.50 | U | 9/10/2026 | | | |
| 26-10914 | 35.00 | PLANFUL INC<br>ATRADIUS COLLECTIONS<br>KATIE WHITMORE<br>3500 LACEY RD STE 220<br>DOWNERS GROVE, IL 60515 | 162,055.73 | U | 7/8/2026 | | | |
| | 30026.00 | PROSPECTOR OPPORTUNITIES FUND LP<br>599 LEXINGTON AVE 37TH FLOOR<br>NEW YORK, NY 10022 | 0.00 | U | 5/16/2026 | | | |
| | 40029.00 | PROSPECTOR OPPORTUNITIES FUND LP<br>599 LEXINGTON AVE 37TH FLOOR<br>NEW YORK, NY 10022 | 0.00 | U | 5/16/2026 | | | |
| | 30027.00 | PSP INVESTMENTS CREDIT USA LLC<br>450 LEXINGTON AVE<br>STE 3750<br>NEW YORK, NY 10017 | 0.00 | U | 5/16/2026 | | | |
| | 40030.00 | PSP INVESTMENTS CREDIT USA LLC<br>450 LEXINGTON AVE<br>STE 3750<br>NEW YORK, NY 10017 | 0.00 | U | 5/16/2026 | | | |
| | 30028.00 | REDWOOD DRAWDOWN MASTER FUND III LP<br>250 WEST 55TH ST 26TH FLOOR<br>NEW YORK, NY 10019 | 0.00 | U | 5/16/2026 | | | |

| Case No. | Claim # | Claimant Name & Address | Claim Amount | Class | Date Filed/ Docketed | Docket No. | Comments | Transfer Docket No. |
|---|---|---|---|---|---|---|---|---|
| | 40031.00 | REDWOOD DRAWDOWN MASTER FUND III LP<br>250 WEST 55TH ST 26TH FLOOR<br>NEW YORK, NY 10019 | 0.00 | U | 5/16/2026 | | | |
| | 30029.00 | REDWOOD ENHANCED INCOME FUND LP<br>250 WEST 55TH ST<br>NEW YORK, NY 10019 | 0.00 | U | 5/16/2026 | | | |
| | 40032.00 | REDWOOD ENHANCED INCOME FUND LP<br>250 WEST 55TH ST<br>NEW YORK, NY 10019 | 0.00 | U | 5/16/2026 | | | |
| | 30030.00 | REDWOOD MASTER FUND LTD<br>910 SYLVAN AVE<br>ENGLEWOOD CLIFFS, NJ 07632 | 0.00 | U | 5/16/2026 | | | |
| | 40033.00 | REDWOOD MASTER FUND LTD<br>910 SYLVAN AVE<br>ENGLEWOOD CLIFFS, NJ 07632 | 0.00 | U | 5/16/2026 | | | |
| | 30031.00 | ROYAL BANK OF CANADA<br>155 WELLINGTON ST WEST 7TH FLOOR<br>TORONTO M5V 3K7CANADA | 0.00 | U | 5/16/2026 | | | |
| | 40034.00 | ROYAL BANK OF CANADA<br>155 WELLINGTON ST WEST 7TH FLOOR<br>TORONTO M5V 3K7CANADA | 0.00 | U | 5/16/2026 | | | |
| 26-10914 | 55.00 | SCOTT ANDERSON<br>SCOTT DAMONE ANDERSON<br>7610 POWDER GORGE<br>CONVERSE, TX 78109-0209 | 5,000.00 | U | 8/20/2026 | | | |
| 26-10914 | 56.00 | SCOTT ANDERSON<br>SCOTT DAMONE ANDERSON<br>7610 POWDER GORGE<br>CONVERSE, TX 78109-0209 | 0.00 | P | 8/24/2026 | | CREDITOR INDICATES UNKNOWN AMOUNT/UNLIQUIDATED | |
| 26-10917 | 2.00 | THE HUNTINGTON NATIONAL BANK<br>LUCIAN LUPASCU<br>5600 N RIVER RD<br>SUITE 200 (IL 108)<br>ROSEMONT, IL 60018 | 64,890.03 | U | 6/10/2026 | | | |
| 26-10921 | 48.01 | TN- DEPT OF LABOR<br>BUREAU OF UNEMPLOYMENT INSURANCE<br>TN ATTORNEY GENERAL BANKRUPTCY<br>DIVISION<br>PO BOX 20207<br>NASHVILLE, TN 37202 | 2,291.38 | P | 7/17/2026 | | | |
| 26-10921 | 48.02 | TN- DEPT OF LABOR<br>BUREAU OF UNEMPLOYMENT INSURANCE<br>TN ATTORNEY GENERAL BANKRUPTCY<br>DIVISION<br>PO BOX 20207<br>NASHVILLE, TN 37202 | 24.00 | U | 7/17/2026 | | | |
| 26-10920 | 17.01 | TN-DEPT OF OF REVENUE<br>ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | 1,372.10 | P | 6/22/2026 | | | |

| Case No. | Claim # | Claimant Name & Address | Claim Amount | Class | Date Filed/ Docketed | Docket No. | Comments | Transfer Docket No. |
|---|---|---|---|---|---|---|---|---|
| 26-10920 | 17.02 | TN-DEPT OF OF REVENUE<br>ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | 135.00 | U | 6/22/2026 | | | |
| 26-10921 | 23.01 | TN-DEPT OF OF REVENUE<br>ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | 1,203.59 | P | 6/23/2026 | | | |
| 26-10921 | 23.02 | TN-DEPT OF OF REVENUE<br>ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | 202.50 | U | 6/23/2026 | | | |
| | 30032.00 | TRUIST BANK<br>303 PEACHTREE ST<br>ATLANTA, GA 30308 | 0.00 | U | 5/16/2026 | | | |
| | 40035.00 | TRUIST BANK<br>303 PEACHTREE ST<br>ATLANTA, GA 30308 | 0.00 | U | 5/16/2026 | | | |
| 26-10921 | 57.00 | TX- COMPTROLLER OF PUBLIC ACCOUNTS<br>OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY AND COLLECTIONS DIVISION<br>PO BOX 12548 MC 008<br>AUSTIN, TX 78711 | 125,413.90 | P | 8/24/2026 | | | |
| 26-10919 | 58.01 | TX- COMPTROLLER OF PUBLIC ACCOUNTS<br>OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY AND COLLECTIONS DIVISION<br>PO BOX 12548 MC 008<br>AUSTIN, TX 78711 | 125,413.90 | P | 8/24/2026 | | | |
| 26-10919 | 58.02 | TX- COMPTROLLER OF PUBLIC ACCOUNTS<br>OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY AND COLLECTIONS DIVISION<br>PO BOX 12548 MC 008<br>AUSTIN, TX 78711 | 50.00 | U | 8/24/2026 | | | |
| 26-10917 | 59.00 | TX- COMPTROLLER OF PUBLIC ACCOUNTS<br>OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY AND COLLECTIONS DIVISION<br>PO BOX 12548 MC 008<br>AUSTIN, TX 78711 | 125,413.90 | P | 8/24/2026 | | | |
| 26-10915 | 60.00 | TX- COMPTROLLER OF PUBLIC ACCOUNTS<br>OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY AND COLLECTIONS DIVISION<br>PO BOX 12548 MC 008<br>AUSTIN, TX 78711 | 125,413.90 | P | 8/24/2026 | | | |
| 26-10921 | 1.00 | TX-THE COUNTY OF COMAL TEXAS<br>JULIE ANNE PARSONS<br>MCCREARY VESELKA BRAGG AND ALLEN PC<br>PO BOX 1269<br>ROUND ROCK, TX 78680-1269 | 60.43 | S | 6/9/2026 | | | |
| 26-10914 | 41.00 | UT-UTAH COUNTY<br>ADAM M BECK<br>151 SOUTH UNIVERSITY AVE STE 1400<br>PROVO, UT 84606 | 24,458.87 | S | 7/13/2026 | | | |

| Case No. | Claim # | Claimant Name & Address | Claim Amount | Class | Date Filed/ Docketed | Docket No. | Comments | Transfer Docket No. |
|---|---|---|---|---|---|---|---|---|
| 26-10920 | 13.01 | VA-DEPT OF TAXATION<br>HARRIS & HARRIS LTD<br>VICTORIA MENDOZA<br>PO BOX 2156<br>RICHMOND, VA 23218 | 161.08 | P | 6/12/2026 | | | |
| 26-10920 | 13.02 | VA-DEPT OF TAXATION<br>HARRIS & HARRIS LTD<br>VICTORIA MENDOZA<br>PO BOX 2156<br>RICHMOND, VA 23218 | 417.95 | U | 6/12/2026 | | | |
| 26-10914 | 38.00 | WALKER, BRITTNEY<br>3001 DENTON RD APT 107<br>SAINT CLOUD, FL 34769 | 0.00 | U | 7/9/2026 | | CREDITOR INDICATES UNKNOWN AMOUNT/UNLIQUIDATED | |
| 26-10914 | 15.00 | WRIGHT, DYLAN<br>9157 ORANGE HORIZON AVE<br>LAS VEGAS, NV 89148 | 183.40 | P | 6/15/2026 | | | |

## Summary

| Classification | Total Claim Amount | Total Number of Claims | Total Number Unliquidated |
|---|---|---|---|
| (U) UNSECURED CLAIM | 28,872,108.92 | 42 | 72 |
| (P) PRIORITY CLAIM | 8,706,656.38 | 27 | 4 |
| (A) ADMINISTRATIVE CLAIM | 48,054.00 | 1 | 1 |
| (S) SECURED CLAIM | 24,519.30 | 2 | 0 |
| TOTALS | 37,651,338.60 | 72 | 77 |