# **EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| GOHEALTH, INC., *et al.*,[1] | ) | Case No. 26-10914 (TMH) |
| Reorganized Debtors. | ) | (Jointly Administered) |

**AMENDED[2] INDEX TO FINAL FEE APPLICATIONS IN CONNECTION WITH NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 29, 2026 AT 1:00 P.M. (EASTERN TIME)**

Dated: September 25, 2026
Wilmington, Delaware

**PACHULSKI STANG ZIEHL & JONES LLP**
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
joneill@pszjlaw.com
ecorma@pszjlaw.com

*Co-Counsel for the Reorganized Debtors*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Anup Sathy, P.C.
Alexandra F. Schwarzman, P.C. (admitted *pro hac vice*)
David R. Gremling (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: anup.sathy@kirkland.com
alexandra.schwarzman@kirkland.com
dave.gremling@kirkland.com

*Co-Counsel for the Reorganized Debtors*

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are: GoHealth, Inc. (3805); Blizzard Midco, LLC (3732); Connected Benefits, LLC (2162); e-TeleQuote Insurance, Inc. (2336); ETQ Holdings, LLC (8260); GoHealth Holdings, LLC (3653); GoHealth, LLC (5175); and Norvax, LLC (3063). The location of the Debtors' service address for purpose of these chapter 11 cases is: 222 West Merchandise Mart Plaza, Suite 1750, Chicago, Illinois 60654.

[2] **Items in bold reflect changes made to the index from the previous version sent to Chambers on September 15, 2026.**

**Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Co-Counsel to the Debtors**

1. First and Final Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from June 7, 2026, Through and Including July 21, 2026 [Filed: 9/4/26] (Docket No. 208).

   Response Deadline: September 25, 2026 at 4:00 p.m. Eastern Time.

   Responses Received: **Informal comments from the Office of the United States Trustee (the "U.S. Trustee").**

   Related Documents:

   a) Notice of Filing of Corrected Exhibit to First and Final Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from June 7, 2026, Through and Including July 21, 2026 [Filed: 9/9/26] (Docket No. 213).

   Status: **An omnibus order reflecting reductions to the Kirkland & Ellis LLP and Kirkland & Ellis International LLP (together, "K&E") fee application will be filed under certification of counsel. The Reorganized Debtors request entry of the order attached to the certification of counsel. No hearing will be necessary unless the Court has any questions.**

**Pachulski Stang Ziehl & Jones LLP as Co-Counsel to the Debtors**

2. First and Final Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Debtors and Debtors in Possession, for the Period from June 7, 2026 Through July 21, 2026 [Filed: 8/12/26] (Docket No. 193).

   Response Deadline: September 2, 2026 at 4:00 p.m. Eastern Time.

   Responses Received: None.

   Related Documents:

   a) Certification of No Objection Regarding First and Final Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Debtors and Debtors in Possession, for the Period from June 7, 2026 Through July 21, 2026 [Filed: 9/15/26] (Docket No. 216).

   Status: **The Reorganized Debtors will file an omnibus order granting final fee applications under certification of counsel. The Reorganized Debtors request entry of the order attached to the certification of counsel. No hearing will be necessary unless the Court has any questions.**

**<u>Alvarez & Marsal North America, LLC as Financial Advisor to the Debtors</u>**

3. First Monthly and Final Application of Alvarez & Marsal North America, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from June 7, 2026 To and Including July 21, 2026 [Filed: 8/18/26] (Docket No. 195).

Response Deadline: September 8, 2026 at 4:00 p.m. Eastern Time.

Responses Received: None.

Related Documents:

a) Certification of No Objection Regarding First Monthly and Final Application of Alvarez & Marsal North America, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from June 7, 2026 To and Including July 21, 2026 [Filed: 9/15/26] (Docket No. 217)

Status: **The Reorganized Debtors will file an omnibus order granting final fee applications under certification of counsel. The Reorganized Debtors request entry of the order attached to the certification of counsel. No hearing will be necessary unless the Court has any questions.**

**<u>Donlin, Recano & Company, LLC as Administrative Advisor to the Debtors</u>**

4. First and Final Fee Application of Donlin, Recano & Company, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Administrative Advisor to the Debtors for the First and Final Period from June 7, 2026 Through July 21, 2026 [Filed: 8/21/26] (Docket No. 196).

Response Deadline: September 11, 2026 at 4:00 p.m. Eastern Time.

Responses Received: None.

Related Documents:

a) Certification of No Objection Regarding First and Final Fee Application of Donlin, Recano & Company, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Administrative Advisor to the Debtors for the First and Final Period from June 7, 2026 Through July 21, 2026 [Filed: 9/15/26] (Docket No. 218)

Status: **The Reorganized Debtors will file an omnibus order granting final fee applications under certification of counsel. The Reorganized Debtors request entry of the order attached to the certification of counsel. No hearing will be necessary unless the Court has any questions.**