# <u>**Exhibit A**</u>

| **Date Filed** | **Dkt. No.** | **Applicant** | **Final Fee Period** | **Fees** | **Expenses** | **Total** |
|---|---|---|---|---|---|---|
| **Co-Counsel to the Debtors** | | | | | | |
| 09/04/26 | 208 | Kirkland & Ellis LLP and Kirkland & Ellis International LLP | 06/07/26 – 07/21/26 | $4,007,538.00 | $40,968.40 | $4,048,506.40[1] |
| **Co-Counsel to the Debtors** | | | | | | |
| 08/12/26 | 193 | Pachulski Stang Ziehl & Jones LLP | 06/07/26 – 07/21/26 | $609,439.00 | $17,298.90 | $626,737.90 |
| **Financial Advisor to the Debtors** | | | | | | |
| 08/18/26 | 195 | Alvarez & Marsal North America, LLC | 06/07/26 – 07/21/26 | $1,180,520.00 | $3,867.30 | $1,184,387.30 |
| **Claims & Noticing Agent to the Debtors** | | | | | | |
| 08/21/26 | 196 | Donlin, Recano & Company, LLC | 06/07/26 – 07/21/26 | $14,300.40 | $0.00 | $14,300.40 |

[1] Reflects voluntary reductions by Kirkland & Ellis LLP and Kirkland & Ellis International LLP in the aggregate amounts of $18,000.00 in fees and $12,160.38 in expenses from the amounts requested in the *First and Final Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors In Possession, for the Period from June 7, 2026, Through and Including July 21, 2026* [Docket No. 208].